United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 25-cv-03477-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 23 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for August 5, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due by July 29, 2025. This proceeding will be held via a Zoom webinar.

Dated: May 6, 2025

Mark B. Busby
Clerk of Court, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR