1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 3:25-CV-3477-JST |
| Plaintiff, | [PROPOSED] **ORDER RE: DEFENDANTS' LOCAL RULE 79-5(f)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., a corporation, UBER USA, LLC, a limited liability company, | |
| Defendants. | Judge: Hon. Jon S. Tigar |

**[PROPOSED] ORDER**

Before this Court is Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed [ECF No. 3]. Having considered the Administrative Motion and Defendants' LR 79-5(f)(3) statement in response, the Court **ORDERS** as follows:

| ECF No. | Document | Portions to Seal | Ruling |
|---|---|---|---|
| 1; 3-1 | Complaint for Permanent Injunction, Monetary Judgment, and Other Relief | Page 6, line 21 (¶ 19)<br>• The number that appears between "Overall," and "of users who tried"<br>• The number that appears between "cancel had" and "savings."<br>• The number that appears between "savings." and "of users had lifetime"<br><br>Page 6, line 22 (¶ 19)<br>• The number that appears between "between" and "and"<br>• The number that appears between "and" and "where"<br>• The number that appears between "where" and "are free trial"<br>• The number that appears between "less | GRANTED |

1

| | | than" and "lifetime" | |
|---|---|---|---|
| 1; 3-1 | Complaint for Permanent Injunction, Monetary Judgment, and Other Relief | Page 13, line 25 (¶ 35), the number that appears between "more than" and "consumers have been" | GRANTED |
| 1; 3-1 | Complaint for Permanent Injunction, Monetary Judgment, and Other Relief | Page 39, line 27 (¶ 85), the number that appears between "September 2024," and "consumers"<br><br>Page 40, line 1 (¶ 85) the number that appears between "service; and" and "consumers cancelled" | GRANTED |

Plaintiff shall re-file the above docket entries in accordance with and within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: May 9, 2025

By: /s/ Jon S. Tigar
Honorable Jon S. Tigar
United States District Judge