Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8729
Facsimile: +1 202 736 8711

*Attorneys for Defendants*
*Uber Technologies, Inc., and Uber USA, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br>     Plaintiff, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, <br>     Defendants. | Case No. 4:25-cv-3477-JST <br><br> **RESPONSE TO FTC'S MOTION FOR A STAY OF BRIEFING IN LIGHT OF LAPSE OF APPROPRIATIONS** |

      The FTC has filed a pro forma motion seeking an indefinite stay and an indefinite extension of all briefing and case deadlines. Defendants Uber Technologies, Inc. and Uber USA, LLC ("Uber") respectfully request that this motion be denied.

      The FTC chose to file this lawsuit on its own timeline. Now it seeks an indefinite stay based on the federal government's inability to fund its own operations – a request that would be summarily denied if made by Defendants under similar circumstances. Granting a stay on this ground would hinder the efficient resolution of this matter and unduly prejudice Defendants.

      Accordingly, Defendants respectfully request that the motion be denied for three reasons.

First, the just, speedy, and efficient resolution of this litigation counsels against an indefinite stay and extension. Fed. R. Civ. P. 1. Fact discovery is set to continue for 8.5 months and trial is not scheduled to begin for 16 months. Dkt. 32. Each of these dates can remain the same, during what is hopefully a short government shutdown. It does not make sense to adjust the Court's 2027 trial calendar due to the government's shutdown in October 2025.

Second, Defendants bear a disproportionate burden with respect to discovery, are prepared to proceed with their discovery, and would not be entitled to a stay under similar circumstances. Defendants are in the middle of responding to the Plaintiff's discovery requests and can continue to do so during the government shutdown. This will allow the case to move forward expeditiously and keep the current schedule. Staying the case will do nothing but delay the resolution of this matter.

Third, the FTC will not be prejudiced if a stay is denied, while an indefinite stay and change of deadlines will significantly prejudice Defendants. Defendants believe there is no merit to the FTC's claims and wish to move the case towards resolution as quickly and efficiently as possible. Potentially pushing the dispositive motions practice and trial date would be highly prejudicial to the Defendants. By contrast, the Plaintiff has not identified any prejudice it will suffer from the denial of a stay. The soonest deadline for the FTC is not until the end of the month, and that is only to add parties or to amend pleadings. The FTC has already had five months to consider any amendments to the complaint, and the possibility of a federal government shutdown has been known for several weeks.

Defendants respectfully request that the Court deny the FTC's Motion for a stay and extension of all case deadlines. *See* Dkt 35. Alternatively, Defendants request that the Court stay all current deadlines, so the government need not respond during the pendency of the government

shutdown. But as long as the shutdown ends in October, as we expect, then the stay can be lifted and all deadlines remain the same. By keeping the case schedule in place, the case can continue moving towards resolution. If the shutdown lasts longer than anticipated, then the parties and Court can consider an adjustment to the schedule at that time.

Date: October 1, 2025

Respectfully submitted,
*/s/ Lauren C. Freeman*
Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8729
Facsimile: +1 202 736 8711