Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>　Plaintiff,<br><br>　v.<br><br>**UBER TECHNOLOGIES, Inc.**, a corporation, and<br><br>**UBER USA, LLC**, a limited liability company,<br><br>　Defendants. | Case No. 4:25-cv-03477-JST<br><br>**NOTICE OF NEW DEADLINE TO ADD PARTIES OR AMEND PLEADINGS** |

Pursuant to the Court's order on the FTC's motion to stay briefing in light of the lapse in appropriations (ECF No. 40), the Federal Trade Commission ("FTC" or "Commission") hereby notifies the Defendants and the Court that it has calculated the new deadline to add parties or amend the pleadings to be Monday, December 15, 2025.  In support of this notice, counsel for the FTC states as follows:

　　1.　　The FTC's funding lapsed on September 30, 2025, and was restored on November 12, 2025, for a total lapse of 43 days.

　　2.　　Extending the prior deadline to amend pleadings (October 31, 2025, ECF No. 32)

by 43 days yields a new deadline of Saturday, December 13, 2025, which is moved to December 15, 2025, by operation of FRCP 6(a)(1)(c).

Accordingly, the FTC believes the new deadline to add parties or amend the pleadings is Monday, December 15, 2025.

Respectfully submitted,

Dated: November 19, 2025                  */s/ Paul Mezan*_____

Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 758-4177 (Mezan)
pmezan@ftc.gov (Mezan)
sliebner@ftc.gov (Liebner)
jdoty@ftc.gov (Doty)

**Attorneys for Plaintiff**
**FEDERAL TRADE COMMISSION**