UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>       Plaintiff,<br><br>   v.<br><br>**UBER TECHNOLOGIES, Inc.**, a corporation, and<br><br>**UBER USA, LLC**, a limited liability company,<br><br>       Defendants. | Case No. 4:25-cv-03477-JST<br><br>**[PROPOSED] ORDER SETTING NEW DEADLINE TO ADD PARTIES OR AMEND PLEADINGS** |

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 |     Having considered Plaintiff's notice of the new deadline to add parties or amend the

3 | pleadings, the Court ORDERS that the deadline to add parties or amend the pleadings shall be

4 | extended to Monday, December 15, 2025.

7 | IT IS SO ORDERED.

8 | Dated: November 26, 2025

                                              The Honorable Jon S. Tigar
United States District Judge