Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>     Plaintiff,<br><br>   v.<br><br>**UBER TECHNOLOGIES, Inc.,** a corporation, and<br><br>**UBER USA, LLC**, a limited liability company,<br><br>     Defendants. | Case No. 4:25-cv-03477-JST<br><br>**CONSENT MOTION FOR POSTPONEMENT OF CASE MANAGEMENT CONFERENCE** |

Pursuant to L.R. 7-11 and the Court's order on the FTC's motion to stay briefing in light of the lapse in appropriations (ECF No. 40), the Federal Trade Commission ("FTC" or "Commission") hereby moves for a postponement of the case management conference currently scheduled for Tuesday, December 16, 2025.  The FTC proposes that the case management conference be rescheduled for January 20, 2026, January 27, 2026, or February 3, 2026.  In support of this motion, counsel for the FTC states as follows:

1.      On October 7, 2025, the Court stayed the prior deadline to add parties or amend the pleadings and stated that the parties may also propose a new case management conference

1

1    date, if appropriate.  (ECF No. 40).

2        2.     On November 26, 2025, the Court ordered that the new deadline to add or amend

3    the pleadings is December 15, 2025 (ECF No. 42).

4        3.     Because this deadline falls just one day before the currently scheduled case

5    management conference, the FTC respectfully submits that a short postponement would promote

6    efficiency.  The case management statement, due on December 9 (Docket No. 31), may be moot

7    if the FTC files an amended pleading by the December 15 deadline.

8        4.     Opposing counsel consents to the postponement of the conference to January 20,

9    2026, January 27, 2026, or February 3, 2026.

10        Accordingly, the FTC hereby moves for a postponement of the case management

11    conference to January 20, 2026, January 27, 2026, or February 3, 2026.

12                      Respectfully submitted,

13    Dated: December 4, 2025          */s/ Paul Mezan*

14                      Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)

15                      James Doty (NY Bar No. 4552550)
Federal Trade Commission

16                      600 Pennsylvania Avenue, NW
Washington DC 20580

17                      (202) 758-4177 (Mezan)
pmezan@ftc.gov (Mezan)

18                      sliebner@ftc.gov (Liebner)
jdoty@ftc.gov (Doty)

19

20                      **Attorneys for Plaintiff
FEDERAL TRADE COMMISSION**

21

22

23

MOTION FOR A POSTPONEMENT OF
CASE MANAGEMENT CONFERENCE          4:25-cv-03477-JST