# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT MARK STANLEY KUBIAK IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MARK STANLEY KUBIAK WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 12, 2006**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued September 8, 2025

DaVida M. Davis
Director of Regulatory Compliance