Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (Virginia Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

*Attorneys for Plaintiff*
*Federal Trade Commission*

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

Ausjia Perlow (*pro hac vice*)
aperlow@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: 212-839-5886
Facsimile: 212-839-5599

*Attorneys for Defendants Uber Technologies,*
*Inc. and Uber USA, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE** | Case No. 4:25-cv-03477-JST<br><br>STIPULATION TO ENLARGE THE TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT |

| | |
|---|---|
| OF THE STATE OF MICHIGAN,<br>                  Plaintiffs,<br>    v.<br>**UBER TECHNOLOGIES, Inc.,** a corporation, and<br>**UBER USA, LLC,** a limited liability company,<br>                  Defendants. | |

## JOINT STIPULATION

Pursuant to Northern District of California Civil Local Rule 6-1 and 7-12, Plaintiffs Federal Trade Commission (FTC) and Various States ("Plaintiffs") and Defendants Uber Technologies, Inc. and Uber USA, LLC ("Defendants") (together the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation:

WHEREAS, Plaintiffs filed their First Amended Complaint in the above-captioned action on December 15, 2025;

WHEREAS, Defendants' current deadline to respond to the FAC is December 29, 2025;

WHEREAS, the Parties have agreed that Defendants shall have until January 27, 2026 to respond to the FAC;

WHEREAS the Parties have agreed that Plaintiffs will have until March 10, 2026 to respond to any motion to dismiss;

WHEREAS the Parties have agreed that Defendants will have until March 24, 2026 to reply in support of any motion to dismiss;

WHEREAS, extending Defendants' deadline to respond to the FAC will not affect any Court-ordered deadlines; and

WHEREAS, this is the Parties' first stipulation to extend the time to respond to the FAC.

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel of record, and pursuant to Civil Local Rule 6-1(a), that Defendants' response to Plaintiffs' FAC will be due on January 27, 2026; Plaintiffs' opposition will be due on March 10,

1  2026, and Defendants' reply will be due on March 24, 2026.

Dated: December 24, 2025

Stipulated and agreed to by:

/s/ James Doty
Paul Mezan
Stephanie Liebner
James Doty
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop CC-10232
Washington, DC 20580
(202) 758-4177 (Mezan)
E-mail: pmezan@ftc.gov
(202) 326-3395 (fax)

**Attorneys for Plaintiff**
**Federal Trade Commission**

/s/ Benjamin M. Mundel
Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8729
Facsimile: +1 202 736 8711

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Ausjia Perlow (*pro hac vice*)
aperlow@sidley.com
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, NY 10019
Telephone: +1 212 839 5886
Facsimile: +1 212 839 5599

3  STIPULATION TO ENLARGE TIME TO RESPOND TO
FIRST AMENDED COMPLAINT
4:25-CV-03477-JST

|   |   |
|---|---|
| 1 | |
| 2 | **Attorneys for Defendants**<br>**Uber Technologies, Inc. and Uber USA, LLC** |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | 4 STIPULATION TO ENLARGE TIME TO RESPOND TO FIRST AMENDED COMPLAINT<br>4:25-CV-03477-JST |

**ECF ATTESTATION**

I, Benjamin M. Mundel, hereby attest that concurrence in the filing of this document has been obtained from the other signatories, and that this document was served by electronic filing on December 24th, 2025, on all counsel of record.

/s/Benjamin M. Mundel

Benjamin M. Mundel