1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA

4   FTC, et al.              ,          Case No. 4:25-cv-03477-JST

5           Plaintiff(s),

6       v.                              **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**

7   UBER TECHNOLOGIES, et al  ,

8           Defendant(s).               (CIVIL LOCAL RULE 11-3)

10  I, s/ Alyse Meislik, an active member in good standing of the bar of
11  Arizona, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Attorney General of Arizona in the
13  above-entitled action. My local co-counsel in this case is Kerry O′Brien, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California. Local co-counsel's bar number is: 149264.

16  2005 N. Central Ave, Phoenix, AZ 85004      90 7th St., Ste 14-300, San Francisco, CA 94103
17  MY ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  602-542-7727                                (415) 848-5100
19  MY TELEPHONE # OF RECORD                    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  Alyse.Meislik@azag.gov                      kobrien@ftc.gov
    MY EMAIL ADDRESS OF RECORD                  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

22  I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: 024052.
24  A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26  I have been granted pro hac vice admission by the Court 0 times in the 12 months
27  preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 6, 2026                              s/ Alyse Meislik
                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  s/ Alyse Meislik  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   January 7, 2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE