# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **TIMOTHY SAMUEL ALLISON** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **TIMOTHY SAMUEL ALLISON** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 14, 2022,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued December 11, 2025



DaVida M. Davis
**Director of Regulatory Compliance**