

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Merna Talal Hoffman, Esq.*

#### DATE OF ADMISSION

*April 18, 2012*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  December 18, 2025

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk