

# CERTIFICATE of the CLERK of the SUPREME COURT of the STATE OF MONTANA

I, Bowen Greenwood, Clerk of the Supreme Court of the State of Montana, do hereby certify that ANNA KRISTINE SCHNEIDER residing in Helena, MT was on the 3rd *day* of January 2023 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and seal of the court,

This 26th day of August, 2025

Clerk of the Supreme Court