# IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

# CERTIFICATE

I, Candace Duncan, Deputy Clerk of the Supreme Court of the State of Oklahoma, do hereby certify the Christopher Campbell, of Oklahoma City, OK, was admitted to practice in the Supreme Court of the State of Oklahoma upon exam, on September 25, 2018, and is now an attorney and counselor at law in good standing at the Bar of said State.

**WITNESS**, my hand and the Seal of the Supreme Court of the State of Oklahoma, this the 7th day of August 2025.

S-E-A-L

**CANDACE DUNCAN, DEPUTY CLERK
SUPREME COURT OF OKLAHOMA**

By: *Candace Duncan* (signature)