# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      )
                                            ) ss.

**WESTERN DISTRICT OF OKLAHOMA**   )

I, *Joan Kane,* Clerk of the United States District Court for the Western District of

Oklahoma,

DO HEREBY CERTIFY That  ‎Cameron R. Capps‎   Federal Bar #  16-175 ,

was duly admitted to practice in said Court on  November 17, 2016 ,

and is in good standing as a member of the bar of the Court.

*JOAN KANE, Clerk*

Dated at Oklahoma City, Oklahoma

on  June 6, 2025                    By: Kathleen Thompson

                                                    **Deputy Clerk**

Certified Copy



10:08 am, Jun 06, 2025
Joan Kane, Clerk

dl/ Rev 04/22/2014