UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission, et , <br><br> Plaintiff(s), <br><br> v. <br><br> Uber Technologies, et al , <br><br> Defendant(s). | Case No. 4:25-cv-03477-JST <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Ann L. Haight, an active member in good standing of the bar of the State of West Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the State of West Virginia in the above-entitled action. My local co-counsel in this case is Kerry O'Brien, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 149264.

| | |
|---|---|
| P.O. Box 1789, Charleston, WV 25326 | 90 Seventh St, Ste 14-300, San Francisco, CA 94103 |
| My Address of Record | Local Co-Counsel's Address of Record |
| 304-558-8986 | 415-848-5100 |
| My Telephone # of Record | Local Co-Counsel's Telephone # of Record |
| Ann.L.Haight@wvago.gov | Kobrien@ftc.gov |
| My Email Address of Record | Local Co-Counsel's Email Address of Record |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1527.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  - 0-   times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 01/21/2026

Ann L. Haight
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ann L. Haight is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Updated 11/2021

2

# WEST VIRGINIA STATE BAR

## Certificate of Good Standing

**Ann L. Haight – WVSB ID# 1527**

This is to certify that, according to the records of the West Virginia State Bar, Ann L. Haight, of Charleston, WV, was admitted to practice law by the Supreme Court of Appeals of WV on May 18, 1982.

According to the records of the West Virginia State Bar, as of January 16, 2026, Ann L. Haight is currently an Active Attorney Member in good standing with the West Virginia State Bar.

*Mary Jane Pickens, Esquire*
Executive Director
The West Virginia State Bar