

**NEW HAMPSHIRE BAR ASSOCIATION**
*Equal Justice Under Law*

2 Pillsbury Street, Suite 300, Concord, New Hampshire 03301-3502
T 603-224-6942 | F 603-224-2910 | www.nhbar.org

**BOARD OF GOVERNORS**

*Officers*
DEREK D. LICK
*President*
ROBERT R. LUCIC
*President-Elect*
SARAH MATTSON DUSTIN
*Vice President*
CATHERINE E. SHANELARIS
*Secretary*
GEOFFREY M. GALLAGHER
*Treasurer*
KATHLEEN M. MAHAN
*Immediate Past President*

**Governors-at-Large**
CHARLA B. STEVENS
*Bedford*
CHRISTINE M. HANISCO
*Concord*
STEVEN J. DUTTON
*Manchester*
KRISTIN G. FIELDS
*Concord*
JAMES A. SHEPARD
*Concord*

**Public Sector Governor**
NIKOLAS K. FRYE

**Out of State Governor**
GAR Y. CHIANG

**County Governors**
WILLIAM D. WOODBURY
*Belknap County*
JOHN CRABBS
*Carroll County*
OLIVER D. BLOOM
*Cheshire County*
LEONARD D. HARDEN
*Coos County*
BARRY C. SCHUSTER
*Grafton County*
KYLE D. ROBIDAS
*Hillsborough County – North*
ANTHONY NARO
*Hillsborough County – South*
PETAR M. LEONARD
*Merrimack County*
CAROLINE A. EPPERSON
*Rockingham County*
MATTHEW STACHOWSKE
*Strafford County*
JAMES H. EAGER
*Sullivan County*

**Executive Staff**
SARAH T. BLODGETT, ESQ.
*Executive Director*
VINCENT O'BRIEN
*Director of Professional Development*
CAITLIN DOW
*Director of Marketing & Communications*

January 20, 2026

TO WHOM IT MAY CONCERN:

This is to certify that:

Attorney Amanda N. Purcell
Concord, NH

| | |
|---|---|
| Bar Id: | 278532 |
| Current Status: | ACTIVE |
| NH Bar Admit: | 08/20/2024 |

is a member in good standing with the New Hampshire Bar Association, meaning the member's Association dues and NH Supreme court fees are current; the member has completed the required continuing legal education courses and signed the NHMCLE affidavit; and the member has affirmed that their trust accounts are in good order.

Sincerely,

*Jennifer L. Hartshorn*

Jennifer L. Hartshorn
Member Records Coordinator

STATE OF NEW HAMPSHIRE

The foregoing instrument was acknowledged before me this 20th day of **January** 2026 by Jennifer L. Hartshorn.

*Debra A Murphy*

DEBRA A MURPHY
NOTARY PUBLIC
State of New Hampshire
My Commission Expires
March 27, 2029

*Supporting Members of the Legal Profession and Their Service to the Public and Justice System*