AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

## CERTIFICATE OF GOOD STANDING

I, Kate M. Fogarty, Clerk of this Court, certify that Sarah Doktori, Bar # 403060, was duly admitted to practice in this Court on 03/22/2022, and is in good standing as a member of the Bar of this Court.

Dated at St. Paul, Minnesota on 10/03/2025
*(Location)*                                    *(Date)*

Kate M. Fogarty
CLERK

*Kern O. Adami*
DEPUTY CLERK