# State of Connecticut

# Supreme Court

I, **Carl D. Cicchetti,** *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

**Hartford**

*Do hereby certify, that, in the Superior Court at*
*on the* **30th** *day of* **November, 1989**

**Brendan Thomas Flynn**

*of*

**Portland, CT**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*



*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **January 16, 2026**

*Carl D. Cicchetti*
*Chief Clerk*