Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8729
Facsimile: 202-736-8711

*Attorneys for Defendants*
*Uber Technologies, Inc., and Uber USA, LLC*

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-600-5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

**FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,**

Plaintiffs,

v.

**Uber Technologies, Inc.**, a corporation, and **Uber USA, LLC**, a limited liability company,
Defendants,

Case No. 4:25-cv-3477-JST

**[PROPOSED] ORDER GRANTING PARTIAL MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Date: April 2, 2026
Time: 2:00 p.m.
Judge: Hon. Jon S. Tigar
Courtroom: 6

# [PROPOSED] ORDER

Having read and considered Defendants' Notice of Motion and Partial Motion to Dismiss, all other papers submitted in support of or in opposition to the Motion, the pleadings on file, and oral argument provided, the Court rules as follows:

Defendants' Partial Motion to Dismiss Plaintiffs' First Amended Complaint is granted.

**IT IS SO ORDERED.**

DATE:

BY:________________________________
The Honorable Jon S. Tigar
United States District Judge