

# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *John Michael Abel, Esq.*

**DATE OF ADMISSION**

**December 2, 1986**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: December 31, 2025

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk