# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br>Plaintiffs, <br><br>v. <br><br>UBER TECHNOLOGIES, INC., et al., <br><br>Defendants. | Case No. 25-cv-03477-JST <br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO MAGISTRATE JUDGE THOMAS S. HIXSON** |

Discovery disputes in this case are referred Magistrate Judge Thomas S. Hixson. All further discovery matters shall be filed pursuant to Judge Hixson's procedures.

**IT IS SO ORDERED**.

Dated: January 28, 2026



JON S. TIGAR
United States District Judge