UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 25-cv-03477-JST   (TSH) <br><br> **NOTICE OF REFERRAL FOR DISCOVERY** |

    This case has been referred to the undersigned magistrate judge for all discovery. For any pending matters at the time of referral, the Court will issue a separate order. For all future discovery-related matters, the parties must comply with the undersigned's Discovery Standing Order, available on the Court's website at https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.

    Please direct any questions to the undersigned's Courtroom Deputy at tshcrd@cand.uscourts.gov or (415) 522-4067.

    **IT IS SO ORDERED.**

Dated: January 28, 2026

THOMAS S. HIXSON  
United States Magistrate Judge