Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111
Telephone: (415) 772-1200

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-600-5051

David Gringer (pro hac vice)
david.gringer@wilmerhale.com
Marissa M. Wenzel (pro hac vice)
marissa.wenzel@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

*Attorneys for Defendants Uber Technologies, Inc. and Uber USA, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,**<br><br>Plaintiffs,<br>vs.<br><br>**UBER TECHNOLOGIES, Inc.,** a corporation, and, **UBER USA, LLC**, a limited liability Company,<br><br>Defendants. | Case No. 4::25-cv-03477-JST<br>Assigned to Hon. Jon S. Tigar<br><br>**NOTICE OF CHANGE OF ADDRESS**<br><br>**First Amended Complaint Filed: December 15, 2025** |

1     TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2     PLEASE TAKE NOTICE that effective February 1, 2026, the mailing address for Lauren C. Freeman of Sidley Austin LLP, counsel for Defendants Uber Technologies, Inc. and Uber USA, LLC, has changed as follows:

Lauren C. Freeman (SBN 324572)
SIDLEY AUSTIN LLP
101 California Street, Suite 3500
San Francisco, CA 94111

Counsel's telephone number, facsimile number, and email address remain the same. There is no change in address or contact information for the other listed counsel for the Defendants. Please update all service lists accordingly.

Date: February 1, 2026                      SIDLEY AUSTIN LLP

                                           By: */s/ Lauren Freeman*
                                                   Lauren C. Freeman