| | |
|---|---|
| Lauren C. Freeman (SBN 324572) | Sonal N. Mehta (SBN 222086) |
| lfreeman@sidley.com | sonal.mehta@wilmerhale.com |
| SIDLEY AUSTIN LLP | WILMER CUTLER PICKERING HALE |
| 101 California Street | AND DORR LLP |
| San Francisco, CA 94111 | 2600 El Camino Real, Suite 400 |
| Telephone: 415-772-1200 | Palo Alto, CA 94306 |
| Facsimile: 415-772-7400 | Telephone: 650-600-5051 |
| | |
| Benjamin M. Mundel (*pro hac vice*) | David Gringer (*pro hac vice*) |
| bmundel@sidley.com | david.gringer@wilmerhale.com |
| SIDLEY AUSTIN LLP | Marissa M. Wenzel (*pro hac vice*) |
| 1501 K Street, N.W. | marissa.wenzel@wilmerhale.com |
| Washington, D.C. 20005 | WILMER CUTLER PICKERING HALE |
| Telephone: 202-736-8729 | AND DORR LLP |
| Facsimile: 202-736-8711 | 7 World Trade Center |
| | 250 Greenwich Street |
| | New York, NY 10007 |
| *Attorneys for Defendants Uber Technologies, Inc., and Uber USA, LLC* | Telephone: 212-230-8800 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,**<br><br>        Plaintiffs,<br><br>    v.<br><br>**Uber Technologies, Inc.**, a corporation, and **Uber USA, LLC**, a limited liability company,<br><br>        Defendants. | Case No. 4:25-cv-3477-JST<br><br>**JOINT LIST OF MAGISTRATE JUDGES FOR MEDIATION** |

Pursuant to the Court's order of January 27, 2026 (Dkt. 119), the parties have agreed to be referred to mediation before the following magistrate judges:

    Magistrate Judge Laurel Beeler

    Magistrate Judge Virginia K. DeMarchi

    Magistrate Judge Ajay Krishnan

Date: February 3, 2026

Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ David Gringer*
    David Gringer

*Attorney for Defendants*