UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., et al., <br><br> Defendants. | Case No. 25-cv-03477-JST <br><br> **ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT** |

Pursuant to Local Rule 72-1, this matter is referred to Magistrate Judge Ajay S. Krishnan for settlement.

The parties will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Krishnan.

**IT IS SO ORDERED.**

Dated: February 4, 2026



_____
JON S. TIGAR
United States District Judge