# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

Daniel Charles Rife

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

July 30, 2025

Given under my hand and seal of this court on

February 19, 2026

Emily J. Eschweiler, Director
Office of Lawyer Registration