Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (Virginia Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **Federal Trade Commission**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**Uber Technologies, Inc.**, a corporation, and<br><br>**Uber USA, LLC**, a limited liability company,<br><br>Defendants. | No. 4:25-cv-03477-JST<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Federal Trade Commission ("FTC"), pursuant to Local Rules 7-11 and 79-5(f), respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed with respect to certain portions of Plaintiff's Joint Discovery Letter (attached hereto, hereinafter "Letter") and Exhibits C-F.

Certain portions of Plaintiff's Letter contains information obtained from Defendants during the course of the FTC's non-public investigation into Defendants' acts and practices, and Defendants designated certain of this information as confidential. Exhibits C-F were also obtained from Defendants and designated as confidential.

The FTC does not seek to seal any portion of its Letter or Exhibits C-F, but is filing the Letter in redacted form and these exhibits under seal because the Letter references and, in places,

quotes Exhibits C-F, which were designated confidential by Defendants.  Thus, Plaintiff requests the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 15-17 | Uber Technologies, Inc. |
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 27-28 | Uber Technologies, Inc. |
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 29-30 | Uber Technologies, Inc. |
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 32-33 | Uber Technologies, Inc. |
| Exhibit C | Internal Email re Cancellation Transparency (UBER-SEPT24-00000748) | Uber Technologies, Inc. |
| Exhibit D | Uber One FAQ (UBER-SEPT24-00000001) | Uber Technologies, Inc. |
| Exhibit E | Internal Chat Communications (UBER-SEPT24-00000950) | Uber Technologies, Inc. |
| Exhibit F | Uber One Churn Prevention Experiment (UBER-SEPT24-00000067) | Uber Technologies, Inc. |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has redacted the above-referenced green-highlighted portions of its Letter because it references exhibits Defendants designated as confidential and to give Defendants the opportunity to argue the merits of this issue.  Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)" of the Local Rules. L.R. 79-5(f)(3). The FTC does not oppose the sealing of the above-referenced portions of its Letter or exhibits C-F.

In compliance with Civil Local Rule 79-5(e)(2), an unredacted version of the Letter and exhibits accompanies this Administrative Motion. Ex. A. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Plaintiff will serve this Administrative Motion on all Defendants and will file a Certificate of Service after doing so.

Dated: March 25, 2026

Respectfully submitted,

*/s/ Sarah Abutaleb*

Sarah Abutaleb (DC Bar No. 1779979)
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
202) 758-4177 (Mezan)
E-mail: pmezan@ftc.go
(202) 326-3395 (fax)

*Attorneys for Plaintiff*
*Federal Trade Commission*

**CERTIFICATE OF SERVICE**

I certify that on March 25, 2026, I served on Defendants a copy of the foregoing Administrative Motion to Consider Whether Another Party's Material Should be Sealed, including attachments (Proposed Order, Unredacted Letter, and Exhibits C-F) by emailing the same to Defendants' counsel Benjamin Mundel at bmundel@sidley.com.

Dated:  March 25, 2026

*/s/ Sarah Abutaleb*

Sarah Abutaleb (DC Bar No. 1779979)
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
202) 758-4177 (Mezan)
E-mail: pmezan@ftc.go
(202) 326-3395 (fax)

*Attorneys for Plaintiff*
*Federal Trade Commission*