**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**, a corporation, and<br><br>**UBER USA, LLC**, a limited liability company,<br><br>Defendants. | No. 4:25-cv-03477-JST<br><br>**[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

With respect to information that Defendants designated as confidential, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiff's Administrative Motion") in connection with Plaintiff's portion of the March 25, 2026 Joint Discovery Letter and accompanying Exhibits C-F (Dkt. No. 155).  Plaintiff, in accordance with Local Rule 79-5(c)(3) identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Description | Designating Party |
| --- | --- | --- |
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 15-17 | Uber Technologies, Inc. |
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 27-28 | Uber Technologies, Inc. |
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 29-30 | Uber Technologies, Inc. |
| 3/25/26 Joint Discovery Letter | Part B, Page 3, Lines 32-33 | Uber Technologies, Inc. |
| Exhibit C | Internal Email re Cancellation Transparency (UBER-SEPT24-00000748) | Uber Technologies, Inc. |
| Exhibit D | Uber One FAQ (UBER-SEPT24-00000001) | Uber Technologies, Inc. |
| Exhibit E | Internal Chat Communications (UBER-SEPT24-00000950) | Uber Technologies, Inc. |
| Exhibit F | Uber One Churn Prevention Experiment (UBER-SEPT24-00000067) | Uber Technologies, Inc. |

Having considered Plaintiff's Administrative Motion and any responsive statement or declaration filed by Defendants pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted version of the Letter and sealed exhibits C-F shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff shall file a complete unredacted version of the Letter and exhibits C-F within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff shall file a revised redacted version of the Letter and exhibits C-F, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _____, 2026

_____
United States District Judge