Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (Virginia Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**Uber Technologies, Inc.**, a corporation, and<br><br>**Uber USA, LLC**, a limited liability company,<br><br>Defendants. | No. 4:25-cv-03477-JST<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Federal Trade Commission ("FTC"), pursuant to Local Rules 7-11 and 79-5(f), respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed with respect to Exhibits A-I attached to Plaintiff's Joint Discovery Letter (attached hereto, hereinafter "Letter").

With this Motion, the FTC supplements its prior Administrative Motion (DE 156) and asks the Court to seal Exhibits A-I attached to the Letter filed at DE 155-1 because Exhibit H is designated as confidential by Defendants. The FTC will then re-file the Letter and pursuant to this motion and the FTC's prior administration motion (DE 156), Exhibits C-F and H will be filed under seal.

The FTC is requesting that Exhibits A-I (DE 155-1) be sealed because this attachment includes Exhibit H which is designated confidential by Defendants.  Thus, the FTC requests the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
| --- | --- | --- |
| Exhibits A-I | FTC's Exhibits attached to Joint Discovery Motion (DE 155), which includes an Exhibit designated as confidential by Defendants (Ex. H) | Defendants |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). The FTC requests to seal Exhibits A-I because it includes Exhibit H which Defendants designated as confidential and to give Defendants the opportunity to argue the merits of this issue. Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)" of the Local Rules. L.R. 79-5(f)(3).

In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Plaintiff will serve this Administrative Motion on all Defendants and will file a Certificate of Service after doing so.

Dated: March 26, 2026

Respectfully submitted,

*/s/ Sarah Abutaleb*

Sarah Abutaleb (DC Bar No. 1779979)
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
202) 758-4177 (Mezan)
E-mail: pmezan@ftc.go
(202) 326-3395 (fax)

*Attorneys for Plaintiff*
*Federal Trade Commission*

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2026, I served on Defendants a copy of the foregoing Administrative Motion to Consider Whether Another Party's Material Should be Sealed, including the attached Proposed Order, by emailing the same to Defendants' counsel Benjamin Mundel at bmundel@sidley.com.

Dated: March 26, 2026

/s/ Sarah Abutaleb

Sarah Abutaleb (DC Bar No. 1779979)
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
202) 758-4177 (Mezan)
E-mail: pmezan@ftc.go
(202) 326-3395 (fax)

*Attorneys for Plaintiff*
*Federal Trade Commission*