**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**, a corporation, and<br><br>**UBER USA, LLC**, a limited liability company,<br><br>Defendants. | No. 4:25-cv-03477-JST<br><br>**[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

With respect to information that Defendants designated as confidential, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiff's Administrative Motion") in connection with the exhibits attached to the March 25, 2026 Joint Discovery Letter (Dkt. No. 155-1) (Exhibits A-I). The FTC will then re-file the Letter and pursuant to this motion and the FTC's prior administration motion (DE 156), Exhibits C-F and H will be filed under seal. The FTC, in accordance with Local Rule 79-5(c)(3) identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit A-I | FTC's Exhibits attached to Joint Discovery Motion (DE 155), which includes an Exhibit designated as confidential by Defendants (Ex. H) | Defendants |

Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendants pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. Exhibits A-I (DE 155-1) shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff shall file a complete unredacted version of Exhibits A-I within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff shall file a revised redacted version of the Exhibits A-I, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _____, 2026

_____
United States District Judge

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider
Whether Another Party's Material Should be Sealed
3                          Case No. 4:25-cv-03477-JST