

Division of Financial Practices
Bureau of Consumer Protection

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

April 1, 2026

**By ECF**

Honorable Thomas S. Hixson
United States District Court, Northern District of California
Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     *FTC et al. v. Uber Technologies, Inc. et al.*, Case No. 4:25-cv-03477-JST

Dear Judge Hixson:

Plaintiff Federal Trade Commission ("FTC") and Defendants Uber Technologies, Inc. and Uber USA, LLC ("Uber" or "Defendants") submit this joint statement pursuant to the Court's Discovery Order dated March 11, 2026.

The parties hereby attest that they have met and conferred in good faith to resolve their disputes prior to filing this letter.

Respectfully submitted,

*/s/ Paul Mezan*

Paul Mezan
Federal Trade Commission

*Attorneys for Plaintiff FTC*

*/s/ Ben Mundel*

Ben Mundel
Sidley Austin LLP

*Attorneys for Uber Technologies, Inc.
and Uber USA, LLC*

1

**JOINT STATEMENT**

The Parties' efforts to reach agreement on the number and identity of custodians are still ongoing. Pursuant to the Court's Discovery Order (ECF No. 150) for Uber to complete its production of documents in response to RFPs 2 and 3 by March 25, 2026, on March 24, 2026, Uber produced organizational charts responsive to RFPs 2 and 3, which request materials that the FTC believes are necessary to prepare a proposal for document custodians. On March 29, 2026, the FTC emailed Uber with clarifying questions regarding its production.

On March 30, 2026, pursuant to the Court's Discovery Order dated March 11, 2026, the Parties met and conferred on the issue of document custodians. The Parties agreed that additional time would be beneficial to allow Uber to respond to the FTC's questions and so that the FTC could use that information to inform its forthcoming document custodian proposal. Uber has agreed to respond to the FTC's questions by April 2, 2026, and the FTC has agreed to provide Uber with its proposal for document custodians by April 6, 2026. The Parties believe that this further exchange of information may assist them in narrowing the issues before the Court if a full agreement cannot be reached.

In light of the above, the Parties respectfully request that they be permitted to include whether an agreement has been reached and, if not, their respective positions on the number and identity of document custodians in their status report currently due to the Court on April 9, 2026. The Parties also request that page limits for this status report be suspended. To provide the Court with more time with the parties' positions prior to the April 10, 2026 status conference, the Parties are amenable to filing the status report on April 8, 2026 at noon PT instead of the current deadline (April 9).

3

**ECF ATTESTATION**

I, Paul Mezan, hereby attest that concurrence in the filing of this document has been obtained from the other signatories, and that this document was served by electronic filing or email on April 1, 2026, on all counsel of record.

_/s/ Paul Mezan_____
Paul Mezan