**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 4:25-cv-3477-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(f)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, | |
| Defendants. | |

**[PROPOSED] ORDER**

Before this Court is Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. ECF Nos. 156–57. Having considered the Administrative Motions and Defendants' LR 79-5(f)(3) Statement and Request to Permanently Seal, the Court **ORDERS** as follows:

| ECF No. | Document | Portions to Seal | Ruling |
|---|---|---|---|
| 155-1; 158-1 | Exhibit C<br><br>Internal Email (UBERSEPT24-00000748) | Entire document | GRANTED |
| 155-1; 158-1 | Exhibit H<br><br>February 23, 2026 Letter from Defendants to Plaintiff | The table (under the description of RFP 34) that begins near the end of page 4 and extends to page 6 of Exhibit H | GRANTED |

Plaintiffs shall re-file the above docket entries in accordance with and within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____

By:_____
Honorable Jon S. Tigar
United States District Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL, CASE NO. 4:25-CV-3477-JST