UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 25-cv-03477-JST (TSH) |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| UBER TECHNOLOGIES, INC., et al., | Re: Dkt. No. 163 |
| Defendants. | |

The Court has reviewed the parties' joint statement at ECF No. 163. The Court **ORDERS** the parties to include in their upcoming status report whether they have reached an agreement on the number and identify of document custodians, and if not, their respective positions. The status report shall be due by noon Pacific time on April 8, 2026 (instead of April 9), and page limits are suspended.

**IT IS SO ORDERED.**

Dated: April 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge