UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission, , | Case No. 4:25-cv-03477-JST |
| Plaintiff(s), | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| Uber Technologies, Inc., et al. , | |
| Defendant(s). | |

I, Lindsay S. D. Barton , an active member in good standing of the bar of the State of Alabama , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the State of Alabama in the above-entitled action. My local co-counsel in this case is Kerry O'Brien , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: CABN149264 .

501 Washington Avenue, Montgomery, Alabama 36104
MY ADDRESS OF RECORD

90 Seventh St., Suite 14-300

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(334) 353-2609
MY TELEPHONE # OF RECORD

(415) 848-5100
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lindsay.barton@AlabamaAG.gov
MY EMAIL ADDRESS OF RECORD

kobrien@ftc.gov
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1165G00N .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3-24-2026                                                Lindsay S. D. Barton
                                                                        APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Lindsay S. D. Barton is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                                        _____
                                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# The Supreme Court of Alabama



## Certificate Of Admission

I, Megan B. Rhodebeck, Clerk of the Supreme Court of Alabama, do hereby certify that ___Lindsay Summer Dawson Barton_____ was duly and legally admitted to practice law by the Supreme Court of Alabama on _____September 24, 2021_____ and is now an attorney in good standing at the Bar of this Court, as shown by the records of said Court on file in this office.

I further certify that the Supreme Court of Alabama is the highest court of record in this State.

Done on _____March 26, 2026_____ with the seal of the Supreme Court of Alabama attached.



_Megan B. Rhodebeck_

Megan B. Rhodebeck
Clerk of the Supreme Court of Alabama