UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No.  25-cv-03477-JST   (TSH)

**ORDER RE MOTIONS TO SEAL**

Re: Dkt. Nos. 155, 156, 157, 158, 164

With respect to ECF Nos. 155, 156, 157, 158 and 164, Uber seeks to seal the entirety of Exhibit C, a portion of Exhibit H, and no part of the joint discovery letter brief.  The Court **GRANTS** Uber's request to seal the entirety of Exhibit C and a portion of Exhibit H.  Exhibits A, B, G and I have already been filed in the public record without redaction.  ECF No. 158-1. Accordingly, the Court **ORDERS** Uber to file the joint discovery letter brief and Exhibits D, E and F in the public record without redaction and to file Exhibit H in the public record with the redactions that Uber proposes.  Uber shall do this within five days.

This order terminates ECF Nos. 155, 156 and 157.

**IT IS SO ORDERED.**

Dated: April 6, 2026

THOMAS S. HIXSON
United States Magistrate Judge