# Exhibit A

**FTC Proposal for Uber Document Custodians[1]**
April 3, 2026

|  | Custodian | Current or Most Recent Title |
|---|---|---|
| 1 | Abbey Stauffer | Director of Product Management, Membership Tech |
| 2 | Alex Wagner | Senior Program Manager for Consumer Experience, CommOps |
| 3 | Andrew Goldstein | Scientist II, Tech |
| 4 | Ashish Nigam | Sr Product Manager, Tech |
| 5 | Beccy Valentine | Sr Product Operations |
| 6 | Breta Brarucha | Lead Product Manager |
| 7 | Chris Bayo | Manager, Strategic Operations - Eater Ops |
| 8 | Colin Watson | Applied Scientist II |
| 9 | Danielle Sheridan | Senior Director and Head of Global Memberships |
| 10 | Gary Yu | Group Product Design Manager |
| 11 | Ian Crawley | Director, Program Management, Tech |
| 12 | Jesse Prehodick | Lead Product Designer |
| 13 | Jing Jing Tan | Group UX Research Manager |
| 14 | Joey Hines | Product Designer |
| 15 | Kelsie Sausville | Program Leader, Product Payments |
| 16 | Leann Li | Scientist II, Tech |
| 17 | Maheen Abbasi | Product Operations Lead, Membership Tech |
| 18 | Mallory Usen | Head of Membership Product Marketing |
| 19 | Niyati Gandhi | Senior Product Designer |
| 20 | Pengyao Chen | Manager II, Engineering |
| 21 | Phil Anderson | Sr Scientist, Tech |
| 22 | Rachel Wu | Sr Data Scientist, Tech |
| 23 | Saloni Kishinchandani | Sr Product Manager, Tech |
| 24 | Sherry Xie | Senior Manager, Strategic Finance |
| 25 | Siddhant Narula | Product Manager II, Customer Obsession |
| 26 | Swathi Bhumireddy | Senior Manager, Engineering |
| 27 | Tiffany Tsai | Product Marketing Manager II, Membership |

---

[1] Given the limited and incomplete information regarding potential custodians provided by Uber to date, the FTC reserves the right to request additional custodians in the future should the need arise. The FTC proposes these custodians under the assumption that Uber has fully complied with the document retention policies previously provided to the FTC as well as the FTC's prior preservation requests.

# Exhibit B

## Wojcicki, Allison

| | |
|---|---|
| **From:** | Freeman, Lauren <lfreeman@sidley.com> |
| **Sent:** | Tuesday, April 7, 2026 9:11 PM |
| **To:** | Mezan, Paul; Langan, Drew; Bragg, Tayler G.; Saltzman, Adam; Benjamin  Mundel - Contact; david.gringer@wilmerhale.com; marissa.wenzel@wilmerhale.com; sonal.mehta@wilmerhale.com |
| **Cc:** | Doty, James; Liebner, Stephanie; Roy, Patrick; Abutaleb, Sarah; Wojcicki, Allison; pziperman@oag.maryland.gov; LRiley@oag.maryland.gov; michael.dean@alabamaag.gov; jessica.tubbs@alabamaag.gov; lindsay.barton@alabamaag.gov; Sidrys, Lydia |
| **Subject:** | RE: FTC v. Uber, 4:25-cv-03477-JST - Deposition Notices |

Paul,

Having reviewed your proposal, we do not believe 27 custodians are proportional to the needs of the case. The burden and expense of searching the files of all 27 of these custodians outweighs the likely benefit because, inter alia, many of these custodians have overlapping responsibilities and many had responsibilities far removed from Uber One or from issues that require custodial searches.

That said, in the interest of compromise, we are willing to search the files of the following 14 custodians. These custodians are more than what is necessary to cover all of your RFPs that require custodial searches. As you are aware, the overall burden increases exponentially for each additional custodian, and so the search terms will need to be tailored accordingly given that we are agreeing to search 14 custodians' files (which is double the number we think necessary).

1.   Abbey Stauffer

2.   Alex Wagner

3.   Beccy Valentine

4.   Breta Bharucha

5.   Danielle Sheridan

6.   Ian Crawley

7.   Jesse Prehodick

8.   Kelsie Sausville

9.   Maheen Abbasi

10. Mallory Usen

11. Saloni Kishinchandani

12. Sherry Xie

1

13. Siddhant Narula

14. Swathi Bhumireddy

Please send us your portion of the joint status report due tomorrow as soon as possible.

Best,
Lauren

**LAUREN C. FREEMAN**

**SIDLEY AUSTIN LLP**
+1 415 772 1253
lfreeman@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, April 3, 2026 12:17 PM
**To:** Langan, Drew <dlangan@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Bragg, Tayler G. <tbragg@sidley.com>; Saltzman, Adam <asaltzman1@ftc.gov>; Mundel, Benjamin <bmundel@sidley.com>; david.gringer@wilmerhale.com; marissa.wenzel@wilmerhale.com; sonal.mehta@wilmerhale.com
**Cc:** Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; pziperman@oag.maryland.gov; LRiley@oag.maryland.gov; michael.dean@alabamaag.gov; jessica.tubbs@alabamaag.gov; lindsay.barton@alabamaag.gov; Sidrys, Lydia <lydia.sidrys@sidley.com>
**Subject:** RE: FTC v. Uber, 4:25-cv-03477-JST - Deposition Notices

Counsel,

Attached please find the FTC's proposal for Uber's document custodians. Given the limited and incomplete information regarding potential custodians provided by Uber to date, the FTC reserves the right to supplement this list should the need arise.

Please let us know your position on the FTC's proposal by COB on Monday (4/6) so that we may include it in the status report due to the Court later next week.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
(202) 758-4177