Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street
San Francisco, CA 94111
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Attorneys for Defendants*
*Uber Technologies, Inc., and Uber USA, LLC*

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-600-5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,<br><br>    Defendants. | Case No. 4:25-cv-3477-JST<br><br>**DEFENDANTS' NOTICE OF FILING PURSUANT TO ORDER RE MOTIONS TO SEAL, ECF NO. 171** |

Pursuant to the Court's Order Re Motions to Seal, ECF No. 171 (the "Sealing Order"), Defendants Uber Technologies, Inc., and Uber USA, LLC (collectively, "Uber") file the following:

- **Attachment 1:** Joint discovery letter brief (which the FTC previously filed with redactions, ECF Nos. 155, 158) without redaction;

- **Attachment 2:** Exhibit D (which the FTC previously filed under seal, ECF Nos. 155-1 and 158-1) without redaction;

- **Attachment 3:** Exhibit E (which the FTC previously filed under seal, ECF Nos. 155-1 and 158-1) without redaction;

- **Attachment 4:** Exhibit F (which the FTC previously filed under seal, ECF Nos. 155-1 and 158-1) without redaction; and

- **Attachment 5:** Exhibit H (which the FTC previously filed under seal, ECF Nos. 155-1, 158-1) with the redactions that Uber proposed in the Local Rule 79-5(f)(3) Statement and Request to Permanently Seal, ECF No. 164, and the Court granted in the Sealing Order.

Date: April 13, 2026                                    Respectfully submitted,

                                                         SIDLEY AUSTIN LLP
                                                         By:    */s/ Benjamin M. Mundel*
                                                                Benjamin M. Mundel
                                                                *Attorney for Defendants*