# Attachment 2

# Exhibit D

export from 11/09/2024

# Uber One FAQ

Overview

## Region

- USC

## Contact Type

| ancestor 1 | ancestor 2 | ancestor 3 | ancestor 4 |
|---|---|---|---|
| Rider | Account & Payment | Uber One | |
| Rider | Account & Payment | Uber One | General FAQ |

FOIA Confidential UBER-SEPT24-00000001

In Person Logic

## Table 1 - Issue Identification

| **Is the user asking about canceling their Uber One subscription, ending a membership free trial, or other questions about refunds?** | **Is the user reporting an issue with discounts on their Uber One account?** | **The user has a question about Uber One for Students**<br><br>How to identify a Student Membership | **The user has a different question about Uber One or how it works** |
|---|---|---|---|
| **Use the Uber One Refund Request logic to solve.** | **Use the Uber One - Claims Discount Didn't Apply logic to solve.** | **Table 2** | **Table 3** |

## Table 2 - Uber One for Students

| **Is the user claiming they are unable to see or enroll in the Uber One for Students?** | **Is the user asking about specific offers available for Uber One for Students?**<br><br>**Example:**<br>**- *Merchant Offers***<br>**- *Daily Discounts*** | **Is the user asking for general information on Uber One for Students?**<br><br>**Example:**<br>**- *Pricing***<br>**- *Student Verification*** | **Is the user asking how to purchase Uber One for Students?** | **Is the user asking how to verify their student eligibility?** | **Is the user experiencing issues with student verification or a separate issue with purchasing?** |
|---|---|---|---|---|---|
| **Step 3** | Step 14 | Step 15 | Step 16 | Step 17 | Step 18 |

## Table 3 - Basic Questions

| | |
|---|---|
| **Does the user claim their free trial disappeared?** | **Use [US - R/E] Uber One - Ending Free Trial Benefits on Cancellation KB to Solve** |
| **Is the user asking what Uber One is?** | **Step 1** |
| **Is the user trying to learn more about Uber One offers?<br><br>(i.e. Can I have a free trial?)** | **Step 2** |
| **Is the user asking how to sign up for Uber One?** | **Step 4** |
| **Is the user asking to switch their pass offering?** | **Step 5** |
| **Is the user asking to switch the payment method for their pass?** | **Step 6** |
| **Is the user asking for a receipt of their pass purchase?** | **Step 7** |
| **Is the user asking for more details on the Uber One Promise/$5 Uber Cash?** | **JANUARY 2024 UPDATE: SEE BLOGPOST FOR CHANGES TO THIS FEATURE** |
| **Is the user asking for more information on Uber Cash back?** | **Step 8** |
| **Is the user asking if Uber One benefits apply across family plans?** | **Step 9** |
| **Is the user trying to use their membership in a different country from where they purchased their membership?** | **Step 10** |
| **Is the user in Canada and asking about sales tax on their Uber One membership?** | **Step 11** |
| **Does the user have a question or concern about pausing their membership?** | **Step 12** |
| **Is the user asking about revoked or reinstated Uber Cash?** | |

| | |
|---|---|
| **The user is asking what happens to Uber Cash earned through their membership if they cancel**<br><br>**Ex. verbatim:** ***I canceled my membership and lost my Uber Cash*** | Step 13 |

## Step 1 - The user would like basic info about Uber One.

| Action | |
|---|---|
| **CT** | Rider > Payments - Support > Uber One > **General FAQ** |
| **ACTION** | • CHAT ONLY - Identify the user's country when responding with the talking points below |
| **SAVED REPLY** | **Explain - Uber One basics** |
| **STATUS** | **Submit as SOLVED** |

| User's Location/Country | |
|---|---|
| **United States** | **Canada** |
| • Uber One is a subscription option with benefits like savings on rides and orders<br>• Monthly memberships are available for $9.99, and annual | • Uber One is a subscription option with benefits like savings on rides and orders.<br>• Monthly memberships are available for $9.99 plus applicable taxes and annual |

| TALKING POINTS (LIVE) | memberships at $96<br>• Uber One members receive $0 Delivery Fees, plus up to 10% off eligible store orders over $15 and 5% off on grocery orders over $35.<br>• Also included is 6% Uber Cash back on eligible rides. Look for the Uber One icon to see where your benefits apply. | memberships are available for $96 plus applicable taxes.<br>• Uber One members receive $0 Delivery Fees, plus 5% off eligible store orders over $15 and grocery orders over $40.<br>• Also included is 5% Uber Cash back on eligible rides. Look for the Uber One icon to see where your benefits apply. | |
|---|---|---|---|

Back to top of page

## Step 2 - The user would like to learn more about Uber One offers

| Action | |
|---|---|
| CT | Rider > Payments - Support > Uber One > **General FAQ** |
| ACTION | • None |
| SAVED REPLY | **Explain - Uber One offers** |
| STATUS | **Submit as SOLVED.** |
| | |

| TALKING POINTS (LIVE) | • As a member, your Uber One offers are unique to you.<br>• Be sure to check your email for any offers you may be eligible for.<br>• You can learn more about the benefits available to all members here . |
|---|---|

Back to top of page

## Step 3 - The user is having trouble signing up for Uber One for Students

| Situation | Action |
|---|---|
| The user is saying they don't see the option to purchase a student membership | **CT:** Rider > Payments - Support > Uber One > **General FAQ**<br>**ACTION:** • Apply the following tag: ***uber_one_control_exempted***<br>**SAVED REPLY:** **Explain - Update app to enroll in Uber One**<br>**STATUS:** **Submit as SOLVED.**<br>**TALKING POINTS:** • I'm sorry to hear you're having trouble signing up for Uber One for Students.<br>• Please make sure your app is up to date before you try to enroll. I've also made a change to your account that should allow you to enroll in Uber One.<br>• To enroll using the Uber app:<br>○ Tap the profile icon<br>○ Then tap **Uber One** and follow the prompts to enroll |

| | |
|---|---|
| | (LIVE) — To enroll using the Uber Eats app:<br>◦ Tap **Account** in the lower-right corner<br>◦ Then tap **Uber One** and follow the prompts to enroll<br>• If you aren't seeing the option to sign up, this offer may not be available to you.<br>• Please check back soon as we expand the Uber One Student offering. |
| The user is pushing back and unable to enroll | File an OC |

Back to top of page

## Step 4 - The user would like information about signing up for Uber One.

| Action | |
|---|---|
| CT | Rider > Payments - Support > Uber One > **General FAQ** |
| ACTION | • None |
| SAVED REPLY | **Explain - Uber One sign up info** |
| STATUS | **Submit as SOLVED.** |
| | • You can sign up for Uber One directly in the app.<br>• In the Uber app:<br>◦ Tap the profile icon |

| TALKING POINTS (LIVE) | ○ Tap **Uber One** and follow the prompts to enroll<br>• In the Uber Eats app:<br>○ Tap **Account** in the lower right-hand corner<br>○ Tap **Uber One** and follow the prompts to enroll<br>• Memberships renew automatically and cannot be refunded.<br>• You can cancel your membership in the app at any time.<br>• If you are on a free trial of Uber One and cancel your membership, your benefits will end upon cancellation. |
|---|---|

Back to top of page

## Step 5 - The user would like to change their Pass offering.

| Situation | Action |
|---|---|
| The user currently has a **monthly $9.99 Uber Pass** OR an **AEROPLAN_FUNDED_PASS** , which will transition automatically to Uber One. | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**ACTION**: • None<br>**SAVED REPLY**: **Confirm - Uber One automatic transition**<br>**STATUS**: **Submit as SOLVED.**<br>**TALKING POINTS (LIVE)**: • As an Uber Pass subscriber, your subscription will automatically transition into an Uber One membership soon.<br>• You will be transferred |

| | |
|---|---|
| | to Uber One automatically at the end of your billing cycle.<br>• You do not need to cancel your pass. |
| The user currently has **MONTHLY $24.99 Uber Pass** . In order to transition to Uber One monthly , they will need to cancel their subscription and sign up with Uber One<br><br>OR<br><br>If they want Uber One annual , they can enroll and will transition at their next billing cycle | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**ACTION**: • None<br>**SAVED REPLY**: **Confirm - Uber Pass to Annual Uber One**<br>**STATUS**: **Submit as SOLVED.**<br>**TALKING POINTS**:<br>• If you'd like to enroll in an Uber One annual subscription, you can use the in-app entry points to purchase Uber One annual.<br>• You will be transferred to Uber One automatically at the end of your billing cycle.<br>• You do not need to cancel your pass.<br>• If you'd like to enroll in a |

| | |
|---|---|
| | **(LIVE)** monthly Uber One subscription it will take a few extra steps. Since you already subscribe to Uber Pass, you'll need to cancel your Pass before you can sign up for Uber One.<br>• After you've cancelled your Pass, you can sign up for Uber One using the app. |
| User is asking to switch from the standard | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**SAVED REPLY**: **Explain - Switching from standard to Uber One for Students**<br>**STATUS**: Submit as **SOLVED**<br>• If you have an existing membership, you can enroll in Uber One for Students |

| | |
|---|---|
| membership to Uber One for Students | **TALKING POINTS (LIVE)** — once your standard membership ends.<br>• You'll need to either cancel your membership or wait until your current billing plan ends to start Uber One for Students.<br>• If you have any other questions, please let us know. |

Back to top of page

## Step 6 - The user would like to change the payment method for their membership.

| Situation | Action |
|---|---|
| | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**SAVED REPLY**: **Explain - Change Uber One payment method**<br>**STATUS**: **Submit as SOLVED**<br>• You can change the payment method for your Uber One membership by following these steps: |

| | |
|---|---|
| The user wants to change their payment method for a **FUTURE** billing cycle | **TALKING POINTS (LIVE)** — ○ Open the Uber or Uber Eats App<br>○ Tap "Account"<br>○ Tap "Uber One"<br>○ Scroll to "Manage Membership"<br>○ Go to the Payment details section and tap "Change"<br>○ Switch to your desired payment method<br>• The new payment method will be charged during your next billing cycle. |
| | **CT** — Rider > Payments - Support > Uber One > **General FAQ**<br>**SAVED REPLY** — **Confirm - Uber One payment cannot be changed**<br>**STATUS** — **Submit as SOLVED**<br>• We're not able to switch the payment method that you used to purchase your Uber One membership at this time.<br>• If you'd like to use a different payment method on your membership next month, you can change the payment method for a future Uber One |



| | | |
|---|---|---|
| The user wants to change their payment method for a **PRIOR** billing cycle | **TALKING POINTS (LIVE)** | membership charge by following these steps:<br>○ Open the Uber or Uber Eats App<br>○ Tap "Account"<br>○ Tap "Uber One"<br>○ Scroll to "Manage Membership"<br>○ Go to the Payment details section and tap "Change"<br>○ Switch to your desired payment method<br>• The new payment method will be charged during your next billing cycle. |

Back to top of page

## Step 7 - The user would like a receipt for their Pass purchase.

| Action | |
|---|---|
| **CT** | Rider > Payments - Support > Uber One > **General FAQ** |
| **ACTION** | • None |
| **SAVED REPLY** | **Confirm - Uber One receipt** |
| | |

| STATUS | Submit as SOLVED. |
|---|---|
| TALKING POINTS (LIVE) | <table><tr><th colspan="2">User's Location/Country</th></tr><tr><th>United States</th><th>Canada</th></tr><tr><td><ul><li>You should have received a confirmation email after purchasing your membership with the charge and membership details. If you don't see that email, make sure to check your spam folder.</li><li>Here are the transaction details:<ul><li>**$XX. XX - XX /XX**</li></ul></li></ul></td><td><ul><li>You can download an invoice for your membership by following these steps:<ul><li>Go to ubereats.com</li><li>Open the menu on this page by tapping the 3 horizontal lines in the top-left corner and sign in to your account</li><li>Once signed in, open the link below to access your Uber One account page in your web browser: https://www.ubereats.com/ca/uber-one</li><li>You can also select **Uber One** under the navigation bar which appears after pressing the 3 horizontal lines on the top-left</li></ul></li></ul></td></tr></table> |



| | | |
|---|---|---|
| | **/XX, XX: XX.** | corner (the hamburger menu)<br>○ Click on **Manage membership**<br>○ Scroll down to find **Download Invoices** listed under payment details - you can access all of your invoices from here<br>● Please note this option is only available on the web |

Back to top of page

## Step 8 - The user would like to know more about Uber Cash back

| Situation | Action |
|---|---|
| | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**ACTION**: ● None<br>**SAVED REPLY**: **Explain - Uber Cash back**<br>**STATUS**: **Submit as SOLVED.**<br>● Uber One members |

| | | | | |
|---|---|---|---|---|
| The user has the tag:<br><br>• *enabled_cashback_member_us*<br><br>**Note:** Uber Cash for Uber One rides will be seen as ***uber_one_cashback*** in the PAM/ComPo widget.<br><br>[Please refer to this Commerce Portal View blogpost for details around the change in Payment Account Manager (PAM) that will be replaced by the Commerce Portal(ComPo)] | **TALKING POINTS (LIVE)** | now receive 6% Uber Cash back on rides.<br>• Uber One Uber Cash back is earned on the subtotal of your final fare on eligible trips and excludes tolls, tips, taxes, and fees.<br>• Your earned Uber Cash for Uber One rides is listed in the Wallet section of your app as the Uber Cash type 'Uber One ride.'<br>• Please note that it can take up to 24 hours for your | | |



| | |
|---|---|
| | Uber Cash to deposit into your Wallet in the Uber App. |
| The user is not eligible yet for Uber Cash back | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**ACTION**: • None<br>**SAVED REPLY**: Explain - Not eligible for Uber Cash back<br>**STATUS**: **Submit as SOLVED.**<br>**TALKING POINTS (LIVE)**: • At this time, you are not eligible for Uber Cash back on rides. • Keep an eye on your email for any future changes to your current membership. |

Back to top of page

## Step 9 - The user is asking if Uber One benefits apply across Family Profiles.

| Action | |
|---|---|
| **CT** | Rider > Payments - Support > Uber One > **General FAQ** |

| | |
|---|---|
| **ACTION** | • None |
| **SAVED REPLY** | **Explain - Uber One does not apply to Family Profiles** |
| **STATUS** | **Submit as SOLVED** |
| **TALKING POINTS (LIVE)** | • Uber One does not apply across family profiles<br>• Benefits from Uber One will only apply to the account where the user has enrolled. |

Back to top of page

## Step 10 - Is the user trying to use their membership in a different country from where they purchased their membership?

| Situation | Action |
|---|---|
| The user is trying to use their membership in a different country. | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**ACTION**: • None<br>**SAVED REPLY**: **Explain - Uber One does not apply across cross countries**<br>**STATUS**: **Submit as SOLVED**<br>• Unfortunately, your Uber One membership only applies within the country where it was purchased. If |



| | | |
|---|---|---|
| **CHECK:** Check the country in which the user is trying to take trips in. (Check trips tab, or the country at the top of bliss).<br><br>OR If the user states that they have moved to a different country. | **TALKING POINTS (LIVE)** | you're just traveling, no worries, the membership will work when you return to the country where it was purchased.<br>• If you have permanently relocated, we recommend you end your membership.<br>• Let us know if you need more assistance. |
| | **Action (Pushback)**<br>**Go to the Uber One Refund Request KB** | |

Back to top of page

## Step 11 - The user is in Canada and asking about sales tax on their Uber One membership.

| Situation | Action |
|---|---|
| | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**ACTION**: • None<br>**SAVED REPLY**: **Explain - Uber One sales tax**<br>**STATUS**: **Submit as SOLVED.** |

<table>
<tr>
<td>The user is asking about sales tax on Canadian Uber One memberships.</td>
<td>
<table>
<tr><td>TALKING POINTS (LIVE)</td><td>
<ul>
<li>While Uber One is a subscription for $9.99 per month or $96 per year, it is subject to tax.</li>
<li>The rate of sales tax that is applied to your subscription depends on the province where you purchased your pass.</li>
</ul>
</td></tr>
</table>
</td>
</tr>
<tr>
<td>PUSHBACK<br>User wants a refund on their sales</td>
<td>
<table>
<tr><td>CT</td><td>Rider > Payments - Support > Uber One > General FAQ</td></tr>
<tr><td>ACTION</td><td>
<ul>
<li>Issue a refund for the amount of tax paid</li>
<li>Add an INTERNAL NOTE with the details mentioned below:</li>
</ul>
<table><tr><td>#HandoverLogic<br><br>KB link:<br><br>Table and Section name, Step number(if available): Example: Table 1, Section 1, Step 3</td></tr></table>
</td></tr>
</table>
</td>
</tr>
</table>



| Situation | Action |
|---|---|
| tax | ● **Route to Rider handoffs** |
| | **STATUS**: **Submit as OPEN.** |
| | **TALKING POINTS (LIVE)**: ● I'm sorry for the confusion here. ● I've refunded the sales tax you were charged for Uber One amounting to $ **[XX.XX]** . ● You can expect to see this refund reflect on your payment method statement within the next 3-5 business days. |

Back to top of page

## Step 12 - The user has a question or concern about pausing their membership

| Situation | Action |
|---|---|
| | **CT**: Rider > Payments - Support > Uber One > **General FAQ** |
| | **SAVED REPLY**: **Explain - Membership pause** |
| | **STATUS**: **Submit as SOLVED.** |
| | ● Thanks for reaching out. ● Uber One members now have the option |

| User wants to know more about pausing their membership | **TALKING POINTS (LIVE)** | to pause their membership for 1 or 2 months.<br>• During the pause, members:<br>○ Do not get any benefits<br>○ Do not see any member benefit call-outs in-app<br>○ Cannot see or claim any offers<br>• The pause will start at the end of the current billing cycle. After the pause ends, members are automatically renewed to a new billing cycle. |
|---|---|---|

| | | |
|---|---|---|
| | **CT** | Rider > Payments - Support > Uber One > **General FAQ** |
| | **SAVED REPLY** | **Explain - How to pause Membership** |
| | **STATUS** | **Submit as SOLVED** |
| | | • Here is how you can pause your membership:<br>○ Tap **Account** at the bottom |

<table>
<tr>
<td>User is asking how to pause their membership</td>
<td>
<table>
<tr><td>TALKING POINTS (LIVE)</td><td>
of the app and tap Uber One<br>
○ Select Manage membership, then End membership, and Want to take a break on the survey. Tap Continue<br>
○ Select either 1 month or 2 months and tap Pause Uber One<br><br>
• You can check the renewal date on Uber One page by tapping Manage Uber One<br>
• Let us know if you need more assistance.
</td></tr>
</table>
</td>
</tr>
<tr>
<td></td>
<td>
<table>
<tr><th colspan="2">1ST TOUCH RESPONSE</th></tr>
<tr><td>CT</td><td>Rider > Payments - Support > Uber One > General FAQ</td></tr>
<tr><td>SAVED REPLY</td><td>Explain - 1st touch, Paused user cancellation</td></tr>
<tr><td>STATUS</td><td>Submit as AWAITING REPLY</td></tr>
<tr><td></td><td>
• Thanks for reaching out.<br>
• If you cancel your membership, it will be
</td></tr>
</table>
</td>
</tr>
</table>

<table>
<tr><td rowspan="7">A user with a paused membership wants to cancel</td><td>TALKING POINTS (LIVE)</td><td>revoked immediately and you will lose access to your benefits.<br>• To move forward with your cancellation, please reply to this message.</td></tr>
<tr><td colspan="2">2ND TOUCH RESPONSE</td></tr>
<tr><td>CT</td><td>Rider > Payments - Support > Uber One > General FAQ</td></tr>
<tr><td>ACTION</td><td>• Use the "Deactivate Membership" Bliss action</td></tr>
<tr><td>SAVED REPLY</td><td>Explain - 2nd touch, Paused user cancellation</td></tr>
<tr><td>STATUS</td><td>Submit as SOLVED</td></tr>
<tr><td>TALKING POINTS (LIVE)</td><td>• I was able to successfully cancel your membership.<br>• You will not be charged for your membership for the upcoming month.</td></tr>
</table>

| Scenario | | Action |
|---|---|---|
| | **CT** | Rider > Payments - Support > Uber One > **General FAQ** |
| | **SAVED REPLY** | **Explain - Cannot resume membership** |
| | **STATUS** | **Submit as SOLVED.** |
| A user with a paused membership wants to resume their membership | **TALKING POINTS (LIVE)** | • Currently, we are unable to resume a membership that has been paused.<br>• However, when your pause ends in {1 or 2} months, you will be automatically renewed to a new billing cycle and will receive your membership benefits again.<br>• Thank you for understanding. |
| A user with a paused membership is asking for a refund | | **Navigate to Uber One Refund Request** |

Back to top of page

## Step 13 - The user is asking about revoked or reinstated Uber Cash

| | Action |
|---|---|
| **CT** | Rider > Payments - Support > Uber One > **General FAQ** |
| | |

| | |
|---|---|
| **SAVED REPLY** | **Explain - Revoked Uber Cash** |
| **STATUS** | **Submit as SOLVED** |
| **TALKING POINTS (LIVE)** | • If you choose to cancel a paid Uber One membership, you'll lose access to any Uber Cash earned at the end of your billing cycle.<br>• If you're on a free trial of Uber One, earned Uber Cash is lost upon cancellation.<br>• Other forms of Uber Cash on your account which were not earned through a membership will not be impacted.<br>• We hope this clarifies. |

Back to top of page

## Step 14 - The user is asking about specific offers available with Uber One for Students

| Situation | Action |
|---|---|
| | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br>**SAVED REPLY**: **Explain - Student plan offers**<br>**STATUS**: Submit as **SOLVED**<br>• Active students who are subscribed to the Uber One |

| | | |
|---|---|---|
| The user is asking generally about offers available exclusively through the Student Plan | **TALKING POINTS (LIVE)** | for Students plan may see certain offers from popular restaurants as part of their membership.<br>• This can include deals for additional discounts or free items which are made available on specific days of the week.<br>• To claim these offers, you'll need to make sure the minimum basket-size requirements are met.<br>• Please refer to the offer in the app for specific details on what's available to you.<br>• If you have any other questions about these offers or are facing an issue with an order, please let us know. |

| | | |
|---|---|---|
| The user is subscribed to Uber One for students and is claiming they are unable to see certain offers or did not receive a specific discount<br><br>Example verbatim:<br>• I can't see the Starbucks offer for a free item<br>• I don't see the daily Taco Bell offer | ACTION | • Navigate to Uber One - Claims Discount Didn't Apply |

Back to top of page

## Step 15 - The user is asking for more information on Uber One for Students

| Action | |
|---|---|
| **CT** | Rider > Payments - Support > Uber One > **General FAQ** |
| **SAVED REPLY** | **Explain - Uber One for Students basics** |
| **STATUS** | Submit as **SOLVED** |
| **TALKING POINTS (LIVE)** | • With Uber One for Students, eligible users can get access to benefits offered through Uber One now at a discounted rate.<br>• Student members will pay $4.99 a month or $48 annually.<br>• You can learn more about the benefits offered through Uber One here . |

- You must be 18 years or older with a valid school email address to apply for Uber One for Students.

Back to top of page

## Step 16 - The user is asking how to purchase Uber One for Students

| CONTACT TYPE | Rider > Payments - Support > Uber One > **General FAQ** |
|---|---|
| ACTION | • None |
| SAVED REPLY | **Explain - Uber One for Students purchase info** |
| STATUS | Submit as **SOLVED** |
| TALKING POINTS (LIVE) | • Eligible users can purchase Uber One for Students directly in the app.<br>• In the Uber app:<br>○ Tap **Account**<br>○ Tap **Uber One**<br>○ Tap **Student** and follow the prompts to enroll<br>• You won't be charged until you verify your student status and receive confirmation that the membership is active.<br>• Memberships renew automatically.<br>• Please let us know if you have any other additional questions. |

Back to top of page

## Step 17 - The user is asking how to verify their student eligibility

| | |
|---|---|
| **CT** | Rider > Payments - Support > Uber One > **General FAQ** |
| **SAVED REPLY** | **Explain - How to verify student eligibility** |
| **STATUS** | Submit as **SOLVED** |
| **TALKING POINTS (LIVE)** | • To subscribe to Uber One for Students, go to the Uber One section of your app and select the **Student** plan.<br>• You'll need to enter a few details to confirm your active student eligibility.<br>• This includes:<br>○ School<br>○ First Name<br>○ Last Name<br>○ Date of birth (must be 18 years or older)<br>○ School email address<br>• Once your information is verified, your membership will begin immediately.<br>• You may be asked to provide additional documentation or to sign into your school account to process verification.<br>• Please make sure to upload a clear image and that all information on it is up to date.<br>• We'll need to verify you as an active student in order for you to claim this offer. |

Back to top of page

## Step 18 - The user is experiencing issues with student verification or a separate issue with purchasing

| Situation | Action |
|---|---|
| The user failed student verification and is asking for help<br><br>CHECK | **CT**: Rider > Payments - Support > Uber One > **General FAQ**<br><br>**SAVED REPLY**: **Explain - Student eligibility failed verification**<br><br>**STATUS**: Submit as **SOLVED**<br><br>**TALKING POINTS (LIVE)**:<br>• Sorry to hear about this issue.<br>• Please try to go through the in-app verification process again and ensure all of your information has been entered correctly.<br>• If you’ve confirmed your student details along with school-issued documentation and continue |

| | |
|---|---|
| | to face issues, this means we were unable to verify your active student status.<br>• I'm also happy to share information about our other Uber One plans. |

| | |
|---|---|
| CT | Rider > Payments - Support > Uber One > **General FAQ** |
| ACTION | • No action is needed from Uber Support<br>• The SheerID in-app process reviews this document. |
| SAVED REPLY | **Explain - Support is unable to verify student status** |
| STATUS | Submit as **SOLVED** |
| | • Uber One student verification takes place |

| User is asking if Uber Support can directly verify student documents or student eligibility | **TALKING POINTS (LIVE)** | directly in the Uber app using SheerID.<br>• This is the only option to confirm eligibility for Uber One for student eligibility at this time.<br>• Our Support team is unable to take additional action, beyond sharing instructions on how to reach this in the app.<br>• You can learn more about SheerID's student eligibility verification process here . | |
|---|---|---|---|

Back to top of page

# ##Additional Context

| How to Identify a Student Membership |
|---|

- Under the **PAYMENT** tab in Bliss, scroll down to the **MEMBERSHIP** widget
- Student memberships will often say “Uber One Student Plan” in the title section
- The Price will also help you identify.
    - Student memberships are $4.99/month or $48/annually

Membership

| Product | Name | Status | Price | Last Payment Status | Total Usage | Start Date |
|---|---|---|---|---|---|---|
| UBER ONE | Uber One Student Plan Monthly US - Production - Cashback - No U1P | Active | $4.99 | Succeeded | 4 | May 3, 2024 CDT |

Back to top of page

| Example of the Uber One Student Verification Process |
|---|
| |





9:41
We need more info
Upload or take a photo of one of these school-issued documents to verify your student status:
• Transcript
• Class schedule
• Registration or tuition receipt
Your document must display:
• Your full name (first and last)
• The full name of your college/university
• An issue date within the last 3 months
Upload
Capture
Don't have other documents?
Join Uber One with a non-student plan.
See other plans

9:41
Verify student status
We just need a few details to make sure that you're a current student and eligible for an Uber One student plan.
School
First name
Last name
Date of birth
MM/DD/YYYY
Email address
Frequently asked questions
By proceeding, you understand and agree that the information provided will be used for the purpose of verifying your eligibility for the Uber One student plan. View Uber's Privacy Policy
Verify status

FOIA Confidential UBER-SEPT24-00000035



9:41
We weren't able to verify you
Unfortunately, we weren't able to verify your student status. You can still save with Uber One by joining a standard plan.
Contact support
See other plans
Close

Back to top of page

FOIA Confidential UBER-SEPT24-00000036

Salesforce Info

## Article Number

47928

FOIA Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　UBER-SEPT24-00000037