# Attachment 3

# Exhibit E

**Channel: membership-churn-incentive**

**Organization: Uber Technologies Inc.**

**Team: Uber Global**

**Channel Type: Public**

**Start Date: 2023-01-24 19:27:36 UTC End date: 2023-01-24 22:47:14 UTC**

 **Yidong Wang** at 2023-01-24 19:27:36

Hi kumarpallav we gonna launch(no xp) churn prevention in all other markets soon. I have some questions regarding to those market which still in multiplass but gonna migrate to m2.0 soon.

for multipass regions, the benefit config pass type condition will be Uber Pass, and in m2.0 will be Uber One. will it be any issue if user claim the churn prevention in multipass and later on they migrate to m2.0. will they have any issue get the 90%/ 40% off when renew? cc pengyao salonik

 replies to thread:

**Kumar Pallav** at 2023-01-24 19:28:29

Maybe we want to configure the benefit's rule to accept both `UBER_PASS` and `UBER_ONE` ?

 replies to thread:

**Kumar Pallav** at 2023-01-24 19:29:10

would that work?

 replies to thread:

**Yidong Wang** at 2023-01-24 19:37:32

yea it works kumarpallav anything need to change in rule engine? or only need to add two pass type in the benefit config itself?

UBER-SEPT24-00000950

 **Yidong Wang** at 2023-01-24 19:37:32

yea it works kumarpallav anything need to change in rule engine? or just need to do that in the benefit config?

yea it works kumarpallav anything need to change in rule engine? or only need to do that in the benefit config itself?(Edited)

at 2023-01-24 19:37:55

 **Yidong Wang** at 2023-01-24 19:37:32

yea it works kumarpallav anything need to change in rule engine? or only need to do that in the benefit config itself?

yea it works kumarpallav anything need to change in rule engine? or only need to add two pass type in the benefit config itself?(Edited)

at 2023-01-24 19:38:05

 replies to thread:

**Kumar Pallav** at 2023-01-24 20:37:22

In the benefit config itself…

 replies to thread:

**Kumar Pallav** at 2023-01-24 20:37:37

Can you check CEP if we are still using `UBER_PASS` even…

 replies to thread:

**Yidong Wang** at 2023-01-24 20:38:02

got it thanks

 replies to thread:

**Pengyao Chen** at 2023-01-24 21:06:27

yidongw does that mean we can launch in multipass and migrate to M2.0 without downtime?

UBER-SEPT24-00000951



replies to thread:

**Kumar Pallav** at 2023-01-24 21:09:01

pengyao yes we should be able to! with or without some minimal changes in the benefit config or in CEP



replies to thread:

**Yidong Wang** at 2023-01-24 21:22:31

yea, we are able to launch in all markets



replies to thread:

**Saloni Kishinchandani** at 2023-01-24 21:59:21

thanks for confirming!



**Saloni Kishinchandani** at 2023-01-24 22:39:21

yidongw pengyao what testing timeline should I communicate to the regional teams? Would it be next week



replies to thread:

**Yidong Wang** at 2023-01-24 22:39:48

we can start testing this week



replies to thread:

**Yidong Wang** at 2023-01-24 22:39:54

maybe tmr



replies to thread:

**Saloni Kishinchandani** at 2023-01-24 22:40:34

ok cool

UBER-SEPT24-00000952



**Yidong Wang** at 2023-01-24 22:40:38

replies to thread:

if we can find people who has membership in their production account, and near the renew date, it will be better

replies to thread:

**Yidong Wang** at 2023-01-24 22:40:53

if not we will use test accounts

**Yidong Wang** at 2023-01-24 22:39:34

we can test this week

deleted: 2023-01-24 22:39:41

**Beccy Valentine** at 2023-01-24 22:47:14 joined the channel

UBER-SEPT24-00000953