# Attachment 4

# Exhibit F

USC > Blog Post - Splash > [US - R, E] Uber One Churn Prevention Experiment      **English**

# [US - R, E] Uber One Churn Prevention Experiment

1      🔍

♡ 1 Likes   |   ⊕ Follow

**Use this blogpost to address users concerns about the Uber One Membership discount experiment.**

## Overview

**Type**

Promo

**Start Date**

19/04/2022

**Region**

- USC

**Contact Type**

| ancestor 1 | ancestor 2 | ancestor 3 | ancestor 4 |
|---|---|---|---|
| Rider | Account & Payment | Uber One | |
| Rider | Account & Payment | Uber One | Claims Discount didn't apply |
| Rider | Account & Payment | Uber One | General FAQ |
| Rider | Account & Payment | Uber One | Refund Request |
| Rider | Account & Payment | Uber One | Refund Request |

| Uber One Churn Prevention Experiment | | |
|---|---|---|
| **What?** | • We're offering members an incentive to renew their Uber One Membership to encourage users to keep their membership and reduce churn rate.<br>• When members go to Cancel their Uber One membership in-app, some of them will see a prompt to remain an Uber One members and receive:<br><br>1. 90% off their next monthly membership. ($0.99 for the following month) OR<br>2. 40% off their next annual membership. ($59.99 for the following year) OR<br>3. $10 in Uber Cash for not canceling their monthly membership. | |
| **Where?** | • United States | |
| **When?** | • Start Date - 18 April, 2022 | |
| **Who?** | • Riders<br>• Eaters | |
| **Incentive/Promo details** | **Incentive number** / **Details of incentive** / **Description of incentive** | |

| Incentive number | Details of incentive | Description of incentive |
|---|---|---|
| Incentive 1 | **90% off** users next **monthly membership** | The member will be charged $0.99 for the following month. |

|  | | Or | |
|---|---|---|---|
|  | **Incentive 2** | **40% off** users next **annual membership** | The member $59.99 for the following year. |
|  | | Or | |
|  | **Incentive 3** | **$10** in **Uber Cash** | This $10 Uber Cash will have the unique name 'Uber One renewal' AND it will expire if not used after 30 days. |
|  | <ul><li>**Members will receive the incentive once the start date of their renewed membership begins. (i.e. If their membership billing cycle starts on May 5. They cancel the membership on April 22 and select an incentive. They will not receive the incentive until May 5)**</li><li>If the incentive is not applied to the users account, we should either<br><br>(A) honor the incentive as a one time adjustment/appeasement for the user<br>OR<br>(B) Refund their membership</li><li>**We should NOT do both** since the incentive is an award for maintaining their membership</li></ul> | | |
| **User UX** | uber1.PNG | | |

## Toubleshooting Steps

| How to identify if a member has a Monthly/Annual membership | | | | | |
|---|---|---|---|---|---|
| User has an **ACTIVE membership** with a Start Date **MORE than 2 days from the date of their membership renewal** Example: The user's next Membership billing cycle starts on May 5. The user contacts support on April 22 asking where their discount is | User **does NOT have an active membership** on their account | Does the User have the "**Uber_one_churn_onetimerefund**" tag on their account? | **Annual membership discount did not apply** User might say: "40% Discount did not apply to my Pass" "I should have been charged $59.99 for my monthly pass" "The 40% discount did not apply to my annual Uber One Membership" | **Monthly membership discount did not apply** User might say: "90% Discount did not apply" "I should have been charged $0.99 for my monthly pass" "The 90% discount did not apply to my annual Uber One Membership" | **Monthly membership Credit did not apply** User might say: "$10 Credits were not applied to my account" "I renewed my monthly Uber One pass and have not received my credits" "Credits were not added to my account for the Monthly Uber one membership discount" |
| 1 | 2 | 3 | 4 | 5 | 6 |

## Resolution Steps

Step 1

| CT | Rider > Account & Payment > Uber One > **Claims Discount didn't apply** |
|---|---|
| **ACTION** | - |
| **SAVED REPLY** | **[Temp] Explain - Will receive incentive on membership renewal date** |

UBER-SEPT24-00000068

| STATUS | Submit as **SOLVED** |
|---|---|
| TALKING POINTS (LIVE) | • Sorry to hear about the confusion with your Uber One membership discount.<br>• We've checked your account and see that you've renewed your membership. The discount/credit will be applied to your account on the start date of your membership renewal.<br>• We appreciate your patience. |

back to top

**Step 2**

| CT | Rider > Account & Payment > Uber One > **Claims Discount didn't apply** |
|---|---|
| ACTION | 1. Check if user has an active Uber One Membership on their account |
| SAVED REPLY | **[TEMP] Explain - User didn't renew their membership** |
| STATUS | Submit as **SOLVED** |
| TALKING POINTS (LIVE) | • Sorry to hear about the trouble with your Uber One Membership.<br>• We checked your account and see that you don't have an active membership at the moment. Due to this, the Uber One discount/credit did not apply to your account. The discount or credit is only applicable to users who renewed their Uber One membership.<br>• We appreciate your understanding. |

back to top

**Step 3**

| CT | Rider > Account & Payment > Uber One > **Refund Request** |
|---|---|
| ACTION | 1. Check for the "Uber_one_churn_onetimerefund" tag on the users account |
| SAVED REPLY | **[Temp] Explain - Uber One One time refund** |
| STATUS | Submit as **SOLVED** |
| TALKING POINTS (LIVE) | • Sorry to hear about the trouble with your Uber One membership.<br>• We checked your account and see that your membership has been refunded already.<br>• Please allow 3 - 5 business days for the refunded amount to reflect on your payment statement.<br>• We appreciate your understanding. |

back to top

**Step 4**

| Touch 1 | |
|---|---|
| CT | Rider > Account & Payment > Uber One > **Refund request** |

UBER-SEPT24-00000069

| ACTION | - |
|---|---|
| **SAVED REPLY** | **[Temp] Ask - Annual Uber One membership refund?** |
| **STATUS** | • **MESSAGING** Submit as **AWAITING REPLY**<br>• **CHAT/PHONE** Review Touch 2 (below) following the user's response for next steps to solve |
| **TALKING POINTS (LIVE)** | • We're sorry to hear that the discount did not apply to your Annual Uber One Membership.<br>• Please let us know if you'd like us to refund your Annual Uber One Membership. |

**If the rider replies/lets us know that they want the membership refunded**

**Touch 2**

| CT | Rider > Account & Payment > Uber One > **Refund request** |
|---|---|
| **ACTION** | 1. Use the Pass Refund instructions below to refund the users membership<br>2. Add an account note on the account: **Uber_one_churn_onetimerefund** |
| **SAVED REPLY** | **[Temp] Confirm - Uber One Annual membership refunded** |
| **STATUS** | Submit as **SOLVED** |
| **TALKING POINTS (LIVE)** | • We were able to refund your Uber One membership.<br>• You should see this on your original payment method in 3-5 business days |

back to top

**Step 5**

| | Touch 1 |
|---|---|
| CT | Rider > Account & Payment > Uber One > **Refund request** |
| **ACTION** | - |
| **SAVED REPLY** | **[Temp] Ask - Monthly Uber One Membership refund?** |
| **STATUS** | Submit as **AWAITING REPLY** |
| **TALKING POINTS (LIVE)** | • We're sorry to hear that the discount did not apply to your Monthly Uber One Membership.<br>• Please let us know if you'd like us to refund your Monthly Uber One Membership. |

**If the rider replies/lets us know that they want the membership refunded**

**Touch 2**

| CT | Rider > Account & Payment > Uber One > **Refund request** |
|---|---|
| **ACTION** | 1. Use the Pass Refund instructions below to refund the users membership |

UBER-SEPT24-00000070

2. Add an internal note on the account: Uber_one_churn_onetimerefund

| SAVED REPLY | [Temp] Confirm - Uber One monthly membership refunded |
| --- | --- |
| STATUS | Submit as **SOLVED** |
| TALKING POINTS (LIVE) | <ul><li>We were able to refund your Uber One membership.</li><li>You should see this on your original payment method in 3-5 business days.</li></ul> |

back to top

**Step 6**

**Check** the users account for Uber Credit. This $10 Uber Cash will have the unique name 'Uber One renewal'. If it's present on the users account it means that the $10 cash was added to their account.

| CT | Rider > Account & Payment > Uber One > **Refund request** |
| --- | --- |
| ACTION | 1. **Check** if the user has an active monthly membership<br>2. **ADD $10 Credits** to the users account |
| SAVED REPLY | [Temp] Confirm - Uber One membership credit |
| STATUS | Submit as **SOLVED** |
| TALKING POINTS (LIVE) | <ul><li>I've added $10 in Uber Credits to your account.</li></ul> |

back to top

| How to check if a member has a Monthly/Annual membership |
| --- |
| 1.1.PNG<br><br><ul><li>To identify memberships on Uber Eats: Look for the Uber One banner in Bliss</li></ul><br>1.2.PNG<br><br><ul><li>Uber One will have a unique green banner that says 'Uber One' monthly or annual. Please note that Uber One will show as Uber Pass in the passes widget, but will show as Uber One if you click the membership.</li></ul> |

back to top

| How to refund a Pass in Bliss |
| --- |
| <ul><li>Using the Bliss Action Bar - select REFUND PASS</li></ul><br>1.3.PNG<br><br>For the "Reason" field, please use one of the following:<br><br><ul><li>Rider asked for a refund (less than 5 trips taken)</li><li>Rider contacting from a different region</li><li>Rider took 0 trips during previous month</li><li>Other</li></ul> |

FOIA Confidential

How to refund an Eats Pass in Bliss

- Using the Bliss Action Bar - select 'Refund Eats Pass'
- For the "Reason" field, please use what's listed in the step you are following to solve

1.4.PNG

UBER-SEPT24-00000072