# Attachment 5

# Exhibit H



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 202 736 8157
BMUNDEL@SIDLEY.COM

February 23, 2026

**Via Email**

Paul Mezan, Esq.
Stephanie Liebner, Esq.
James Doty, Esq.
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, D.C. 20580
E: pmezan@ftc.gov
jdoty@ftc.gov
sliebner@ftc.gov

Philip Ziperman, Esq.
Luke Riley, Esq.
Michael Dean, Esq.
Jessica Tubbs, Esq.
Lindsay Barton, Esq.
*Counsel for Plaintiff States*
E: pziperman@oag.maryland.gov
lriley@oag.maryland.gov
michael.dean@alabamaag.gov
jessica.tubbs@alabamaag.gov
lindsay.barton@alabamaag.gov

Re:     *FTC v. Uber Technologies, Inc. and Uber USA, LLC, No. 4:25-cv-03477* – Uber's Third Production of Documents

Counsel:

On behalf of Uber Technologies, Inc., and Uber USA, LLC (collectively, "Uber"), we submit Uber's third production of documents. The document production consists of the information and data below.

The information and data provided herein should be considered Confidential under the terms of the Stipulated Protective Order (ECF No. 34), and this production is made subject to any agreement the parties may reach regarding electronically stored information. Nothing in this production is intended as a waiver of the attorney-client privilege, work product protection, or any other applicable privilege. Uber reserves the right to clawback any documents that are subject to a claim of privilege or other protection if any such documents are inadvertently produced.

**RFP 25:** In response to RFP 25, we agreed to first identify a list of potentially relevant issue codes associated with Uber One, then meet and confer on a plan to collect and extract responsive

Sidley Austin LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Paul Mezan, Esq.
Philip Ziperman, Esq.
Page 2

customer communications tagged with the relevant codes.  Uber identifies the following issue codes associated with Uber One.

- Eater > Billing and payment methods > Uber One
- Eater > Billing and payment methods > Uber One > General info
- Eater > Billing and payment methods > Uber One > Claims discount didn't apply
- Eater > Billing and payment methods > Uber One > Claims discount didn't apply > #N/A > #N/A
- Eater > Billing and payment methods > Uber One > Claims discount didn't apply > Food Delivery
- Eater > Billing and payment methods > Uber One > Claims discount didn't apply > Grocery Alcohol Convenience New Verticals
- Eater > Billing and payment methods > Uber One > Claims discount didn't apply > Membership Perks
- Eater > Billing and payment methods > Uber One > Claims Discount didn't apply > #N/A > #N/A
- Eater > Billing and payment methods > Uber One > General info
- Eater > Billing and payment methods > Uber One > Manage Membership
- Eater > Billing and payment methods > Uber One > Manage Membership > #N/A > #N/A
- Eater > Billing and payment methods > Uber One > Manage Membership > Cancel next month or auto-renew off
- Eater > Billing and payment methods > Uber One > Manage Membership > Cancel next month or auto-renew off > #N/A
- Eater > Billing and payment methods > Uber One > Refund Request
- Eater > Billing and payment methods > Uber One > Refund Request > Cancel next month or auto-renew off > #N/A
- Eater > Billing and payment methods > Uber One > Refund Request > Charged before expiry
- Eater > Billing and payment methods > Uber One > Refund Request > Didn't recognise membership charge
- Eater > Billing and payment methods > Uber One > Refund Request > Doesn't want membership
- Eater > Billing and payment methods > Uber One > Refund Request > Forgot to turn-off auto-renew
- Eater > Payments - Support > Uber One
- Eater > Payments - Support > Uber One > #N/A > #N/A > #N/A
- Eater > Payments - Support > Uber One > Cancellation Request
- Eater > Payments - Support > Uber One > Cancellation Request > Doesn't use it
- Eater > Payments - Support > Uber One > General Question
- Eater > Payments - Support > Uber One > Issue with benefits
- Eater > Payments - Support > Uber One > Issue with benefits > Benefits applied incorrectly
- Eater > Payments - Support > Uber One > Issue with benefits > Benefits not eligible

# SIDLEY

Paul Mezan, Esq.
Philip Ziperman, Esq.
Page 3

- Eater > Payments - Support > Uber One > Manage Membership
- Eater > Payments - Support > Uber One > Manage Membership > Cancel next month or auto-renew off
- Eater > Payments - Support > Uber One > Manage Membership > Update plan details
- Eater > Payments - Support > Uber One > Refund Request
- Eater > Payments - Support > Uber One > Refund Request > Charged before expiry
- Eater > Payments - Support > Uber One > Refund Request > Didn't recognize membership charge
- Eater > Payments - Support > Uber One > Refund Request > Doesn't want membership
- Eater > Payments - Support > Uber One > Refund Request > Forgot to turn-off auto-renew
- Rider > Account & Payment > Uber One
- Rider > Account & Payment > Uber One > Claims Discount didn't apply
- Rider > Account & Payment > Uber One > Claims Discount didn't apply > #N/A > #N/A
- Rider > Account & Payment > Uber One > Claims Discount didn't apply > Membership Perks
- Rider > Account & Payment > Uber One > Claims Discount didn't apply > Rides benefit
- Rider > Account & Payment > Uber One > General FAQ
- Rider > Account & Payment > Uber One > Refund Request
- Rider > Account & Payment > Uber One > Refund Request > Cancel next month or auto-renew off
- Rider > Account & Payment > Uber One > Refund Request > Charged before expiry
- Rider > Account & Payment > Uber One > Refund Request > Didn't recognise membership charge
- Rider > Account & Payment > Uber One > Refund Request > Doesn't want membership
- Rider > Account & Payment > Uber One > Refund Request > Forgot to turn-off auto-renew
- Rider > Account & Payment > Uber One > Refund request > Unknown
- Rider > Payments - Support > Uber One
- Rider > Payments - Support > Uber One > #N/A > #N/A > #N/A
- Rider > Payments - Support > Uber One > Cancellation Request
- Rider > Payments - Support > Uber One > Cancellation Request > Doesn't like the benefits
- Rider > Payments - Support > Uber One > Cancellation Request > Doesn't use it
- Rider > Payments - Support > Uber One > Cancellation Request > Never signed up / signed by mistake
- Rider > Payments - Support > Uber One > Cancellation Request > Too expensive
- Rider > Payments - Support > Uber One > General FAQ
- Rider > Payments - Support > Uber One > General Question
- Rider > Payments - Support > Uber One > Issue with benefits
- Rider > Payments - Support > Uber One > Issue with benefits > Benefits applied correctly
- Rider > Payments - Support > Uber One > Issue with benefits > Benefits applied incorrectly
- Rider > Payments - Support > Uber One > Issue with benefits > Benefits not eligible
- Rider > Payments - Support > Uber One > Manage Membership > Update plan details

# SIDLEY

Paul Mezan, Esq.
Philip Ziperman, Esq.
Page 4

- Rider > Payments - Support > Uber One > Refund Request
- Rider > Payments - Support > Uber One > Refund Request > Cancel next month or auto-renew off
- Rider > Payments - Support > Uber One > Refund Request > Charged before expiry
- Rider > Payments - Support > Uber One > Refund Request > Didn't recognise membership charge
- Rider > Payments - Support > Uber One > Refund Request > Doesn't want membership
- Rider > Payments - Support > Uber One > Refund Request > Forgot to turn-off auto-renew
- Third Party > Payments - Support > Uber One > #N/A > #N/A > #N/A
- Uber for Business > Activity > Trip or Order Issues > Corporate Memberships > Discount not applied
- Uber for Business > Activity > Trip or Order Issues > Corporate Memberships > Discount not applied > Unknown
- Uber for Business > Activity > Trip or Order Issues > Corporate Memberships > Unknown > Unknown
- Unknown > Payments - Support > Uber One > #N/A > #N/A > #N/A

**RFP 34:** Uber also provides the following chart in response to RFP 34(a)-(e) and the data dictionary for this information in the footnotes below. Uber makes this production as the best estimate of the responsive data as of the date of production, following reasonable efforts. The database(s) from which this data was pulled are live and are subject to change. Moreover, there may be anomalies and errors in this data. Uber reserves the right to correct these anomalies and errors in future productions, and will provide reasonable explanations to accompany such corrections, should they be necessary.



---

[1] The number of users who signed up for any Uber One membership for the first time or users who rejoined more than 2 days after previous billing cycle expiration or opt-out.

[2] The number of users with active Uber One memberships, excluding paused memberships. An "active" membership is defined as one whose valid-from and valid-to dates encompass the As of Date.

[3] The number of users who had an active Uber One Free Trial. Free trial memberships are memberships where the trial price is set as 0 and excludes third-party-funded memberships. These counts are a subset of 34.b and included as part of the 34.b count.

[4] The number of users who had an active Uber One Discounted Membership. Discounted memberships are third-party-funded memberships where there is an adjusted trial price greater than 0 but less than the full price. These counts are a subset of 34.b and included as part of the 34.b count.

[5] The number of users who either entered an in-app cancellation flow or submitted a relevant support ticket between

# SIDLEY

Paul Mezan, Esq.
Philip Ziperman, Esq.
Page 5



---

the membership's original start and end timestamps, and subsequently held a discounted membership.  These counts are a subset of the information called for by 34.k and will also be included as part of the 34.k user count.

# SIDLEY

Paul Mezan, Esq.
Philip Ziperman, Esq.
Page 6



Sincerely,

/s/ *Benjamin M. Mundel*
Benjamin M. Mundel