# Exhibit I

| | |
|---|---|
| **From:** | Mezan, Paul <pmezan@ftc.gov> |
| **Sent:** | Monday, January 26, 2026 5:55 PM |
| **To:** | Mundel, Benjamin; Freeman, Lauren; Langan, Drew; Sidrys, Lydia; marissa.wenzel@wilmerhale.com; david.gringer@wilmerhale.com; sonal.mehta@wilmerhale.com |
| **Cc:** | Doty, James; Liebner, Stephanie; pziperman@oag.maryland.gov; lriley@oag.maryland.gov; Dean, Michael; jessica.tubbs@alabamaag.gov; Barton, Lindsay |
| **Subject:** | FTC et al. v. Uber Technologies, Inc. et al (4:25-cv-03477-JST) |
| **Attachments:** | 2026.01.26 FTC Production 1 Cover Letter.pdf |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Good evening,

Please see the attached letter concerning the FTC's production of documents in response to Uber's First Set of Requests for Production.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
(202) 758-4177



Division of Financial Practices
Bureau of Consumer Protection

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

January 26, 2026

**By Email**

Benjamin M. Mundel
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8729
Facsimile: +1 202 736 8711

Re: *FTC et al. v. Uber Technologies, Inc. et al.*, Case No. 4:25-cv-03477-JST

Counsel:

Enclosed please find the Federal Trade Commission's ("FTC") production of documents in response to Defendant Uber Technologies, Inc.'s First Set of Requests for Production, which are bates-labeled:

FTC-000000001 – FTC-000001877

The FTC will transmit the production securely via file transfer protocol ("FTP"). Certain documents in this production have been designated Confidential under the terms of the Stipulated Protective Order (ECF No. 34), and this production is made subject to any agreement the parties may reach regarding electronically stored information. Nothing in this production is intended as a waiver of the attorney-client privilege, work product protection, or any other applicable privilege. The FTC reserves the right to clawback any documents that are subject to a claim of privilege or other protection if any such documents are inadvertently produced.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

Sincerely,

*/s/ Paul Mezan*
Paul Mezan
Federal Trade Commission

1

cc:    Drew Langan (dlangan@sidley.com)
       Lauren Freeman (lfreeman@sidley.com)
       Lydia Sidrys (lydia.sidrys@sidley.com)
       David Gringer (david.gringer@wilmerhale.com)
       Marissa Wenzel (marissa.wenzel@wilmerhale.com)
       Sonal Mehta (sonal.mehta@wilmerhale.com)
       Stephanie Liebner (sliebner@ftc.gov)
       James Doty (jdoty@ftc.gov)
       Philip Ziperman (pziperman@oag.maryland.gov)
       Luke Riley (lriley@oag.maryland.gov)
       Michael Dean (michael.dean@alabamaag.gov)
       Jessica Tubbs (jessica.tubbs@alabamaag.gov)
       Lindsay Barton (lindsay.barton@alabamaag.gov)