Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street
San Francisco, CA 94111
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Attorneys for Defendants*
*Uber Technologies, Inc., and Uber USA, LLC*

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-600-5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, <br><br> Defendants. | Case No. 4:25-cv-3477-JST <br><br> **DEFENDANTS' NOTICE OF FILING REGARDING JOINT DISCOVERY STATEMENTS** |

On April 10, 2026, the Court set a deadline of April 17, 2026 to file joint discovery statements regarding four issues, including regarding (a) the States' initial disclosures and (b) notices of depositions for FTC employees Jonathan Cohen and Malini Mithal issued by Defendants Uber Technologies, Inc. and Uber USA, LLC (collectively, "Uber"). ECF No. 176.

Uber submits this notice to inform Judge Hixson that Uber has, for now, withdrawn its challenge to the States' initial disclosure responses. There is no live "dispute" regarding initial disclosures, and there remains potential for the parties to "resolve" any future "dispute informally after a good faith effort," *see* Discovery Standing Order for Magistrate Judge Thomas S. Hixson.

In addition, Uber submits this notice to inform Judge Hixson that Uber is withdrawing without prejudice the notices of depositions to Mr. Cohen and Ms. Mithal, at this time, due to Judge Tigar's recent decision to extend the case schedule, ECF No. 175,[1] and to try to obtain the information sought through other means.

For these reasons, Uber does not believe that joint statements to address these issues are necessary at this time.

Date: April 17, 2026

Respectfully submitted,

SIDLEY AUSTIN LLP
By:    */s/ Benjamin M. Mundel*
      Benjamin M. Mundel
      *Attorney for Defendants*

---

[1] The parties filed an agreed Stipulation to Enlarge Case Deadlines on April 15, 2026. ECF No. 182.