# EXHIBIT B

Michael G. Dean (Alabama Bar No. 0409A63D)
Lindsay D. Barton (Alabama Bar No. 1165G00N)

Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152

*Attorneys for Plaintiff*
*State of Alabama*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN, ) | Case Number: 4:25-cv-03477-JST |
| Plaintiffs, ) | **PLAINTIFF STATE OF ALABAMA'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES** |
| vs. ) | |
| UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company ) | |
| Defendants. ) | |

1

STATE OF ALABAMA'S FIRST SUPPLEMENTAL RESPONSES TO
DEFENDANTS' FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff State of Alabama ("Alabama") submits the following supplemental responses to Defendants' ("Uber") First Set of Interrogatories ("Interrogatories") as follows:

## GENERAL OBJECTIONS

Alabama reasserts the general objections set out in its initial objections and responses to the Interrogatories as if they were set forth herein.

## DEFINITIONS

Alabama reasserts its objections to the definitions as if they were set forth herein. Alabama neither agrees nor stipulates to the definitions.

## INSTRUCTIONS

Alabama reasserts its objections to the Defendants' prefatory instructions and definitions as if they were set forth herein. Alabama neither agrees nor stipulates to the instructions.

## OBJECTIONS AND RESPONSES

## INTERROGATORY NO. 4

Identify all Individuals You have communicated with Concerning Uber One, this Action, or the Investigation. For each Communication, Identify the date(s) of the Communication, the Persons involved in the Communication, the medium, the duration of the Communication, and the subject matter.

**SUPPLEMENTAL RESPONSE:** Alabama reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Alabama further answers this Interrogatory as follows:

2

STATE OF ALABAMA'S FIRST SUPPLEMENTAL RESPONSES TO
DEFENDANTS' FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST

Attorney General Steve Marshall was interviewed on *Rossen Reports* about this Action. A copy of the interview is being provided along with this supplemental response. *See* Bates No. UBER-AL-00000369.

Alabama further responds that, according to an email from Jessica Chan, Senior Director, Government Investigations & Special Matters at Uber, Katherine Robertson, Chief Counsel for the Alabama Attorney General's Office, met with Ms. Chan and possibly other representatives of Uber at a recent meeting of the Republican Attorneys General Association. The email from Ms. Chan memorializing that meeting is being provided along with this supplemental response. *See* Bates No. UBER-AL-00000368.

Furthermore, counsel for Alabama has reason to believe that an employee of the Attorney General's Office is a victim of the conduct alleged in the First Amended Complaint and has had contact with Uber about those issues. Counsel for Alabama is working to confirm, and Alabama will supplement once counsel has sufficient information to provide a detailed supplemental response.

In addition, counsel for Alabama has conducted an inquiry of staff within the Attorney General's Office who could have reasonably been expected to have had non-privileged Communications with Individuals regarding Uber One, this Action, or the Investigation as part of their job duties. Other than as set out above, Alabama could not identify any Communications with any Individuals other than the written Communications that were provided to Defendants with Alabama's responses to Defendants' First Set of Requests for Production of Documents and that will be produced with Alabama's Supplemental Response to Defendants' First Set of

3

Requests for Production of Documents, which is being provided along with this supplemental interrogatory response.

**INTERROGATORY NO. 16**

Identify all Persons or Entities You allege in this Action to have been deceived or misled by Uber and the complete factual basis for each such instance, Including the specific Communication and the particular statement or omission that was allegedly deceptive or misleading.

**SUPPLEMENTAL RESPONSE:** Alabama reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Alabama further answers this Interrogatory as follows:

Alabama is currently aware of the following individuals who claim to have been deceived by Defendants:

> Jesse F. Garrett
> Kimberly Sanders
> Damien G. Gilbert
> Santechetra Chrouk
> Jonathan Hooks

Alabama provided complaints submitted by the above-listed individuals setting out their claims in its initial response to Defendants' First Set of Requests for Production of Documents. *See* Bates Nos. UBER-AL-00000014-00000016, 00000019-00000021, 00000027-00000028, 00000045-00000047, and 00000197-00000199. Should Alabama confirm that an employee of the Attorney General's Office has been a victim of the conduct alleged in the First Amended Complaint, it will supplement this response with that information. Furthermore, Alabama expects

4

to discover additional evidence of other individuals or entities who have been deceived or misled by Defendants as discovery progresses.

**INTERROGATORY NO. 17**

Identify all Persons or Entities who tried and failed to cancel their Uber One membership, Including all facts Relating to those attempted cancellations.

**SUPPLEMENTAL RESPONSE:** Alabama reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Alabama further answers this Interrogatory as follows:

Alabama is currently aware of the following individual who, based on the allegations in her complaint, appears to have unsuccessfully attempted to cancel her Uber One membership:

Kimberly Sanders

Alabama provided a complaint submitted by the above-listed individual setting out her claims in its initial response to Defendants' First Set of Requests for Production of Documents. *See* Bates Nos. UBER-AL-00000019-00000021. Should Alabama confirm that an employee of the Attorney General's Office has been a victim of the conduct alleged in the First Amended Complaint, it will supplement this response with that information. Furthermore, Alabama expects to discover additional evidence of other individuals or entities who have been deceived or misled by Defendants as discovery progresses.

5

STATE OF ALABAMA'S FIRST SUPPLEMENTAL RESPONSES TO
DEFENDANTS' FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST

Dated: April 8, 2026

Steve Marshall
*Attorney General*

*/s/ Michael G. Dean*
Michael G. Dean
*Assistant Attorney General*

Lindsay D. Barton
*Assistant Attorney General*

Office of Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
michael.dean@alabamaag.gov
lindsay.barton@alabamaag.gov

6

STATE OF ALABAMA'S FIRST SUPPLEMENTAL RESPONSES TO
DEFENDANTS' FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST