# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>    Plaintiffs,<br>  v.<br><br>UBER TECHNOLOGIES, INC., a corporation; and<br><br>UBER USA, LLC, a limited liability company,<br><br>    Defendants. | Case No. 4:25-cv-03477-JST<br><br>**PLAINTIFF STATE OF MARYLAND'S SUPPLEMENTAL RESPONSES TO DEFENDANT UBER TECHNOLOGIES, INC.'S FIRST SET OF INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff State of Maryland ("Maryland") submits the following supplemental response to Defendant Uber Technologies, Inc.'s (together with Uber USA, LLC, "Uber") First set of Interrogatories ("Interrogatories"):

## <u>GENERAL OBJECTIONS</u>

1

MARYLAND'S SUPPLEMENTAL RESPONSES TO
UBER TECHNOLOGIES, INC'S FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST

Maryland reasserts the general objections set out in its initial objections and responses to the Interrogatories as if they were set forth herein.

## DEFINITIONS

Maryland reasserts its objections to the definitions as if they were set forth herein. Maryland neither agrees nor stipulates to the definitions.

## INSTRUCTIONS

Maryland reasserts its objections to the Defendants' prefatory instructions and definitions as if they were set forth herein. Maryland neither agrees nor stipulates to the instructions.

## OBJECTIONS AND RESPONSES

### INTERROGATORY NO. 4

Identify all Individuals You have communicated with Concerning Uber One, this Action, or the Investigation. For each Communication, Identify the date(s) of the Communication, the Persons involved in the Communication, the medium, the duration of the Communication, and the subject matter.

**SUPPLEMENTAL RESPONSE:** Maryland reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Maryland further answers this Interrogatory as follows:

Maryland updates the bates-range of consumer complaint materials referenced in response to this Interrogatory as follows: UBER-MD-00000001 – UBER-MD-0000002; UBER-MD-00000004 – UBER-MD-00000023; UBER-MD-00000034 – UBER-MD-00000049. The above-referenced notes and the correspondence produced by Maryland reflect the exclusive methods by which the Maryland Attorney General's Office trains its mediators to document

2

MARYLAND'S SUPPLEMENTAL RESPONSES TO
UBER TECHNOLOGIES, INC'S FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST

their communications with consumers. Maryland also continues to refer Defendants to the press correspondence it has produced. UBER-MD-00000032 – UBER-MD-00000033.

**INTERROGATORY NO. 16**

Identify all Persons or Entities You allege in this Action to have been deceived or misled by Uber and the complete factual basis for each such instance, Including the specific Communication and the particular statement or omission that was allegedly deceptive or misleading.

**SUPPLEMENTAL RESPONSE:** Maryland reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Maryland further answers this Interrogatory as follows:

Maryland updates the bates-range of consumer complaints referenced in response to this Interrogatory as follows: UBER-MD-00000001 – UBER-MD-0000002; UBER-MD-00000004 – UBER-MD-00000023. These documents reflect complaints from the following individuals: Alexander Boone, Brian Castro, Michael Smith, Timothy Flaherty, Tonya Wood, and Vanetta Kent.

**INTERROGATORY NO. 17**

Identify all Persons or Entities who tried and failed to cancel their Uber One membership, Including all facts Relating to those attempted cancellations.

**SUPPLEMENTAL RESPONSE:** Maryland reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Maryland further answers this Interrogatory as follows:

3

MARYLAND'S SUPPLEMENTAL RESPONSES TO
UBER TECHNOLOGIES, INC'S FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST

Maryland updates the bates-range of consumer complaints referenced in response to this Interrogatory as follows: UBER-MD-00000001; UBER-MD-00000005 – UBER-MD-00000023. These documents reflect complaints from the following individuals: Alexander Boone, Michael Smith, Timothy Flaherty, Tonya Wood, and Vanetta Kent.

Dated: April 13, 2026

OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, CONSUMER
PROTECTION DIVISION

*/s/ Philip Ziperman*
Philip Ziperman (MD Bar No.: 9012190379)*
Deputy Chief
Consumer Protection Division
Office of the Attorney General of Maryland
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
pziperman@oag.maryland.gov
(410) 576-6417

Luke Riley (MD Bar No.: 2502271005)*
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Maryland
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
lriley@oag.maryland.gov
(410) 576-6568

*Attorneys for Plaintiff*
*Office of the Maryland Attorney General,*
*Consumer Protection Division*

*Admitted pro hac vice

4

MARYLAND'S SUPPLEMENTAL RESPONSES TO
UBER TECHNOLOGIES, INC'S FIRST SET OF INTERROGATORIES
4:25-CV-03477-JST