# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiffs,

        v.

UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,

        Defendants.

Case No. 4:25-cv-03477-JST

[~~PROPOSED~~] ORDER ON JOINT STIPULATION TO ENLARGE CASE DEADLINES

Before the Court is the Stipulation of Plaintiffs and Defendants (together the "Parties") to Enlarge Case Deadlines. Having considered the Stipulation, the record in this case, the applicable law, and the arguments of counsel, if any, the Court hereby enters the following deadlines.

| Event | Current Date | New Date |
|---|---|---|
| **Fact discovery cut-off** | June 12, 2026 | September 14, 2026 |
| **Mediation deadline** | April 24, 2026 | July 24, 2026 |
| **Expert disclosures** | July 2, 2026 | October 9, 2026 |
| **Rebuttal expert disclosures** | July 31, 2026 | December 2, 2026 |
| **Expert discovery cut-off** | August 28, 2026 | January 15, 2027 |
| **Dispositive motions** | | February 5, 2027 |
| **Responses to dispositive motions** | | February 26, 2027 |
| **Replies in support of dispositive motions** | | March 12, 2027 |
| **Dispositive motion hearing deadline** | November 5, 2026 | **April 2̶ 1, 2027** |
| **Pretrial conference statement due** | January 8, 2027 | May 14, 2027 |
| **Pretrial conference** | January 15, 2027 at 2:00 p.m. | May 21, 2027 |
| **Trial** | February 8, 2027 at 8:30 a.m. | June 14, 2027 |

IT IS SO ORDERED.


Dated:  April 23, 2026

_____
Hon. Jon S. Tigar
United States District Judge

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON JOINT STIPULATION TO
ENLARGE CASE DEADLINES
4:25-CV-03477-JST