UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No.  25-cv-03477-JST   (TSH)

**DISCOVERY ORDER**

Re: Dkt. No. 188

Based on the FTC and Uber's status report (ECF No. 188) and the hearing this morning, the Court **ORDERS** as follows:

1. Uber shall comply with the agreed production deadlines set forth in Section I.A of the status report.

2. Uber shall complete its document production in response to RFPs 21, 23 and 24 by May 18, 2026.

3. For the foreign jurisdiction flows responsive to RFPs 8 and 10 (other than Germany cancellation flows), Uber shall complete its production by May 29, 2026.

4. The FTC shall serve amended responses to rogs 2 and 10 by April 30, 2026.

5. The parties shall file a status report by noon Pacific time on May 5, 2026, addressing the status of search terms.

6. The parties shall file a further discovery status report by noon Pacific time on May 15, 2026.

7. The Court will have another discovery status hearing by Zoom on May 18, 2026 at 1:00 p.m.

   **IT IS SO ORDERED.**

Dated: April 23, 2026

THOMAS S. HIXSON
United States Magistrate Judge