UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| FEDERAL TRADE COMMISSION, et al., | Case No. 25-cv-03477-JST |
|---|---|
| Plaintiffs, | |
| v. | **AMENDED SCHEDULING ORDER** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

The Court hereby sets the following amended case deadlines pursuant to Federal Rule of Civil Procedure 16:

| Event | Deadline |
|---|---|
| Motions in limine due | June 4, 2027 |
| Motion in limine oppositions due | June 11, 2027 |
| Pretrial conference statement due | June 18, 2027 |
| Pretrial conference | June 25, 2027 at 2:00 p.m. |
| Trial | July 19, 2027 at 8:30 a.m. |

/ / /

/ / /

/ / /

/ / /

All other deadlines remain as previously set.

**IT IS SO ORDERED.**

Dated:  April 28, 2026

_____
JON S. TIGAR
United States District Judge