Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (Virginia Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Allison Wojcicki (DC Bar No. 1736349)
Patrick Roy (DC Bar No. 1023521)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Federal Trade Commission**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**Uber Technologies, Inc.**, a corporation, and<br><br>**Uber USA, LLC**, a limited liability company,<br><br>Defendants. | No. 4:25-cv-03477-JST<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Federal Trade Commission ("FTC"), pursuant to Local Rules 7-11 and 79-5(f), respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed with respect to Plaintiffs' Second Amended Complaint filed on May 1, 2026 (DE 196).

With this Motion, Plaintiff asks the Court to permanently seal DE 196 because it contains information that has been designated as confidential by Defendants. This information was not redacted properly and therefore needs to be sealed. The FTC will re-file the Second Amended Complaint with portions of the Second Amended Complaint correctly redacted.

Thus, the FTC requests the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Second Amended Complaint (DE 196) | Plaintiffs' Second Amended Complaint with improperly applied redactions | Defendants |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). The FTC requests to seal DE 196 because it includes information Defendants designated as confidential. The Court has previously ordered the same information to be filed under seal from the original Complaint. DE 25. Plaintiff does not oppose sealing DE 196.

In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Dated: May 4, 2026

Respectfully submitted,

*/s/ Sarah Abutaleb*

Sarah Abutaleb (DC Bar No. 1779979)
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Allison Wojcicki (DC Bar No. 1736349)
Patrick Roy (DC Bar No. 1023521)

Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
202-326-2583 (Abutaleb)
E-mail: sabutaleb@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*