**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**UBER TECHNOLOGIES, INC.**, a corporation, and<br><br>**UBER USA, LLC**, a limited liability company,<br><br>Defendants. | No. 4:25-cv-03477-JST<br><br>**[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

With respect to information that Defendants designated as confidential, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiff's Administrative Motion") in connection with the Second Amended Complaint filed on May 1, 2026 (DE 196). The FTC will then re-file the Second Amended Complaint with properly applied redactions. The FTC, in accordance with Local Rule 79-5(c)(3) identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Description | Designating Party |
|---|---|---|
| Second Amended Complaint (DE 196) | Plaintiffs' Second Amended Complaint with improperly applied redactions | Defendants |

Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendants pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. Plaintiffs' Second Amended Complaint filed on May 1, 2026 (DE 196) shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff shall file a complete unredacted version of Plaintiffs' Second Amended Complaint filed on May 1, 2026 (DE 196) within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff shall file a revised redacted version of Plaintiffs' Second Amended Complaint filed on May 1, 2026 (DE 196), redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _____, 2026

_____
United States District Judge

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider
Whether Another Party's Material Should be Sealed
3                                    Case No. 4:25-cv-03477-JST