# Exhibit A

**Exhibit A: FTC Proposed Search Terms and Hit Counts**

| 1. RFP | 2. FTC's Proposed Search Terms | 3. Unique & Total (including families) Hits for First Proposed Search Terms[1] |
|---|---|---|
| 4.  All Documents Relating to (a) goals or targets set for teams or groups working on Any issue Relating to Uber One, Including Any teams or groups identified in Your response to RFP 3, and (b) metrics by which those teams' performance was evaluated. | ("Uber One" OR UberOne OR U1 OR subscri* or member*) w/25 (goal* OR target* OR objective* OR metric* OR OKR* OR "O.K.R.*" OR KPI* OR "K.P.I.*" OR benchmark* OR P0 OR "scorecard" OR "score card" OR "progress report*" OR "definition of done" OR "DOD" OR "D.O.D.") | Unique: 19,866 Total: 121,015 |
| 6.  All operational plans, business reviews, technical reviews, product requirements documents, and reports prepared by or for Any team or group working on Any issue Relating to Uber One, Including Any teams or groups identified in Your response to RFP 3. | ("Uber One" OR UberOne OR U1 OR subscri* OR member*) w/25 ("operational plan" OR "operations plan" OR "ops plan" OR "operating plan" OR "business review" OR QBR OR "Q.B.R." OR "quarterly business review" OR campaign* OR "review deck" OR "technical review" OR "tech review" OR "architecture review" OR "design review") | Unique: 3,189 Total: 25,038 |
| | ("Uber One" OR UberOne OR U1 OR subscri* OR member*) w/25 (PRD OR "P.R.D." OR "product requirements" OR "requirements doc" OR "requirements spec*" OR specification* OR "spec doc" OR "status report*" OR "weekly update" OR "monthly update" OR "quarterly update" OR roadmap* OR "project plan" OR "work plan" OR "strategy deck" OR "strategy doc" OR "planning deck") | Unique: 9,022 Total: 46,581 |
| 7. All presentations to, and Documents sent to, Uber's Board of Directors, Any drafts thereof, and the minutes of Any meeting of Uber's Board, Relating to Uber One or Uber Pass. | (Board OR BOD OR "B.O.D.") AND (("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) w/25 (subscri* OR member* OR growth OR retention OR complain* OR ticket* OR churn OR enroll* OR cancel*)) | Unique: 28 Total: 1,136 |
| 12.  All Documents Relating to Uber One or Uber Pass Enrollment, Including (a) All Documents | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((enroll* OR signup* OR "sign-up*" OR "sign | Unique: 384 Total: 24,560 |

[1] The figures in this column are as reported by Uber.  Unique Hits refers to the number of documents that were responsive only to the accompanying search string.  Total Hits refers to the total number of documents responsive to the accompanying string.

| | | |
|---|---|---|
| Relating to the development of Enrollment Processes; (b) All Documents Relating to the actual or forecasted financial impact on Uber of changes, whether enacted or only considered, to Enrollment; (c) All Documents Relating to disclosures that You made or considered making during Enrollment; (d) All Documents Relating to Nonconsensual Enrollment; (e) All Documents Relating to Any claims regarding subscription benefits or savings that You made or considered making during Enrollment; and (f) All Documents Relating to free trials, enrollment incentives, or promotions. | up" OR regist* OR "create account" OR "account creation" OR "account setup" OR "new account*" OR "new customer*" OR join* OR activat* OR member*) w/25 (readout* OR experiment* OR study OR survey* OR pilot* OR trial* OR prototype* OR mockup* OR penetration OR perk* OR 3P OR FTP OR P2P OR nudg* OR upsell OR uninten* OR inadvertent* OR misle*)) | |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((enroll* OR signup* OR "sign-up*" OR "sign up" OR regist* OR "create account" OR "account creation" OR "account setup" OR "new account*" OR "new customer*" OR join* OR activat* OR member*) w/25 (conversion* OR "drop-off*" OR hidden OR abandon* OR funnel* OR complet* OR "one-click" OR "one click" OR UX OR "user experience" OR promo* OR incentiv* OR bonus* OR campaign* OR winback*)) | Unique: 406<br>Total: 32,004 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((enroll* OR signup* OR "sign-up*" OR "sign up" OR regist* OR "create account" OR "account creation" OR "account setup" OR "new account*" OR "new customer*" OR join* OR activat* OR member*) w/25 (offer* OR mistak* OR unauthorize* OR friction OR "pain point*" OR "drop-off*" OR CTA* OR "call to action" OR stack* OR conversion* OR unaware OR aware* OR confus* OR notic* OR mistake)) | Unique: 727<br>Total: 28,510 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((enroll* OR signup* OR "sign-up*" OR "sign up" OR regist* OR "create account" OR "account creation" OR "account setup" OR "new account*" OR "new customer*" OR join* OR activat* OR member*) w/25 (cancel* OR renew* OR recurring OR specification* OR feature* OR iteration* OR "in-app" OR "go-live" OR rollout* OR launch* OR flow* OR workflow* OR beta OR test* OR process*)) | Unique: 1,913<br>Total: 53,949 |

| | | |
|---|---|---|
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((enroll* OR signup* OR "sign-up*" OR "sign up" OR regist* OR "create account" OR "account creation" OR "account setup" OR "new account*" OR "new customer*" OR join* OR activat* OR member*) w/25 (accident* OR unwanted OR "don't know" OR "did not mean" OR "do not mean" OR "didn't mean" OR mistakenly OR revenue* OR "financial impact*" OR profit*)) | Unique: 47 Total: 2,929 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((enroll* OR signup* OR "sign-up*" OR "sign up" OR regist* OR "create account" OR "account creation" OR "account setup" OR "new account*" OR "new customer*" OR join* OR activat* OR member*) w/25 (payment* OR billing OR consent* OR anytime OR "any time" OR fee* OR credit* OR exclusive* OR "flash sale" OR discount* OR save* OR saving*)) | Unique: 954 Total: 54,654 |
| 13.  All Documents Relating to Uber One or Uber Pass Cancellation Processes, Including (a) All Documents Relating to the development of Cancellation Processes; (b) All Documents Relating to the actual or forecasted financial impact on Uber of changes, whether enacted or only considered, to Cancellation Processes, Including changes to how and where consumers may access Cancellation Processes, the pages or steps that consumers may encounter during  Cancellation Processes, and the tactics used by You to retain customers during Cancellation Processes; (c) All Documents Relating to consumers' difficulty with cancelling subscriptions or free trials; (d) All Documents Relating to Diverted Cancels, Including consumers' abandonment of Cancellation Processes; (e) All Documents Relating to Any claims regarding subscription benefits or savings that may appear during | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 (readout OR P0 OR FTP OR P2P OR pilot* OR trial* OR prototype* OR mockup* OR specification* OR feature* OR iteration* OR "in-app" OR "go-live")) | Unique: 14 Total: 4,818 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 (profit* OR conversion* OR "drop-off*" OR abandon* OR funnel* OR complet* OR "one-click" OR "one click" OR simple OR UX OR "user experience")) | Unique: 13 Total: 2,799 |

| | | |
|---|---|---|
| Cancellation Processes; and (e) All Documents analyzing or Relating to the timing or stage at which abandonment occurs, the reason(s) for abandonment, and save rates. | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 (bonus* OR discount* OR offer* OR perk* OR improv* OR save* OR saving* OR exclusive* OR churn* OR renew* OR recurring OR payment* OR annual OR monthly)) | Unique: 27<br>Total: 14,255 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 (Iliad OR diverted OR funnel* OR retain* OR retention* OR offer* OR block* OR barrier* OR hurdle* OR obstacle* OR latency OR timeout OR bottleneck*)) | Unique: 6<br>Total: 8,567 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 (hidden OR "card hopping" OR "wallet hopping" OR "wallet cycling" OR "card deletion" OR benefit* OR CTA OR "call to action" OR "call-to-action")) | Unique: 600<br>Total: 8,449 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 (flow* OR workflow* OR beta OR test* OR process* OR experiment* OR study OR survey* OR rollout* OR launch* OR release* OR revenue* OR "financial impact*")) | Unique: 59<br>Total: 10,435 |

| | | |
|---|---|---|
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 (UI OR "user interface" OR promo* OR incentiv* OR billing OR winback* OR resurrection* OR mistake* OR unauthorize* OR unaware OR friction OR "pain point*")) | Unique: 7 Total: 3,947 |
| | ("Uber One" OR UberOne OR U1 OR "Uber Pass" OR Pass) AND ((cancel* OR unsubscribe* OR "end subscription" OR "end membership" OR "stop billing" OR "stop subscription" OR discontinue* OR deactivat* OR discontinu* OR "opt-out" OR optout OR "opt out" OR "close account" OR "account closure") w/25 ("error rate*" OR "error message*" OR "error step*" OR pause* OR loop* OR confus* OR difficult* OR hard OR complex* OR complicat* OR locat*)) | Unique: 8 Total: 1,635 |
| 14. All Documents Relating to Your polices, practices, or procedures for Uber One, Including (a) how You determine when consumers enrolled in Uber One will be charged or billed for their subscriptions; (b) how You calculate savings claims that may appear in Uber One Advertisements, Enrollment Processes, and Cancellation Processes; (c) the Uber One terms of servicehow You address or dispute chargebacks; the issuance of refunds; (f) the terms of free trials, enrollment incentives, or promotions; (g) how You determine which fees, if Any, will be charged to consumers who are subscribed in uber One; and (h) Any changes, whether enacted or only considered, to Your policies, practices, or procedures. | ("Uber One" OR UberOne OR U1) AND ((polic* OR practice* OR procedure* OR guide* OR rule* OR protocol* OR requirement* OR process* OR playbook* OR "knowledge base*") w/ 25 ( "free trial" OR incentiv* OR promo* OR fee* OR credit* OR "Uber Cash" OR discount* OR promo* OR "average savings" OR "national average" OR "48 hour*" OR "48-hour*" OR "24 hour*" OR "24-hour*")) | Unique: 14 Total: 4,818 |
| | ("Uber One" OR UberOne OR U1) AND ((polic* OR practice* OR procedure* OR guide* OR rule* OR protocol* OR requirement* OR process* OR playbook* OR "knowledge base*") w/ 25 (bill* or charg* OR refund* OR payment* OR renewal* OR recurring OR sav* OR saving* OR benefit* OR eligib* OR enroll* OR cancel* OR disput* OR chargeback* OR "CB*")) | Unique: 140 Total: 13,905 |
| 15. All Documents Relating to consumer understanding, beliefs, intention, or perception regarding Uber One, including the terms of | ("Uber One" OR UberOne OR U1) AND ((Delta OR "Capital One" OR "Cap One" OR "TD" OR Wealthsimple OR Marriott OR Verizon OR Disney OR | Unique: 228 Total: 14,139 |

| | | |
|---|---|---|
| Uber One; Uber One Advertisements; Uber One Enrollment and Cancellation Processes; Nonconsensual Enrollment; Diverted Cancels; Uber One subscription benefits or savings; and Uber One partnerships or agreements with third party entities. | PayPal OR 3P OR enroll* OR cancel* OR member* OR customer* OR consumer* OR subscri*) w/25 (think* OR belie* OR notice* OR understand* OR realiz* OR "card hopping" OR "wallet hopping" OR disclaimer* OR anytime OR "any time"))<br><br>("Uber One" OR UberOne OR U1 OR subscri* OR member*) AND (false OR decepti* OR deceiv* OR scam* OR confus* OR misle* OR mistak* OR aware* or uninten* OR inadvertent* OR accident* OR unwanted OR trick* OR trap* OR friction OR loop OR maze) | Unique: 23,992<br>Total: 182,511 |
| 16.  All Documents Relating to Any communications received from, or investigations or inquiries by, Any civil or criminal law enforcement or consumer protection agency, or Better Business Bureau, regarding Nonconsensual Enrollment or Uber One Cancellation or Enrollment Processes. | ("Uber One" OR UberOne OR U1) AND ((subscri* OR member* OR enroll* OR cancel* OR compliance OR 1 "attorney general" OR "A.G." OR AG OR regulator* OR investigat* OR CID OR "Civil Investigative Demand" OR subpoena) w/ 25 ("didn't think" OR "signed me up" OR "enrolled me" OR "didn't authorize" OR disput* OR "didn't realize" OR (thought w/5 cancel*) OR "didn't agree" OR (surprise* w/5 subscrib*))) | Unique: 1<br>Total: 343 |
| | ("Uber One" OR UberOne OR U1) AND ((subscri* OR member* OR enroll* OR cancel* OR compliance OR "attorney general" OR "A.G." OR AG OR regulator* OR investigat* OR CID OR "Civil Investigative Demand" OR subpoena) w/ 25 (complain* OR scam* OR trick* OR fraud* OR accident* OR mistake* OR unintentional* OR confus* OR "didn't mean to")) | Unique: 2<br>Total: 2,974 |
| 17.  All Documents Relating to private lawsuits against You regarding Uber One and involving Uber One Enrollment or Cancellation Processes, Nonconsensual Enrollment, Diverted Cancels, or Uber One subscription benefits or savings. | ("Uber One" OR U1 OR member* OR subscri*) w/25 (fraud* OR false* OR unauthorized OR "did not authorize" OR decept* OR unfair* OR enroll* OR cancel* OR consent* OR "negative option") | Unique: approx. 11,600[2]<br>Total: approx. 188,000 |

---

[2] Defendants provided hit counts for this search string of 59,522 unique hits and 236,790 total hits before the FTC agreed to remove the word "breach" from the string.  Defendants have indicated that removing "breach" from the search string will remove at least 47,927 unique hits.

| | | |
|---|---|---|
| 18.  All Documents discussing the Restore Online Shopper Confidence Act ("ROSCA") or any other laws or regulations (Including those in foreign jurisdictions) Relating to enrollment in, or cancellation of, online subscription services. | ("Uber One" OR U1 OR "Uber Pass" OR Pass OR member* OR subscri* OR enroll* OR cancel*) w/25 (ROSCA OR "Restore Online Shoppers' Confidence Act" OR "R.O.S.C.A." OR "F.T.C." OR FTC OR "automatic renewal law*" OR ARL OR "A.R.L." OR "click-to-cancel" OR "click to cancel" OR "negative option" OR "Consumer Rights Directive" OR "Unfair Commercial Practices Directive" OR "Digital Services Act" OR German*) | Unique: 5,384<br>Total: 9,039 |
| 20.  All Documents prepared by or for You Relating to Uber One Customer Correspondence, Including analyses, studies, or reviews of Uber One Customer Correspondence. | ("Uber One" OR UberOne OR U1) AND ((complain* OR feedback OR friction OR "pain point" OR readout* OR churn* OR ticket* OR problem* OR "response time" OR delay OR wait* OR authorize* OR unauthorize* OR unknown OR bill* OR refund* OR increas* OR pattern* or trend*) w/25 (cancel* OR enroll* OR charg* OR fee* OR paus*)) | Unique: 21<br>Total: 18,154 |
| 22.  All Documents Relating to (a) credit card fraud, (b) account takeovers, (c) Uber One partnerships or agreements with third party entities, or (d) family or household members signing up for Uber One for other members of their family or household, as a cause of Nonconsensual Enrollment. | ("Uber One" OR UberOne OR U1 OR member* OR subscri*) w/25 (fraud* OR stole* OR unauthorize* OR "didn't agree" OR "did not agree" OR unknown OR "ID theft" OR takeover* OR "card hopping" OR "wallet hopping" OR Delta OR "Capital One" OR "Cap One" OR "TD" OR 3P OR Wealthsimple OR Marriott OR Verizon OR Disney OR PayPal OR campaign*) | Unique: 4,844<br>Total: 38,047 |
| 26.  All Documents and data Relating to Uber One Customer Correspondence, Including Documents or data showing, for Each month, the volume and percentage of customer service contacts Relating to Each code, tag, or categorization referenced in Your response to RFP 25. | ("Uber One" OR UberOne OR U1 OR member* OR subscri*) AND ((complain* OR feedback OR friction OR "pain point" OR readout* OR P0 OR churn OR ticket* OR problem* OR "response time" OR delay OR wait* OR unauthorize* OR unknown OR increase*) w/25 (enroll* OR cancel* OR charg* OR fee* OR bill* OR refund* OR pattern* OR trend* OR payment*)) | Unique: 34,835<br>Total: 105,741 |
| 29.  All Documents and underlying data Relating to savings claims that may appear in Uber One Advertisements, Enrollment Processes, and Cancellation Processes (e.g., that Uber One customers save or can save $25 per | ("Uber One" OR UberOne OR U1 OR Pass OR Membership) w/25 (save* OR saving* OR "delivery fee" OR benefit OR promo* OR discount* OR incentiv* OR bonus* OR perk* OR exclusive* OR "on average" OR "national average" OR "Uber Cash" OR ubercash OR "cash- | Unique: 105,874<br>Total: 211,545 |

| | | |
|---|---|---|
| month, or that Uber One customers are eligible for $0 delivery fees), Including Any analyses, experiments, reviews, studies, or testing You conducted. | back" OR "break even" OR "break-even") | |
| 31. All Documents (Including video recordings and underlying data) Relating to Any analyses, experiments, reviews, studies, or testing of Uber One, Including: (a) usability studies of Uber One Enrollment or Cancellation Processes; (b) the "Uber One Churn Prevention" experiments (see UBER-SEPT24-00000178, UBER-SEPT24-00000273); (c) the "Cancellation Flow – Primary CTA XP" experiment (see UBER-SEPT24-00000131); (d) the "Membership Cancellation Transparency – XP" experiment (see UBER-SEPT24-00000133); (e) the "Cancellation Flow Restructing Phase 1 XP" experiment (see UBER-SEPT24-00000136); the "US Uber One Savings Reinforment" experiment (see UBER-SEPT24-00000156); the "Cancellation Value Reminder Screen XP" experiment (see UBER-SEPT24-00000373); (h) the "US Uber One Ending Benefits on Free Trial Cancellation" readout (see UBER-SEPT-00000148); (i) the financial impact of Any changes, whether enacted or only considered, to Uber One Enrollment or Cancellation Processes, Uber One enrollment incentives, free trials, or promotions, and Uber One subscription benefits or savings; and (j) consumers' ability to locate and navigate the Uber One Enrollment and Cancellation Processes. | ("Uber  One" OR UberOne OR U1 OR Pass OR Membership) AND ("A/B" OR multivariate OR optimiz* OR experiment* OR XP* OR study OR test* OR analysis OR variant* OR conversion* OR convert* OR project OR clickstream* OR clickthrough* OR survey* OR interview* OR poll* OR "focus group" OR "copy test") | Unique: 57,482<br>Total: 182,870 |
| 32.  All Documents and underlying data relating to consumer testing or analyses of Uber One performed by You or at Your direction regarding consumer understanding, beliefs, behavior, perception, or demographics, Including Any A/B | ("Uber  One" OR UberOne OR U1 OR Pass OR Membership) AND ("A/B" OR multivariate OR optimiz* OR experiment* OR XP* OR study OR test* OR analysis OR variant* OR conversion* OR convert* OR project OR clickstream* OR clickthrough* OR | Unique: 57,482<br>Total: 182,870 |

| | | |
|---|---|---|
| or multivariate testing, copy testing, surveys, focus groups, customer interviews, conversion rate testing, clickstream analysis, or polling. | survey* OR interview* OR poll* OR "focus group" OR "copy test") | |
| 33. All Documents and underlying data Relating to how You determine the total price of Uber rides or Uber Eats deliveries, Including (a) the factors You use to determine the total price of Uber rides or Uber Eats deliveries and the weights assigned to those factors; (b) Any fees that You may include in the total price and how and when those fees are assessed; (c) the effect, if Any, that a consumer's enrollment or membership status in Uber One has on the total price or Any fees that may be included in the total price; (d) how You determine whether an Uber ride or Uber Eats delivery is eligible for a $0 delivery fee, 10% discount, or other special offer or promotion associated with Uber One; and (e) Any changes, whether enacted or only considered, to how You determine the total price of Uber rides or Uber Eats deliveries. | ("Uber One" OR UberOne OR U1) AND ((pric* OR fare* OR charg* OR cost* OR bill* OR fee*) w/25 (offer* OR eligib* OR trigger* OR rollout* OR launch* OR update* OR simulation* OR impact* OR revenue* OR margin* OR profit* OR elasticity OR "customer segment*" OR tier* OR subscriber* OR "member benefit*" OR "$0*")) <br><br> ("Uber One" OR UberOne OR U1) AND ((pric* OR fare* OR charg* OR cost* OR bill* OR fee*) w/25 (determin* OR calculat* OR model* OR forecast* OR factor* OR weight* OR algorithm* OR logic OR "decision engine" OR "pricing engine" OR experiment* OR XP* OR test* OR variant* OR fee* OR surcharge* OR discount* OR perk* OR promo* OR incentiv*)) | Unique: 546 <br> Total: 41,922 <br><br><br><br><br><br><br> Unique: 346 <br> Total: 54,135 |