Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (Virginia Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Allison Wojcicki (DC Bar No. 1736349)
Patrick Roy (DC Bar No. 1023521)
Federal Trade Commission
600 Pennsylvania Ave., NW, Mailstop CC-5201
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

Attorneys for Plaintiff
Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Federal Trade Commission**, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**Uber Technologies, Inc.**, a corporation, and<br><br>**Uber USA, LLC**, a limited liability company,<br><br>Defendants. | No. 4:25-cv-03477-JST<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Federal Trade Commission ("FTC"), pursuant to Local Rules 7-11 and 79-5(f), respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed with respect to Exhibits B & C attached to Plaintiff's portion of the May 5, 2026 Status Report.

Exhibits B & C were obtained from Defendants and designated as confidential. The FTC does not seek to seal Exhibits B & C, but are filing these exhibits under seal because they were designated confidential by Defendants. Thus, Plaintiff requests the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit B | Global Monthly Business Review (UBER-FTCU1-00000768) | Uber Technologies, Inc. |
| Exhibit C | Uber One Refund Requests (UBER-FTCU1-00004175) | Uber Technologies, Inc. |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)" of the Local Rules. L.R. 79-5(f)(3). The FTC does not oppose the sealing of the above-referenced Exhibits B & C.

In compliance with Civil Local Rule 79-5(e)(2), an unredacted version of the exhibits accompanies this Administrative Motion.  Exs. B-C.  In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Plaintiff will serve this Administrative Motion, along with the sealed exhibits on all Defendants.

Dated: May 5, 2026

Respectfully submitted,

*/s/ Sarah Abutaleb*

Sarah Abutaleb (DC Bar No. 1779979)
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Allison Wojcicki (DC Bar No. 1736349)
Patrick Roy (DC Bar No. 1023521)

Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
202-326-2583 (Abutaleb)
E-mail: sabutaleb@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I certify that on May 5, 2026, I served on Defendants a copy of the foregoing Administrative Motion to Consider Whether Another Party's Material Should be Sealed, including attachments (Proposed Order and Exhibits B & C) by emailing the same to Defendants' counsel Benjamin Mundel at bmundel@sidley.com.

Dated: May 5, 2026

/s/ Sarah Abutaleb
Sarah Abutaleb (DC Bar No. 1779979)
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-10232
Washington, DC 20580
(202) 326-2583 (Abutaleb)
E-mail: sabutaleb@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*