**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, et al. | No. 4:25-cv-03477-JST |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| **UBER TECHNOLOGIES, INC.**, a corporation, and | |
| **UBER USA, LLC**, a limited liability company, | |
| Defendants. | |

With respect to information that Defendants designated as confidential, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiff's Administrative Motion") in connection with Exhibits B & C attached to Plaintiff's portion of the May 5, 2026 Status Report (Dkt. No. 200). Plaintiff, in accordance with Local Rule 79-5(c)(3) identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Description | Designating Party |
| --- | --- | --- |
| Exhibit B | Global Monthly Business Review (UBER-FTCU1-00000768) | Uber Technologies, Inc. |
| Exhibit C | Uber One Refund Requests (UBER-FTCU1-00004175) | Uber Technologies, Inc. |

Having considered Plaintiff's Administrative Motion and any responsive statement or declaration filed by Defendants pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The sealed Exhibits B & C shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Defendants shall file a complete unredacted version of Exhibits B & C within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Defendants shall file a revised redacted version of Exhibits B & C, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _____, 2026

_____
United States District Judge

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider
Whether Another Party's Material Should be Sealed
2                        Case No. 4:25-cv-03477-JST