WILMERHALE

**David Gringer**

+1 212 230 8864 (t)
+1 212 230 8888 (f)
david.gringer@wilmerhale.com

May 6, 2026

**By ECF**

Honorable Thomas S. Hixson
United States District Court, Northern District of California
Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    *FTC et al. v. Uber Technologies, Inc. et al.*, Case No. 4:25-cv-03477-JST

Dear Judge Hixson:

The parties hereby confirm that they have resolved their outstanding dispute over Interrogatory No. 4 because the States have agreed to provide all responsive, non-privileged information thereto. Uber reserves the right to reopen the dispute should the States not honor their commitment.

Respectfully submitted,

*/s/ David Gringer*

David Gringer
Wilmer Cutler Pickering Hale and Dorr LLP

*Attorney for Defendants Uber Technologies, Inc. and Uber USA, LLC*

*/s/ Michael Dean*

Michael Dean
Office of the Attorney General of Alabama, Consumer Interest Division

*Attorney for Plaintiff Attorney General of Alabama*

*/s/ Philip Ziperman*

Philip Ziperman
Office of the Attorney General of Maryland, Consumer Protection Division

*Attorney for Plaintiff Office of the Maryland Attorney General, Consumer Protection Division*

**<u>SIGNATURE ATTESTATION</u>**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document was obtained from the signatories of this document. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2026

  /s/ *David Gringer*
David Gringer