Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street
San Francisco, CA 94111
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Attorneys for Defendants*
*Uber Technologies, Inc., and Uber USA, LLC*

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-600-5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, <br><br> Defendants. | Case No. 4:25-cv-3477-JST <br><br> **STIPULATION TO ENLARGE THE TIME TO RESPOND TO RFP 27** |

Plaintiff FTC ("FTC") and Defendants Uber Technologies, Inc. and Uber USA, LLC ("Defendants") (together the "Parties"), by and through their respective undersigned counsel of record, submit the following stipulation:

WHEREAS, the Court set a deadline of May 8, 2026 for Defendants to complete their production in response to RFP 27 (ECF No. 191);

WHEREAS, Defendants will make a substantial production responsive to RFP 27 by May 8, 2026. However, Defendants have identified a new source of potentially responsive documents to RFP 27 and are in the process of extracting and uploading the material for review to see whether it contains additional material responsive to RFP 27;

WHEREAS, the Parties have agreed that Defendants shall have until May 15, 2026 to complete their production in response to RFP 27;

THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through their undersigned counsel of record, that Defendants will complete their production to RFP 27 by May 15, 2026.

Date: May 8, 2026                    Stipulated and agreed to by:

SIDLEY AUSTIN LLP

By:    */s/ Benjamin M. Mundel*
       Benjamin M. Mundel
       *Attorney for Defendants*

FEDERAL TRADE COMMISSION

By:    */s/ Paul Mezan*
       Paul Mezan
       *Attorney for Plaintiff FTC*

1
STIPULATION TO ENLARGE THE TIME TO RESPOND TO RFP 27
CASE NO. 4:25-CV-3477