**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 4:25-cv-3477-JST |
| Plaintiffs, | **[PROPOSED] ORDER ON STIPULATION TO ENLARGE THE TIME TO RESPOND TO RFP 27** |
| v. | |
| UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, | |
| Defendants. | |

Before the Court is the Stipulation of Plaintiff FTC ("FTC") and Defendants Uber Technologies, Inc. and Uber USA, LLC ("Defendants") to Enlarge the Time to Respond to RFP 27. Having considered the Stipulation, the Court hereby extends the deadline for Defendants to complete their production for RFP 27 to May 15, 2026.

IT IS SO ORDERED.

Dated: May ___, 2026

_____
The Honorable Thomas S. Hixson