**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 4:25-cv-3477-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(f)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, | |
| Defendants. | |

## [PROPOSED] ORDER

Before the Court is Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, ECF No. 198 (the "Administrative Motion"). Having considered the Administrative Motion and Defendants' LR 79-5(f)(3) Statement and Request to Permanently Seal, the Court **ORDERS** the FTC to file a revised redacted version of the Second Amended Complaint for Permanent Injunction, Monetary Judgment, Civil Penalty Judgment, and Other Relief  (the "SAC"), ECF No. 196, redacting only the content that the Court previously sealed, ECF No. 25.

**IT IS SO ORDERED.**

Dated: _____

————————————————————
THOMAS S. HIXSON
United States Magistrate Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL, CASE NO. 4:25-CV-3477-JST