**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FEDERAL TRADE COMMISSION, et al.,

        Plaintiffs,

      v.

UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,

        Defendants.

Case No. 4:25-cv-3477-JST

**DECLARATION OF DANIELLE SHERIDAN IN SUPPORT OF DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL**

I, Danielle Sheridan, hereby declare and state as follows:

1.   I am currently the Senior Director and Global Head of Membership and Loyalty at Uber Technologies, Inc. ("Uber"). I have worked at Uber since September of 2023, and prior to that, I worked at Uber from 2014 to 2022 in a different role. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2.   I submit this declaration in support of Defendants' Local Rule 79-5(f)(3) Statement and Request to Permanently Seal.

3.   Exhibit B to the Joint Discovery Status Report filed by the FTC on May 5, 2026 contains detailed and highly confidential information about Uber One's global business performance, financial standing, future objectives, and individual strategies for optimizing each of those categories as it stood in December of 2023. Uber keeps this information confidential; it is not publicly available, nor is it widely disseminated within Uber. Rather, this Global Monthly Business Review—and others like it—is shared on a limited basis only with the particular teams that need this information. Uber's competitors do not make this information publicly available about their own businesses, and Uber does not have this information about its competitors' customer profiles. If Uber's competitors obtained this confidential information about Uber, they could adjust their own business, market strategies, pricing, and customer targeting approaches in ways that would give them an unfair competitive advantage over Uber.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 12, 2026.

By: *Danielle Sheridan*
Danielle Sheridan

1

DECLARATION OF DANIELLE SHERIDAN IN SUPPORT OF DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL, CASE NO. 4:25-CV-3477-JST