**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 4:25-cv-3477-JST |
| Plaintiffs, | |
| v. | **DECLARATION OF ALEX WAGNER IN SUPPORT OF DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL** |
| UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, | |
| Defendants. | |

I, Alex Wagner, hereby declare and state as follows:

1. I am currently the Senior Program Manager for Consumer Experience, CommOps at Uber Technologies, Inc. ("Uber"). I have worked at Uber since July of 2018, and in my present role since February of 2023. I have personal knowledge of all the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Defendants' Local Rule 79-5(f)(3) Statement and Request to Permanently Seal.

3. Exhibit C to the Joint Discovery Status Report filed by the FTC on May 5, 2026 contains highly confidential information about the number of people who requested refunds regarding their Uber One membership and sensitive data about consumers' reasons for requesting refunds, as well as Uber's impressions of that data and plan for addressing refund requests. Uber collected this information through an investigation internal to the company and keeps this information confidential. Uber's competitors do not make this information publicly available about their own businesses, and Uber does not have this information about its competitors' customer profiles. If Uber's competitors obtained this information about Uber One, Uber's competitive standing would be harmed because competitors could adjust their own strategies to target and unfairly compete with Uber in the same customer marketplaces.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 12, 2026.

By: *Alex Wagner*

Alex Wagner

1

DECLARATION OF ALEX WAGNER IN SUPPORT OF DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL, CASE NO. 4:25-CV-3477-JST