UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 4:25-cv-3477-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(f)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL** |
| v. | |
| UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, | |
| Defendants. | |

**[PROPOSED] ORDER**

Before this Court is Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. ECF No. 201. Having considered the Administrative Motions and Defendants' LR 79-5(f)(3) Statement and Request to Permanently Seal, the Court **ORDERS** as follows:

| ECF No. | Document | Portions to Seal | Ruling |
|---|---|---|---|
| 200-2 | Exhibit B<br><br>Uber One Global Monthly Business Review, December 2023 (UBER-FTCU1-00000768) | The following pages in full:<br><br>UBER-FTCU1-00000771 – UBER-FTCU1-00000791<br><br>UBER-FTCU1-00000793 – UBER-FTCU1-00000821<br><br>UBER-FTCU1-00000823 – UBER-FTCU1-00000836<br><br>UBER-FTCU1-00000838<br><br>UBER-FTCU1-00000842<br><br>UBER-FTCU1-00000844 – UBER-FTCU1-00000857 | GRANTED |
| 200-3 | Exhibit C<br><br>Uber One Refund Requests Deck (UBER-FTCU1-00004175) | The white half of the slide at UBER-FTCU1-00004177, discussing "Methodology;" and the following pages in full:<br><br>UBER-FTCU1-00004179 | GRANTED |

[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL, CASE NO. 4:25-CV-3477-JST

| | | UBER-FTCU1-00004181 – UBER-FTCU1-00004190 | |
|---|---|---|---|

Plaintiffs shall re-file the above docket entries in accordance with and within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _____

By:_____
Honorable Jon S. Tigar
United States District Judge