UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No.  25-cv-03477-JST   (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 201

Uber's proposed redactions to Exhibits B and C (ECF No. 210) are acceptable.  The Court **ORDERS** Uber to file Exhibits B and C in the public record with those redactions within five days.

**IT IS SO ORDERED.**

Dated: May 12, 2026

THOMAS S. HIXSON
United States Magistrate Judge