# Exhibit B



# Uber One
Global Monthly Business Review

December 2023

Uber

CONFIDENTIAL

UBER-FTCU1-00000768

MEMBERSHIP GMBR
## Agenda

| | | Time (ET) | Duration |
|---|---|---|---|
| 01. | Performance Summary | 12:00 pm - 12:10 pm | 10 min |
| 02. | 2024 Plans | 12:10 pm - 12:35 pm | 25 min |
| 03. | Finance Update | 12:35 pm - 12:55 pm | 20 min |
| 04. | Student Pass Deep Dive *(time permitting)* | *12:55 pm - 1:00 pm* | *5 min* |

CONFIDENTIAL

UBER-FTCU1-00000769



CONFIDENTIAL

UBER-FTCU1-00000770





CONFIDENTIAL

UBER-FTCU1-00000771



CONFIDENTIAL

UBER-FTCU1-00000772



CONFIDENTIAL





CONFIDENTIAL

CONFIDENTIAL

UBER-FTCU1-00000775



CONFIDENTIAL

UBER-FTCU1-00000776





CONFIDENTIAL

UBER-FTCU1-00000777



CONFIDENTIAL

UBER-FTCU1-00000778



CONFIDENTIAL

UBER-FTCU1-00000779





CONFIDENTIAL

UBER-FTCU1-00000780



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000783



CONFIDENTIAL

UBER-FTCU1-00000784



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000786





CONFIDENTIAL

UBER-FTCU1-00000787



CONFIDENTIAL

UBER-FTCU1-00000788



CONFIDENTIAL

UBER-FTCU1-00000789



CONFIDENTIAL

UBER-FTCU1-00000790



CONFIDENTIAL

UBER-FTCU1-00000791



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000795



CONFIDENTIAL

UBER-FTCU1-00000796



CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000799



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000803





CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000805



CONFIDENTIAL

UBER-FTCU1-00000806



CONFIDENTIAL

UBER-FTCU1-00000807



CONFIDENTIAL

UBER-FTCU1-00000808



CONFIDENTIAL

UBER-FTCU1-00000809



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000811



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000813



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000817



CONFIDENTIAL

UBER-FTCU1-00000818



CONFIDENTIAL

UBER-FTCU1-00000819





CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000821



CONFIDENTIAL







CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000824



CONFIDENTIAL

UBER-FTCU1-00000825



CONFIDENTIAL





CONFIDENTIAL

UBER-FTCU1-00000827







CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000829



CONFIDENTIAL

UBER-FTCU1-00000830





CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000833



CONFIDENTIAL





CONFIDENTIAL

UBER-FTCU1-00000835



CONFIDENTIAL

UBER-FTCU1-00000836

CONFIDENTIAL



CONFIDENTIAL

CONFIDENTIAL

UBER-FTCU1-00000839

CONFIDENTIAL

UBER-FTCU1-00000840

CONFIDENTIAL

UBER-FTCU1-00000841



CONFIDENTIAL

UBER-FTCU1-00000842



CONFIDENTIAL

UBER-FTCU1-00000843



CONFIDENTIAL

UBER-FTCU1-00000844





CONFIDENTIAL





CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000847





CONFIDENTIAL

UBER-FTCU1-00000848



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000850



CONFIDENTIAL

UBER-FTCU1-00000851





CONFIDENTIAL

UBER-FTCU1-00000852

CONFIDENTIAL

UBER-FTCU1-00000853



CONFIDENTIAL

UBER-FTCU1-00000854



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

UBER-FTCU1-00000857