# Exhibit C



UBER-FTCU1-00004175

## Agenda

01 Background & Objectives
02 Summary of Ticket Observations
03 Ticket Observations
04 Appendix



UBER-FTCU1-00004176

## Background & Objectives: Overview

**Problem Overview:**

- Understand the impact of several XPs/changes on CommOps metrics
- Improve how we currently support and categorize Refund Requests internally and externally

**Investigation Objectives:**

To breakdown users who are requesting refund of Uber One membership into:

- XPs/new launches
- Tech issues/bugs
- BAU requests

CONFIDENTIAL

UBER-FTCU1-00004177




## Agenda

01 Background & Objectives
02 Summary of Ticket Observations
03 Ticket Observations
04 Appendix

CONFIDENTIAL

UBER-FTCU1-00004178





CONFIDENTIAL

## Agenda

01 Background & Objectives
02 Summary of Ticket Observations
03 Ticket Observations
04 Appendix



CONFIDENTIAL

CONFIDENTIAL





CONFIDENTIAL





CONFIDENTIAL





CONFIDENTIAL

UBER-FTCU1-00004183

CONFIDENTIAL

UBER-FTCU1-00004184



CONFIDENTIAL

UBER-FTCU1-00004185



CONFIDENTIAL

UBER-FTCU1-00004186



CONFIDENTIAL

UBER-FTCU1-00004187



CONFIDENTIAL

UBER-FTCU1-00004188



CONFIDENTIAL

UBER-FTCU1-00004189





CONFIDENTIAL

UBER-FTCU1-00004190

## Agenda

01 Background & Objectives
02 Summary of Ticket Observations
03 Ticket Observations
04 Appendix



CONFIDENTIAL    UBER-FTCU1-00004191



CONFIDENTIAL

UBER-FTCU1-00004192



CONFIDENTIAL

UBER-FTCU1-00004193