UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a corporation, and<br><br>UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES** |

**[PROPOSED] ORDER**

Having read and considered Plaintiffs' Notice of Motion and Memorandum In Support of its Motion to Strike Defendants' Affirmative Defenses, all other papers submitted in support of or in opposition to the Motion, the pleadings on file, and oral argument provided, the Court rules as follows:

Plaintiffs' Motion to Strike Defendants' Affirmative Defenses is granted.

**IT IS SO ORDERED.**

DATE:                                    BY: _____
                                         The Honorable Jon S. Tigar
                                         United States District Judge