# EXHIBIT B

## Abutaleb, Sarah

| | |
|---|---|
| **From:** | Bragg, Tayler G. <tbragg@sidley.com> |
| **Sent:** | Wednesday, May 27, 2026 10:00 PM |
| **To:** | Mezan, Paul; Wojcicki, Allison; Doty, James |
| **Cc:** | Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Ziperman, Philip; LRiley@oag.maryland.gov; Dean, Michael; Barton, Lindsay; jessica.tubbs@alabamaag.gov; Benjamin  Mundel -Contact; Freeman, Lauren; Gringer, David; Sidrys, Lydia; Scheper, Abby; Wenzel, Marissa M.; Mehta, Sonal |
| **Subject:** | RE: FTC et al. v. Uber et al., 4:25-cv-3477 - Data Research |

Counsel,

As agreed, below are our answers to the data questions discussed in the thread below and on the meet and confer:

- RFP 35(b)(ii)(B): Whether chargeback timestamp data exists.

Uber has confirmed that chargeback timestamp data exists. We will include this data in our June 12 production.

- RFP 35(b)(iii)(A)–(C): More information on the burden of producing transaction/order-level data.

As we explained previously, it would be helpful to understand specifically what you are asking for or think would be available at a transaction/order level that cannot be aggregated and provided at the membership level (as we have already produced). Uber has already provided readily available data from its financial tables, which include gross bookings, client_fees, and savings broken out by primary product line and rolled up to the membership level.

The FTC's request would require Uber to build a large database that currently does not exist. The database would require Uber to pull data that is stored across multiple tables, and the data would contain nearly 3 billion records across a variety of product lines with varying fee structures. To provide gross bookings, client_fees, and savings at a transaction/order level, such that the "gross bookings" would be associated with an individual order, it would take at least one month to prepare, validate, and extract this data in an unaggregated form.

- RFP 35(b)(iii)(D): Whether any further data exists.

Uber has looked into whether there could be anything further to produce here beyond all of the data that Uber has already produced. Uber believes it can provide aggregated data on the promotions available to users, which supported Uber's original savings claim. This data is found in multiple tables, and the tables have not appeared to include consistent information. Uber is investigating the various tables that contain this data to determine how to produce this data most accurately and reliably. Assuming Uber can produce this data accurately and reliably, Uber anticipates that it can include this data in its June 24 production.

- RFP 35(b)(iv)(A)–(D): Whether the requested clickthrough data exists.

Uber has confirmed that some clickthrough data exists. However, the data is inconsistent and could best be described as "messy," so Uber has concerns about its reliability. Uber is in the process of determining whether the data is reliable and will report back once that work is complete. Uber believes it can complete its work to determine reliability by June 12. If Uber is able to confirm reliability of the data, Uber then anticipates being able to include the data in its June 24 production.

Best,
Tayler


**TAYLER G. BRAGG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3423
tbragg@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, May 15, 2026 11:11 AM
**To:** Bragg, Tayler G. <tbragg@sidley.com>; Wojcicki, Allison <awojcicki@ftc.gov>; Doty, James <jdoty@ftc.gov>
**Cc:** Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Ziperman, Philip <pziperman@oag.state.md.us>; LRiley@oag.maryland.gov; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; jessica.tubbs@alabamaag.gov; Mundel, Benjamin <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Sidrys, Lydia <lydia.sidrys@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Wenzel, Marissa M. <marissa.wenzel@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber et al., 4:25-cv-3477 - FTC Questions & Status Report

Counsel,

Attached is the FTC's revised portion of the joint status report. Can you please send us any additional revisions you have by 2pm ET?

Regarding our data questions, you can let us know by May 27.

Thanks,

Paul