# Exhibit C



SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

+1 202 736 8157
BMUNDEL@SIDLEY.COM

May 21, 2026

<u>**Via Email**</u>

Paul Mezan, Esq.
Stephanie Liebner, Esq.
James Doty, Esq.
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, D.C. 20580
pmezan@ftc.gov
sliebner@ftc.gov
jdoty@ftc.gov
*Counsel for Plaintiff FTC*

Philip Ziperman, Esq.
Michael Dean, Esq.
pziperman@oag.maryland.gov
michael.dean@alabamaag.gov
*Lead Counsel for Plaintiff States*

Re: <u>*FTC v. Uber Technologies, Inc. and Uber USA, LLC*, No. 4:25-cv-03477 – Technology Assisted Review and ESI Methodology for Custodial Productions</u>

Counsel:

We write on behalf of Uber Technologies, Inc., and Uber USA, LLC (collectively, "Uber") to provide a detailed overview of Uber's proposed methodology for the collection, review, and production of electronically stored information ("ESI") in connection with the above-captioned matter.

Consistent with principles of cooperation, transparency, and proportionality, Uber proposes to utilize Technology Assisted Review ("TAR")—specifically, a continuous active learning ("CAL") workflow implemented in Relativity Server (version 24.0.375.2 )—to efficiently and defensibly identify responsive materials from the collected ESI corpus.

## I.    USE OF TECHNOLOGY ASSISTED REVIEW (TAR)

Uber intends to apply TAR following standard processing steps, including data collection, normalization, de-duplication, and implementation of any agreed-upon filtering criteria.

Sidley Austin LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

# SIDLEY

Page 2

### A. Continuous Active Learning Workflow

#### 1. Initial Simple Random Sampling

Uber will begin model training by providing subject matter experts ("SMEs") with a statistically valid simple random sample of documents drawn from the TAR-eligible population.

#### 2. Iterative Model Training and Review Execution

Following initial sampling, the review will proceed using a continuous active learning workflow. Uber anticipates utilizing contract reviewers to perform the bulk of document-level review, under the direction and supervision of SMEs. SMEs will provide ongoing guidance, training, and calibration. SMEs will also perform targeted quality control measures to ensure coding accuracy and consistency. Reviewer coding decisions will continuously inform and refine the TAR model.

#### 3. Coverage Review Strategy

During early model development, Uber expects to employ coverage-oriented review techniques to expose the model to diverse and uncertain content. These early coverage review efforts will be reviewed by SMEs to ensure the model receives the highest quality inputs for this foundational training material.

#### 4. Prioritized Review Queue

As the model stabilizes, review will transition to a prioritized workflow in which documents most likely to be responsive are reviewed first. Model performance will be continuously monitored.

### B. Data Sources and Corpus Composition

Uber anticipates that the TAR population will include multiple enterprise data sources, including:

- Gmail emails

- Google Drive documents, including Docs, Sheets, and Slides

- Slack chat data

# SIDLEY

Page 3

### C. Presumptive Responsiveness Cutoff

After model stabilization, Uber will establish a reasonable TAR score threshold. Documents at or above the threshold will constitute the presumptively responsive set, including associated family members. Documents below the threshold will constitute the presumptively non-responsive set, subject to validation testing.

### D. Validation and Quality Control

Uber proposes a statistically grounded validation methodology targeting 75% recall at a 95% confidence level, ±5% margin of error, along with measurement of precision and related metrics.

#### 1. Precision Sample (Precision Test)

Uber will draw a simple random sample without replacement of approximately 300 records from the responsive set, including associated document family members. The sampled documents will be reviewed to confirm responsiveness determinations. The results will be used to estimate the precision of the overall review process.

#### 2. Recall Sample (Recall Test)

Based on the results of the precision sample, Uber will draw a simple random sample without replacement from the remaining population not included in the responsive set, sized to satisfy the 75% recall target at the 95% confidence level with a ±5% margin of error. This sample will include:

- TAR-classified non-responsive documents

The sampled documents will be reviewed for responsiveness. Results will be combined with the precision sample to estimate overall recall across the full dataset.

#### 3. Additional Metrics

Uber will calculate and report:

- Precision

- Recall

Uber will provide high-level summaries of validation parameters, including sample sizes, confidence intervals, and resulting metrics.

# SIDLEY

Page 4

### E.  Supplemental Analytical Methods

If the TAR process does not achieve sufficiently high recall in tandem with reasonable precision, Uber may evaluate the use of additional review processes to supplement the identification of responsive documents. Uber will meet and confer before implementing any such methodology.

## II.    SEARCH TERMS AND DATA REDUCTION

Uber may apply targeted filtering techniques, including search terms and date restrictions, to exclude clearly non-responsive materials before TAR review. Uber does not propose excluding potentially responsive materials absent agreement.

## III.    ESI HANDLING AND PRODUCTION FORMAT

Uber will produce documents consistent with the governing ESI protocol. Production through this process does not waive the attorney-client privilege, work product protection, or any other applicable privilege or protection. Uber reserves the right to claw back any documents that are subject to a claim of privilege or other protection if any such documents are inadvertently produced.

Uber is available to meet and confer on production specifications.

## IV.    COOPERATION AND ONGOING DISCUSSION

Uber remains committed to cooperation and transparency and welcomes feedback regarding this proposed methodology.

Sincerely,


*/s/ Benjamin M. Mundel*
Benjamin M. Mundel