# Exhibit F

| | |
|---|---|
| **From:** | Bragg, Tayler G. |
| **Sent:** | Friday, May 22, 2026 3:57 PM |
| **To:** | 'Doty, James'; 'Mezan, Paul'; 'Wojcicki, Allison'; 'Abutaleb, Sarah'; 'Liebner, Stephanie'; 'Roy, Patrick'; 'Ziperman, Philip'; 'LRiley@oag.maryland.gov'; 'Dean, Michael'; 'Barton, Lindsay'; 'jessica.tubbs@alabamaag.gov' |
| **Cc:** | Mundel, Benjamin; Freeman, Lauren; Scheper, Abby; Sidrys, Lydia; 'Mehta, Sonal'; 'Gringer, David'; 'Wenzel, Marissa M.' |
| **Subject:** | FTC et al. v. Uber Technologies, Inc. et al. - Production Schedule |

Counsel,

Pursuant to Dkt. 216, below is Uber's proposed production schedule for all custodial documents:

- First production: June 18
- Second production: July 17
- Third production and substantial completion: August 14

This production schedules takes into account the 643,846 Gmail hits and makes assumptions for the Drive documents and Slack documents, since the Drive and Slack collections are in process. Should the hits for the Drive and Slack repositories exceed our estimates, we may need to revise the schedule. We will inform you immediately if that is the case.

We understand the urgency to complete our custodial productions and appreciate your willingness to work with us to make this possible on this short time frame. Please let us know if you have any questions or concerns.

Best,
Tayler


**TAYLER G. BRAGG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
2323 Cedar Springs
Suite 2600
Dallas, TX 75201
+1 214 981 3423
tbragg@sidley.com
www.sidley.com

