Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 600 5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

*Attorney for Defendants Uber Technologies, Inc. and Uber USA, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiffs,

    v.

UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,

        Defendants.

Case No. 4:25-cv-03477-JST

LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO STRIKE BY SEVEN BUSINESS DAYS

Pursuant to Northern District of California Civil Local Rule 6-3, Defendants, by and through their counsel of record, move to extend by seven business days their deadline to file an opposition to Plaintiffs' Motion to Strike Defendants' Answer and Affirmative Defenses. Defendants regret burdening the Court with this motion, but Plaintiffs have refused to agree to a short extension for the shifting reasons detailed below.

On May 1, 2026, Plaintiffs filed their Second Amended Complaint (Dkt. 196). On May 15, 2026, Defendants filed their Answer and Affirmative Defenses to the Second Amended Complaint. Three weeks passed. On June 5, 2026, without notice, Plaintiffs filed their Motion to Strike Defendants' Answer and Affirmative Defenses (Dkt. 225). Under Civil Local Rules 7-3(a) and 7-3(c), Defendants' deadline to oppose the Motion to Strike is June 22, 2026. The hearing date is August 13, 2026. Defendants now seek an extension of their June 22 deadline to July 1.

There have been no previous requests for modification of Defendants' deadline to oppose the Motion to Strike. The requested extension would not change any other deadlines in the case.

On June 9, 2026, Defendants' counsel wrote to Plaintiffs' counsel requesting a mutual extension of the briefing deadlines on the motion to strike. Defendants' opposition deadline would be extended to July 1, 2026, and Defendants offered that Plaintiffs' reply deadline could be extended to July 15, 2026. Plaintiffs' counsel refused the extension, citing a lack of explanation for the request. In response, Defendants' counsel explained that, as a matter of professional courtesy, Defendants' counsel would appreciate the short extension of seven business days due to the urgent press of document production in this case and the following non-exhaustive set of additional deadlines that counsel faces through June 22:

- At least two court conferences;

- A Rule 23(f) petition;

- A jurisdictional brief in an arbitration;

- A multi-party mediation; and

LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO STRIKE BY SEVEN BUSINESS DAYS
4:25-CV-03477-JST

-   A reply in support of a motion to dismiss.

Defendants' counsel further noted that June 19 is a federal holiday.

Plaintiffs' counsel again refused to consent to the short extension.  This time, the reason given was that the extension "would interfere with deadlines in other matters for the attorneys working on the reply brief."  Plaintiffs' counsel did not address Defendants' offer to double the time for Plaintiffs' reply brief.

Plaintiffs' counsel's repeated refusal to consent to Defendants' counsel's modest extension is at odds with the Guidelines for Professional Conduct adopted by the United States District Court for the Northern District of California.  Section 4 of the Guidelines states that "a lawyer should agree to reasonable requests for extensions of time when the legitimate interests of his or her client will not be adversely affected."  No such adverse effect would occur here, particularly because Defendants' counsel offered to accommodate Plaintiffs' competing deadlines with an extension of time for the reply brief.  The Guidelines' examples illustrate the point.  Pursuant to Section 4(a), "[a] lawyer should agree to reasonable requests for extensions of time or continuances without requiring motions or other formalities."  Under Section 4(b), "a lawyer should agree as a matter of courtesy to first requests for reasonable extensions of time."  And Section 4(c) explains that "[a] lawyer should be committed to the notion that the strategy of refusing reasonable requests for extensions of time is inappropriate."

Defendants would have preferred to resolve this simple issue consistent with the requirements of the Guidelines—through a stipulation.  Because Plaintiffs' counsel has refused to do so, Defendants respectfully seek a court order extending their opposition brief deadline to July 1, 2026.

Dated: June 12, 2026

Respectfully submitted,

*/s/ David Gringer*

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)

marissa.wenzel@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 600 5051

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8729
Facsimile: +1 202 736 8711

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

*Attorneys for Defendants*
*Uber Technologies, Inc. and Uber USA,*
*LLC*

## ATTESTATION

I, David Gringer, hereby attest that this document was served by electronic filing on June 12, 2026, on all counsel of record.


*/s/ David Gringer*
David Gringer

LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR
DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS'
MOTION TO STRIKE BY SEVEN BUSINESS DAYS
4:25-CV-03477-JST