Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 600 5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

*Attorney for Defendants Uber Technologies, Inc. and Uber USA, LLC*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>DECLARATION OF DAVID GRINGER IN SUPPORT OF LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO STRIKE BY SEVEN BUSINESS DAYS |

I, David Gringer, declare as follows:

1.    I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants Uber Technologies, Inc. and Uber USA, LLC in the above-captioned matter.  I was admitted *pro hac vice* to practice in this Court.  I make this declaration based on personal knowledge and, if called upon to do so, could testify competently hereto.

2.    I submit this declaration in support of the Local Rule 6-3 Motion to Enlarge Time for Defendants' Deadline to Oppose Plaintiffs' Motion to Strike by Seven Business Days pursuant to Civil Local Rule 6-3.

3.    On June 9, 2026, Defendants' counsel wrote to Plaintiffs' counsel requesting a mutual extension of the briefing deadlines on the motion to strike.  Defendants' counsel proposed that Defendants' opposition deadline be extended to July 1, 2026, and offered that Plaintiffs' reply deadline could be extended to July 15, 2026.

4.    The same day, Plaintiffs' counsel refused, citing a lack of explanation for the request.

5.    The following day, Defendants' counsel explained in writing that, as a matter of professional courtesy, Defendants' counsel would appreciate the short extension of seven business days due to the urgent press of document production and the following non-exhaustive set of additional deadlines that counsel faces through June 22:

(a)    At least two court conferences;

(b)    A Rule 23(f) petition;

(c)    A jurisdictional brief in an arbitration;

(d)    A multi-party mediation; and

(e)    A reply in support of a motion to dismiss.

Defendants' counsel further noted that June 19 is a federal holiday.

6.    On June 11, 2026, Plaintiffs' counsel refused, again, to consent to the extension.  The reason given was that the extension "would interfere with deadlines in other matters for the attorneys

DECLARATION OF DAVID GRINGER IN SUPPORT OF LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO STRIKE BY SEVEN BUSINESS DAYS
4:25-CV-03477-JST

working on the reply brief." Plaintiffs' counsel did not address Defendants' offer to double the time within which Plaintiffs' counsel could respond to the reply brief.

7.    There have been no previous requests made or ordered with respect to this deadline. The parties have made, and the Court has ordered, previous requests to extend other deadlines. On December 24, 2025, the parties filed a stipulation to extend the time for Defendants to respond to the First Amended Complaint, along with extended deadlines for Plaintiffs to file their opposition and for Defendants to file their reply (Dkt. 59). On April 3, 2026, the parties filed a joint case management statement in which Plaintiffs requested extensions of approximately two to three months for various deadlines and dates in the Court's Scheduling Order, including fact and expert discovery cut-offs, expert disclosures, expert rebuttals, mediation, dispositive motions, pretrial conference statement, pretrial conference, and trial (Dkt. 168 at 6). The parties then met and conferred and, on April 15, filed a joint stipulation requesting a new case schedule with extensions for each of these deadlines and dates (Dkt. 182). On April 23, the Court entered an order granting these extensions (Dkt. 189). On April 28, the Court issued an amended scheduling order, extending the deadlines for parties to file motions in limine, motions in limine oppositions and the pretrial conference statement, and dates for the pretrial conference and trial (Dkt. 193). On May 8, the parties filed a stipulation to extend the time for Defendants to complete their production in response to Plaintiffs' Request for Production No. 27 (Dkt. 204). The Court granted this extension (Dkt. 205).

8.    The requested extension of time would not affect any other date or deadline set by the Court.

9.    I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in New York, New York on June 12, 2026.

/s/ *David Gringer*
David Gringer

3    DECLARATION OF DAVID GRINGER IN SUPPORT OF
LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR
DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS'
MOTION TO STRIKE BY SEVEN BUSINESS DAYS
4:25-CV-03477-JST