**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company, <br><br> Defendants. | Case No. 4:25-cv-03477-JST <br><br> [PROPOSED] ORDER ON LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO STRIKE BY SEVEN BUSINESS DAYS |

Before the Court is the Local Rule 6-3 Motion to Enlarge Time for Defendants' Deadline to Oppose Plaintiffs' Motion to Strike by Seven Business Days.  Having considered the Motion, the

Declaration in support, the record in this case, the applicable law, and the arguments of counsel, if any, the Court hereby GRANTS the motion.

IT IS SO ORDERED that the deadline for Defendants to file their opposition to Plaintiffs' Motion to Strike shall be extended to July 1, 2026.

Dated: June_____ 2026

_____
Hon. Jon S. Tigar
United States District Judge

2   [PROPOSED] ORDER ON LOCAL RULE 6-3 MOTION TO ENLARGE TIME FOR DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO STRIKE BY SEVEN BUSINESS DAYS
4:25-CV-03477-JST