UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN, | Case No. 4:25-cv-03477-JST **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO ENLARGE TIME FOR DEFENDANTS' DEADLINE TO OPPOSE PLAINTIFFS' MOTION TO STRIKE** |
| Plaintiffs, v. | |
| UBER TECHNOLOGIES, INC., a corporation, and | |
| UBER USA, LLC, a limited liability company, | |
| Defendants. | |

## [PROPOSED] ORDER

Having read and considered Defendants' Motion to Enlarge Time for Defendants' Deadline to Oppose Plaintiffs' Motion to Strike, Plaintiffs' Opposition to the Motion, and the record in this case, the Court rules as follows:

Defendants' Motion to Enlarge Time for Defendants' Deadline to Oppose Plaintiffs' Motion to Strike is DENIED.

**IT IS SO ORDERED.**

DATE:                                  BY: _____
                                       The Honorable Jon S. Tigar
                                       United States District Judge