UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ , <br> Plaintiff(s), <br><br> v. <br><br> _____ , <br> Defendant(s). | Case No. _____ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, _____ , an active member in good standing of the bar of

_____ , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: _____ in the

above-entitled action. My local co-counsel in this case is _____ , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: _____ .

| | |
|---|---|
| _____ <br> MY ADDRESS OF RECORD | _____ <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| _____ <br> MY TELEPHONE # OF RECORD | _____ <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| _____ <br> MY EMAIL ADDRESS OF RECORD | _____ <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: _____ .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____
APPLICANT

================================================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California