# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Federal Trade Commission,<br><br>       Plaintiff(s)<br><br>          v.<br><br>Uber Technologies, Inc., a corporation, and Uber USA, LLC a Limited Liability Company.,<br><br>       Defendant(s). | Case No. 3:25-CV-3477 |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that the Plaintiff State of Wisconsin substitutes as its attorneys of record in this action Brittany Copper, Assistant Attorney General, in place of Laura E. McFarlane. All pleadings and other papers should be served upon Assistant Attorney General Brittany A. Copper at Post Office Box 7857, Madison, Wisconsin 53707-7857, Brittany.copper@wisdoj.gov or via the Court's ECF system. Assistant Attorney General Laura E. McFarlane should be removed as attorney of record for the State of Wisconsin.

Dated this 16th day of June, 2026.

Respectfully submitted,

JOSHUA L. KAUL
Wisconsin Attorney General

s/Brittany A. Copper
BRITTANY A. COPPER
Wisconsin Assistant Attorney General
State of Wisconsin Bar No. 1142446

Attorneys for Plaintiff State of Wisconsin

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
(608) 294-2907 (Fax)
Brittany.copper@wisdoj.gov