United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No.  25-cv-03477-JST   (TSH) |
| Plaintiffs, | |
| v. | **DISCOVERY ORDER** |
| UBER TECHNOLOGIES, INC., et al., | |
| Defendants. | |

The Court **ORDERS** the parties to file a discovery status report no later than June 26, 2026.

**IT IS SO ORDERED.**

Dated: June 16, 2026

_____
THOMAS S. HIXSON
United States Magistrate Judge