Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (Virginia Bar No. 90647)
James Doty (NY Bar No. 4552550)
Federal Trade Commission
600 Pennsylvania Ave., N.W.
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800

*Attorneys for Plaintiff*
*Federal Trade Commission*

*Attorney for Defendants Uber Technologies,*
*Inc. and Uber USA, LLC*

*Additional Counsel Listed on Signature Page*
*of Proposed Stipulation*

*Additional Counsel on Next Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>         Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,<br><br>         Defendants. | Case No. 4:25-cv-03477-JST<br><br>DECLARATION OF DAVID GRINGER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO ENLARGE PAGE LIMIT FOR MOTION TO STRIKE BRIEFING |

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 600 5051

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94104
Telephone: 415-772-1200
Facsimile: 415-772-7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

*Attorneys for Defendants Uber Technologies,
Inc. and Uber USA, LLC*

I, David Gringer, declare as follows:

1.      I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants Uber Technologies, Inc. and Uber USA, LLC in the above-captioned matter.  I was admitted *pro hac vice* to practice in this Court.  I make this declaration based on personal knowledge and, if called upon to do so, could testify competently hereto.

2.      I submit this declaration in support of the Stipulation to Enlarge Page Limit for Motion to Strike Briefing pursuant to Sections L(1) and L(2) of the Standing Order for All Civil Cases Before District Judge Jon S. Tigar (dated June 3, 2026).

3.      On May 1, 2026, Plaintiffs filed their Second Amended Complaint (Dkt. 196).

4.      On May 15, 2026, Defendants filed their Answer and Affirmative Defenses to the Second Amended Complaint (Dkt. 213).

5.      On June 5, 2026, Plaintiffs filed their Motion to Strike Defendants' Affirmative Defenses (Dkt. 225).  The Motion to Strike was 23 pages in length.

6.      On June 16, 2026, counsel for Plaintiffs and counsel for Defendants communicated via email about a stipulation extending the page limit for Plaintiffs' Motion to Strike Affirmative Defenses and Defendants' Opposition to Plaintiffs' Motion to Strike.  Through these communications, the Parties mutually agreed on the proposal set forth in the Stipulation and [Proposed] Order filed with the Court today.

7.      In order to ensure parity across the parties' opportunity to brief the relevant issues, and to provide Defendants with adequate space to respond to the arguments in the 23-page Motion to Strike, the Parties propose to enlarge the page limit for both Plaintiffs' Motion to Strike and Defendants' opposition from 15 to 25 pages.

8.      I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in New York, New York on June 16, 2026.

/s/ *David Gringer*
David Gringer