**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>       Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,<br><br>       Defendants. | Case No. 4:25-cv-03477-JST<br><br>[PROPOSED] ORDER ON STIPULATION TO ENLARGE PAGE LIMIT FOR MOTION TO STRIKE BRIEFING |

Before the Court is the Stipulation of Plaintiffs and Defendants (together the "Parties") to Enlarge Page Limit for Motion to Strike Briefing.  Having considered the Stipulation, the record in this case, the applicable law, and the arguments of counsel, if any, the Court hereby GRANTS this stipulation.

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that the page limit for Plaintiffs' Motion to Strike Defendants' Affirmative Defenses and Defendants' opposition to the Motion to Strike Defendants' Affirmative Defenses shall each be enlarged from 15 to 25 pages.

Dated:  June____ 2026

_____
Hon. Jon S. Tigar
United States District Judge

[PROPOSED] ORDER ON STIPULATION TO ENLARGE PAGE LIMIT FOR MOTION TO STRIKE BRIEFING
4:25-CV-03477-JST