Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 600 5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Marissa M. Wenzel (*pro hac vice*)
marissa.wenzel@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-772-1200
Facsimile: 415-772-7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: 202-736-8000
Facsimile: 202-736-8711

*Attorneys for Defendants Uber Technologies, Inc. and Uber USA, LLC*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,<br><br>    Defendants. | Case No. 4:25-cv-03477-JST<br><br>DECLARATION OF DAVID GRINGER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES |

I, David Gringer, declare as follows:

1.    I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and counsel for Defendants Uber Technologies, Inc. and Uber USA, LLC in the above-captioned matter.  I was admitted *pro hac vice* to practice in this Court. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently hereto.

2.    I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Strike Defendants' Affirmative Defenses.

3.    Attached as **Exhibit A** is a true and correct copy of Plaintiff's Responses and Objections to Defendant Uber Technologies, Inc.'s First Set of Interrogatories, dated August 11, 2025.

4.    Attached as **Exhibit B** is a true and correct copy of Plaintiff States' Rule 26(A)(1) Supplemental Initial Disclosures, dated April 1, 2026.

5.    I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed in New York, New York on June 22, 2026.

/s/ *David Gringer*
David Gringer

DECLARATION OF DAVID GRINGER
IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO STRIKE DEFENDANTS'
AFFIRMATIVE DEFENSES
4:25-CV-03477-JST