# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., | Case No. 4:25-cv-3477-JST |
| Plaintiffs, | |
| v. | **SUPPLEMENTAL DECLARATION OF JEFF GROBART** |
| UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company, | |
| Defendants. | |

I, Jeff Grobart, hereby declare and state as follows:

1.      I am currently employed as an Associate Director, Client Solutions at Omni-Invictus LLC, d/b/a Array ("Array"). Defendants Uber Technologies, Inc. and Uber USA, LLC (together, "Uber") retained Array to manage Uber's Technology Assisted Review ("TAR") with Continuous Active Learning ("CAL"), also known as TAR 2.0, workflow in this matter.

2.      I am over the age of 18 and competent to make this Declaration. The statements contained in this Declaration are based on my personal knowledge. If called and sworn as a witness, I would and could testify competently to the matters set forth herein.

**Relevant Educational Background**

3.      I received a Master of Science degree in Data Science from Northwestern University in 2019. My graduate coursework included advanced statistical analysis and the application of a range of machine learning techniques. This academic training informs my work in Technology Assisted Review ("TAR"), including the design, evaluation, and validation of TAR workflows.

**eDiscovery Industry Experience**

4.      In my role as an Associate Director at Array, I serve as a subject matter expert in TAR. When I refer to "TAR" in this Declaration, I am referring to TAR with CAL (or TAR 2.0). My TAR expertise includes TAR workflows, use cases, and best practices. This also includes providing support related to the statistical analysis and evaluation of TAR results, including the validation of the TAR models.

5.      I joined Array in February 2026. Before joining Array, I worked in similar roles in the eDiscovery industry for over 20 years. Prior to joining Array, I worked in similar eDiscovery roles at Lighthouse, H5, FTI, and Sidley Austin.

**Review Corpus in This Case**

6.      Email threading was applied to Gmail, and global de-duplication was applied to the Gmail, Google Drive, and Slack materials.

7.     The collection of the Slack repository was recently completed. Based on the sampling and review of Slack done to date, Uber's custodial production of Gmail, Google Drive, and Slack materials is expected to be about 243,525 documents.

**Review Timing in This Case**

8.     I previously submitted a declaration to this Court on June 12, 2026. In that declaration, I explained that we believed we could complete the review and production by July 13. That was based, in part, on the 75% recall rate in Uber's TAR proposal.

9.     I understand that there has been a demand to increase the recall rate from 75% to 85%. An 85% recall rate is not industry standard because an 85% recall rate suggests that TAR should be held to a higher standard than other review options.

10.     We still have 110 contract reviewers working on the custodial review. Even with 110 contract reviewers, raising the recall rate from 75% to 85% would require at least another 25 days to complete the responsiveness review. That does not include the additional time also needed to complete the privilege review and redactions.

**TAR Model Training in This Case**

11.     I understand that there has been a demand for Uber to ensure that at least 50 documents from each search string are included in the TAR training set, as well as at least 10 documents that hit on the term "ROSCA."

12.     With a TAR 2.0/CAL review, every document reviewed is necessarily used to train the model, even if not part of the initial training set.

13.     I have reviewed outputs containing the number of documents reviewed for each search string and the number of documents reviewed that hit on the term "ROSCA."

14.     For each of the Gmail, Google Drive, and Slack repositories, Uber has already reviewed over 50 documents from each search string, including 10 documents that hit on "ROSCA."

15.     Based on reports that were run on June 25, there have been 182 to 74,867 documents from the Gmail repository reviewed for each search string; 518 to 19,572 documents reviewed from

SUPPLEMENTAL DECLARATION OF JEFF GROBART
CASE NO. 4:25-CV-3477-JST
2

the Google Drive repository for each search string; 126 to 40,241 documents reviewed from the Slack repository for each search string; and 72 documents reviewed that hit on the term "ROSCA."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 26, 2026.

By: _____
Signed by:
0090037EBA3042E...
Jeff Grobart