# Exhibit A

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FEDERAL TRADE COMMISSION, et al.,

        Plaintiffs,

        v.

UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,

        Defendants.

Case No. 4:25-cv-3477-JST

**SECOND SUPPLEMENTAL DECLARATION OF JEFF GROBART**

I, Jeff Grobart, hereby declare and state as follows:

1.      I am currently employed as an Associate Director, Client Solutions at Omni-Invictus LLC, d/b/a Array ("Array"). Defendants Uber Technologies, Inc. and Uber USA, LLC (together, "Uber") retained Array to manage Uber's Technology Assisted Review ("TAR") with Continuous Active Learning ("CAL"), also known as TAR 2.0, workflow in this matter.

2.      I am over the age of 18 and competent to make this Declaration. The statements contained in this Declaration are based on my personal knowledge. If called and sworn as a witness, I would and could testify competently to the matters set forth herein.

### Relevant Educational Background

3.      I received a Master of Science degree in Data Science from Northwestern University in 2019. My graduate coursework included advanced statistical analysis and the application of a range of machine learning techniques. This academic training informs my work in Technology Assisted Review ("TAR"), including the design, evaluation, and validation of TAR workflows.

### eDiscovery Industry Experience

4.      In my role as an Associate Director at Array, I serve as a subject matter expert in TAR. When I refer to "TAR" in this Declaration, I am referring to TAR with CAL (or TAR 2.0). My TAR expertise includes TAR workflows, use cases, and best practices. This also includes providing support related to the statistical analysis and evaluation of TAR results, including the validation of the TAR models.

5.      I joined Array in February 2026. Before joining Array, I worked in similar roles in the eDiscovery industry for over 20 years. Prior to joining Array, I worked in similar eDiscovery roles at Lighthouse, H5, FTI, and Sidley Austin.

### TAR Review Update

6.      I submitted a declaration to this Court on June 26, 2026. In that declaration, I stated that the collection of the Slack repository was recently completed, and based on the sampling and

review of Slack done to date, Uber's custodial production of Gmail, Google Drive, and Slack materials was expected to be about 243,525 documents.

7. Since June 26, Uber's review team has reviewed approximately 46,500 additional Slack documents, increasing the total Slack documents reviewed from approximately 141,700 to approximately 188,200. As the review has progressed, the TAR model has continued to prioritize likely responsive documents, allowing Array to refine its statistical estimates based on additional review results and targeted validation sampling. The existing 110 contract attorneys are continuing to work on the review in addition to the Sidley and Wilmer teams. I understand that Uber will make its next production on July 2 and anticipates that it will include approximately 40,000 documents.

8. As the TAR/CAL review has progressed since June 26, and additional review metrics have become available, Array has revised its estimate for the total anticipated custodial production size to approximately 156,500 documents. As with the estimate provided on June 26, this projection reflects the best information currently available based on the review completed to date and the associated review metrics. The estimate may be further refined as the review continues and additional metrics become available.

9. This revision is primarily a result of two factors. First, after the review progressed into lower-ranked portions of the remaining Slack population and the review team observed diminishing rates of responsiveness, Array conducted a targeted elusion-style sample of the unreviewed documents to better estimate the number of responsive documents remaining. This sample resulted in a lower projected responsiveness rate. Second, based on the documents reviewed to date, the observed family expansion rate in the reviewed responsive population is lower than the rate projected from the initial sample used to estimate the likely production population, resulting in a lower projected production volume.

10. Both developments reflect additional review data and statistical validation that became available after the filing on June 26 and my corresponding declaration. Neither the results of the Slack

elusion-style sample nor the observed family expansion metrics underlying the revised estimate were available at the time of the filing on June 26 or my corresponding declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 1, 2026.

By: _____

Signed by:

—0690037EBA3042E...

Jeff Grobart