**Uber Advertisements Identified for Impression Data**

| | | |
|---|---|---|
| UBER-FTCU1-00004212 | UBER-FTCU1-00015549 | UBER-FTCU1-00015771 |
| UBER-FTCU1-00004214 | UBER-FTCU1-00015554 | UBER-FTCU1-00015778 |
| UBER-FTCU1-00004319 | UBER-FTCU1-00015556 | UBER-FTCU1-00015786 |
| UBER-FTCU1-00004320 | UBER-FTCU1-00015558 | UBER-FTCU1-00015793 |
| UBER-FTCU1-00004321 | UBER-FTCU1-00015561 | UBER-FTCU1-00015796 |
| UBER-FTCU1-00004337 | UBER-FTCU1-00015570 | UBER-FTCU1-00015805 |
| UBER-FTCU1-00004338 | UBER-FTCU1-00015572 | UBER-FTCU1-00022263 |
| UBER-FTCU1-00004386 | UBER-FTCU1-00015582 | UBER-FTCU1-00022239 |
| UBER-FTCU1-00004387 | UBER-FTCU1-00015586 | UBER-FTCU1-00022229 |
| UBER-FTCU1-00004396 | UBER-FTCU1-00015592 | UBER-FTCU1-00022227 |
| UBER-FTCU1-00004397 | UBER-FTCU1-00015604 | UBER-FTCU1-00022224 |
| UBER-FTCU1-00004468 | UBER-FTCU1-00015606 | UBER-FTCU1-00022222 |
| UBER-FTCU1-00004469 | UBER-FTCU1-00015609 | UBER-FTCU1-00022213 |
| UBER-FTCU1-00004470 | UBER-FTCU1-00015613 | UBER-FTCU1-00022205 |
| UBER-FTCU1-00004471 | UBER-FTCU1-00015615 | UBER-FTCU1-00022203 |
| UBER-FTCU1-00004475 | UBER-FTCU1-00015617 | UBER-FTCU1-00022201 |
| UBER-FTCU1-00012488 | UBER-FTCU1-00015619 | UBER-FTCU1-00022197 |
| UBER-FTCU1-00013343 | UBER-FTCU1-00015621 | UBER-FTCU1-00022194 |
| UBER-FTCU1-00015016 | UBER-FTCU1-00015632 | UBER-FTCU1-00022189 |
| UBER-FTCU1-00015036 | UBER-FTCU1-00015634 | UBER-FTCU1-00022184 |
| UBER-FTCU1-00015041 | UBER-FTCU1-00015636 | UBER-FTCU1-00022182 |
| UBER-FTCU1-00015061 | UBER-FTCU1-00015644 | UBER-FTCU1-00022179 |
| UBER-FTCU1-00015073 | UBER-FTCU1-00015661 | UBER-FTCU1-00022176 |
| UBER-FTCU1-00015075 | UBER-FTCU1-00015665 | UBER-FTCU1-00022169 |
| UBER-FTCU1-00015079 | UBER-FTCU1-00015669 | UBER-FTCU1-00022164 |
| UBER-FTCU1-00015096 | UBER-FTCU1-00015671 | UBER-FTCU1-00022161 |
| UBER-FTCU1-00015099 | UBER-FTCU1-00015675 | UBER-FTCU1-00022158 |
| UBER-FTCU1-00015103 | UBER-FTCU1-00015680 | UBER-FTCU1-00022156 |
| UBER-FTCU1-00015443 | UBER-FTCU1-00015682 | UBER-FTCU1-00022154 |
| UBER-FTCU1-00015451 | UBER-FTCU1-00015688 | UBER-FTCU1-00022151 |
| UBER-FTCU1-00015454 | UBER-FTCU1-00015699 | UBER-FTCU1-00022146 |
| UBER-FTCU1-00015464 | UBER-FTCU1-00015704 | UBER-FTCU1-00022144 |
| UBER-FTCU1-00015470 | UBER-FTCU1-00015708 | UBER-FTCU1-00022139 |
| UBER-FTCU1-00015478 | UBER-FTCU1-00015714 | UBER-FTCU1-00022133 |
| UBER-FTCU1-00015483 | UBER-FTCU1-00015717 | UBER-FTCU1-00022131 |
| UBER-FTCU1-00015494 | UBER-FTCU1-00015724 | UBER-FTCU1-00022125 |
| UBER-FTCU1-00015512 | UBER-FTCU1-00015736 | UBER-FTCU1-00022121 |
| UBER-FTCU1-00015525 | UBER-FTCU1-00015748 | UBER-FTCU1-00022119 |
| UBER-FTCU1-00015532 | UBER-FTCU1-00015761 | UBER-FTCU1-00022112 |
| UBER-FTCU1-00015540 | UBER-FTCU1-00015766 | UBER-FTCU1-00022110 |
| UBER-FTCU1-00015543 | UBER-FTCU1-00015768 | UBER-FTCU1-00022107 |

| | | |
|---|---|---|
| UBER-FTCU1-00022101 | UBER-FTCU1-00021691 | UBER-FTCU1-00021277 |
| UBER-FTCU1-00022096 | UBER-FTCU1-00021678 | UBER-FTCU1-00021262 |
| UBER-FTCU1-00022083 | UBER-FTCU1-00021669 | UBER-FTCU1-00021259 |
| UBER-FTCU1-00022073 | UBER-FTCU1-00021652 | UBER-FTCU1-00021252 |
| UBER-FTCU1-00022066 | UBER-FTCU1-00021638 | UBER-FTCU1-00021249 |
| UBER-FTCU1-00022062 | UBER-FTCU1-00021571 | UBER-FTCU1-00021246 |
| UBER-FTCU1-00022042 | UBER-FTCU1-00021488 | UBER-FTCU1-00021240 |
| UBER-FTCU1-00022033 | UBER-FTCU1-00021481 | UBER-FTCU1-00021236 |
| UBER-FTCU1-00022022 | UBER-FTCU1-00021471 | UBER-FTCU1-00021234 |
| UBER-FTCU1-00022020 | UBER-FTCU1-00021469 | UBER-FTCU1-00021230 |
| UBER-FTCU1-00022014 | UBER-FTCU1-00021466 | UBER-FTCU1-00021226 |
| UBER-FTCU1-00022010 | UBER-FTCU1-00021464 | UBER-FTCU1-00021214 |
| UBER-FTCU1-00021997 | UBER-FTCU1-00021455 | UBER-FTCU1-00021209 |
| UBER-FTCU1-00021993 | UBER-FTCU1-00021453 | UBER-FTCU1-00021207 |
| UBER-FTCU1-00021984 | UBER-FTCU1-00021441 | UBER-FTCU1-00021196 |
| UBER-FTCU1-00021981 | UBER-FTCU1-00021428 | UBER-FTCU1-00021184 |
| UBER-FTCU1-00021978 | UBER-FTCU1-00021423 | UBER-FTCU1-00021181 |
| UBER-FTCU1-00021973 | UBER-FTCU1-00021421 | UBER-FTCU1-00021179 |
| UBER-FTCU1-00021959 | UBER-FTCU1-00021418 | UBER-FTCU1-00021173 |
| UBER-FTCU1-00021957 | UBER-FTCU1-00021416 | UBER-FTCU1-00021166 |
| UBER-FTCU1-00021947 | UBER-FTCU1-00021414 | UBER-FTCU1-00021161 |
| UBER-FTCU1-00021936 | UBER-FTCU1-00021411 | UBER-FTCU1-00021158 |
| UBER-FTCU1-00021902 | UBER-FTCU1-00021404 | UBER-FTCU1-00021145 |
| UBER-FTCU1-00021895 | UBER-FTCU1-00021397 | UBER-FTCU1-00021143 |
| UBER-FTCU1-00021891 | UBER-FTCU1-00021389 | UBER-FTCU1-00021139 |
| UBER-FTCU1-00021887 | UBER-FTCU1-00021382 | UBER-FTCU1-00021127 |
| UBER-FTCU1-00021877 | UBER-FTCU1-00021377 | UBER-FTCU1-00021120 |
| UBER-FTCU1-00021875 | UBER-FTCU1-00021370 | UBER-FTCU1-00021112 |
| UBER-FTCU1-00021868 | UBER-FTCU1-00021363 | UBER-FTCU1-00021110 |
| UBER-FTCU1-00021866 | UBER-FTCU1-00021343 | UBER-FTCU1-00021106 |
| UBER-FTCU1-00021813 | UBER-FTCU1-00021338 | UBER-FTCU1-00021101 |
| UBER-FTCU1-00021803 | UBER-FTCU1-00021335 | UBER-FTCU1-00021082 |
| UBER-FTCU1-00021793 | UBER-FTCU1-00021333 | UBER-FTCU1-00021077 |
| UBER-FTCU1-00021791 | UBER-FTCU1-00021321 | UBER-FTCU1-00021075 |
| UBER-FTCU1-00021788 | UBER-FTCU1-00021317 | UBER-FTCU1-00021070 |
| UBER-FTCU1-00021783 | UBER-FTCU1-00021312 | UBER-FTCU1-00021068 |
| UBER-FTCU1-00021772 | UBER-FTCU1-00021308 | UBER-FTCU1-00021066 |
| UBER-FTCU1-00021767 | UBER-FTCU1-00021304 | UBER-FTCU1-00021058 |
| UBER-FTCU1-00021746 | UBER-FTCU1-00021302 | UBER-FTCU1-00021053 |
| UBER-FTCU1-00021727 | UBER-FTCU1-00021300 | UBER-FTCU1-00021051 |
| UBER-FTCU1-00021703 | UBER-FTCU1-00021291 | UBER-FTCU1-00021047 |
| UBER-FTCU1-00021699 | UBER-FTCU1-00021281 | UBER-FTCU1-00021045 |
| UBER-FTCU1-00021696 | UBER-FTCU1-00021279 | UBER-FTCU1-00021041 |

| | | |
|---|---|---|
| UBER-FTCU1-00021036 | UBER-FTCU1-00020788 | UBER-FTCU1-00020517 |
| UBER-FTCU1-00021034 | UBER-FTCU1-00020784 | UBER-FTCU1-00020502 |
| UBER-FTCU1-00021032 | UBER-FTCU1-00020781 | UBER-FTCU1-00020500 |
| UBER-FTCU1-00021030 | UBER-FTCU1-00020779 | UBER-FTCU1-00020494 |
| UBER-FTCU1-00021028 | UBER-FTCU1-00020773 | UBER-FTCU1-00020492 |
| UBER-FTCU1-00021026 | UBER-FTCU1-00020762 | UBER-FTCU1-00020490 |
| UBER-FTCU1-00021024 | UBER-FTCU1-00020759 | UBER-FTCU1-00020488 |
| UBER-FTCU1-00021016 | UBER-FTCU1-00020751 | UBER-FTCU1-00020482 |
| UBER-FTCU1-00021014 | UBER-FTCU1-00020743 | UBER-FTCU1-00020480 |
| UBER-FTCU1-00021009 | UBER-FTCU1-00020732 | UBER-FTCU1-00020478 |
| UBER-FTCU1-00021002 | UBER-FTCU1-00020727 | UBER-FTCU1-00020464 |
| UBER-FTCU1-00020997 | UBER-FTCU1-00020722 | UBER-FTCU1-00020460 |
| UBER-FTCU1-00020995 | UBER-FTCU1-00020718 | UBER-FTCU1-00020458 |
| UBER-FTCU1-00020986 | UBER-FTCU1-00020716 | UBER-FTCU1-00020453 |
| UBER-FTCU1-00020981 | UBER-FTCU1-00020709 | UBER-FTCU1-00020448 |
| UBER-FTCU1-00020964 | UBER-FTCU1-00020701 | UBER-FTCU1-00020446 |
| UBER-FTCU1-00020958 | UBER-FTCU1-00020699 | UBER-FTCU1-00020441 |
| UBER-FTCU1-00020955 | UBER-FTCU1-00020690 | UBER-FTCU1-00020437 |
| UBER-FTCU1-00020951 | UBER-FTCU1-00020687 | UBER-FTCU1-00020435 |
| UBER-FTCU1-00020939 | UBER-FTCU1-00020679 | UBER-FTCU1-00020431 |
| UBER-FTCU1-00020937 | UBER-FTCU1-00020676 | UBER-FTCU1-00020428 |
| UBER-FTCU1-00020933 | UBER-FTCU1-00020659 | UBER-FTCU1-00020426 |
| UBER-FTCU1-00020930 | UBER-FTCU1-00020640 | UBER-FTCU1-00020419 |
| UBER-FTCU1-00020928 | UBER-FTCU1-00020634 | UBER-FTCU1-00020413 |
| UBER-FTCU1-00020903 | UBER-FTCU1-00020629 | UBER-FTCU1-00020408 |
| UBER-FTCU1-00020894 | UBER-FTCU1-00020621 | UBER-FTCU1-00020404 |
| UBER-FTCU1-00020883 | UBER-FTCU1-00020616 | UBER-FTCU1-00020393 |
| UBER-FTCU1-00020877 | UBER-FTCU1-00020612 | UBER-FTCU1-00020383 |
| UBER-FTCU1-00020874 | UBER-FTCU1-00020609 | UBER-FTCU1-00020381 |
| UBER-FTCU1-00020872 | UBER-FTCU1-00020606 | UBER-FTCU1-00020379 |
| UBER-FTCU1-00020867 | UBER-FTCU1-00020602 | UBER-FTCU1-00020377 |
| UBER-FTCU1-00020865 | UBER-FTCU1-00020597 | UBER-FTCU1-00020368 |
| UBER-FTCU1-00020849 | UBER-FTCU1-00020595 | UBER-FTCU1-00020357 |
| UBER-FTCU1-00020843 | UBER-FTCU1-00020588 | UBER-FTCU1-00020355 |
| UBER-FTCU1-00020832 | UBER-FTCU1-00020584 | UBER-FTCU1-00020351 |
| UBER-FTCU1-00020828 | UBER-FTCU1-00020576 | UBER-FTCU1-00020345 |
| UBER-FTCU1-00020822 | UBER-FTCU1-00020561 | UBER-FTCU1-00020337 |
| UBER-FTCU1-00020816 | UBER-FTCU1-00020558 | UBER-FTCU1-00020333 |
| UBER-FTCU1-00020807 | UBER-FTCU1-00020550 | UBER-FTCU1-00020325 |
| UBER-FTCU1-00020805 | UBER-FTCU1-00020538 | UBER-FTCU1-00020316 |
| UBER-FTCU1-00020801 | UBER-FTCU1-00020536 | UBER-FTCU1-00020308 |
| UBER-FTCU1-00020794 | UBER-FTCU1-00020524 | UBER-FTCU1-00020305 |
| UBER-FTCU1-00020792 | UBER-FTCU1-00020519 | UBER-FTCU1-00020297 |

| | | |
|---|---|---|
| UBER-FTCU1-00020294 | UBER-FTCU1-00019982 | UBER-FTCU1-00019772 |
| UBER-FTCU1-00020288 | UBER-FTCU1-00019974 | UBER-FTCU1-00019769 |
| UBER-FTCU1-00020286 | UBER-FTCU1-00019966 | UBER-FTCU1-00019762 |
| UBER-FTCU1-00020284 | UBER-FTCU1-00019964 | UBER-FTCU1-00019759 |
| UBER-FTCU1-00020274 | UBER-FTCU1-00019959 | UBER-FTCU1-00019756 |
| UBER-FTCU1-00020272 | UBER-FTCU1-00019952 | UBER-FTCU1-00019754 |
| UBER-FTCU1-00020260 | UBER-FTCU1-00019950 | UBER-FTCU1-00019738 |
| UBER-FTCU1-00020246 | UBER-FTCU1-00019948 | UBER-FTCU1-00019736 |
| UBER-FTCU1-00020237 | UBER-FTCU1-00019931 | UBER-FTCU1-00019734 |
| UBER-FTCU1-00020230 | UBER-FTCU1-00019923 | UBER-FTCU1-00019728 |
| UBER-FTCU1-00020219 | UBER-FTCU1-00019921 | UBER-FTCU1-00019726 |
| UBER-FTCU1-00020212 | UBER-FTCU1-00019905 | UBER-FTCU1-00019723 |
| UBER-FTCU1-00020207 | UBER-FTCU1-00019903 | UBER-FTCU1-00019715 |
| UBER-FTCU1-00020189 | UBER-FTCU1-00019899 | UBER-FTCU1-00019705 |
| UBER-FTCU1-00020187 | UBER-FTCU1-00019897 | UBER-FTCU1-00019695 |
| UBER-FTCU1-00020179 | UBER-FTCU1-00019895 | UBER-FTCU1-00019692 |
| UBER-FTCU1-00020170 | UBER-FTCU1-00019892 | UBER-FTCU1-00019687 |
| UBER-FTCU1-00020168 | UBER-FTCU1-00019884 | UBER-FTCU1-00019682 |
| UBER-FTCU1-00020166 | UBER-FTCU1-00019882 | UBER-FTCU1-00019676 |
| UBER-FTCU1-00020164 | UBER-FTCU1-00019872 | UBER-FTCU1-00019671 |
| UBER-FTCU1-00020157 | UBER-FTCU1-00019864 | UBER-FTCU1-00019666 |
| UBER-FTCU1-00020154 | UBER-FTCU1-00019860 | UBER-FTCU1-00019656 |
| UBER-FTCU1-00020145 | UBER-FTCU1-00019854 | UBER-FTCU1-00019653 |
| UBER-FTCU1-00020143 | UBER-FTCU1-00019852 | UBER-FTCU1-00019651 |
| UBER-FTCU1-00020140 | UBER-FTCU1-00019849 | UBER-FTCU1-00019647 |
| UBER-FTCU1-00020126 | UBER-FTCU1-00019847 | UBER-FTCU1-00019640 |
| UBER-FTCU1-00020123 | UBER-FTCU1-00019844 | UBER-FTCU1-00019636 |
| UBER-FTCU1-00020114 | UBER-FTCU1-00019842 | UBER-FTCU1-00019631 |
| UBER-FTCU1-00020096 | UBER-FTCU1-00019840 | UBER-FTCU1-00019627 |
| UBER-FTCU1-00020082 | UBER-FTCU1-00019834 | UBER-FTCU1-00019624 |
| UBER-FTCU1-00020080 | UBER-FTCU1-00019828 | UBER-FTCU1-00019620 |
| UBER-FTCU1-00020070 | UBER-FTCU1-00019824 | UBER-FTCU1-00019618 |
| UBER-FTCU1-00020062 | UBER-FTCU1-00019820 | UBER-FTCU1-00019615 |
| UBER-FTCU1-00020054 | UBER-FTCU1-00019818 | UBER-FTCU1-00019611 |
| UBER-FTCU1-00020052 | UBER-FTCU1-00019815 | UBER-FTCU1-00019607 |
| UBER-FTCU1-00020040 | UBER-FTCU1-00019813 | UBER-FTCU1-00019603 |
| UBER-FTCU1-00020037 | UBER-FTCU1-00019810 | UBER-FTCU1-00019595 |
| UBER-FTCU1-00020035 | UBER-FTCU1-00019807 | UBER-FTCU1-00019593 |
| UBER-FTCU1-00020033 | UBER-FTCU1-00019805 | UBER-FTCU1-00019590 |
| UBER-FTCU1-00020027 | UBER-FTCU1-00019801 | UBER-FTCU1-00019582 |
| UBER-FTCU1-00020022 | UBER-FTCU1-00019799 | UBER-FTCU1-00019580 |
| UBER-FTCU1-00020001 | UBER-FTCU1-00019787 | UBER-FTCU1-00019574 |
| UBER-FTCU1-00019996 | UBER-FTCU1-00019785 | UBER-FTCU1-00019572 |

| | | |
|---|---|---|
| UBER-FTCU1-00019568 | UBER-FTCU1-00019281 | UBER-FTCU1-00019080 |
| UBER-FTCU1-00019562 | UBER-FTCU1-00019275 | UBER-FTCU1-00019077 |
| UBER-FTCU1-00019553 | UBER-FTCU1-00019272 | UBER-FTCU1-00019075 |
| UBER-FTCU1-00019537 | UBER-FTCU1-00019267 | UBER-FTCU1-00019070 |
| UBER-FTCU1-00019533 | UBER-FTCU1-00019264 | UBER-FTCU1-00019066 |
| UBER-FTCU1-00019529 | UBER-FTCU1-00019262 | UBER-FTCU1-00019063 |
| UBER-FTCU1-00019519 | UBER-FTCU1-00019254 | UBER-FTCU1-00019059 |
| UBER-FTCU1-00019511 | UBER-FTCU1-00019251 | UBER-FTCU1-00019053 |
| UBER-FTCU1-00019509 | UBER-FTCU1-00019249 | UBER-FTCU1-00019049 |
| UBER-FTCU1-00019503 | UBER-FTCU1-00019247 | UBER-FTCU1-00019038 |
| UBER-FTCU1-00019501 | UBER-FTCU1-00019241 | UBER-FTCU1-00019036 |
| UBER-FTCU1-00019499 | UBER-FTCU1-00019238 | UBER-FTCU1-00019031 |
| UBER-FTCU1-00019496 | UBER-FTCU1-00019236 | UBER-FTCU1-00019029 |
| UBER-FTCU1-00019489 | UBER-FTCU1-00019228 | UBER-FTCU1-00019022 |
| UBER-FTCU1-00019487 | UBER-FTCU1-00019226 | UBER-FTCU1-00019013 |
| UBER-FTCU1-00019485 | UBER-FTCU1-00019224 | UBER-FTCU1-00019011 |
| UBER-FTCU1-00019477 | UBER-FTCU1-00019216 | UBER-FTCU1-00019002 |
| UBER-FTCU1-00019473 | UBER-FTCU1-00019209 | UBER-FTCU1-00018999 |
| UBER-FTCU1-00019471 | UBER-FTCU1-00019204 | UBER-FTCU1-00018997 |
| UBER-FTCU1-00019469 | UBER-FTCU1-00019200 | UBER-FTCU1-00018988 |
| UBER-FTCU1-00019464 | UBER-FTCU1-00019198 | UBER-FTCU1-00018986 |
| UBER-FTCU1-00019459 | UBER-FTCU1-00019193 | UBER-FTCU1-00018984 |
| UBER-FTCU1-00019456 | UBER-FTCU1-00019189 | UBER-FTCU1-00018982 |
| UBER-FTCU1-00019454 | UBER-FTCU1-00019187 | UBER-FTCU1-00018979 |
| UBER-FTCU1-00019448 | UBER-FTCU1-00019184 | UBER-FTCU1-00018977 |
| UBER-FTCU1-00019424 | UBER-FTCU1-00019182 | UBER-FTCU1-00018973 |
| UBER-FTCU1-00019419 | UBER-FTCU1-00019177 | UBER-FTCU1-00018957 |
| UBER-FTCU1-00019415 | UBER-FTCU1-00019175 | UBER-FTCU1-00018955 |
| UBER-FTCU1-00019410 | UBER-FTCU1-00019173 | UBER-FTCU1-00018951 |
| UBER-FTCU1-00019394 | UBER-FTCU1-00019167 | UBER-FTCU1-00018949 |
| UBER-FTCU1-00019332 | UBER-FTCU1-00019165 | UBER-FTCU1-00018945 |
| UBER-FTCU1-00019330 | UBER-FTCU1-00019163 | UBER-FTCU1-00018941 |
| UBER-FTCU1-00019325 | UBER-FTCU1-00019134 | UBER-FTCU1-00018939 |
| UBER-FTCU1-00019317 | UBER-FTCU1-00019132 | UBER-FTCU1-00018933 |
| UBER-FTCU1-00019314 | UBER-FTCU1-00019130 | UBER-FTCU1-00018920 |
| UBER-FTCU1-00019312 | UBER-FTCU1-00019128 | UBER-FTCU1-00018918 |
| UBER-FTCU1-00019310 | UBER-FTCU1-00019122 | UBER-FTCU1-00018910 |
| UBER-FTCU1-00019308 | UBER-FTCU1-00019120 | UBER-FTCU1-00018908 |
| UBER-FTCU1-00019296 | UBER-FTCU1-00019118 | UBER-FTCU1-00018896 |
| UBER-FTCU1-00019293 | UBER-FTCU1-00019111 | UBER-FTCU1-00018893 |
| UBER-FTCU1-00019289 | UBER-FTCU1-00019092 | UBER-FTCU1-00018879 |
| UBER-FTCU1-00019287 | UBER-FTCU1-00019089 | UBER-FTCU1-00018874 |
| UBER-FTCU1-00019284 | UBER-FTCU1-00019086 | UBER-FTCU1-00018871 |

| | | |
|---|---|---|
| UBER-FTCU1-00018866 | UBER-FTCU1-00018640 | UBER-FTCU1-00018377 |
| UBER-FTCU1-00018864 | UBER-FTCU1-00018638 | UBER-FTCU1-00018374 |
| UBER-FTCU1-00018860 | UBER-FTCU1-00018636 | UBER-FTCU1-00018372 |
| UBER-FTCU1-00018846 | UBER-FTCU1-00018633 | UBER-FTCU1-00018370 |
| UBER-FTCU1-00018838 | UBER-FTCU1-00018630 | UBER-FTCU1-00018363 |
| UBER-FTCU1-00018835 | UBER-FTCU1-00018623 | UBER-FTCU1-00018361 |
| UBER-FTCU1-00018831 | UBER-FTCU1-00018606 | UBER-FTCU1-00018355 |
| UBER-FTCU1-00018829 | UBER-FTCU1-00018601 | UBER-FTCU1-00018343 |
| UBER-FTCU1-00018824 | UBER-FTCU1-00018599 | UBER-FTCU1-00018333 |
| UBER-FTCU1-00018809 | UBER-FTCU1-00018596 | UBER-FTCU1-00018331 |
| UBER-FTCU1-00018799 | UBER-FTCU1-00018594 | UBER-FTCU1-00018328 |
| UBER-FTCU1-00018797 | UBER-FTCU1-00018590 | UBER-FTCU1-00018326 |
| UBER-FTCU1-00018792 | UBER-FTCU1-00018585 | UBER-FTCU1-00018322 |
| UBER-FTCU1-00018787 | UBER-FTCU1-00018580 | UBER-FTCU1-00018318 |
| UBER-FTCU1-00018779 | UBER-FTCU1-00018578 | UBER-FTCU1-00018311 |
| UBER-FTCU1-00018774 | UBER-FTCU1-00018575 | UBER-FTCU1-00018309 |
| UBER-FTCU1-00018769 | UBER-FTCU1-00018571 | UBER-FTCU1-00018306 |
| UBER-FTCU1-00018761 | UBER-FTCU1-00018569 | UBER-FTCU1-00018304 |
| UBER-FTCU1-00018746 | UBER-FTCU1-00018566 | UBER-FTCU1-00018302 |
| UBER-FTCU1-00018740 | UBER-FTCU1-00018509 | UBER-FTCU1-00018291 |
| UBER-FTCU1-00018735 | UBER-FTCU1-00018506 | UBER-FTCU1-00018286 |
| UBER-FTCU1-00018729 | UBER-FTCU1-00018499 | UBER-FTCU1-00018280 |
| UBER-FTCU1-00018726 | UBER-FTCU1-00018497 | UBER-FTCU1-00018269 |
| UBER-FTCU1-00018724 | UBER-FTCU1-00018486 | UBER-FTCU1-00018265 |
| UBER-FTCU1-00018722 | UBER-FTCU1-00018480 | UBER-FTCU1-00018261 |
| UBER-FTCU1-00018719 | UBER-FTCU1-00018476 | UBER-FTCU1-00018258 |
| UBER-FTCU1-00018712 | UBER-FTCU1-00018473 | UBER-FTCU1-00018250 |
| UBER-FTCU1-00018707 | UBER-FTCU1-00018471 | UBER-FTCU1-00018247 |
| UBER-FTCU1-00018705 | UBER-FTCU1-00018467 | UBER-FTCU1-00018236 |
| UBER-FTCU1-00018695 | UBER-FTCU1-00018462 | UBER-FTCU1-00018234 |
| UBER-FTCU1-00018686 | UBER-FTCU1-00018454 | UBER-FTCU1-00018227 |
| UBER-FTCU1-00018684 | UBER-FTCU1-00018452 | UBER-FTCU1-00018222 |
| UBER-FTCU1-00018682 | UBER-FTCU1-00018446 | UBER-FTCU1-00018217 |
| UBER-FTCU1-00018680 | UBER-FTCU1-00018440 | UBER-FTCU1-00018212 |
| UBER-FTCU1-00018674 | UBER-FTCU1-00018437 | UBER-FTCU1-00018209 |
| UBER-FTCU1-00018671 | UBER-FTCU1-00018433 | UBER-FTCU1-00018204 |
| UBER-FTCU1-00018667 | UBER-FTCU1-00018431 | UBER-FTCU1-00018199 |
| UBER-FTCU1-00018665 | UBER-FTCU1-00018426 | UBER-FTCU1-00018195 |
| UBER-FTCU1-00018663 | UBER-FTCU1-00018416 | UBER-FTCU1-00018193 |
| UBER-FTCU1-00018659 | UBER-FTCU1-00018409 | UBER-FTCU1-00018189 |
| UBER-FTCU1-00018657 | UBER-FTCU1-00018388 | UBER-FTCU1-00018185 |
| UBER-FTCU1-00018653 | UBER-FTCU1-00018382 | UBER-FTCU1-00018181 |
| UBER-FTCU1-00018644 | UBER-FTCU1-00018379 | UBER-FTCU1-00018172 |

| | | |
|---|---|---|
| UBER-FTCU1-00018169 | UBER-FTCU1-00017967 | UBER-FTCU1-00017588 |
| UBER-FTCU1-00018167 | UBER-FTCU1-00017965 | UBER-FTCU1-00017586 |
| UBER-FTCU1-00018163 | UBER-FTCU1-00017963 | UBER-FTCU1-00017581 |
| UBER-FTCU1-00018161 | UBER-FTCU1-00017961 | UBER-FTCU1-00017579 |
| UBER-FTCU1-00018158 | UBER-FTCU1-00017949 | UBER-FTCU1-00017567 |
| UBER-FTCU1-00018155 | UBER-FTCU1-00017946 | UBER-FTCU1-00017556 |
| UBER-FTCU1-00018153 | UBER-FTCU1-00017943 | UBER-FTCU1-00017553 |
| UBER-FTCU1-00018149 | UBER-FTCU1-00017939 | UBER-FTCU1-00017548 |
| UBER-FTCU1-00018139 | UBER-FTCU1-00017930 | UBER-FTCU1-00017545 |
| UBER-FTCU1-00018137 | UBER-FTCU1-00017928 | UBER-FTCU1-00017536 |
| UBER-FTCU1-00018135 | UBER-FTCU1-00017925 | UBER-FTCU1-00017527 |
| UBER-FTCU1-00018130 | UBER-FTCU1-00017922 | UBER-FTCU1-00017525 |
| UBER-FTCU1-00018124 | UBER-FTCU1-00017918 | UBER-FTCU1-00017523 |
| UBER-FTCU1-00018118 | UBER-FTCU1-00017914 | UBER-FTCU1-00017518 |
| UBER-FTCU1-00018114 | UBER-FTCU1-00017909 | UBER-FTCU1-00017511 |
| UBER-FTCU1-00018111 | UBER-FTCU1-00017900 | UBER-FTCU1-00017509 |
| UBER-FTCU1-00018109 | UBER-FTCU1-00017894 | UBER-FTCU1-00017502 |
| UBER-FTCU1-00018107 | UBER-FTCU1-00017892 | UBER-FTCU1-00017499 |
| UBER-FTCU1-00018087 | UBER-FTCU1-00017890 | UBER-FTCU1-00017481 |
| UBER-FTCU1-00018084 | UBER-FTCU1-00017745 | UBER-FTCU1-00017459 |
| UBER-FTCU1-00018080 | UBER-FTCU1-00017728 | UBER-FTCU1-00017448 |
| UBER-FTCU1-00018075 | UBER-FTCU1-00017726 | UBER-FTCU1-00017446 |
| UBER-FTCU1-00018071 | UBER-FTCU1-00017716 | UBER-FTCU1-00017444 |
| UBER-FTCU1-00018061 | UBER-FTCU1-00017713 | UBER-FTCU1-00017439 |
| UBER-FTCU1-00018051 | UBER-FTCU1-00017710 | UBER-FTCU1-00017432 |
| UBER-FTCU1-00018044 | UBER-FTCU1-00017707 | UBER-FTCU1-00017426 |
| UBER-FTCU1-00018039 | UBER-FTCU1-00017695 | UBER-FTCU1-00017422 |
| UBER-FTCU1-00018034 | UBER-FTCU1-00017692 | UBER-FTCU1-00017409 |
| UBER-FTCU1-00018026 | UBER-FTCU1-00017690 | UBER-FTCU1-00017401 |
| UBER-FTCU1-00018023 | UBER-FTCU1-00017688 | UBER-FTCU1-00017383 |
| UBER-FTCU1-00018021 | UBER-FTCU1-00017685 | UBER-FTCU1-00017376 |
| UBER-FTCU1-00018019 | UBER-FTCU1-00017680 | UBER-FTCU1-00017371 |
| UBER-FTCU1-00018015 | UBER-FTCU1-00017659 | UBER-FTCU1-00017361 |
| UBER-FTCU1-00018009 | UBER-FTCU1-00017651 | UBER-FTCU1-00017358 |
| UBER-FTCU1-00018001 | UBER-FTCU1-00017648 | UBER-FTCU1-00017340 |
| UBER-FTCU1-00017999 | UBER-FTCU1-00017645 | UBER-FTCU1-00017336 |
| UBER-FTCU1-00017996 | UBER-FTCU1-00017637 | UBER-FTCU1-00017334 |
| UBER-FTCU1-00017994 | UBER-FTCU1-00017628 | UBER-FTCU1-00017332 |
| UBER-FTCU1-00017991 | UBER-FTCU1-00017618 | UBER-FTCU1-00017318 |
| UBER-FTCU1-00017989 | UBER-FTCU1-00017604 | UBER-FTCU1-00017313 |
| UBER-FTCU1-00017986 | UBER-FTCU1-00017600 | UBER-FTCU1-00017304 |
| UBER-FTCU1-00017981 | UBER-FTCU1-00017596 | UBER-FTCU1-00017295 |
| UBER-FTCU1-00017978 | UBER-FTCU1-00017591 | UBER-FTCU1-00017285 |

| | | |
|---|---|---|
| UBER-FTCU1-00017247 | UBER-FTCU1-00017031 | UBER-FTCU1-00016828 |
| UBER-FTCU1-00017233 | UBER-FTCU1-00017029 | UBER-FTCU1-00016826 |
| UBER-FTCU1-00017224 | UBER-FTCU1-00017026 | UBER-FTCU1-00016824 |
| UBER-FTCU1-00017222 | UBER-FTCU1-00017024 | UBER-FTCU1-00016806 |
| UBER-FTCU1-00017218 | UBER-FTCU1-00017021 | UBER-FTCU1-00016804 |
| UBER-FTCU1-00017214 | UBER-FTCU1-00017018 | UBER-FTCU1-00016800 |
| UBER-FTCU1-00017211 | UBER-FTCU1-00017016 | UBER-FTCU1-00016798 |
| UBER-FTCU1-00017205 | UBER-FTCU1-00017014 | UBER-FTCU1-00016789 |
| UBER-FTCU1-00017203 | UBER-FTCU1-00017008 | UBER-FTCU1-00016782 |
| UBER-FTCU1-00017201 | UBER-FTCU1-00016983 | UBER-FTCU1-00016777 |
| UBER-FTCU1-00017196 | UBER-FTCU1-00016978 | UBER-FTCU1-00016775 |
| UBER-FTCU1-00017191 | UBER-FTCU1-00016976 | UBER-FTCU1-00016772 |
| UBER-FTCU1-00017186 | UBER-FTCU1-00016974 | UBER-FTCU1-00016770 |
| UBER-FTCU1-00017173 | UBER-FTCU1-00016970 | UBER-FTCU1-00016765 |
| UBER-FTCU1-00017170 | UBER-FTCU1-00016965 | UBER-FTCU1-00016756 |
| UBER-FTCU1-00017166 | UBER-FTCU1-00016962 | UBER-FTCU1-00016754 |
| UBER-FTCU1-00017156 | UBER-FTCU1-00016957 | UBER-FTCU1-00016747 |
| UBER-FTCU1-00017154 | UBER-FTCU1-00016955 | UBER-FTCU1-00016736 |
| UBER-FTCU1-00017145 | UBER-FTCU1-00016951 | UBER-FTCU1-00016730 |
| UBER-FTCU1-00017142 | UBER-FTCU1-00016948 | UBER-FTCU1-00016728 |
| UBER-FTCU1-00017140 | UBER-FTCU1-00016946 | UBER-FTCU1-00016722 |
| UBER-FTCU1-00017138 | UBER-FTCU1-00016944 | UBER-FTCU1-00016717 |
| UBER-FTCU1-00017132 | UBER-FTCU1-00016942 | UBER-FTCU1-00016669 |
| UBER-FTCU1-00017129 | UBER-FTCU1-00016936 | UBER-FTCU1-00016666 |
| UBER-FTCU1-00017125 | UBER-FTCU1-00016931 | UBER-FTCU1-00016663 |
| UBER-FTCU1-00017115 | UBER-FTCU1-00016927 | UBER-FTCU1-00016660 |
| UBER-FTCU1-00017113 | UBER-FTCU1-00016918 | UBER-FTCU1-00016658 |
| UBER-FTCU1-00017109 | UBER-FTCU1-00016904 | UBER-FTCU1-00016655 |
| UBER-FTCU1-00017107 | UBER-FTCU1-00016898 | UBER-FTCU1-00016653 |
| UBER-FTCU1-00017102 | UBER-FTCU1-00016896 | UBER-FTCU1-00016651 |
| UBER-FTCU1-00017099 | UBER-FTCU1-00016892 | UBER-FTCU1-00016646 |
| UBER-FTCU1-00017090 | UBER-FTCU1-00016890 | UBER-FTCU1-00016644 |
| UBER-FTCU1-00017075 | UBER-FTCU1-00016886 | UBER-FTCU1-00016640 |
| UBER-FTCU1-00017073 | UBER-FTCU1-00016882 | UBER-FTCU1-00016635 |
| UBER-FTCU1-00017069 | UBER-FTCU1-00016877 | UBER-FTCU1-00016633 |
| UBER-FTCU1-00017066 | UBER-FTCU1-00016874 | UBER-FTCU1-00016625 |
| UBER-FTCU1-00017052 | UBER-FTCU1-00016868 | UBER-FTCU1-00016623 |
| UBER-FTCU1-00017050 | UBER-FTCU1-00016866 | UBER-FTCU1-00016618 |
| UBER-FTCU1-00017044 | UBER-FTCU1-00016858 | UBER-FTCU1-00016615 |
| UBER-FTCU1-00017042 | UBER-FTCU1-00016856 | UBER-FTCU1-00016613 |
| UBER-FTCU1-00017040 | UBER-FTCU1-00016854 | UBER-FTCU1-00016610 |
| UBER-FTCU1-00017037 | UBER-FTCU1-00016847 | UBER-FTCU1-00016607 |
| UBER-FTCU1-00017033 | UBER-FTCU1-00016836 | UBER-FTCU1-00016601 |

| | | |
|---|---|---|
| UBER-FTCU1-00016594 | UBER-FTCU1-00016389 | UBER-FTCU1-00016206 |
| UBER-FTCU1-00016589 | UBER-FTCU1-00016387 | UBER-FTCU1-00016201 |
| UBER-FTCU1-00016585 | UBER-FTCU1-00016384 | UBER-FTCU1-00016196 |
| UBER-FTCU1-00016583 | UBER-FTCU1-00016380 | UBER-FTCU1-00016186 |
| UBER-FTCU1-00016576 | UBER-FTCU1-00016376 | UBER-FTCU1-00016182 |
| UBER-FTCU1-00016574 | UBER-FTCU1-00016374 | UBER-FTCU1-00016177 |
| UBER-FTCU1-00016571 | UBER-FTCU1-00016372 | UBER-FTCU1-00016169 |
| UBER-FTCU1-00016569 | UBER-FTCU1-00016367 | UBER-FTCU1-00016151 |
| UBER-FTCU1-00016564 | UBER-FTCU1-00016363 | UBER-FTCU1-00016148 |
| UBER-FTCU1-00016562 | UBER-FTCU1-00016361 | UBER-FTCU1-00016141 |
| UBER-FTCU1-00016559 | UBER-FTCU1-00016355 | UBER-FTCU1-00016131 |
| UBER-FTCU1-00016555 | UBER-FTCU1-00016353 | UBER-FTCU1-00016126 |
| UBER-FTCU1-00016547 | UBER-FTCU1-00016340 | UBER-FTCU1-00016124 |
| UBER-FTCU1-00016545 | UBER-FTCU1-00016337 | UBER-FTCU1-00016122 |
| UBER-FTCU1-00016541 | UBER-FTCU1-00016334 | UBER-FTCU1-00016107 |
| UBER-FTCU1-00016534 | UBER-FTCU1-00016325 | UBER-FTCU1-00016105 |
| UBER-FTCU1-00016520 | UBER-FTCU1-00016313 | UBER-FTCU1-00016098 |
| UBER-FTCU1-00016518 | UBER-FTCU1-00016309 | UBER-FTCU1-00016096 |
| UBER-FTCU1-00016513 | UBER-FTCU1-00016307 | UBER-FTCU1-00016090 |
| UBER-FTCU1-00016507 | UBER-FTCU1-00016305 | UBER-FTCU1-00016088 |
| UBER-FTCU1-00016505 | UBER-FTCU1-00016297 | UBER-FTCU1-00016081 |
| UBER-FTCU1-00016500 | UBER-FTCU1-00016295 | UBER-FTCU1-00016072 |
| UBER-FTCU1-00016497 | UBER-FTCU1-00016291 | UBER-FTCU1-00016068 |
| UBER-FTCU1-00016495 | UBER-FTCU1-00016288 | UBER-FTCU1-00016061 |
| UBER-FTCU1-00016489 | UBER-FTCU1-00016284 | UBER-FTCU1-00016052 |
| UBER-FTCU1-00016487 | UBER-FTCU1-00016276 | UBER-FTCU1-00016044 |
| UBER-FTCU1-00016485 | UBER-FTCU1-00016274 | UBER-FTCU1-00016036 |
| UBER-FTCU1-00016478 | UBER-FTCU1-00016272 | UBER-FTCU1-00016027 |
| UBER-FTCU1-00016472 | UBER-FTCU1-00016269 | UBER-FTCU1-00016015 |
| UBER-FTCU1-00016459 | UBER-FTCU1-00016264 | UBER-FTCU1-00015987 |
| UBER-FTCU1-00016454 | UBER-FTCU1-00016254 | UBER-FTCU1-00015983 |
| UBER-FTCU1-00016452 | UBER-FTCU1-00016252 | UBER-FTCU1-00015979 |
| UBER-FTCU1-00016449 | UBER-FTCU1-00016250 | UBER-FTCU1-00015975 |
| UBER-FTCU1-00016440 | UBER-FTCU1-00016246 | UBER-FTCU1-00015966 |
| UBER-FTCU1-00016437 | UBER-FTCU1-00016244 | UBER-FTCU1-00015961 |
| UBER-FTCU1-00016435 | UBER-FTCU1-00016240 | UBER-FTCU1-00015955 |
| UBER-FTCU1-00016433 | UBER-FTCU1-00016235 | UBER-FTCU1-00015950 |
| UBER-FTCU1-00016429 | UBER-FTCU1-00016233 | UBER-FTCU1-00015948 |
| UBER-FTCU1-00016427 | UBER-FTCU1-00016231 | UBER-FTCU1-00015945 |
| UBER-FTCU1-00016425 | UBER-FTCU1-00016224 | UBER-FTCU1-00015940 |
| UBER-FTCU1-00016419 | UBER-FTCU1-00016221 | UBER-FTCU1-00015937 |
| UBER-FTCU1-00016406 | UBER-FTCU1-00016216 | UBER-FTCU1-00015935 |
| UBER-FTCU1-00016404 | UBER-FTCU1-00016210 | UBER-FTCU1-00015933 |

UBER-FTCU1-00015931
UBER-FTCU1-00015926
UBER-FTCU1-00015922
UBER-FTCU1-00015919
UBER-FTCU1-00015914
UBER-FTCU1-00015911
UBER-FTCU1-00015909
UBER-FTCU1-00015907
UBER-FTCU1-00015901
UBER-FTCU1-00015898
UBER-FTCU1-00015893
UBER-FTCU1-00015891