Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Allison Wojcicki (DC Bar No. 1736349)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar. No. 495823)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
Fax: (202) 326-3395

*Attorneys for Plaintiff*
*Federal Trade Commission*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>          Plaintiffs,<br>     v.<br><br>UBER TECHNOLOGIES, INC., a corporation, and<br><br>UBER USA, LLC, a limited liability company,<br><br>          Defendants. | Case No. 4:25-cv-03477-JST<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF CASE MANAGEMENT SCHEDULE**<br><br>Assigned to: Hon. Jon. S. Tigar<br><br><br>Date: August 6, 2026<br>Time: 2:00pm<br>Place: Courtroom 6 |

Plaintiffs respectfully request a two-month extension of the fact discovery and other case deadlines so that the Parties can complete discovery in an orderly fashion. Defendants have agreed with the request, and the Parties' proposed revised case schedule is summarized in the following chart:

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact discovery cut-off | September 14, 2026 | November 16, 2026 |
| Expert disclosures | October 9, 2026 | December 11, 2026 |
| Rebuttal disclosures | December 2, 2026 | February 2, 2027 |
| Expert discovery cut-off | January 15, 2027 | March 15, 2027 |
| Dispositive motions | February 5, 2027 | April 5, 2027 |
| Responses to dispositive motions | February 26, 2027 | April 26, 2027 |
| Replies in support of dispositive motions | March 12, 2027 | May 12, 2027 |
| Dispositive motion hearing deadline | April 1, 2027 | June 1, 2027 |
| Motions in limine due | June 4, 2027 | August 4, 2027 |
| Motion in limine oppositions due | June 11, 2027 | August 11, 2027 |
| Pretrial conference statement due | June 18, 2027 | August 18, 2027 |
| Pretrial conference | June 25, 2027 | August 25, 2027 |
| Trial | July 19, 2027 | September 20, 2027 |

A scheduling order may be modified for good cause shown and with the Court's consent. *Impossible Foods Inc. v. Impossible LLC*, No. 21-cv-02419, 2025 WL 1900327, at *1 (N.D. Cal. June 27, 2025). "Good cause will be shown if a scheduling order's deadline 'cannot reasonably be met despite the diligence of the party seeking the extension.'" *Panchenko v. Bank of Am., N.A.*, No. 23-cv-04965, 2025 WL 4481077, at *1 (N.D. Cal. Apr. 28, 2025) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). Here, despite Plaintiffs' efforts to get documents sooner, discovery cannot be completed on the current schedule without prejudicing Plaintiffs' ability to obtain vital deposition discovery.

As background, the FTC served its document requests on July 22, 2025. Mezan Dec., ¶ 5. Almost the entirety of Defendants' document production—roughly 97%—has been made in the last six weeks. *Id.* ¶ 6. And 62%—more than 105,000 documents—were produced on or

1

after July 13th. *Id.*[1] Plaintiffs "cannot reasonably" review more than 100,000 documents (*see Johnson*, 975 F.2d at 609), select 10 deponents out of dozens with significant knowledge, take the depositions, and issue any targeted follow-on discovery requests under the existing schedule, especially given that Plaintiffs must simultaneously prepare expert disclosures, which are due only three weeks after the close of fact discovery. *See also* Dkt. No. 189 (September 14, 2026 fact discovery end date; October 9, 2026 expert disclosures). Depositions will be critical in uncovering information that Defendants say they have been largely unable to locate in tangible form regarding, for example, what representations were made at which times to which consumers, how their savings claims are calculated, and Defendants' testing of the Uber One enrollment and cancellation processes.

The record is clear that Plaintiffs could not have, despite extraordinary efforts, procured the documents at an earlier date. Plaintiffs received the material as early as it did only through repeated court intervention—namely, filing ten separate (and usually, multipronged) discovery motions. *See* Dkt. Nos. 145, 158, 172, 188, 200, 212, 226, 231, 243, 249. For example, to obtain Uber's custodial production, the FTC filed serial motions compelling Uber to: (1) produce information necessary to select custodians (Dkt. No. 150); (2) use the FTC's chosen custodians (Dkt. No. 177); (3) use the FTC's search terms (Dkt No. 209) (Judge Hixson: "Uber needs to get going on its custodial document productions and not remain stuck in meeting and conferring"); and (4) produce the documents by a date certain (Dkt. No. 233). And given Uber's representation that July 13 was the earliest it could complete its production (*see id.*), Plaintiffs were unable to acquire the materials at an earlier date.

---

[1] Because of difficulties in downloading the production given its size, the documents were not available to review in the FTC's discovery platform until Monday, July 27.

Defendants have agreed to the extension.  Even under the proposed schedule, this action would be speedily resolved, with fact discovery completed roughly 18 months after the action was initiated and only eleven months after the Amended Complaint was filed, a reasonable time frame for a data and document-heavy case of significant importance.  *See* Dkt. No. 177 (Judge Hixson:  "The issues at stake are important").  Conversely, denying the request would prejudice Plaintiffs, forcing them to pursue depositions without digesting material only recently produced and depriving them of any opportunity for clean-up discovery.[2]

Accordingly, Plaintiffs respectfully request that the Court enter the revised schedule in the proposed order attached hereto.  *See, e.g. Gagetta v. Walmart, Inc.*, No. 22-cv-03757, 2024 WL 1559724, at *3 (N.D. Cal. Mar. 1, 2024) (granting two-month extension of case deadlines where defendant delayed document production); *Lou v. Ma Lab'ys, Inc.*, No. C 12-05409 WHA, 2013 WL 3989425, at *5 (N.D. Cal. Aug. 2, 2013) (granting 28-day extension where plaintiff had demonstrated diligence despite defendants' "repeated efforts to stonewall discovery"); *Lane v. Wells Fargo Bank, N.A.*, No. C 12-04026 WHA, 2013 WL 1164859, at *3 (N.D. Cal. Mar. 20, 2013) (good cause existed to modify the scheduling order where "delay was due to defendant's delaying tactics in discovery."); *Meissner v. Republic Servs., Inc.*, No. 1:24-CV-00086-KES-BAM, 2025 WL 217980, at *2-3 (E.D. Cal. Jan. 16, 2025) (granting three-month extension where Plaintiff argued that he acted diligently in pursuing discovery but couldn't meet deadlines due to Defendants' deficient discovery responses and the parties' ongoing discovery disputes).

---

[2] For example, the Parties are still attempting to resolve various issues in the Defendants' custodial production, including the production of many documents in an unreadable format. Mezan Dec., ¶ 7.

3

**Local Rule 16-2(d) Certification**

Pursuant to Local Rule 16-2, the Plaintiffs certify that they met and conferred with counsel for Uber via email from July 27 through July 30, 2026, where the Parties were able to reach agreement on a proposed revised case schedule. *See supra*, at 1.

Plaintiffs further certify that no changes to the ADR process are required by the proposed extension. Judge Krishnan has scheduled a settlement conference for October 13, 2026. Although Plaintiffs will request that Judge Krishnan postpone the conference until after the expert disclosure deadline, Plaintiffs will be prepared to proceed on the current October 13 date if Judge Krishnan prefers.

Dated: July 30, 2026                          Respectfully submitted,


                                              FEDERAL TRADE COMMISSION

                                              */s/ Paul Mezan*
                                              Paul Mezan (NY Bar No. 5357124)
                                              Stephanie Liebner (VA Bar No. 90647)
                                              James Doty (NY Bar No. 4552550)
                                              Sarah Abutaleb (DC Bar No. 1779979)
                                              Allison Wojcicki (DC Bar No. 1736349)
                                              Patrick Roy (DC Bar No. 1023521)
                                              Daniel O. Hanks (DC Bar. No. 495823)
                                              Federal Trade Commission
                                              600 Pennsylvania Avenue, NW
                                              Mail Stop CC-10232
                                              Washington, DC 20580
                                              Phone: (202) 758-4177 (Mezan)
                                              Email: pmezan@ftc.gov (Mezan)
                                              Fax: (202) 326-3395


                                              *Attorneys for Plaintiff*
                                              *Federal Trade Commission*



                                              OFFICE OF THE ATTORNEY GENERAL
                                              OF MARYLAND, CONSUMER
                                              PROTECTION DIVISION

                                              */s/ Philip Ziperman*
                                              Philip Ziperman (MD Bar No.: 9012190379)
                                              Deputy Chief
                                              Luke Riley (MD Bar No.: 2502271005)
                                              Assistant Attorney General
                                              Consumer Protection Division
                                              Office of the Attorney General of Maryland
                                              200 St. Paul Place, 16th Floor
                                              Baltimore, MD 21202
                                              (410) 576-6417 (Ziperman)
                                              pziperman@oag.maryland.gov
                                              (410) 576-6568 (Riley)
                                              lriley@oag.maryland.gov


                                              *Attorneys for Plaintiff*
                                              *Office of the Maryland Attorney General,*
                                              *Consumer Protection Division*

                                              1

STEVE MARSHALL
*ATTORNEY GENERAL*

By:

*/s/ Michael G. Dean*

Michael G. Dean
*Assistant Attorney General*

*/s/ Lindsay D. Barton*

Lindsay D. Barton
*Assistant Attorney General*

Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
Michael.Dean@AlabamaAG.gov
Lindsay.Barton@AlabamaAG.gov

*Attorneys for Plaintiff*
*Attorney General of Alabama*

KRISTIN K. MAYES
Attorney General of Arizona

*/s/ Alyse Meislik*

Alyse Meislik, AZ Bar No. 024052
Assistant Attorney General
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3702
Fax: (602) 542-4377
consumer@azag.gov
Alyse.Meislik@azag.gov

*Attorney for Plaintiff*
*Arizona Attorney General*

2

URSULA JONES DICKSON
District Attorney of Alameda County

/s/ Andres H. Perez

ANDRES H. PEREZ (SBN 186219)
Assistant District Attorney
HUY T. LUONG (SBN 251507)
Deputy District Attorney
Consumer, Environmental & Worker
Protection Division
7677 Oakport Street, Suite 650
Oakland, CA 94621
(510) 383-8600
andres.perez@acgov.org
huy.luong@acgov.org

*Attorneys for Plaintiff*
*People of the State of California*


STATE OF CONNECTICUT

WILLIAM TONG

ATTORNEY GENERAL OF THE STATE
OF CONNECTICUT

/s/ Brendan T. Flynn

Brendan T. Flynn
Fed. Bar No. ct04545
Assistant Attorney General
Office of the Attorney General of the
State of Connecticut
165 Capitol Ave.
Hartford, CT  06106
Phone: 860-808-5400
Fax: 860-808-5593
Brendan.Flynn@ct.gov

*Attorney for Plaintiff*
*Attorney General of the State of Connecticut*

3

BRIAN L. SCHWALB
Attorney General for the District of Columbia

/s/ Coty Montag

COTY MONTAG [CA BAR #255703]
Deputy Attorney General, Public Advocacy
Division
Coty.Montag@dc.gov

BETH MELLEN
WILLIAM STEPHENS
Assistant Deputy Attorneys General, Public
Advocacy Division

KEVIN VERMILLION
Director, Office of Consumer Protection

EMILY HOLNESS
Deputy Director, Office of Consumer
Protection

BRITTANY NYOVANIE
Assistant Attorney General, Office of
Consumer Protection

Office of the Attorney General
for the District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
(202) 702-5686
Brittany.Nyovanie@dc.gov

*Attorneys for Plaintiff*
*District of Columbia*

4

PEOPLE OF THE STATE OF ILLINOIS

/s/ Hal B. Dworkin

HAL B. DWORKIN, IL Bar No. 6318213
Senior Assistant Attorney General
Office of the Illinois Attorney General
Consumer Protection Division
Consumer Fraud Bureau
115 South LaSalle Street
Chicago, IL 60603
(312) 814-5159
Hal.Dworkin@ilag.gov

*Attorney for Plaintiff*
*The People of the State of Illinois*

FOR PLAINTIFF THE PEOPLE OF THE
STATE OF MICHIGAN:

/s/ Aaron W. Levin

AARON W. LEVIN
Assistant Attorney General
Corporate Oversight Division
Michigan Department of Attorney General
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
Fax: (517) 335-6755
levina@michigan.gov

*Attorney for Plaintiff*
*The People of the State of Michigan*

5

KEITH ELLISON
Attorney General of Minnesota

/s/ Daniel Rife

DANIEL RIFE
ALEX KENNETH BALDWIN
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2130
Daniel.rife@ag.state.mn.us
Telephone: (651) 757-1104
Alex.Baldwin@ag.state.mn.us
Telephone: (651) 728-4049

*Attorneys for Plaintiff*
*State of Minnesota by its Attorney General*
*Keith Ellison*

CATHERINE HANAWAY
Missouri Attorney General

/s/ Alison Esbeck

Alison Esbeck (MO Bar # 58501)
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Ste 200
St. Louis, MO 63101
(314) 340-4977
Alison.Esbeck@ago.mo.gov

Connor McNeall (MO Bar # 76836)
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Ste 200
St. Louis, MO 63101
(314) 340-7888
connor.mcneall@ago.mo.gov

*Attorneys for Plaintiff*
*Missouri Attorney General's Office*

6

STATE OF MONTANA

*/s/ Anna Schneider*

Anna Schneider (MT #13963)
Special Assistant Attorney General, Senior
Counsel
Office of Consumer Protection
Montana Department of Justice
P.O. Box 200151
Helena, MT 59620-0151
(406) 444-4500
Anna.schneider@mt.gov

*Attorney for Plaintiff*
*State of Montana*


STATE OF NEBRASKA

*/s/ Benjamin J. Swanson*

Benjamin J. Swanson (NE #27675)
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68508
(402) 471-7759
benjamin.swanson@nebraska.gov

*Attorney for Plaintiff*
*State of Nebraska*

7

FOR PLAINTIFF STATE OF NEW HAMPSHIRE:

JOHN M. FORMELLA
Attorney General

/s/ Amanda N. Purcell

Amanda N. Purcell, NH Bar #278532
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
One Granite Place South
Concord, NH 03301
(603) 271-1215
Amanda.N.Purcell@doj.nh.gov

*Attorney for Plaintiff*
*State of New Hampshire*


JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

/s/ Zeyad A. Assaf

Zeyad A. Assaf
Deputy Attorney General
New Jersey Office of the Attorney General
Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07102
(609) 696-5363
Zeyad.Assaf@law.njoag.gov

*Attorney for Plaintiff*
*Attorney General of the State of New Jersey*


FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General of the State of New York

By:  /s/ Christian Reigstad

Christian Reigstad (NY Bar No. 5158936)

8

Patrick Gibson (NY Bar No. 5267489)
Assistant Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street
New York, NY 10005
(212) 416-8321 (Reigstad)
(212) 416-6067 (Gibson)
Christian.reigstad@ag.ny.gov
patrick.gibson@ag.ny.gov

*Attorney for Plaintiff*
*The State of New York*


FOR PLAINTIFF THE STATE OF NORTH
CAROLINA:

JEFF JACKSON
North Carolina Attorney General

*/s/ Jesse Ramos*
JESSE RAMOS (NC Bar No. 51663)
Special Deputy Attorney General

KUNAL CHOKSI (NC Bar No. 55666)
Senior Deputy Attorney General

BRIAN RABINOVITZ (NC Bar No. 41538)
Special Deputy Attorney General

Consumer Protection Division
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: (919) 716-6000
Fax: (919) 716-6050
jramos@ncdoj.gov

*Attorneys for Plaintiff*
*The State of North Carolina*
D. ANDREW WILSON
OHIO ATTORNEY GENERAL

*/s/ Kevin R. Walsh*
Kevin R. Walsh (0073999)
Senior Assistant Attorney General
Consumer Protection Section

9

615 W. Superior Avenue, 11th Floor
Cleveland, Ohio 44113
Telephone: (216) 787-3447
Facsimile: (866) 947-3223
Kevin.Walsh@ohioago.gov

*Attorneys for Plaintiff*
*Ohio Attorney General*

GENTNER DRUMMOND,
ATTORNEY GENERAL OF OKLAHOMA

*/s/ Christopher J. Campbell*

Cameron R. Capps, OBA No. 32742
Christopher. J. Campbell, OBA No. 33649
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 522-1260
Fax: (405) 521-3921
Cameron.Capps@oag.ok.gov
Chris.Campbell@oag.ok.gov

*Attorneys for Plaintiff*
*Attorney General of Oklahoma*

DAVID W. SUNDAY, Jr.
PENNSYLVANIA ATTORNEY GENERAL

By:

*/s/ Merna T. Hoffman*

MERNA T. HOFFMAN
Senior Deputy Attorney General
PA Attorney I.D. No. 312897
15th Floor, Strawberry Square
Harrisburg, PA 17120
mhoffman@attorneygeneral.gov

*Attorney for Plaintiff*
*Attorney General of Pennsylvania*

JAY JONES,
ATTORNEY GENERAL OF THE
COMMONWEALTH OF VIRGINIA

10

/s/ Mark S. Kubiak

Mark S. Kubiak (VSB No. 73119)
Senior Assistant Attorney General
Timothy S. Allison (VSB No. 98083)
Assistant Attorney General
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7364 (Kubiak)
(804) 786-0594 (Allison)
mkubiak@oag.state.va.us
 tallison@oag.state.va.us

*Attorneys for Plaintiff*
*Jay Jones, Attorney General of the*
*Commonwealth of Virginia*

JOHN B. MCCUSKEY,
ATTORNEY GENERAL OF WEST
VIRGINIA

/s/ Tanya L. Godfrey

Ann L. Haight (WVSB# 1527)
Deputy Attorney General, Consumer Director
Tanya L. Godfrey (WVSB# 7448)
Assistant Attorney General
Office of the West Virginia Attorney General
P.O. Box 1789
Charleston, WV 25326
(304) 558-8986
Ann.L.Haight@wvago.gov
Tanya.L.Godfrey@wvago.gov

*Attorneys for Plaintiff*
*Attorney General of West Virginia*

JOSHUA L. KAUL
Attorney General of Wisconsin

/s/ Laura E. McFarlane

LAURA E. MCFARLANE
Assistant Attorney General
State Bar #1089358
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857

11

(608) 266-8911
(608) 294-2907 (Fax)
laura.mcfarlane@wisdoj.gov

*Attorney for Plaintiff*
*State of Wisconsin*

Co-counsel for attorneys appearing
*pro hac vice*:

Kerry O'Brien (CABN 149264)
Federal Trade Commission
Western Region San Francisco
90 Seventh St., Suite 14-300
San Francisco, CA 94103
(415) 848-5100
kobrien@ftc.gov

12

**ECF ATTESTATION**

I, Paul Mezan, hereby attest that concurrence in the filing of this document has been obtained from the other signatories, and that this document was served by electronic filing or email on July 30, 2026, on all counsel of record.

*/s/ Paul Mezan*

Paul Mezan (NY Bar No. 5357124)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

13