Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Allison Wojcicki (DC Bar No. 1736349)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar. No. 495823)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
(202) 326-3395 (fax)

*Attorneys for Plaintiff*
*Federal Trade Commission*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, et al.,**<br><br>    Plaintiff,<br><br>    v.<br><br>**UBER TECHNOLOGIES, Inc.**, a corporation, and<br><br>**UBER USA, LLC**, a limited liability company,<br><br>    Defendants. | Case No. 4:25-cv-03477-JST<br><br>**DECLARATION OF PAUL MEZAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF CASE MANAGEMENT SCHEDULE** |

I, Paul Mezan, declare as follows:

1.      I am over twenty-one years of age and am a citizen of the United States.

2.      I am one of the attorneys representing the Federal Trade Commission ("FTC") in the above-captioned case against Uber Technologies, Inc. and Uber USA, LLC ("Uber").

1

3.    I am a member in good standing of the bar of the State of New York (Bar No. 5357124).

4.    I have personal knowledge of the facts stated below and, if called as a witness, would competently testify to them.

5.    The FTC's discovery requests were issued to Defendants on July 22, 2025.

6.    To date, Defendants have produced 174,672 documents total (*i.e.*, both custodial and non-custodial). Approximately 97% of the documents were produced in the last six weeks (specifically, 168,999 documents of 174,672 total). Approximately 62% of the documents (107,877 out of 174,672 total) were produced on or after July 13, 2026.

7.    There are several outstanding deficiencies in Defendants' production that Defendants have not yet resolved. For example, there are hundreds of documents incorrectly formatted so that they cannot be read. In addition, Defendants have not yet produced or identified numerous documents hyperlinked in the produced documents, as contemplated by the ESI Agreement, Dkt. No. 144, 9(e).

8.    On Monday, July 27, 2026, I, as counsel for the FTC, emailed counsel for Uber with a proposed revised Case Management Schedule and requested Uber's position on the FTC's request.

9.    On Wednesday, July 29, 2026, Uber responded and agreed to the FTC's proposal, subject to certain conditions regarding depositions, which the FTC accepted.

2

DECLARATION IN SUPPORT OF
UNOPPOSED MOTION FOR EXTENSION OF
CASE MANAGEMENT SCHEDULE                          4:25-CV-03477-JST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 30, 2026

Respectfully submitted,

*/s/ Paul Mezan*

Paul Mezan (NY Bar No. 5357124)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington DC 20580
(202) 758-4177 (Mezan)
pmezan@ftc.gov (Mezan)

*Attorney for Plaintiff*
*Federal Trade Commission*

3

DECLARATION IN SUPPORT OF
UNOPPOSED MOTION FOR EXTENSION OF
CASE MANAGEMENT SCHEDULE                    4:25-cv-03477-JST