UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN, <br><br> Plaintiffs, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., a corporation, and <br><br> UBER USA, LLC, a limited liability company, <br><br> Defendants. | Case No. 4:25-cv-03477-JST <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF CASE MANAGEMENT SCHEDULE** |

## [PROPOSED] ORDER

Having read and considered Plaintiffs' Unopposed Motion for an Extension of Case Management Schedule, all other papers submitted in support of the Motion, and the pleadings on file, the Court rules as follows:

Plaintiffs' Unopposed Motion for an Extension of Case Management Schedule is granted, as outlined below.

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Fact discovery cut-off | September 14, 2026 | November 16, 2026 |
| Expert disclosures | October 9, 2026 | December 11, 2026 |
| Rebuttal disclosures | December 2, 2026 | February 2, 2027 |
| Expert discovery cut-off | January 15, 2027 | March 15, 2027 |
| Dispositive motions | February 5, 2027 | April 5, 2027 |
| Responses to dispositive motions | February 26, 2027 | April 26, 2027 |
| Replies in support of dispositive motions | March 12, 2027 | May 12, 2027 |
| Dispositive motion hearing deadline | April 1, 2027 | June 1, 2027 |
| Motions in limine due | June 4, 2027 | August 4, 2027 |
| Motion in limine oppositions due | June 11, 2027 | August 11, 2027 |
| Pretrial conference statement due | June 18, 2027 | August 18, 2027 |
| Pretrial conference | June 25, 2027 | August 25, 2027 |
| Trial | July 19, 2027 | September 20, 2027 |

**IT IS SO ORDERED.**

DATE:                                          BY: _____
                                                    The Honorable Jon S. Tigar
                                                    United States District Judge