UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Division of Financial Practices
Bureau of Consumer Protection

August 28, 2026

***By ECF***

Honorable Thomas S. Hixson
United States District Court, Northern District of California
Courtroom E – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *FTC et al. v. Uber Technologies, Inc. et al.*, Case No. 4:25-cv-03477-JST

Dear Judge Hixson:

Plaintiffs the Federal Trade Commission ("FTC") and Attorneys General of Alabama and Maryland, on behalf of themselves and the Attorneys General of the States of Arizona, Connecticut, Minnesota, Missouri, Montana, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, Virginia, West Virginia, Wisconsin, and the District of Columbia, the People of the State of California, the People of the State of Illinois, and the People of the State of Michigan, (collectively, the "States"), and Defendants Uber Technologies, Inc. and Uber USA, LLC ("Uber" or "Defendants") submit this joint discovery status report pursuant to the Court's August 7, 2026 (Dkt. 258) Order.

The parties hereby attest that they have met and conferred in good faith to resolve their disputes prior to filing this statement.

Respectfully submitted,

*/s/ Paul Mezan*
Paul Mezan
*Attorney for Plaintiff FTC*

*/s/ Michael G. Dean*
Michael G. Dean
*Assistant Attorney General*
*Attorney for Plaintiff State of Alabama*

*/s/ Philip Ziperman*

Philip Ziperman
*Deputy Chief, Consumer Protection Division*
*Attorney for Plaintiff Attorney General of Maryland*

*/s/ David Gringer*

David Gringer
Wilmer Cutler Pickering Hale and Dorr LLP
*Attorney for Uber Technologies, Inc. and Uber USA, LLC*

*/s/ Ben Mundel*

Ben Mundel
Sidley Austin LLP
*Attorney for Uber Technologies, Inc. and Uber USA, LLC*

**JOINT STATEMENT**

At this time, there are no ripe disputes between the parties that require the Court's intervention. The parties have agreed to the following deadlines and respectfully request that the Court order the following:

1. The FTC to further supplement its responses to Uber's Interrogatories Nos. 18 and 19 by Friday, September 11, 2026.

2. The States to further supplement their responses to Uber's Interrogatories Nos. 18 and 19 by Friday, September 11, 2026.

3. The parties to file a joint discovery status report by Friday, September 11, 2026.

Given the parties' agreements, they do not believe the discovery hearing set for August 31, 2026, is necessary and request that it be removed from the calendar, unless there are issues the Court would like to address.

**ECF ATTESTATION**

I, Paul Mezan, hereby attest that concurrence in the filing of this document has been obtained from the other signatories, and that this document was served by electronic filing or email on August 28, 2026, on all counsel of record.

*/s/ Paul Mezan*___________________
Paul Mezan