# EXHIBIT C

## FILED UNDER SEAL