Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
Fax: (202) 326-3395

*Attorneys for Plaintiff*
*Federal Trade Commission*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a corporation; and<br><br>UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Plaintiff Federal Trade Commission ("FTC"), pursuant to Local Rules 7-11 and 79-5(f), respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed with respect to Exhibit C attached to the Parties' October 2, 2026 Joint Discovery Status Report. Exhibit C was obtained from Defendants and designated as confidential. The FTC does not seek to seal Exhibit C, but is filing this exhibit under seal because it was designated confidential by Defendants. Thus, Plaintiff FTC requests the Court consider whether the following should be filed under seal:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit C | Increasing Member Engagement Through Tiered Benefits (UBER-FTCU1-00215038) | Uber Technologies, Inc. |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that the designated material is sealable, and must "file a statement and/or declaration as described in subsection (c)" of the Local Rules. L.R. 79-5(f)(3).

The FTC does not oppose the sealing of the above-referenced Exhibit C. In compliance with Civil Local Rule 79-5(e)(2), an unredacted version of the exhibit accompanies this Administrative Motion. Ex. C. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith. Plaintiff will serve this Administrative Motion, along with the sealed exhibit on all Defendants.

Dated: October 2, 2026

Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Paul Mezan*

Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Federal Trade Commission

600 Pennsylvania Avenue, NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
Fax: (202) 326-3395

*Attorneys for Plaintiff*
*Federal Trade Commission*

**CERTIFICATE OF SERVICE**

I certify that on October 2, 2026, I served on Defendants a copy of the foregoing Administrative Motion to Consider Whether Another Party's Material Should be Sealed, including attachments (Proposed Order and Exhibit C) by emailing the same to Defendants' counsel Benjamin Mundel at bmundel@sidley.com.

Dated: October 2, 2026

Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Paul Mezan*

Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop CC-10232
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)
Fax: (202) 326-3395

*Attorneys for Plaintiff*
*Federal Trade Commission*