UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al., Plaintiffs, v. UBER TECHNOLOGIES, INC., et al., Defendants. | Case No. 25-cv-03477-JST (TSH) **DISCOVERY ORDER** Re: Dkt. No. 275 |

The parties have filed a joint discovery letter brief at ECF No. 275. It raises several issues. This order addresses only one of them – Plaintiffs' request for additional depositions. The Court will address the remaining issues in due course.

Plaintiffs request that they be permitted to take a total of 15 fact depositions, inclusive of party and non-party witnesses. Uber is willing to agree to two additional depositions, but opposes any beyond that.

Rule 30(a)(2) authorizes the Court to permit Plaintiffs to take more than 10 depositions if that is "consistent with Rule 26(b)(1) and (2)," which are the relevance and proportionality factors in Rule 26. The Court has previously observed that "[t]he issues at stake are important. The Plaintiffs in this action are the FTC, 21 states and the District of Columbia – meaning, the federal government and about half the states. Uber says that tens of millions of Americans have used Uber One, the subscription service at issue in this case, meaning this action is of widespread public importance. The FTC stated at the hearing that it expects the amount in controversy is hundreds of millions of dollars or more." ECF No. 177. The Rule 26 relevance and proportionality factors easily justify Plaintiffs' request. Further, in terms of managing discovery, there are six weeks left in the fact discovery period, which is sufficient time to accommodate five

United States District Court
Northern District of California

additional depositions. Accordingly, Plaintiffs' request for leave to take a total of 15 fact depositions is **GRANTED**.

**IT IS SO ORDERED.**

Dated: October 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California