**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-3477-JST<br><br>**DECLARATION OF DANIELLE SHERIDAN IN SUPPORT OF DEFENDANTS' LOCAL RULE 79-5(F)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL** |

I, Danielle Sheridan, hereby declare and state as follows:

1. I am currently VP, Membership & Loyalty at Uber Technologies, Inc. ("Uber"). I have worked at Uber since September 2023 and prior to that, I worked at Uber from 2014 to 2022 in a different role. I have personal knowledge of all of the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. I am familiar with Exhibit C to the Joint Discovery Status Report filed by the FTC on October 2, 2026. I understand this document has been produced in the above-captioned case with the bates number UBER-FTCU1-00215038.

3. This document contains detailed, highly confidential, and highly sensitive information about Uber's strategy for Uber One, analysis of Uber One's performance as compared to its competitors, and analysis of Uber One usage data. Uber keeps this information confidential; it is not publicly available, nor is it widely disseminated within Uber. If Uber's competitors obtained this confidential information, they could adjust their own business, market strategies, pricing, and customer targeting approaches in ways that would give them an unfair competitive advantage over Uber.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 8, 2026.

Signed by:

By: Danielle Sheridan

615CB2D1CA5C492...

Danielle Sheridan