**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-3477-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(f)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL** |

**[PROPOSED] ORDER**

Before this Court is Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. ECF No. 276. Having considered the Administrative Motions and Defendants' LR 79-5(f)(3) Statement and Request to Permanently Seal, the Court **ORDERS** as follows:

| ECF No. | Document | Portions to Seal | Ruling |
|---|---|---|---|
| 275-3 | Exhibit C<br><br>Internal presentation at bates UBER-FTCU1-00215038 | The entire document | GRANTED |

Plaintiffs shall re-file the above docket entries in accordance with and within 14 days of this Order.

**IT IS SO ORDERED.**

Dated: _________________

By:_________________________________
Honorable Jon S. Tigar
United States District Judge