UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation, and

UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-03477-JST

**[PROPOSED] ORDER GRANTING PLAINTIFF FTC'S MOTION FOR AN EXTENSION OF CASE MANAGEMENT SCHEDULE**

**[PROPOSED] ORDER**

Having read and considered Plaintiffs' Notice of Motion and Memorandum in Support of its Motion for an Extension of Case Management Schedule, all other papers submitted in support of the Motion, the pleadings on file, and oral argument provided, the Court rules as follows:

Plaintiffs' Motion for Extension of Case Management Schedule is granted, as outlined below.

| Event | Current Date | Proposed Date |
|---|---|---|
| Fact discovery cut-off | November 16, 2026 | December 16, 2026 |
| Expert disclosures | December 11, 2026 | February 2, 2027 |
| Rebuttal disclosures | February 2, 2027 | March 2, 2027 |
| Expert discovery cut-off | March 15, 2027 | April 15, 2027 |
| Dispositive motions | April 5, 2027 | May 5, 2027 |
| Responses to dispositive motions | April 26, 2027 | May 26, 2027 |
| Replies in support of dispositive motions | May 12, 2027 | June 10, 2027 |
| Dispositive motion hearing deadline | June 1, 2027 | July 1, 2027 |
| Motions in limine due | August 4, 2027 | September 3, 2027 |
| Motion in limine oppositions due | August 11, 2027 | September 10, 2027 |
| Pretrial conference statement due | August 18, 2027 | September 24, 2027 |
| Pretrial conference | August 25, 2027 | October 1, 2027 |
| Trial | September 20, 2027 | October 25, 2027 |

**IT IS SO ORDERED.**

DATE: BY: ______________________________

The Honorable Jon S. Tigar
United States District Judge