Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street
San Francisco, CA 94111
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Attorneys for Defendants*
*Uber Technologies, Inc., and Uber USA, LLC*

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-600-5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
50 California Street
San Francisco, CA 94111
Telephone: +1 628 235 1026

Brittany R. Warren (*pro hac vice*)
brittany.warren@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION, et al.,** Plaintiff,<br><br>v.<br><br>**UBER TECHNOLOGIES, Inc.,** a corporation, and<br><br>**UBER USA, LLC,** a limited liability company,<br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>DECLARATION OF LAUREN C. FREEMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR AN EXTENSION OF CASE MANAGEMENT SCHEDULE |

I, Lauren C. Freeman declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California, and am admitted to practice before this Court. I am a partner with the law firm of Sidley Austin LLP, attorney of record for Defendants Uber Technologies, Inc. and Uber USA, LLC ("Uber") in this action. The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto.

2. As of July 13, 2026, Uber had produced 172,302 documents. Uber has since produced 5,689 documents. Therefore, about 96.8% of Uber's documents were produced by July 13, 2026.

3. Uber has three outstanding notices for witnesses disclosed by Plaintiffs New York, New Hampshire, and Wisconsin. Uber first informed New York of its intent to depose Andy Lugo on August 14, 2026, but New York requested that Uber delay that deposition until November at the request of the deponent. New Hampshire and Wisconsin only disclosed their witnesses on Thursday, October 8, 2026. Uber sent Plaintiffs a request for the availability of these witnesses on Monday, October 12, 2026.

4. During the deposition of Alex Wagner on September 30, 2026, the FTC introduced as PX 3003 a presentation bearing bates number UBER-FTCU1-00121118 bearing the logos of TaskUs, a support vendor, and Uber, titled "Quarterly Business Review."

5. Attached as exhibit A is a true and correct copy of an email from FTC counsel Paul Mezan dated October 9, 2026. In this email, the FTC requested to depose five witnesses in their individual capacities and specifically requested their availability "on or after October 26." Ex. 1 at 1.

6. Attached as exhibit B is a true and correct copy of an email from Uber counsel Taylor Gooch dated October 14, 2026 requesting that the FTC explain the basis for its request for an extension.

7. Attached as exhibit C is a true and correct copy of an email from FTC counsel Allison Wojcicki dated October 15, 2026 providing the reasons that the FTC was requesting an extension.

This email did not mention any issues with formatting, hyperlinked documents, or revenue productions.

8. Attached as exhibit D is a true and correct copy of an email from Uber counsel Drew Langan dated August 14, 2026 responding to the FTC's question on documents with cut-off or missing images.

9. Attached as exhibit E is a true and correct copy of an email from FTC counsel Margaret Girard dated October 16, 2026 at 4:46 PM ET containing "additional questions concerning Uber's discovery productions." Ex. E at 1. The attachment titled "2026.10.16 Technical Issues" lists 231 produced documents.

10. Attached as exhibit F is a true and correct copy of an email from FTC counsel Paul Mezan dated July 27, 2026 that includes a question regarding "Technical Issues." Ex. F at 2. Uber responded on August 4, 2026, see ex. K, and August 14, 2026. *See* ex. D.

11. Attached as exhibit G is a true and correct copy of an email from Uber counsel Taylor Gooch dated July 1, 2026 requesting the names of witnesses the FTC intended to depose.

12. Attached as exhibit H is a true and correct copy of an email from FTC counsel Margaret Girard dated October 16, 2026 at 5:01 PM ET attaching a deposition notice with four additional witnesses: Maheen Abbasi, Ashish Nigam, Hope Idaewor, and Larissa Benjamin.

13. Attached as exhibit I is a true and correct copy of an email from FTC counsel Paul Mezan dated September 2, 2026, attaching 30(b)(6) topics, and requesting availability for the week of October 19.

14. Attached as exhibit J is a true and correct copy of an email from FTC counsel Allison Wojcicki dated October 14, 2026 stating "We are not available to take the deposition of Dana LaMendola on October 20."

15. Attached as exhibit K is a true and correct copy of an email from Uber counsel Lauren Freeman dated August 3, 2026 and responding to the FTC's question on hyperlinked documents, *inter alia*.

16. Attached as exhibit L is a true and correct copy of an email from FTC counsel Paul Mezan dated August 14, 2026 stating that "Plaintiffs currently intend to depose at least the

following five Uber employees: Danielle Sheridan, Saloni Kishinchandani, Jesse Prehodick, Swathi Bhumireddy, and Alex Wagner." The FTC has deposed Alex Wagner (September 30) and Jesse Prehodick (October 2), and is scheduled to depose Saloni Kishinchandani (October 29) and Danielle Sheridan (November 5). The FTC suspended the deposition of Swathi Bhumireddy and has not attempted to reschedule it.

17. Attached as exhibit M is a true and correct copy of an email from FTC counsel Paul Mezan dated September 29, 2026 noting that "The FTC is withdrawing the deposition notice for Saloni Kishinchandani at this time" and requesting availability for Ms. Kishinchandani after October 19.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of October 2026, at San Francisco, CA.

By: /s/ *Lauren C. Freeman*
Lauren C. Freeman