# Exhibit A

**From:** Mezan, Paul
**To:** Gringer, David; Warren, Brittany R.; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Wojcicki, Allison; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Glassman, Mark; Girard, Margaret; Van Hoey, Gregory
**Cc:** Mundel, Benjamin; Scheper, Abby; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren; Gooch, Taylor; Langan, Drew
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions
**Date:** Friday, October 9, 2026 9:18:40 AM
**Attachments:** image001.jpg
2026.10.09 Notice of Deposition of Abbey Stauffer.pdf
2026.10.09 Notice of Deposition of Danielle Sheridan.pdf
2026.10.09 Notice of Deposition of Kelsie Sausville.pdf

---

**EXTERNAL EMAIL - Use caution with links and attachments.**

Good morning,

Attached are deposition notices for Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan. Please confirm who from your side will be attending these depositions so we can ensure they have access to the Veritext platform (while these depositions will be in-person at your offices, we anticipate sharing exhibits through the Veritext platform).

We also intend to depose the following witnesses in their individual capacities: Saloni Kishinchandani, Breta Bharucha, Hope Idaewor, Manas Mittal, and Lavi Aggarwal. Please let us know the locations of these witnesses and the dates on or after October 26 that they are available so we can proceed with scheduling.

Regarding 30(b)(6) time limits, we cannot agree to 10 hours total for all 30(b)(6) testimony, which is unreasonable given the complexity of the case and the fact there are at least seven designees. Pursuant to the Advisory Committee Notes on the 2000 Amendments for Rule 30, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition with a presumptive durational limit of one day of seven hours.

While there are still a few topics before the Court, we are willing to compromise and stipulate to thirty-five total hours of 30(b)(6) testimony. For the purpose of scheduling witnesses who will be deposed in both individual and 30(b)(6) capacities, we anticipate the following witnesses will need to be available to testify on two days: Abbey Stauffer, Saloni Kishinchandani, Breta Brarucha, and Danielle Sheridan. As with Mr. Wagner, we will attempt to cover the 30(b)(6) topic assigned to Kelsie Sausville on 10/15, provided Uber does not object to Ms. Sausville potentially testifying for an additional 2-3 hours after the conclusion of her individual deposition.

Given that we will be deposing Abbey Stauffer in her individual capacity on October 21, we request that you also make her available on October 22 for a 30(b)(6) deposition. Please confirm if this is possible no later than October 13 so that we may make travel arrangements.

Thanks,

Paul

**Paul Mezan**

Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:55 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Paul,

Would add on top of this that we really need to reach agreement on an hours limit for the 30b6 depositions. I think the Court would prefer that we do so, and we cannot proceed with the 30b6 deposition with no common understanding of what the rules are.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:47 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to provide an update on Uber's 30(b)(6) deponents. Changes and additions are listed in red.

| Witness | Topics |
|---|---|
| Danielle Sheridan | Topic 9 (as narrowed)<br>Topic 11<br>Topic 14 (Uber One) |
| Abbey Stauffer | Topic 7<br>Topic 8<br>Topic 10 (Uber One)<br>Topic 17 (as narrowed)<br>Topic 19 |
| Saloni Kishinchandani | Topic 4 (Uber One)<br>Topic 5<br>Topic 12 |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |
| Dana LaMendola | Topic 20 (as narrowed) |

Further, given the Court's order regarding Plaintiffs' request for 15 depositions, please provide us with the list of individuals you intend to depose next so that we can begin scheduling those depositions expeditiously

before the end of fact discovery.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

# Exhibit B

**From:** Gooch, Taylor
**To:** Wojcicki, Allison; Gringer, David; Warren, Brittany R.; Langan, Drew; Glassman, Mark; Mezan, Paul; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Girard, Margaret; Van Hoey, Gregory
**Cc:** Mundel, Benjamin; Scheper, Abby; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions
**Date:** Wednesday, October 14, 2026 7:40:07 PM
**Attachments:** image001.jpg

**EXTERNAL EMAIL - Use caution with links and attachments.**

Allison, we are considering your request. So that we can better evaluate it, can you please explain its basis? We will respond promptly thereafter.

Taylor

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:40 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

**EXTERNAL SENDER**

David, the adjusted expert disclosure deadline was intended to account for the holidays. If you would prefer, we are amenable to an expert disclosure deadline of January 15, and a rebuttal disclosure deadline of March 2.

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 6:08 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel

<dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Allison,

You've extended the opening expert deadlines by significantly more than a month and dramatically decreased the time for expert rebuttal reports. Those are not "corresponding adjustment[s]" to the schedule. I assume that was intentional on your part and you'd like us to evaluate your proposal as written and not as described? If not, please let us know immediately.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:46 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Counsel,

We will get back to you shortly regarding your proposal to limit 30(b)(6) testimony.

Thank you for providing the availability of deposition witnesses. Please confirm the locations for the depositions of Dana LaMendola, Breta Bharucha, Manas Mittal, Saloni Kishinchandani, and Lavi Aggarwal. As previously stated, we anticipate that Breta Bharucha and Saloni Kishinchandani will both need to be available to testify for two days. Please let us know whether Saloni Kishinchandani is available October 29 and 30 and Breta Bharucha is available on November 4 and 5. We are not available to take the deposition of Dana LaMendola on October 20; please provide a date on or after October 26 on which Dana LaMendola is available.

In response to your email sent Monday, October 12 regarding extension of discovery, if you agree to a one-month extension of the fact discovery cut-off (with corresponding adjustments to other litigation deadlines), then we will not oppose your request to take trial depositions of consumers identified by Plaintiffs as trial witnesses during the pretrial disclosure process, and we will not oppose your request to take fifteen total fact-witness depositions (inclusive of consumer depositions). Below is a table showing the current litigation deadlines and our proposed updated deadlines. We reserve the right to oppose your requests if agreement on these matters cannot be reached.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | November 16, 2026 | December 16, 2026 |
| Expert disclosures | December 11, 2026 | February 2, 2027 |
| Rebuttal disclosures | February 2, 2027 | March 2, 2027 |
| Expert discovery cut-off | March 15, 2027 | April 15, 2027 |
| Dispositive motions | April 5, 2027 | May 5, 2027 |
| Responses to dispositive motions | April 26, 2027 | May 26, 2027 |
| Replies in support of dispositive motions | May 12, 2027 | June 10, 2027 |
| Dispositive motion hearing deadline | June 1, 2027 | July 1, 2027 |
| Motions in limine due | August 4, 2027 | September 3, 2027 |
| Motions in limine oppositions due | August 11, 2027 | September 10, 2027 |
| Pretrial conference statement due | August 20, 2027 | September 24, 2027 |
| Pretrial conference | August 27, 2027 | October 1, 2027 |
| Trial | September 20, 2027 | October 25, 2027 |

Please let us know Uber's position by tomorrow (10/15) at 2pm ET.

Best,
Allison

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission

600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 3:16 PM
**To:** Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We are following up on the remaining items in your email.

With respect to the aggregate Rule 30(b)(6) deposition time, Uber has carefully considered the FTC's proposal and remains of the view that a much lower aggregate limit is warranted given the significant overlap among the noticed topics, the FTC's ability to allocate its examination time across multiple designees as it sees fit, and the substantial fact discovery already being taken concerning many of the same underlying subjects. Nonetheless, in an effort to reach a compromise and avoid burdening the Court with this dispute, Uber is willing to increase its proposal to a total aggregate cap of **21 hours** of Rule 30(b)(6) testimony. As with the FTC's proposal, that total would be inclusive of any Rule 30(b)(6) examination of Alex Wagner and Kelsie Sausville. This is Uber's final proposal on an aggregate cap. Please note this is a compromise offer. If the parties do not reach agreement, Uber reserves the right to ask the court to enter a lower hours cap consistent with our earlier communications.

We also disagree with the FTC's characterization of Uber's obligations under Rule 30(b)(6). Uber's identification of particular designees reflects its good-faith effort to provide witnesses who are prepared to testify regarding the designated topics. Rule 30(b)(6), however, does not require a corporation to designate the witness that an opposing party deems "best qualified" on a given topic. Uber's obligation is to provide one or more witnesses who are adequately prepared to testify about information known or reasonably available to the company. Uber fully understands and intends to satisfy that obligation.

We remain available to discuss.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Tuesday, October 13, 2026 7:56 PM
**To:** Glassman, Mark <mglassman@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Mark – we confirm receipt of your email. We will get back to you shortly regarding your proposal to limit 30(b)(6) questioning to a total of 28 hours, including time spent questioning Alex Wagner and Kelsie Sausville.
Subject to reaching an agreement on an hours cap for 30(b)(6) testimony:

- Abbey Stauffer is available on October 22.
- Dana LaMendola is available on October 20 between 11:30am-3pm PT
- Saloni Kishinchandani is available on October 29
- Breta Bharucha is available on November 5
- Danielle Sheridan is available, in addition to November 5, on November 6 until 12:30pm ET

Otherwise, we will proceed with a single 30(b)(6) deposition of 7 hours. Note that in this case, Saloni Kishinchandani would still be available for her personal capacity deposition on October 29 and Breta Bharucha would still be available for her personal capacity deposition on November 5.

Further, as to the remaining deponents from your October 9 list:

- Manas Mittal is available on November 13
- Lavi Aggarwal is available on November 13

Thanks,
Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

**From:** Glassman, Mark <mglassman@ftc.gov>
**Sent:** Tuesday, October 13, 2026 4:15 PM

**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

Addressing your points below —

Uber has designated seven 30(b)(6) witnesses, following last week's addition of Dana LaMendola as a designee. While the FTC will work to be as efficient as possible (indeed, we expeditiously covered Alex Wagner's 30(b)(6) deposition at the end of his individual deposition), a total of 18 hours will not be sufficient to cover the topics identified. That said, in an effort to compromise, we are willing to limit our questioning to a total of 28 hours, and should the FTC subsequently determine that additional 30(b)(6) time were necessary, that would be subject to agreement of the parties on a case-by-case basis. We also agree that the 28 hour limit would be inclusive of 30(b)(6) time spent on Alex Wagner and Kelsie Sausville. Please let us know if this is agreeable to Uber.

As per our request last week, please confirm today Abbey Stauffer's availability on October 22 to address her 30(b)(6) topics so that we may finalize travel arrangements.

With regard to your request to increase Uber's total number of depositions to fifteen, we will get back to you shortly.

Finally, we have some concerns with Uber's stated position that if the FTC does not agree to its restrictive demands, Uber may refuse to make available the already-designated 30(b)(6) witnesses. The FTC interpreted Uber's identification of seven specific 30(b)(6) designees to mean that these individuals were best qualified to testify about each topic. Uber's suggestion that it may withdraw these designees at the eleventh hour and replace them with a single person to address all of the topics raises concern about whether Uber sufficiently appreciates its obligation to offer qualified and prepared 30(b)(6) designees. We encourage Uber to reconsider this aspect of its stated position and work toward an agreement.

Mark L. Glassman
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2826
Fax: (202) 326-3768
mglassman@ftc.gov

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Monday, October 12, 2026 2:30 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

First, we intend to take depositions of the two additional investigators that the States identified in their recent supplemental initial disclosures, Scott Riley (New Hampshire) and Nicole Raisbeck (Wisconsin). Please provide the witnesses' availability to be deposed in the latter half of October or early November. Relatedly, given that you have now raised your total number of depositions to fifteen, Uber would like to be afforded the same courtesy and requests that it also be afforded fifteen.

Second, your proposal of thirty-five total hours of 30(b)(6) testimony is a non-starter. We are prepared to offer 18 hours total for all 30(b)(6) testimony, given that we have designated multiple individuals to ensure that individuals with a high amount of expertise are available for each topic on which you have requested testimony. However, if you continue to insist on 35 hours, we can amend our approach to offer one single-day, seven-hour session, in which we have one witness prepared on all of the topics and available to answer your questions.

Please let us know which approach you prefer.

Lastly, regarding Ms. Sausville's deposition, Uber does not object to Ms. Sausville potentially testifying in her corporate capacity for an additional two hours after the conclusion of her individual deposition, but those hours will count against the total 30(b)(6) limit. However, we cannot proceed with further 30(b)(6) depositions without an agreement on the aggregate hours cap or confirmation Plaintiffs would propose to proceed with a single, 7-hour 30(b)(6) deposition.

Thank you,

Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to

postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, October 9, 2026 9:18 AM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Good morning,

Attached are deposition notices for Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan. Please confirm who from your side will be attending these depositions so we can ensure they have access to the Veritext platform (while these depositions will be in-person at your offices, we anticipate sharing exhibits through the Veritext platform).

We also intend to depose the following witnesses in their individual capacities: Saloni Kishinchandani, Breta Bharucha, Hope Idaewor, Manas Mittal, and Lavi Aggarwal. Please let us know the locations of these witnesses and the dates on or after October 26 that they are available so we can proceed with scheduling.

Regarding 30(b)(6) time limits, we cannot agree to 10 hours total for all 30(b)(6) testimony, which is unreasonable given the complexity of the case and the fact there are at least seven designees. Pursuant to the Advisory Committee Notes on the 2000 Amendments for Rule 30, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition with a presumptive durational limit of one day of seven hours.

While there are still a few topics before the Court, we are willing to compromise and stipulate to thirty-five total hours of 30(b)(6) testimony. For the purpose of scheduling witnesses who will be deposed in both individual and 30(b)(6) capacities, we anticipate the following witnesses will need to be available to testify on two days: Abbey Stauffer, Saloni Kishinchandani, Breta Brarucha, and Danielle Sheridan. As with Mr. Wagner, we will attempt to cover the 30(b)(6) topic assigned to Kelsie Sausville on 10/15, provided Uber does not object to Ms. Sausville potentially testifying for an additional 2-3 hours after the conclusion of her individual deposition.

Given that we will be deposing Abbey Stauffer in her individual capacity on October 21, we request that you also make her available on October 22 for a 30(b)(6) deposition. Please confirm if this is possible no

later than October 13 so that we may make travel arrangements.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:55 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Paul,

Would add on top of this that we really need to reach agreement on an hours limit for the 30b6 depositions. I think the Court would prefer that we do so, and we cannot proceed with the 30b6 deposition with no common understanding of what the rules are.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:47 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to provide an update on Uber's 30(b)(6) deponents. Changes and additions are listed in red.

| Witness | Topics |
|---|---|
| Danielle Sheridan | Topic 9 (as narrowed)<br>Topic 11<br>Topic 14 (Uber One) |
| Abbey Stauffer | Topic 7<br>Topic 8<br>Topic 10 (Uber One)<br>Topic 17 (as narrowed)<br>Topic 19 |
| Saloni Kishinchandani | Topic 4 (Uber One)<br>Topic 5<br>Topic 12 |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |
| Dana LaMendola | Topic 20 (as narrowed) |

Further, given the Court's order regarding Plaintiffs' request for 15 depositions, please provide us with the list of individuals you intend to depose next so that we can begin scheduling those depositions expeditiously before the end of fact discovery.

Best,

Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************************

# Exhibit C

**From:** Wojcicki, Allison
**To:** Gooch, Taylor; Gringer, David; Warren, Brittany R.; Langan, Drew; Glassman, Mark; Mezan, Paul; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Girard, Margaret; Van Hoey, Gregory
**Cc:** Mundel, Benjamin; Scheper, Abby; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions
**Date:** Thursday, October 15, 2026 12:36:16 PM
**Attachments:** image001.jpg

**EXTERNAL EMAIL - Use caution with links and attachments.**

Thanks Taylor. We believe a one month extension is warranted for a few reasons. First, both sides have issued discovery requests following depositions in light of information learned during the depositions, indicating similar follow up may be required as parties continue to take depositions. Second, Judge Hixson and Judge Tigar both have yet to rule on certain issues which, depending on their decisions, may require a minimum of 30 days during fact discovery in which to follow up. Relatedly, experts may need additional time to consider documents produced in discovery follow up. Also, as demonstrated by the situation with Ms. Idaewor, we anticipate that scheduling the remaining depositions may be more difficult than anticipated.

Best,
Allison

---

**From:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 7:40 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Allison, we are considering your request. So that we can better evaluate it, can you please explain its basis? We will respond promptly thereafter.

Taylor

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:40 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay

<lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

David, the adjusted expert disclosure deadline was intended to account for the holidays. If you would prefer, we are amenable to an expert disclosure deadline of January 15, and a rebuttal disclosure deadline of March 2.

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 6:08 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Allison,

You've extended the opening expert deadlines by significantly more than a month and dramatically decreased the time for expert rebuttal reports. Those are not "corresponding adjustment[s]" to the schedule. I assume that was intentional on your part and you'd like us to evaluate your proposal as written and not as described? If not, please let us know immediately.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:46 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Counsel,

We will get back to you shortly regarding your proposal to limit 30(b)(6) testimony.

Thank you for providing the availability of deposition witnesses. Please confirm the locations for the depositions of Dana LaMendola, Breta Bharucha, Manas Mittal, Saloni Kishinchandani, and Lavi Aggarwal. As previously stated, we anticipate that Breta Bharucha and Saloni Kishinchandani will both need to be available to testify for two days. Please let us know whether Saloni Kishinchandani is available October 29 and 30 and Breta Bharucha is available on November 4 and 5. We are not available to take the deposition of Dana LaMendola on October 20; please provide a date on or after October 26 on which Dana LaMendola is available.

In response to your email sent Monday, October 12 regarding extension of discovery, if you agree to a one-

month extension of the fact discovery cut-off (with corresponding adjustments to other litigation deadlines), then we will not oppose your request to take trial depositions of consumers identified by Plaintiffs as trial witnesses during the pretrial disclosure process, and we will not oppose your request to take fifteen total fact-witness depositions (inclusive of consumer depositions). Below is a table showing the current litigation deadlines and our proposed updated deadlines. We reserve the right to oppose your requests if agreement on these matters cannot be reached.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | November 16, 2026 | December 16, 2026 |
| Expert disclosures | December 11, 2026 | February 2, 2027 |
| Rebuttal disclosures | February 2, 2027 | March 2, 2027 |
| Expert discovery cut-off | March 15, 2027 | April 15, 2027 |
| Dispositive motions | April 5, 2027 | May 5, 2027 |
| Responses to dispositive motions | April 26, 2027 | May 26, 2027 |
| Replies in support of dispositive motions | May 12, 2027 | June 10, 2027 |
| Dispositive motion hearing deadline | June 1, 2027 | July 1, 2027 |
| Motions in limine due | August 4, 2027 | September 3, 2027 |
| Motions in limine oppositions due | August 11, 2027 | September 10, 2027 |
| Pretrial conference statement due | August 20, 2027 | September 24, 2027 |
| Pretrial conference | August 27, 2027 | October 1, 2027 |
| Trial | September 20, 2027 | October 25, 2027 |

Please let us know Uber's position by tomorrow (10/15) at 2pm ET.

Best,
Allison

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 3:16 PM
**To:** Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>

**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We are following up on the remaining items in your email.

With respect to the aggregate Rule 30(b)(6) deposition time, Uber has carefully considered the FTC's proposal and remains of the view that a much lower aggregate limit is warranted given the significant overlap among the noticed topics, the FTC's ability to allocate its examination time across multiple designees as it sees fit, and the substantial fact discovery already being taken concerning many of the same underlying subjects. Nonetheless, in an effort to reach a compromise and avoid burdening the Court with this dispute, Uber is willing to increase its proposal to a total aggregate cap of **21 hours** of Rule 30(b)(6) testimony. As with the FTC's proposal, that total would be inclusive of any Rule 30(b)(6) examination of Alex Wagner and Kelsie Sausville. This is Uber's final proposal on an aggregate cap. Please note this is a compromise offer. If the parties do not reach agreement, Uber reserves the right to ask the court to enter a lower hours cap consistent with our earlier communications.

We also disagree with the FTC's characterization of Uber's obligations under Rule 30(b)(6). Uber's identification of particular designees reflects its good-faith effort to provide witnesses who are prepared to testify regarding the designated topics. Rule 30(b)(6), however, does not require a corporation to designate the witness that an opposing party deems "best qualified" on a given topic. Uber's obligation is to provide one or more witnesses who are adequately prepared to testify about information known or reasonably available to the company. Uber fully understands and intends to satisfy that obligation.

We remain available to discuss.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Tuesday, October 13, 2026 7:56 PM
**To:** Glassman, Mark <mglassman@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>

**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Mark – we confirm receipt of your email. We will get back to you shortly regarding your proposal to limit 30(b)(6) questioning to a total of 28 hours, including time spent questioning Alex Wagner and Kelsie Sausville.
Subject to reaching an agreement on an hours cap for 30(b)(6) testimony:

- Abbey Stauffer is available on October 22.
- Dana LaMendola is available on October 20 between 11:30am-3pm PT
- Saloni Kishinchandani is available on October 29
- Breta Bharucha is available on November 5
- Danielle Sheridan is available, in addition to November 5, on November 6 until 12:30pm ET

Otherwise, we will proceed with a single 30(b)(6) deposition of 7 hours. Note that in this case, Saloni Kishinchandani would still be available for her personal capacity deposition on October 29 and Breta Bharucha would still be available for her personal capacity deposition on November 5.

Further, as to the remaining deponents from your October 9 list:

- Manas Mittal is available on November 13
- Lavi Aggarwal is available on November 13

Thanks,
Drew
**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Glassman, Mark <mglassman@ftc.gov>
**Sent:** Tuesday, October 13, 2026 4:15 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>;

Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

Addressing your points below —

Uber has designated seven 30(b)(6) witnesses, following last week's addition of Dana LaMendola as a designee. While the FTC will work to be as efficient as possible (indeed, we expeditiously covered Alex Wagner's 30(b)(6) deposition at the end of his individual deposition), a total of 18 hours will not be sufficient to cover the topics identified. That said, in an effort to compromise, we are willing to limit our questioning to a total of 28 hours, and should the FTC subsequently determine that additional 30(b)(6) time were necessary, that would be subject to agreement of the parties on a case-by-case basis. We also agree that the 28 hour limit would be inclusive of 30(b)(6) time spent on Alex Wagner and Kelsie Sausville. Please let us know if this is agreeable to Uber.

As per our request last week, please confirm today Abbey Stauffer's availability on October 22 to address her 30(b)(6) topics so that we may finalize travel arrangements.

With regard to your request to increase Uber's total number of depositions to fifteen, we will get back to you shortly.

Finally, we have some concerns with Uber's stated position that if the FTC does not agree to its restrictive demands, Uber may refuse to make available the already-designated 30(b)(6) witnesses. The FTC interpreted Uber's identification of seven specific 30(b)(6) designees to mean that these individuals were best qualified to testify about each topic. Uber's suggestion that it may withdraw these designees at the eleventh hour and replace them with a single person to address all of the topics raises concern about whether Uber sufficiently appreciates its obligation to offer qualified and prepared 30(b)(6) designees. We encourage Uber to reconsider this aspect of its stated position and work toward an agreement.

Mark L. Glassman
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2826
Fax: (202) 326-3768
mglassman@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Monday, October 12, 2026 2:30 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact

<pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

First, we intend to take depositions of the two additional investigators that the States identified in their recent supplemental initial disclosures, Scott Riley (New Hampshire) and Nicole Raisbeck (Wisconsin). Please provide the witnesses' availability to be deposed in the latter half of October or early November. Relatedly, given that you have now raised your total number of depositions to fifteen, Uber would like to be afforded the same courtesy and requests that it also be afforded fifteen.

Second, your proposal of thirty-five total hours of 30(b)(6) testimony is a non-starter. We are prepared to offer 18 hours total for all 30(b)(6) testimony, given that we have designated multiple individuals to ensure that individuals with a high amount of expertise are available for each topic on which you have requested testimony. However, if you continue to insist on 35 hours, we can amend our approach to offer one single-day, seven-hour session, in which we have one witness prepared on all of the topics and available to answer your questions.

Please let us know which approach you prefer.

Lastly, regarding Ms. Sausville's deposition, Uber does not object to Ms. Sausville potentially testifying in her corporate capacity for an additional two hours after the conclusion of her individual deposition, but those hours will count against the total 30(b)(6) limit. However, we cannot proceed with further 30(b)(6) depositions without an agreement on the aggregate hours cap or confirmation Plaintiffs would propose to proceed with a single, 7-hour 30(b)(6) deposition.

Thank you,

Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, October 9, 2026 9:18 AM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Good morning,

Attached are deposition notices for Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan. Please confirm who from your side will be attending these depositions so we can ensure they have access to the Veritext platform (while these depositions will be in-person at your offices, we anticipate sharing exhibits through the Veritext platform).

We also intend to depose the following witnesses in their individual capacities: Saloni Kishinchandani, Breta Bharucha, Hope Idaewor, Manas Mittal, and Lavi Aggarwal. Please let us know the locations of these witnesses and the dates on or after October 26 that they are available so we can proceed with scheduling.

Regarding 30(b)(6) time limits, we cannot agree to 10 hours total for all 30(b)(6) testimony, which is unreasonable given the complexity of the case and the fact there are at least seven designees. Pursuant to the Advisory Committee Notes on the 2000 Amendments for Rule 30, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition with a presumptive durational limit of one day of seven hours.

While there are still a few topics before the Court, we are willing to compromise and stipulate to thirty-five total hours of 30(b)(6) testimony. For the purpose of scheduling witnesses who will be deposed in both individual and 30(b)(6) capacities, we anticipate the following witnesses will need to be available to testify on two days: Abbey Stauffer, Saloni Kishinchandani, Breta Brarucha, and Danielle Sheridan. As with Mr. Wagner, we will attempt to cover the 30(b)(6) topic assigned to Kelsie Sausville on 10/15, provided Uber does not object to Ms. Sausville potentially testifying for an additional 2-3 hours after the conclusion of her individual deposition.

Given that we will be deposing Abbey Stauffer in her individual capacity on October 21, we request that you also make her available on October 22 for a 30(b)(6) deposition. Please confirm if this is possible no later than October 13 so that we may make travel arrangements.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:55 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Paul,

Would add on top of this that we really need to reach agreement on an hours limit for the 30b6 depositions. I think the Court would prefer that we do so, and we cannot proceed with the 30b6 deposition with no common understanding of what the rules are.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:47 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to provide an update on Uber's 30(b)(6) deponents. Changes and additions are listed in red.

| **Witness** | **Topics** |
|---|---|
| Danielle Sheridan | Topic 9 (as narrowed)<br>Topic 11<br>Topic 14 (Uber One) |
| Abbey Stauffer | Topic 7<br>Topic 8<br>Topic 10 (Uber One)<br>Topic 17 (as narrowed)<br>Topic 19 |
| Saloni Kishinchandani | Topic 4 (Uber One)<br>Topic 5<br>Topic 12 |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |
| Dana LaMendola | Topic 20 (as narrowed) |

Further, given the Court's order regarding Plaintiffs' request for 15 depositions, please provide us with the list of individuals you intend to depose next so that we can begin scheduling those depositions expeditiously

before the end of fact discovery.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

*********************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
*********************************************************************************************

# Exhibit D

**From:** Langan, Drew
**To:** Mezan, Paul; Wojcicki, Allison; Doty, James; Liebner, Stephanie; Roy, Patrick; Ziperman, Philip; Riley, Luke; Dean, Michael; Tubbs, Jessica; Barton, Lindsay
**Cc:** Mundel, Benjamin; Freeman, Lauren; Shaverdian, Phillip; Scheper, Abby; Goldman, Lily; Gringer, David; Mehta, Sonal; Wenzel, Marissa M.; Gooch, Taylor; Warren, Brittany R.; WH Uber One Service List
**Subject:** FTC et al. v. Uber et al. - Information Regarding Hyperlinked Documents and Technical Issues
**Date:** Friday, August 14, 2026 7:57:01 PM
**Attachments:** image001.png

Counsel,

We write to follow up on your previous questions regarding (a) hyperlinked materials in documents that Uber previously produced; and (b) documents that appear to have technical issues.

## Hyperlinked Materials

**FTC's Question:** We have identified a significant number of hyperlinks that link to relevant materials. Pursuant to Section 9(e) of our ESI agreement, can you please identify the Bates numbers of the hyperlinked materials in the attached document? If Uber has not produced any of these hyperlinked materials, we request that it do so as soon as possible and that it produce the version of the document as it existed at the time that hyperlink was created or distributed. As the FTC's review of Uber's productions is ongoing, we reserve the right to identify additional hyperlinked materials and request their production.

**Response:** Uber's twenty-sixth production volume, delivered today, includes additional documents that correspond to the hyperlinks identified by the FTC. The following chart identifies by Bates number the documents the FTC requested:

| Bates Number | Hyperlink Label | Hyperlink Bates Number |
|---|---|---|
| UBER-FTCU1-00027527 | Churn survey results | UBER-FTCU1-01410296 |
| UBER-FTCU1-00027900 | 3.4M Uber One members, ~3$ per month | UBER-FTCU1-01410306 |
| UBER-FTCU1-00027527 | Eats Pass Churn Survey | UBER-FTCU1-01410127 |
| UBER-FTCU1-00027527 | [Internal] Churned Uber Eats Pass users report | UBER-FTCU1-01410198 |
| UBER-FTCU1-00025599 | Member Savings Interview Script | UBER-FTCU1-01409972 |
| UBER-FTCU1-00027829 | CP: Member Savings Wrapper | UBER-FTCU1-01410030 |
| UBER-FTCU1-00027898 | Membership Benefits: Research Questions | UBER-FTCU1-01410027 |
| UBER-FTCU1- | Membership: Uber One Post-Launch Prioritization | UBER-FTCU1- |

| | | |
|---|---|---|
| 00028151 | | 00048241 |
| UBER-FTCU1-00028383 | [PRD] Memberships – Uber One Migrations | UBER-FTCU1-00431699 |
| UBER-FTCU1-00101216 | Membership Savings: Calculation Inputs | UBER-FTCU1-00002120 |
| UBER-FTCU1-00028724 | Membership Savings: Calculation Inputs | UBER-FTCU1-00002120 |
| UBER-FTCU1-00029054 | Mini PRD: Storefront Promos/Savings Banner | UBER-FTCU1-01409986 |
| UBER-FTCU1-00029289 | Uber One Cashback Transition US SOT | UBER-FTCU1-01410222 |
| UBER-FTCU1-00029316 | Member Only Promos: Update filter to member-only savings | UBER-FTCU1-01410062 |
| UBER-FTCU1-00029549 | 'No Fees' Promotion Type PRD | UBER-FTCU1-01410026 |
| UBER-FTCU1-00029781 | Membership savings in transaction CSV | UBER-FTCU1-01410290 |
| UBER-FTCU1-00030233 | Members_service_fee_barbell_international_xp | UBER-FTCU1-01410064 |
| UBER-FTCU1-00030917 | [PRD] Membership – In-App Auto Refund Functionality in the Cancellation Flow | UBER-FTCU1-01410005 |
| UBER-FTCU1-00030917 | [Abstract] Partial refund for Churn Incentive within 24h | UBER-FTCU1-01410087 |
| UBER-FTCU1-00031544 | Uber One x BofA Redemption and Cancellation | UBER-FTCU1-01410276 |
| UBER-FTCU1-00031676 | Value Prop Research | UBER-FTCU1-00232447 |
| UBER-FTCU1-00031775 | [1-Pager PRD] Cancellation Flow Features in Customer Support (Bliss) | UBER-FTCU1-01409978 |
| UBER-FTCU1-00033545 | Savings Reinforcement during Cancellation | UBER-FTCU1-00002421 |
| UBER-FTCU1-00033714 | [PRD] Spender Membership v1 | UBER-FTCU1-00437069 |
| UBER-FTCU1-00033752 | [CXA-11388] Uber One Membership Support Contacts [WIP] | UBER-FTCU1-01410063 |
| UBER-FTCU1-00350328 | Investigation of Uber One membership cancellation issue | UBER-FTCU1-01410080 |
| UBER-FTCU1-00035338 | RestoX and its impact on Membership retention | UBER-FTCU1-01409923 |
| UBER-FTCU1-00036077 | What would going "all-in" on Membership entail? | UBER-FTCU1-01410216 |
| UBER-FTCU1-00038587 | Membership QBR | UBER-FTCU1-01409958 |
| UBER-FTCU1- | Uber One Annual Refund Policy Change | UBER-FTCU1- |

| | | |
|---|---|---|
| 00038591 | | 00435654 |
| UBER-FTCU1-00052393 | Members Savings & Milestones UXR Plan | UBER-FTCU1-00025599 |
| UBER-FTCU1-00053847 | [UXR Findings] Uber One Early Retention & Member Mindsets | UBER-FTCU1-00026635 |
| UBER-FTCU1-00055108 | Membership Cancellation Flow – Restructuring | UBER-FTCU1-00002466 |
| UBER-FTCU1-00055582 | Membership: Transparency Features – Cancellation | UBER-FTCU1-00007359 |
| UBER-FTCU1-00022358 | PRD | UBER-FTCU1-00025034 |
| UBER-FTCU1-00022368 | personalized savings | UBER-FTCU1-00002139 |
| UBER-FTCU1-00022368 | XP | UBER-FTCU1-01410101 |
| UBER-FTCU1-00022368 | XP | UBER-FTCU1-00002139 |
| UBER-FTCU1-00022368 | source | UBER-FTCU1-00223532 |
| UBER-FTCU1-00022369 | Pipeline PRD | UBER-FTCU1-01409959 |
| UBER-FTCU1-00022391 | source | UBER-FTCU1-01410092 |
| UBER-FTCU1-00000780 | Global Nov 2023 | UBER-FTCU1-01410061 |
| UBER-FTCU1-00000796 | here | UBER-FTCU1-01409957 |
| UBER-FTCU1-00000844 | Membership Annual Retention Rate - US | UBER-FTCU1-01410096 |
| UBER-FTCU1-00022306 | approach doc | UBER-FTCU1-00002138 |
| UBER-FTCU1-00109739 | spreadsheet | UBER-FTCU1-01410289 |
| UBER-FTCU1-00022391 | XP link | UBER-FTCU1-01410302 |
| UBER-FTCU1-00022391 | savings module | UBER-FTCU1-01410302 |
| UBER-FTCU1-00022391 | sell_page_savings_module | UBER-FTCU1-01410302 |
| UBER-FTCU1-00022398 | Sell Page XP | UBER-FTCU1-01410298 |
| UBER-FTCU1-00022398 | Lite Opt in XP | UBER-FTCU1-01410298 |
| UBER-FTCU1- | query | UBER-FTCU1- |

| | | |
|---|---|---|
| 00022306 | | 00099301 |

We have not produced documents that correspond to the following requested hyperlinks because the linked documents are subject to the attorney-client privilege and/or work product protections:

- UBER-FTCU1-00029730, "Membership: Rides Request Blocker"
- UBER-FTCU1-00034255, "here"
- UBER-FTCU1-00034256, "Uber One Savings Claim – Q2 Review"

<u>**Technical Issue Documents**</u>

**FTC's Question:** We have identified a significant number of materials that appear to be cutoff or missing important images. Examples include: UBER-FTCU1-00028260, UBER-FTCU1-00028620, UBER-FTCU1-00029035, UBER-FTCU1-00029173, UBER-FTCU1-00029550, UBER-FTCU1-00031719, UBER-FTCU1-00031828. Can you please produce complete versions of these materials? Can you also explain why these technical issues occurred so we can attempt to address the issues more broadly?

**Response:** Our review of these documents and their native files confirmed these documents were collected and processed correctly, and the files that were produced contain the full email body, metadata, and any true attachments. These messages contain links to images hosted on Google's servers, rather than images embedded within the email files themselves. In other words, the native email files contain the text and a URL reference to the image, not the image itself. Relativity can only render images that are embedded in the email file or available through a public, unauthenticated link. The messages referenced here meet neither condition.

We recollected each of the referenced emails and confirmed that no processing error had occurred and that the images in these files could not be reproduced. The previously produced files are the complete versions.

Best,

Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
+1 202 736 8191
dlangan@sidley.com
www.sidley.com

**SIDLEY**

# Exhibit E

| | |
|---|---|
| **From:** | Girard, Margaret |
| **To:** | Warren, Brittany R.; Mundel, Benjamin; Freeman, Lauren; Bragg, Tayler G.; Scheper, Abby; Langan, Drew; Gringer, David; Mehta, Sonal; WH Uber One Service List; Mehta, Sonal; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren; Gooch, Taylor |
| **Cc:** | Mezan, Paul; Liebner, Stephanie; Roy, Patrick; Wojcicki, Allison; Glassman, Mark; Hanks, Daniel; Van Hoey, Gregory; Doty, James; LRiley@oag.maryland.gov; Michael.Dean@AlabamaAG.gov; PhilZiperman-contact; Barton, Lindsay |
| **Subject:** | RE: FTC et al. v. Uber et al. - Information Regarding Hyperlinked Documents and Technical Issues |
| **Date:** | Friday, October 16, 2026 4:49:16 PM |
| **Attachments:** | image001.png<br>2026.10.16 Missing Hyperlinked Materials.pdf<br>2026.10.16 Technical Issues.pdf<br>2026.10.16 Redacted Documents Requiring Further Review.pdf |

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

We write with additional questions concerning Uber's discovery productions. Please let us know if you would like to meet and confer regarding any of the below requests. Otherwise, we would appreciate a response by next Friday, October 23, at 3 pm ET.

1. **Hyperlinked Materials.** We have identified additional hyperlinks to relevant materials in Uber's productions, listed in the attached document. Pursuant to Section 9(e) of our ESI agreement, please identify the Bates numbers of the hyperlinked materials. If Uber has not yet produced any of these hyperlinked materials, please produce the version of the document as it existed at the time that hyperlink was created or distributed as soon as possible. As the FTC's review of Uber's productions is ongoing, we reserve the right to identify additional hyperlinked materials and request their production.

2. **Technical Issues.** We have also identified technical issues with a number of Uber's produced documents, described in the attached list. Please re-produce these documents in their entirety. Pursuant to Section 7(b) of our ESI Agreement, please produce native versions of documents that cannot be shown in their entirety when converted to image format.

3. **Privilege Redactions.** We also request that Uber review all redactions in the third attached list and provide further justification for the redactions in each identified document. We believe that many of the redactions are erroneous. For example, in UBER-FTCU1-00002139, redactions at -2005 block text describing risks identified as part of a general product rollout in Uber's ordinary course of business. There is no indication that the redacted text was written by an attorney who was asked to provide legal advice. UBER-FTCU1-00099168, as another example, has redactions at -99179 that appear to block text about the general purpose of a particular project, and again, there is no indication that this text was written by an attorney or solicited legal advice. Redactions in UBER-FTCU1-

00427141 at -427191 appear to block text written by a non-attorney Uber employee describing her own conclusions and views, with no indication that the redacted text communicated or solicited legal advice from an attorney. UBER-FTCU1-00002572 has large blocks of "PII" redactions at -2585 and -2587; if PII is the basis for withholding then only the specific identifying information should be redacted.

Best,

**Margaret Girard**
Division of Financial Practices
Bureau of Consumer Protection
U.S. Federal Trade Commission
mgirard@ftc.gov
(202) 701-8570

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Friday, August 14, 2026 7:57 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Tubbs, Jessica <jessica.tubbs@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Gringer, David <david.gringer@wilmerhale.com>; Mehta, Sonal <sonal.mehta@wilmerhale.com>; Wenzel, Marissa M. <marissa.wenzel@wilmerhale.com>; Gooch, Taylor <taylor.gooch@wilmerhale.com>; Warren, Brittany R. <brittany.warren@wilmerhale.com>; WH Uber One Service List <whuberoneservicelist@wilmerhale.com>
**Subject:** FTC et al. v. Uber et al. - Information Regarding Hyperlinked Documents and Technical Issues

Counsel,

We write to follow up on your previous questions regarding (a) hyperlinked materials in documents that Uber previously produced; and (b) documents that appear to have technical issues.

**Hyperlinked Materials**

**FTC's Question:** We have identified a significant number of hyperlinks that link to relevant materials. Pursuant to Section 9(e) of our ESI agreement, can you please identify the Bates numbers of the hyperlinked materials in the attached document? If Uber has not produced any of these hyperlinked materials, we request that it do so as soon as possible and that it produce the version of the document as it existed at the time that hyperlink was created or distributed. As the

FTC's review of Uber's productions is ongoing, we reserve the right to identify additional hyperlinked materials and request their production.

**Response:** Uber's twenty-sixth production volume, delivered today, includes additional documents that correspond to the hyperlinks identified by the FTC. The following chart identifies by Bates number the documents the FTC requested:

| Bates Number | Hyperlink Label | Hyperlink Bates Number |
|---|---|---|
| UBER-FTCU1-00027527 | Churn survey results | UBER-FTCU1-01410296 |
| UBER-FTCU1-00027900 | 3.4M Uber One members, ~3$ per month | UBER-FTCU1-01410306 |
| UBER-FTCU1-00027527 | Eats Pass Churn Survey | UBER-FTCU1-01410127 |
| UBER-FTCU1-00027527 | [Internal] Churned Uber Eats Pass users report | UBER-FTCU1-01410198 |
| UBER-FTCU1-00025599 | Member Savings Interview Script | UBER-FTCU1-01409972 |
| UBER-FTCU1-00027829 | CP: Member Savings Wrapper | UBER-FTCU1-01410030 |
| UBER-FTCU1-00027898 | Membership Benefits: Research Questions | UBER-FTCU1-01410027 |
| UBER-FTCU1-00028151 | Membership: Uber One Post-Launch Prioritization | UBER-FTCU1-00048241 |
| UBER-FTCU1-00028383 | [PRD] Memberships – Uber One Migrations | UBER-FTCU1-00431699 |
| UBER-FTCU1-00101216 | Membership Savings: Calculation Inputs | UBER-FTCU1-00002120 |
| UBER-FTCU1-00028724 | Membership Savings: Calculation Inputs | UBER-FTCU1-00002120 |
| UBER-FTCU1-00029054 | Mini PRD: Storefront Promos/Savings Banner | UBER-FTCU1-01409986 |
| UBER-FTCU1-00029289 | Uber One Cashback Transition US SOT | UBER-FTCU1-01410222 |
| UBER-FTCU1-00029316 | Member Only Promos: Update filter to member-only savings | UBER-FTCU1-01410062 |
| UBER-FTCU1-00029549 | 'No Fees' Promotion Type PRD | UBER-FTCU1-01410026 |
| UBER-FTCU1-00029781 | Membership savings in transaction CSV | UBER-FTCU1-01410290 |
| UBER-FTCU1-00030233 | Members_service_fee_barbell_international_xp | UBER-FTCU1-01410064 |

| | | |
|---|---|---|
| UBER-FTCU1-00030917 | [PRD] Membership – In-App Auto Refund Functionality in the Cancellation Flow | UBER-FTCU1-01410005 |
| UBER-FTCU1-00030917 | [Abstract] Partial refund for Churn Incentive within 24h | UBER-FTCU1-01410087 |
| UBER-FTCU1-00031544 | Uber One x BofA Redemption and Cancellation | UBER-FTCU1-01410276 |
| UBER-FTCU1-00031676 | Value Prop Research | UBER-FTCU1-00232447 |
| UBER-FTCU1-00031775 | [1-Pager PRD] Cancellation Flow Features in Customer Support (Bliss) | UBER-FTCU1-01409978 |
| UBER-FTCU1-00033545 | Savings Reinforcement during Cancellation | UBER-FTCU1-00002421 |
| UBER-FTCU1-00033714 | [PRD] Spender Membership v1 | UBER-FTCU1-00437069 |
| UBER-FTCU1-00033752 | [CXA-11388] Uber One Membership Support Contacts [WIP] | UBER-FTCU1-01410063 |
| UBER-FTCU1-00350328 | Investigation of Uber One membership cancellation issue | UBER-FTCU1-01410080 |
| UBER-FTCU1-00035338 | RestoX and its impact on Membership retention | UBER-FTCU1-01409923 |
| UBER-FTCU1-00036077 | What would going "all-in" on Membership entail? | UBER-FTCU1-01410216 |
| UBER-FTCU1-00038587 | Membership QBR | UBER-FTCU1-01409958 |
| UBER-FTCU1-00038591 | Uber One Annual Refund Policy Change | UBER-FTCU1-00435654 |
| UBER-FTCU1-00052393 | Members Savings & Milestones UXR Plan | UBER-FTCU1-00025599 |
| UBER-FTCU1-00053847 | [UXR Findings] Uber One Early Retention & Member Mindsets | UBER-FTCU1-00026635 |
| UBER-FTCU1-00055108 | Membership Cancellation Flow – Restructuring | UBER-FTCU1-00002466 |
| UBER-FTCU1-00055582 | Membership: Transparency Features – Cancellation | UBER-FTCU1-00007359 |
| UBER-FTCU1-00022358 | PRD | UBER-FTCU1-00025034 |
| UBER-FTCU1-00022368 | personalized savings | UBER-FTCU1-00002139 |
| UBER-FTCU1-00022368 | XP | UBER-FTCU1-01410101 |
| UBER-FTCU1-00022368 | XP | UBER-FTCU1-00002139 |
| UBER-FTCU1-00022368 | source | UBER-FTCU1-00223532 |

| | | |
|---|---|---|
| UBER-FTCU1-00022369 | Pipeline PRD | UBER-FTCU1-01409959 |
| UBER-FTCU1-00022391 | source | UBER-FTCU1-01410092 |
| UBER-FTCU1-00000780 | Global Nov 2023 | UBER-FTCU1-01410061 |
| UBER-FTCU1-00000796 | here | UBER-FTCU1-01409957 |
| UBER-FTCU1-00000844 | Membership Annual Retention Rate - US | UBER-FTCU1-01410096 |
| UBER-FTCU1-00022306 | approach doc | UBER-FTCU1-00002138 |
| UBER-FTCU1-00109739 | spreadsheet | UBER-FTCU1-01410289 |
| UBER-FTCU1-00022391 | XP link | UBER-FTCU1-01410302 |
| UBER-FTCU1-00022391 | savings module | UBER-FTCU1-01410302 |
| UBER-FTCU1-00022391 | sell_page_savings_module | UBER-FTCU1-01410302 |
| UBER-FTCU1-00022398 | Sell Page XP | UBER-FTCU1-01410298 |
| UBER-FTCU1-00022398 | Lite Opt in XP | UBER-FTCU1-01410298 |
| UBER-FTCU1-00022306 | query | UBER-FTCU1-00099301 |

We have not produced documents that correspond to the following requested hyperlinks because the linked documents are subject to the attorney-client privilege and/or work product protections:

- UBER-FTCU1-00029730, "Membership: Rides Request Blocker"
- UBER-FTCU1-00034255, "here"
- UBER-FTCU1-00034256, "Uber One Savings Claim – Q2 Review"

**Technical Issue Documents**

**FTC's Question:** We have identified a significant number of materials that appear to be cutoff or missing important images. Examples include: UBER-FTCU1-00028260, UBER-FTCU1-00028620, UBER-FTCU1-00029035, UBER-FTCU1-00029173, UBER-FTCU1-00029550, UBER-FTCU1-00031719, UBER-FTCU1-00031828. Can you please produce complete versions of these materials? Can you also explain why these technical issues occurred so we can attempt to address the issues more broadly?

**Response:** Our review of these documents and their native files confirmed these documents were collected and processed correctly, and the files that were produced contain the full email body, metadata, and any true attachments. These messages contain links to images hosted on Google's servers, rather than images embedded within the email files themselves. In other words, the native email files contain the text and a URL reference to the image, not the image itself. Relativity can only render images that are embedded in the email file or available through a public, unauthenticated link. The messages referenced here meet neither condition.

We recollected each of the referenced emails and confirmed that no processing error had occurred and that the images in these files could not be reproduced. The previously produced files are the complete versions.

Best,

Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
+1 202 736 8191
dlangan@sidley.com
www.sidley.com
**SIDLEY**

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************************

# Exhibit F

**From:** Mezan, Paul
**To:** Warren, Brittany R.; Liebner, Stephanie; Bragg, Tayler G.; Freeman, Lauren; Abutaleb, Sarah; Gooch, Taylor; Doty, James; Roy, Patrick; Wojcicki, Allison; Saltzman, Adam; Riley, Luke; Dean, Michael; Barton, Lindsay; Ziperman, Philip; Hanks, Daniel; Girard, Margaret
**Cc:** Mundel, Benjamin; Scheper, Abby; Gringer, David; Mehta, Sonal; WH Uber One Service List
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Schedule and Discovery
**Date:** Monday, July 27, 2026 6:13:28 PM
**Attachments:** 2027.07.27 Missing Hyperlinked Materials.pdf
Exhibit D.pdf

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

Given, *inter alia*, Uber's production of roughly 105,000 custodial documents on July 13 and its forthcoming supplemental responses due by August 14, Plaintiffs intend to request a two-month extension of the Court's litigation deadlines. Below is a table showing the current deadlines and those we plan to propose. Please let us know Uber's position by Wednesday (7/29) at 12pm ET.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | September 14, 2026 | November 16, 2026 |
| Expert disclosures | October 9, 2026 | December 11, 2026 |
| Rebuttal disclosures | December 2, 2026 | February 2, 2027 |
| Expert discovery cut-off | January 15, 2027 | March 15, 2027 |
| Dispositive motions | February 5, 2027 | April 5, 2027 |
| Responses to dispositive motions | February 26, 2027 | April 26, 2027 |
| Replies in support of dispositive motions | March 12, 2027 | May 12, 2027 |
| Dispositive motion hearing deadline | April 1, 2027 | June 1, 2027 |
| Motions in limine due | June 4, 2027 | August 4, 2027 |
| Motion in limine oppositions due | June 11, 2027 | August 11, 2027 |
| Pretrial conference statement due | June 18, 2027 | August 18, 2027 |
| Pretrial conference | June 25, 2027 | August 25, 2027 |
| Trial | July 19, 2027 | September 20, 2027 |

In addition, below are questions concerning Uber's discovery productions. If you would like to meet to discuss any of them, please let us know. Otherwise, we would appreciate it if you responded by Wednesday (7/29) at 12pm ET.

1. **Non-Responsive Documents from Uber's Initial Seed Set**. We reviewed the sample of documents marked non-responsive in Uber's initial seed set. It appears that the following documents were incorrectly marked non-responsive: CTRL-0000274445, CTRL-0000480411, ECA-CTRL-0000363144, ECA-CTRL-0000779678.0001, ECA-CTRL-0001458936, ECAD-CTRL-0000239952. Can you please explain why these documents were marked non-responsive?

2. **Hyperlinked Documents**. We have identified a significant number of hyperlinks that link to relevant materials. Pursuant to Section 9(e) of our ESI agreement, can you please identify the Bates numbers of the hyperlinked materials in the attached document? If Uber has not produced any of these hyperlinked materials, we request that it do so as soon as possible and that it produce the version of the document as it existed at the time that hyperlink was created or distributed. As the FTC's review of Uber's productions is ongoing, we reserve the right to identify additional hyperlinked materials and request their production.

3. **Dissemination Schedules**. Pursuant to RFP 28, we are requesting that Uber provide dissemination schedules (including the dates and times of dissemination, the number of disseminations, and the media used) for the advertisements the FTC has identified as relevant to the case (see Exhibit D to 7/17/2026 Status Report, which is reattached to this email). The FTC reserves the right to request dissemination schedules for additional advertisements.

4. **Technical Issues**. We have identified a significant number of materials that appear to be cutoff or missing important images. Examples include: UBER-FTCU1-00028260, UBER-FTCU1-00028620, UBER-FTCU1-00029035, UBER-FTCU1-00029173, UBER-FTCU1-00029550, UBER-FTCU1-00031719, UBER-FTCU1-00031828. Can you please produce complete versions of these materials? Can you also explain why these technical issues occurred so we can attempt to address the issues more broadly?

5. **Clickthrough Data**. With respect to the supplemental clickthrough data provided in Production 13, can you please confirm that Uber does not possess similar data for the time period between November 2021 and April 2024? The data provided only covers May 2024 to May 2026.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

# Exhibit G

**From:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Sent:** Wednesday, July 1, 2026 1:09 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; pziperman@oag.maryland.gov; lriley@oag.maryland.gov; michael.dean@alabamaag.gov; lindsay.barton@alabamaag.gov
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Bragg, Tayler G. <tbragg@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions & 30b6 notice

> You don't often get email from taylor.gooch@wilmerhale.com. Learn why this is important

Counsel,

With fact discovery closing on September 14, 2026, and summer schedules, we need to start collecting the availability of Uber witnesses Plaintiffs intend to depose now. To ensure that the parties comply with the Court's case schedule, please provide the witness names promptly. In addition, if Plaintiffs intend to notice a Rule 30(b)(6) deposition of Uber, please serve that notice at the same time as (or in advance of) providing the witness names.

Uber will not produce the same witness twice. To the extent that Plaintiffs do not timely serve their Rule 30b6 notice, and the appropriate witness has already been deposed, Uber may be unable to present a witness on the affected topic.

Sincerely,

**Taylor Gooch | WilmerHale**
He/Him/His
One Front Street, Suite 3500
San Francisco, CA 94111 USA
+1 628 235 1026 (t)
+1 628 235 1001 (f)
taylor.gooch@wilmerhale.com

**One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

Sincerely,

**Taylor Gooch | WilmerHale**
He/Him/His
One Front Street, Suite 3500
San Francisco, CA 94111 USA
+1 628 235 1026 (t)
+1 628 235 1001 (f)
taylor.gooch@wilmerhale.com

**One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

# Exhibit H

**From:** Girard, Margaret
**To:** Warren, Brittany R.; Wojcicki, Allison; Gringer, David; Gooch, Taylor; Langan, Drew; Glassman, Mark; Mezan, Paul; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Van Hoey, Gregory
**Cc:** Mundel, Benjamin; Scheper, Abby; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions
**Date:** Friday, October 16, 2026 5:01:22 PM
**Attachments:** image001.jpg
2026.10.16 Omnibus Notice of Depositions.pdf

---

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

Attached please find an omnibus notice for additional depositions the FTC intends to take in this case. As indicated in the notice, the deposition dates and locations for Ms. Abbasi, Mr. Nigam, Ms. Idaewor, and Ms. Benjamin are subject to further discussion and agreement among the parties and the witnesses.

Best,

Maggie

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Friday, October 16, 2026 1:02 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

Thank you for your agreement on the 21 hours cap.

Separately, now that Uber has designated Ms. Stauffer for only two topics, as reflected in my email from 10/15, we expect that Plaintiffs will be able to complete her deposition in a single day and we will be prepared to stay late to accomplish that.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Friday, October 16, 2026 12:20 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Counsel,

We do not consent to your request to take depositions of consumers during the pretrial disclosure process, nor to your request for fifteen depositions. Given that Uber has taken no steps to depose consumers within the fact discovery window, we do not see why Uber has a need to go above the presumptive 10-witness limit or further delay depositions until the eve of trial. We plan to file a motion for extension today, in line with the proposed schedule we shared below.

With respect to the aggregate Rule 30(b)(6) deposition time cap, the FTC remains of the view that its proposal of 28 hours is an extremely reasonable compromise position given the number of witnesses designated and the complexity of the issues in this case, and is consistent with the presumption that each person designated under Rule 30(b)(6) should be afforded a durational limit of seven hours. *See* Advisory Committee Notes on the 2000 Amendments for Rule 30. However, in an effort to compromise, **we are willing to agree to a durational cap of 21 total hours of 30(b)(6) testimony**. If we are permitted to take testimony on the additional Topics still in dispute, we reserve the right to request a modest number of additional hours, as needed.

Best,
Allison

Allison Wojcicki
Staff Attorney, Division of Financial Practices

Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Thursday, October 15, 2026 6:41 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Hi Allison,

Uber has carefully considered the proposal and respectfully declines. If, however, scheduling difficulties necessitate a small number of out of time depositions, we will consider it.

We assume that you have no principled objection to extending Uber's deposition limit to fifteen and ask that you promptly agree so that we can avoid burdening the Court.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Thursday, 15 October 2026 12:35:56
**To:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>;

Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Thanks Taylor. We believe a one month extension is warranted for a few reasons. First, both sides have issued discovery requests following depositions in light of information learned during the depositions, indicating similar follow up may be required as parties continue to take depositions. Second, Judge Hixson and Judge Tigar both have yet to rule on certain issues which, depending on their decisions, may require a minimum of 30 days during fact discovery in which to follow up. Relatedly, experts may need additional time to consider documents produced in discovery follow up. Also, as demonstrated by the situation with Ms. Idaewor, we anticipate that scheduling the remaining depositions may be more difficult than anticipated.

Best,
Allison

---

**From:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 7:40 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Allison, we are considering your request. So that we can better evaluate it, can you please explain its basis? We will respond promptly thereafter.

Taylor

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:40 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay

<lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

David, the adjusted expert disclosure deadline was intended to account for the holidays. If you would prefer, we are amenable to an expert disclosure deadline of January 15, and a rebuttal disclosure deadline of March 2.

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 6:08 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Allison,

You've extended the opening expert deadlines by significantly more than a month and dramatically decreased the time for expert rebuttal reports. Those are not "corresponding adjustment[s]" to the schedule. I assume that was intentional on your part and you'd like us to evaluate your proposal as written and not as described? If not, please let us know immediately.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:46 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Counsel,

We will get back to you shortly regarding your proposal to limit 30(b)(6) testimony.

Thank you for providing the availability of deposition witnesses. Please confirm the locations for the depositions of Dana LaMendola, Breta Bharucha, Manas Mittal, Saloni Kishinchandani, and Lavi Aggarwal. As previously stated, we anticipate that Breta Bharucha and Saloni Kishinchandani will both need to be available to testify for two days. Please let us know whether Saloni Kishinchandani is available October 29 and 30 and Breta Bharucha is available on November 4 and 5. We are not available to take the deposition of Dana LaMendola on October 20; please provide a date on or after October 26 on which Dana LaMendola is available.

In response to your email sent Monday, October 12 regarding extension of discovery, if you agree to a one-

month extension of the fact discovery cut-off (with corresponding adjustments to other litigation deadlines), then we will not oppose your request to take trial depositions of consumers identified by Plaintiffs as trial witnesses during the pretrial disclosure process, and we will not oppose your request to take fifteen total fact-witness depositions (inclusive of consumer depositions). Below is a table showing the current litigation deadlines and our proposed updated deadlines. We reserve the right to oppose your requests if agreement on these matters cannot be reached.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | November 16, 2026 | December 16, 2026 |
| Expert disclosures | December 11, 2026 | February 2, 2027 |
| Rebuttal disclosures | February 2, 2027 | March 2, 2027 |
| Expert discovery cut-off | March 15, 2027 | April 15, 2027 |
| Dispositive motions | April 5, 2027 | May 5, 2027 |
| Responses to dispositive motions | April 26, 2027 | May 26, 2027 |
| Replies in support of dispositive motions | May 12, 2027 | June 10, 2027 |
| Dispositive motion hearing deadline | June 1, 2027 | July 1, 2027 |
| Motions in limine due | August 4, 2027 | September 3, 2027 |
| Motions in limine oppositions due | August 11, 2027 | September 10, 2027 |
| Pretrial conference statement due | August 20, 2027 | September 24, 2027 |
| Pretrial conference | August 27, 2027 | October 1, 2027 |
| Trial | September 20, 2027 | October 25, 2027 |

Please let us know Uber's position by tomorrow (10/15) at 2pm ET.

Best,
Allison

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 3:16 PM
**To:** Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>

**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We are following up on the remaining items in your email.

With respect to the aggregate Rule 30(b)(6) deposition time, Uber has carefully considered the FTC's proposal and remains of the view that a much lower aggregate limit is warranted given the significant overlap among the noticed topics, the FTC's ability to allocate its examination time across multiple designees as it sees fit, and the substantial fact discovery already being taken concerning many of the same underlying subjects. Nonetheless, in an effort to reach a compromise and avoid burdening the Court with this dispute, Uber is willing to increase its proposal to a total aggregate cap of **21 hours** of Rule 30(b)(6) testimony. As with the FTC's proposal, that total would be inclusive of any Rule 30(b)(6) examination of Alex Wagner and Kelsie Sausville. This is Uber's final proposal on an aggregate cap. Please note this is a compromise offer. If the parties do not reach agreement, Uber reserves the right to ask the court to enter a lower hours cap consistent with our earlier communications.

We also disagree with the FTC's characterization of Uber's obligations under Rule 30(b)(6). Uber's identification of particular designees reflects its good-faith effort to provide witnesses who are prepared to testify regarding the designated topics. Rule 30(b)(6), however, does not require a corporation to designate the witness that an opposing party deems "best qualified" on a given topic. Uber's obligation is to provide one or more witnesses who are adequately prepared to testify about information known or reasonably available to the company. Uber fully understands and intends to satisfy that obligation.

We remain available to discuss.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Tuesday, October 13, 2026 7:56 PM
**To:** Glassman, Mark <mglassman@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>

**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Mark – we confirm receipt of your email. We will get back to you shortly regarding your proposal to limit 30(b)(6) questioning to a total of 28 hours, including time spent questioning Alex Wagner and Kelsie Sausville.
Subject to reaching an agreement on an hours cap for 30(b)(6) testimony:

- Abbey Stauffer is available on October 22.
- Dana LaMendola is available on October 20 between 11:30am-3pm PT
- Saloni Kishinchandani is available on October 29
- Breta Bharucha is available on November 5
- Danielle Sheridan is available, in addition to November 5, on November 6 until 12:30pm ET

Otherwise, we will proceed with a single 30(b)(6) deposition of 7 hours. Note that in this case, Saloni Kishinchandani would still be available for her personal capacity deposition on October 29 and Breta Bharucha would still be available for her personal capacity deposition on November 5.

Further, as to the remaining deponents from your October 9 list:

- Manas Mittal is available on November 13
- Lavi Aggarwal is available on November 13

Thanks,
Drew
**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Glassman, Mark <mglassman@ftc.gov>
**Sent:** Tuesday, October 13, 2026 4:15 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>;

Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

Addressing your points below —

Uber has designated seven 30(b)(6) witnesses, following last week's addition of Dana LaMendola as a designee. While the FTC will work to be as efficient as possible (indeed, we expeditiously covered Alex Wagner's 30(b)(6) deposition at the end of his individual deposition), a total of 18 hours will not be sufficient to cover the topics identified. That said, in an effort to compromise, we are willing to limit our questioning to a total of 28 hours, and should the FTC subsequently determine that additional 30(b)(6) time were necessary, that would be subject to agreement of the parties on a case-by-case basis. We also agree that the 28 hour limit would be inclusive of 30(b)(6) time spent on Alex Wagner and Kelsie Sausville. Please let us know if this is agreeable to Uber.

As per our request last week, please confirm today Abbey Stauffer's availability on October 22 to address her 30(b)(6) topics so that we may finalize travel arrangements.

With regard to your request to increase Uber's total number of depositions to fifteen, we will get back to you shortly.

Finally, we have some concerns with Uber's stated position that if the FTC does not agree to its restrictive demands, Uber may refuse to make available the already-designated 30(b)(6) witnesses. The FTC interpreted Uber's identification of seven specific 30(b)(6) designees to mean that these individuals were best qualified to testify about each topic. Uber's suggestion that it may withdraw these designees at the eleventh hour and replace them with a single person to address all of the topics raises concern about whether Uber sufficiently appreciates its obligation to offer qualified and prepared 30(b)(6) designees. We encourage Uber to reconsider this aspect of its stated position and work toward an agreement.

Mark L. Glassman
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2826
Fax: (202) 326-3768
mglassman@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Monday, October 12, 2026 2:30 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact

<pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

First, we intend to take depositions of the two additional investigators that the States identified in their recent supplemental initial disclosures, Scott Riley (New Hampshire) and Nicole Raisbeck (Wisconsin). Please provide the witnesses' availability to be deposed in the latter half of October or early November. Relatedly, given that you have now raised your total number of depositions to fifteen, Uber would like to be afforded the same courtesy and requests that it also be afforded fifteen.

Second, your proposal of thirty-five total hours of 30(b)(6) testimony is a non-starter. We are prepared to offer 18 hours total for all 30(b)(6) testimony, given that we have designated multiple individuals to ensure that individuals with a high amount of expertise are available for each topic on which you have requested testimony. However, if you continue to insist on 35 hours, we can amend our approach to offer one single-day, seven-hour session, in which we have one witness prepared on all of the topics and available to answer your questions.

Please let us know which approach you prefer.

Lastly, regarding Ms. Sausville's deposition, Uber does not object to Ms. Sausville potentially testifying in her corporate capacity for an additional two hours after the conclusion of her individual deposition, but those hours will count against the total 30(b)(6) limit. However, we cannot proceed with further 30(b)(6) depositions without an agreement on the aggregate hours cap or confirmation Plaintiffs would propose to proceed with a single, 7-hour 30(b)(6) deposition.

Thank you,

Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, October 9, 2026 9:18 AM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Good morning,

Attached are deposition notices for Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan. Please confirm who from your side will be attending these depositions so we can ensure they have access to the Veritext platform (while these depositions will be in-person at your offices, we anticipate sharing exhibits through the Veritext platform).

We also intend to depose the following witnesses in their individual capacities: Saloni Kishinchandani, Breta Bharucha, Hope Idaewor, Manas Mittal, and Lavi Aggarwal. Please let us know the locations of these witnesses and the dates on or after October 26 that they are available so we can proceed with scheduling.

Regarding 30(b)(6) time limits, we cannot agree to 10 hours total for all 30(b)(6) testimony, which is unreasonable given the complexity of the case and the fact there are at least seven designees. Pursuant to the Advisory Committee Notes on the 2000 Amendments for Rule 30, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition with a presumptive durational limit of one day of seven hours.

While there are still a few topics before the Court, we are willing to compromise and stipulate to thirty-five total hours of 30(b)(6) testimony. For the purpose of scheduling witnesses who will be deposed in both individual and 30(b)(6) capacities, we anticipate the following witnesses will need to be available to testify on two days: Abbey Stauffer, Saloni Kishinchandani, Breta Brarucha, and Danielle Sheridan. As with Mr. Wagner, we will attempt to cover the 30(b)(6) topic assigned to Kelsie Sausville on 10/15, provided Uber does not object to Ms. Sausville potentially testifying for an additional 2-3 hours after the conclusion of her individual deposition.

Given that we will be deposing Abbey Stauffer in her individual capacity on October 21, we request that you also make her available on October 22 for a 30(b)(6) deposition. Please confirm if this is possible no later than October 13 so that we may make travel arrangements.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:55 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Paul,

Would add on top of this that we really need to reach agreement on an hours limit for the 30b6 depositions. I think the Court would prefer that we do so, and we cannot proceed with the 30b6 deposition with no common understanding of what the rules are.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:47 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to provide an update on Uber's 30(b)(6) deponents. Changes and additions are listed in red.

| Witness | Topics |
|---|---|
| Danielle Sheridan | Topic 9 (as narrowed)<br>Topic 11<br>Topic 14 (Uber One) |
| Abbey Stauffer | Topic 7<br>Topic 8<br>Topic 10 (Uber One)<br>Topic 17 (as narrowed)<br>Topic 19 |
| Saloni Kishinchandani | Topic 4 (Uber One)<br>Topic 5<br>Topic 12 |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |
| Dana LaMendola | Topic 20 (as narrowed) |

Further, given the Court's order regarding Plaintiffs' request for 15 depositions, please provide us with the list of individuals you intend to depose next so that we can begin scheduling those depositions expeditiously

before the end of fact discovery.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

*****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
*****************************************************************************************************

# Exhibit I

**From:** Mezan, Paul
**To:** Langan, Drew; Freeman, Lauren; Warren, Brittany R.; Gooch, Taylor; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Wojcicki, Allison; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Glassman, Mark; Girard, Margaret; Merna T.
**Cc:** Mundel, Benjamin; Scheper, Abby; Gringer, David; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions
**Date:** Wednesday, September 2, 2026 6:29:53 PM
**Attachments:** image001.jpg
2026.09.02 Uber 30(b)(6) Topics.pdf

---

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

We're writing to confirm that Mia Pione is available on October 8 and that the dates you've proposed for Alex Wagner, Jesse Prehodick, Saloni Kishinchandani, and Swathi Bhumireddy are acceptable to the Plaintiffs. Please note that we intend to take these depositions remotely by videoconference.

With respect to Danielle Sheridan, please advise us as to her availability on or after October 14 (the week of September 14 does not work for us). We also request that you advise us as to the availability of Kelsie Sausville and Abbey Stauffer during the week of September 21. We anticipate that all these depositions will be remote as well.

Finally, we propose that a 30(b)(6) deposition of Uber Technologies, Inc. be scheduled for the week of October 19. To assist in your identification of appropriate designees, we've attached a list of topics we intend to cover at the deposition. Plaintiffs will serve a formal notice once the parties have settled on a date.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC  20580
(202) 758-4177

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Monday, August 31, 2026 9:11 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel – Uber confirms that it will make each of these witnesses available for a deposition. The witnesses' availability is as follows:

- Danielle Sheridan – September 17 in New York, NY
- Alex Wagner – September 30 in Chicago, IL
- Jesse Prehodick – October 2 in New York, NY
- Saloni Kishinchandani – October 6 in San Francisco, CA
- Swathi Bhumireddy – October 8 in Palo Alto, CA

We will get back to you as soon as we can regarding the availability of Kelsie Sausville and Abbey Stauffer.

Could Plaintiffs please confirm whether Mia Pione is available on October 8?

Thank you,
Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, August 28, 2026 3:57 PM

**To:** Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

Pursuant to LR 30-1, the FTC requests that Uber make the following individuals available for deposition during the time periods listed below:

1. Saloni Kishinchandani – week of September 21
2. Swathi Bhumireddy – week of September 21
3. Jesse Prehodick – week of September 28
4. Alex Wagner – week of September 28
5. Kelsie Sausville – week of October 5
6. Abbey Stauffer – week of October 5
7. Danielle Sheridan – week of October 12

Please confirm by September 2 that each witness will be produced for deposition and whether you can accommodate the proposed deposition time periods for each witness. Plaintiffs will serve a 30(b)(6) notice on Uber at least 14 days before the deposition of the first Uber employee to be deposed in the case, in accordance with the Court's order dated August 7 (Dkt. 257). We can discuss the location, format, and possibility of remote depositions at our meet-and-confer on Monday, August 31.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW

Washington, DC 20580
(202) 758-4177

---

**From:** Freeman, Lauren <lfreeman@sidley.com>
**Sent:** Friday, August 28, 2026 2:23 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Hi Paul,

No revisions on the JSR, you can go ahead and file.

Many thanks,
Lauren

**LAUREN C. FREEMAN**

**SIDLEY AUSTIN LLP**
+1 415 772 1253
lfreeman@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, August 28, 2026 11:19 AM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam

<asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Counsel,

We're following up on the JSR. Can you please let us know if you have any revisions?

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Thursday, August 27, 2026 6:00 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret

<mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Hi Paul,

Thank you, we will review the JSR. On the M&C, unfortunately we've had a conflict arise with 12:30pm ET tomorrow. Could we do Monday 8/31 at 2:30-3 or 4:30-5 ET?

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Thursday, August 27, 2026 5:42 PM
**To:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** bmundel <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>;

Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

EXTERNAL SENDER

Counsel,

Attached is a draft of the JSR; you'll see that we've included a request that the parties next joint status report be submitted on Friday (9/11). We'd appreciate it if you could let us know if you have any revisions by 12pm ET tomorrow.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Mezan, Paul
**Sent:** Thursday, August 27, 2026 11:07 AM
**To:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren

<lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Thanks, Taylor.

We'll prepare a draft of the JSR and send it to you later today. We'll also check on Mia Pione's availability and get back to you. Regarding the meet-and-confer, let's plan on tomorrow (8/28) at 12:30pm ET. We can start by discussing the FTC's discovery requests and then cover Uber's proposed deposition of Andy Lugo.

Can you please let us know if Uber is amenable to postponing the in-person settlement conference with Judge Krishnan? If so, we'd propose the schedule below but are also open to discussing alternative dates.

- Party meetings with Judge Krishnan: week of 12/14/26
- Settlement briefs due: 1/11/27
- Confidential settlement briefs due: 1/15/27
- In-person settlement conference: week of 1/25/27

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Sent:** Wednesday, August 26, 2026 6:07 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Warren, Brittany R.

<Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Paul,

Thank you for your email. We agree with your proposal on the JSR. Would you like to prepare the filing or should we?

To respond to your note about Plaintiffs' witnesses, here are the dates we propose for in-person depositions:

1. Johnathan Bugbee: We can do 9/18.
2. Crystal Vaughn: We can do 9/21.
3. Jessica Nelson: We can do 10/6.
4. Mia Pione: Could the witness do 10/8?

For a meet and confer with New York, we could be available between 12pm-1pm ET tomorrow (8/27) or after 5pm ET, or 1pm-2pm ET Friday (8/28). Let us know if either of those windows work.

For a meet and confer regarding the FTC's discovery requests, we are available between 10:30-11 ET tomorrow (8/27), 12:30-1 ET Friday (8/28), and 12:30-1, 1:30-2, or 2:30-3 ET Monday (8/31). Let us know if any of those windows works.

Regarding your other two questions, Uber's responses are below.

1) that Uber supplement its responses to RFPs 34, 35, 36, 37, and 40 to include data and information from December 2025 through present

The timeframes for these RFPs have already been extensively negotiated by the parties and presented to, or decided by, the Court. For RFPs 34, 35, 36, and 37, the

parties agreed to a December 15, 2025 end date, which we also represented to the Court in our joint status report on March 26, 2026 (ECF No. 158, 158-1). In that same status report, we brought our dispute over RFP 40 to the Court's attention, and the Court ordered an end date of December 15, 2025. Id. at 2. The Court also noted that "there needs to be an end date for document production so that the task can be completed." ECF No. 165.

2) that Uber respond to our question concerning RFP 28 and requested dissemination information

Uber does not maintain dissemination schedules (i.e., documents showing the dates of dissemination) for its advertisements in the ordinary course of business with the exception of its broadcast airings. Moreover, many advertisements do not follow a set dissemination schedule and are instead sent based on certain triggers. Uber refers to the document produced at UBER-FTCU1-00410222 for information on those triggers. For its broadcast advertisements, Uber has identified responsive information and will produce responsive documents by September 4.

Thank you,
Taylor

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Wednesday, August 26, 2026 12:37 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** bmundel <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

EXTERNAL SENDER

Counsel,

We've reviewed Uber's portion of the Joint Status Report due this Friday. Plaintiffs are willing to supplement their responses to identify examples of specific consumer complaints within the cited complaint databases that support our contentions by Friday, September 11. Accordingly, we propose that the Parties prepare a brief Joint Status Report requesting that the Court order Plaintiffs to supplement their responses by that date and that the Court vacate the discovery hearing currently scheduled for Monday, August 31. Please let us know if this approach is acceptable to Uber.

Separately, we're again requesting a meet-and-confer to discuss 1) Uber's proposed deposition of Andy Lugo from the New York AG's Office and other matters related to depositions (e.g., the specific dates on which Uber will depose Plaintiffs' witnesses and whether those depositions will be conducted remotely or in-person); and 2) deficiencies in Uber's responses to the FTC's discovery requests that were issued on July 24.

We also ask that Uber promptly respond to the following questions: 1) whether Uber will be providing the dates on which the advertisements identified by the FTC were disseminated pursuant to RFP 28; 2) whether Uber will agree to supplement its responses to RFPs 34, 35, 36, 37, and 40 to include data and information from December 2025 through present; and 3) whether Uber is amenable to postponing the settlement conference currently scheduled for October 13 to a later date in light of the recent extension of the litigation deadlines.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Tuesday, August 25, 2026 12:01 PM

**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Counsel,

Pursuant to the Court's order regarding the exchange of status conference statements, attached is Uber's portion of this week's Joint Status Report.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

*****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
*****************************************************************************************************

**************

# Exhibit J

**From:** Wojcicki, Allison
**To:** Warren, Brittany R.; Langan, Drew; Glassman, Mark; Mezan, Paul; Gringer, David; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Girard, Margaret; Van Hoey, Gregory
**Cc:** Mundel, Benjamin; Scheper, Abby; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren; Gooch, Taylor
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions
**Date:** Wednesday, October 14, 2026 5:46:39 PM
**Attachments:** image001.jpg

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

We will get back to you shortly regarding your proposal to limit 30(b)(6) testimony.

Thank you for providing the availability of deposition witnesses. Please confirm the locations for the depositions of Dana LaMendola, Breta Bharucha, Manas Mittal, Saloni Kishinchandani, and Lavi Aggarwal. As previously stated, we anticipate that Breta Bharucha and Saloni Kishinchandani will both need to be available to testify for two days. Please let us know whether Saloni Kishinchandani is available October 29 and 30 and Breta Bharucha is available on November 4 and 5. We are not available to take the deposition of Dana LaMendola on October 20; please provide a date on or after October 26 on which Dana LaMendola is available.

In response to your email sent Monday, October 12 regarding extension of discovery, if you agree to a one-month extension of the fact discovery cut-off (with corresponding adjustments to other litigation deadlines), then we will not oppose your request to take trial depositions of consumers identified by Plaintiffs as trial witnesses during the pretrial disclosure process, and we will not oppose your request to take fifteen total fact-witness depositions (inclusive of consumer depositions). Below is a table showing the current litigation deadlines and our proposed updated deadlines. We reserve the right to oppose your requests if agreement on these matters cannot be reached.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | November 16, 2026 | December 16, 2026 |
| Expert disclosures | December 11, 2026 | February 2, 2027 |
| Rebuttal disclosures | February 2, 2027 | March 2, 2027 |
| Expert discovery cut-off | March 15, 2027 | April 15, 2027 |
| Dispositive motions | April 5, 2027 | May 5, 2027 |
| Responses to dispositive motions | April 26, 2027 | May 26, 2027 |
| Replies in support of dispositive motions | May 12, 2027 | June 10, 2027 |
| Dispositive motion hearing deadline | June 1, 2027 | July 1, 2027 |
| Motions in limine due | August 4, 2027 | September 3, 2027 |
| Motions in limine oppositions due | August 11, 2027 | September 10, 2027 |
| Pretrial conference statement due | August 20, 2027 | September 24, 2027 |
| Pretrial conference | August 27, 2027 | October 1, 2027 |
| Trial | September 20, 2027 | October 25, 2027 |

Please let us know Uber's position by tomorrow (10/15) at 2pm ET.

Best,
Allison

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 3:16 PM
**To:** Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We are following up on the remaining items in your email.

With respect to the aggregate Rule 30(b)(6) deposition time, Uber has carefully considered the FTC's proposal and remains of the view that a much lower aggregate limit is warranted given the significant overlap among the noticed topics, the FTC's ability to allocate its examination time across multiple designees as it sees fit, and the substantial fact discovery already being taken concerning many of the same underlying subjects. Nonetheless, in an effort to reach a compromise and avoid burdening the Court with this dispute, Uber is willing to increase its proposal to a total aggregate cap of **21 hours** of Rule 30(b)(6) testimony. As with the FTC's proposal, that total would be inclusive of any Rule 30(b)(6) examination of Alex Wagner and Kelsie Sausville. This is Uber's final proposal on an aggregate cap. Please note this is a compromise offer. If the parties do not reach agreement, Uber reserves the right to ask the court to enter a lower hours cap consistent with our earlier communications.

We also disagree with the FTC's characterization of Uber's obligations under Rule 30(b)(6). Uber's identification of particular designees reflects its good-faith effort to provide witnesses who are prepared to testify regarding the designated topics. Rule 30(b)(6), however, does not require a corporation to designate the witness that an opposing party deems "best qualified" on a given topic. Uber's obligation is to provide one or more witnesses who are adequately prepared to testify about information known or reasonably available to the company. Uber fully understands and intends to satisfy that obligation.

We remain available to discuss.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Tuesday, October 13, 2026 7:56 PM
**To:** Glassman, Mark <mglassman@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Mark – we confirm receipt of your email. We will get back to you shortly regarding your proposal to limit 30(b)(6) questioning to a total of 28 hours, including time spent questioning Alex Wagner and Kelsie Sausville.
Subject to reaching an agreement on an hours cap for 30(b)(6) testimony:

- Abbey Stauffer is available on October 22.
- Dana LaMendola is available on October 20 between 11:30am-3pm PT
- Saloni Kishinchandani is available on October 29
- Breta Bharucha is available on November 5
- Danielle Sheridan is available, in addition to November 5, on November 6 until 12:30pm ET

Otherwise, we will proceed with a single 30(b)(6) deposition of 7 hours. Note that in this case, Saloni Kishinchandani would still be available for her personal capacity deposition on October 29 and Breta Bharucha would still be available for her personal capacity deposition on November 5.

Further, as to the remaining deponents from your October 9 list:

- Manas Mittal is available on November 13
- Lavi Aggarwal is available on November 13

Thanks,

Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Glassman, Mark <mglassman@ftc.gov>
**Sent:** Tuesday, October 13, 2026 4:15 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

Addressing your points below —

Uber has designated seven 30(b)(6) witnesses, following last week's addition of Dana LaMendola as a designee. While the FTC will work to be as efficient as possible (indeed, we expeditiously covered Alex Wagner's 30(b)(6) deposition at the end of his individual deposition), a total of 18 hours will not be sufficient to cover the topics identified. That said, in an effort to compromise, we are willing to limit our questioning to a total of 28 hours, and should the FTC subsequently determine that additional 30(b)(6) time were necessary, that would be subject to agreement of the parties on a case-by-case basis. We also agree that the 28 hour limit would be inclusive of 30(b)(6) time spent on Alex Wagner and Kelsie Sausville. Please let us know if this is agreeable to Uber.

As per our request last week, please confirm today Abbey Stauffer's availability on October 22 to address her 30(b)(6) topics so that we may finalize travel arrangements.

With regard to your request to increase Uber's total number of depositions to fifteen, we will get back to you shortly.

Finally, we have some concerns with Uber's stated position that if the FTC does not agree to its restrictive demands, Uber may refuse to make available the already-designated 30(b)(6) witnesses. The FTC interpreted Uber's identification of seven specific 30(b)(6) designees to mean that these individuals were

best qualified to testify about each topic. Uber's suggestion that it may withdraw these designees at the eleventh hour and replace them with a single person to address all of the topics raises concern about whether Uber sufficiently appreciates its obligation to offer qualified and prepared 30(b)(6) designees. We encourage Uber to reconsider this aspect of its stated position and work toward an agreement.

Mark L. Glassman
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2826
Fax: (202) 326-3768
mglassman@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Monday, October 12, 2026 2:30 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

First, we intend to take depositions of the two additional investigators that the States identified in their recent supplemental initial disclosures, Scott Riley (New Hampshire) and Nicole Raisbeck (Wisconsin). Please provide the witnesses' availability to be deposed in the latter half of October or early November. Relatedly, given that you have now raised your total number of depositions to fifteen, Uber would like to be afforded the same courtesy and requests that it also be afforded fifteen.

Second, your proposal of thirty-five total hours of 30(b)(6) testimony is a non-starter. We are prepared to offer 18 hours total for all 30(b)(6) testimony, given that we have designated multiple individuals to ensure that individuals with a high amount of expertise are available for each topic on which you have requested testimony. However, if you continue to insist on 35 hours, we can amend our approach to offer one single-day, seven-hour session, in which we have one witness prepared on all of the topics and available to answer your questions.

Please let us know which approach you prefer.

Lastly, regarding Ms. Sausville's deposition, Uber does not object to Ms. Sausville potentially testifying in her corporate capacity for an additional two hours after the conclusion of her individual deposition, but those

hours will count against the total 30(b)(6) limit. However, we cannot proceed with further 30(b)(6) depositions without an agreement on the aggregate hours cap or confirmation Plaintiffs would propose to proceed with a single, 7-hour 30(b)(6) deposition.

Thank you,

Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, October 9, 2026 9:18 AM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

EXTERNAL SENDER

Good morning,

Attached are deposition notices for Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan. Please confirm who from your side will be attending these depositions so we can ensure they have access to the Veritext platform (while these depositions will be in-person at your offices, we anticipate sharing exhibits through the Veritext platform).

We also intend to depose the following witnesses in their individual capacities: Saloni Kishinchandani,

Breta Bharucha, Hope Idaewor, Manas Mittal, and Lavi Aggarwal. Please let us know the locations of these witnesses and the dates on or after October 26 that they are available so we can proceed with scheduling.

Regarding 30(b)(6) time limits, we cannot agree to 10 hours total for all 30(b)(6) testimony, which is unreasonable given the complexity of the case and the fact there are at least seven designees. Pursuant to the Advisory Committee Notes on the 2000 Amendments for Rule 30, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition with a presumptive durational limit of one day of seven hours.

While there are still a few topics before the Court, we are willing to compromise and stipulate to thirty-five total hours of 30(b)(6) testimony. For the purpose of scheduling witnesses who will be deposed in both individual and 30(b)(6) capacities, we anticipate the following witnesses will need to be available to testify on two days: Abbey Stauffer, Saloni Kishinchandani, Breta Brarucha, and Danielle Sheridan. As with Mr. Wagner, we will attempt to cover the 30(b)(6) topic assigned to Kelsie Sausville on 10/15, provided Uber does not object to Ms. Sausville potentially testifying for an additional 2-3 hours after the conclusion of her individual deposition.

Given that we will be deposing Abbey Stauffer in her individual capacity on October 21, we request that you also make her available on October 22 for a 30(b)(6) deposition. Please confirm if this is possible no later than October 13 so that we may make travel arrangements.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:55 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor

<Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Paul,

Would add on top of this that we really need to reach agreement on an hours limit for the 30b6 depositions. I think the Court would prefer that we do so, and we cannot proceed with the 30b6 deposition with no common understanding of what the rules are.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:47 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to provide an update on Uber's 30(b)(6) deponents. Changes and additions are listed in red.

| **Witness** | **Topics** |
|---|---|
| Danielle Sheridan | Topic 9 (as narrowed) |

| | |
|---|---|
| | Topic 11<br>Topic 14 (Uber One) |
| Abbey Stauffer | Topic 7<br>Topic 8<br>Topic 10 (Uber One)<br>Topic 17 (as narrowed)<br>Topic 19 |
| Saloni Kishinchandani | Topic 4 (Uber One)<br>Topic 5<br>Topic 12 |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |
| Dana LaMendola | Topic 20 (as narrowed) |

Further, given the Court's order regarding Plaintiffs' request for 15 depositions, please provide us with the list of individuals you intend to depose next so that we can begin scheduling those depositions expeditiously before the end of fact discovery.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

******************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
******************************************************************************************

# Exhibit K

**From:** Freeman, Lauren
**To:** Mezan, Paul; Warren, Brittany R.; Liebner, Stephanie; Bragg, Tayler G.; Abutaleb, Sarah; Gooch, Taylor; Doty, James; Roy, Patrick; Wojcicki, Allison; Saltzman, Adam; Riley, Luke; Dean, Michael; Barton, Lindsay; Ziperman, Philip; Hanks, Daniel; Girard, Margaret
**Cc:** Mundel, Benjamin; Scheper, Abby; Gringer, David; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Langan, Drew
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Schedule and Discovery
**Date:** Monday, August 3, 2026 8:38:13 PM

Paul,

We have been working to get responses to all of your questions. Please see below for our answers:

1. **Non-Responsive Documents from Uber's Initial Seed Set**. We reviewed the sample of documents marked non-responsive in Uber's initial seed set. It appears that the following documents were incorrectly marked non-responsive: CTRL-0000274445, CTRL-0000480411, ECA-CTRL-0000363144, ECA-CTRL-0000779678.0001, ECA-CTRL-0001458936, ECAD-CTRL-0000239952. Can you please explain why these documents were marked non-responsive?

    a. **Answer**: We have re-reviewed the six documents you identified. We agree that five of the six are arguably responsive: CTRL-0000274445, CTRL-0000480411, ECA-CTRL-0000363144, ECA-CTRL-0000779678.0001, and ECA-CTRL-0001458936. As to the sixth document (ECAD-CTRL-0000239952), this document addresses general recurring-payment system architecture for subscription products rather than the specific enrollment, cancellation, or savings practices alleged in the complaint.

    Without conceding that ECAD-CTRL-0000239952 is responsive, we re-coded all six documents as responsive and re-ran the TAR model. The impact was extremely limited. The rankings of the disputed documents themselves shifted only modestly, and the re-coding increased the estimated richness of the corpus by roughly half a percent (approximately 0.52%). This is consistent with the fact that the original workflow had already achieved and reported validated recall nearly ten percentage points above the agreed 75% target before any of these documents were added as responsive examples.

    Notwithstanding the limited effect on the already-validated results, and to address the FTC's concerns, Uber will review the additional previously unreviewed documents surfaced by the updated model (148 documents) and will produce any that are responsive and non-privileged.

2. **Hyperlinked Documents**. We have identified a significant number of hyperlinks that link to relevant materials. Pursuant to Section 9(e) of our ESI agreement, can you please identify the Bates numbers of the hyperlinked materials in the attached document? If Uber has not produced any of these hyperlinked materials, we request that it do so as soon as possible and that it produce the version of the document as it existed at the time that hyperlink was created or distributed. As the FTC's review of Uber's productions is ongoing, we reserve the right to identify additional hyperlinked materials and request their production.

    **a. Answer:** We are working to identify the hyperlinks and/or pull the hyperlinks in these documents. Identifying and pulling the linked materials is a manual process but we expect to have all available hyperlinks identified or produced by August 14. Thus far, Uber has identified that 17 of the 54 documents have been produced to the FTC.

| Bates Number Identified by FTC | Hyperlink Bates Number |
|---|---|
| UBER-FTCU1-00028151 | UBER-FTCU1-00048241 |
| UBER-FTCU1-00028383 | UBER-FTCU1-00431699 |
| UBER-FTCU1-00101216 | UBER-FTCU1-00002120 |
| UBER-FTCU1-00028724 | UBER-FTCU1-00002120 |
| UBER-FTCU1-00031676 | UBER-FTCU1-00232447 |
| UBER-FTCU1-00033545 | UBER-FTCU1-00002421 |
| UBER-FTCU1-00033714 | UBER-FTCU1-00437069 |

| | |
|---|---|
| UBER-FTCU1-00038591 | UBER-FTCU1-00435654 |
| UBER-FTCU1-00052393 | UBER-FTCU1-00025599 |
| UBER-FTCU1-00053847 | UBER-FTCU1-00026635 |
| UBER-FTCU1-00055108 | UBER-FTCU1-00002466 |
| UBER-FTCU1-00055582 | UBER-FTCU1-00007359 |
| UBER-FTCU1-00022358 | UBER-FTCU1-00025034 |
| UBER-FTCU1-00022368 | UBER-FTCU1-00002139 |
| UBER-FTCU1-00022368 | UBER-FTCU1-00002139 |
| UBER-FTCU1-00022368 | UBER-FTCU1-00223532 |
| UBER-FTCU1-00022306 | UBER-FTCU1-00002138 |

3. **Dissemination Schedules**. Pursuant to RFP 28, we are requesting that Uber provide dissemination schedules (including the dates and times of dissemination, the number of disseminations, and the media used) for the advertisements the FTC has identified as relevant to the case (see Exhibit D to 7/17/2026 Status Report, which is reattached to this email). The FTC reserves the right to request dissemination schedules for additional advertisements.
    a. **Answer:** Uber is investigating whether Uber has any of the requested dissemination information for the identified advertisements and will provide an update by Friday, August 7.

4. **Technical Issues**. We have identified a significant number of materials that appear to be cutoff or missing important images. Examples include: UBER-FTCU1-00028260, UBER-FTCU1-00028620, UBER-FTCU1-00029035, UBER-FTCU1-00029173, UBER-FTCU1-00029550, UBER-FTCU1-00031719, UBER-FTCU1-00031828. Can you please produce complete versions of these materials? Can you also explain why these technical issues occurred so we can attempt to address the issues more broadly?
    a. **Answer:** We are working to re-image these documents and will produce re-imaged versions by Friday, August 14. Our e-discovery team is investigating why these technical issues occurred, however, technical issues always occur in a production of this size, we disagree that you have identified a "significant" number of issues, and we are unclear how you can address the issue "more broadly."

5. **Clickthrough Data**. With respect to the supplemental clickthrough data provided in Production 13, can you please confirm that Uber does not possess similar data for the time period between November 2021 and April 2024? The data provided only covers May 2024 to May 2026.
    a. **Answer:** Confirmed. After a reasonable search, we have not been able to locate any responsive data from prior to May 2024.

Best,

Lauren

**LAUREN C. FREEMAN**

**SIDLEY AUSTIN LLP**
+1 415 772 1253
lfreeman@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Monday, August 3, 2026 7:42 AM
**To:** Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Liebner, Stephanie <sliebner@ftc.gov>; Bragg, Tayler G. <tbragg@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay

<lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Schedule and Discovery

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

Can you please respond to our questions concerning discovery, which were sent last Monday? As you're aware, we have a joint status report due to the Court on Friday and we need to know Uber's positions on the topics we raised to prepare our portion of the report.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Mezan, Paul
**Sent:** Thursday, July 30, 2026 2:51 PM
**To:** 'Freeman, Lauren' <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Liebner, Stephanie <sliebner@ftc.gov>; Bragg, Tayler G. <tbragg@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Schedule and Discovery

Counsel,

We agree to the conditions laid out in your email.

Can you please let us know when we should expect responses to our other questions concerning discovery, which were sent on Monday July 27.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Freeman, Lauren <lfreeman@sidley.com>
**Sent:** Wednesday, July 29, 2026 11:02 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Liebner, Stephanie <sliebner@ftc.gov>; Bragg, Tayler G. <tbragg@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Schedule and Discovery

Counsel,

We are agreeable in principle to a 2-month extension, but we want to ensure an efficient process during these additional 2 months. Thus, as part of the extension, we would like Plaintiffs to agree to the following:

1. To inform Uber by no later than August 15 whether it intends to seek an increase in the number of depositions it is permitted to take and, if so, the number of additional depositions it intends to take;
2. To identify no later than August 15 at least five of the Uber employees it intends to depose;
3. That Plaintiffs will serve a 30(b)(6) notice on Uber at least 14 days before the deposition of the first Uber employee to be deposed in the case.

Best,
Lauren

**LAUREN C. FREEMAN**

**SIDLEY AUSTIN LLP**
+1 415 772 1253
lfreeman@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Wednesday, July 29, 2026 5:55 PM

**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Liebner, Stephanie <sliebner@ftc.gov>; Bragg, Tayler G. <tbragg@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Schedule and Discovery

Counsel,

Can you please let us know Uber's position regarding Plaintiffs' proposed extension request and when we should expect responses to our questions concerning discovery?

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Mezan, Paul
**Sent:** Monday, July 27, 2026 6:10 PM
**To:** 'Warren, Brittany R.' <Brittany.Warren@wilmerhale.com>; Liebner, Stephanie <sliebner@ftc.gov>; 'Bragg, Tayler G.' <tbragg@sidley.com>; 'Freeman, Lauren' <lfreeman@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; 'Gooch, Taylor' <Taylor.Gooch@wilmerhale.com>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; 'Riley, Luke' <lriley@oag.maryland.gov>; 'Dean, Michael' <michael.dean@alabamaag.gov>; 'Barton, Lindsay' <lindsay.barton@alabamaag.gov>; 'Ziperman, Philip' <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; 'Scheper, Abby' <abby.scheper@sidley.com>; 'Gringer, David' <David.Gringer@wilmerhale.com>; 'Mehta, Sonal' <Sonal.Mehta@wilmerhale.com>; 'WH Uber One Service List' <WHUberOneServiceList@wilmerhale.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Schedule and Discovery

Counsel,

Given, *inter alia*, Uber's production of roughly 105,000 custodial documents on July 13 and its forthcoming supplemental responses due by August 14, Plaintiffs intend to request a two-month

extension of the Court's litigation deadlines. Below is a table showing the current deadlines and those we plan to propose. Please let us know Uber's position by Wednesday (7/29) at 12pm ET.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | September 14, 2026 | November 16, 2026 |
| Expert disclosures | October 9, 2026 | December 11, 2026 |
| Rebuttal disclosures | December 2, 2026 | February 2, 2027 |
| Expert discovery cut-off | January 15, 2027 | March 15, 2027 |
| Dispositive motions | February 5, 2027 | April 5, 2027 |
| Responses to dispositive motions | February 26, 2027 | April 26, 2027 |
| Replies in support of dispositive motions | March 12, 2027 | May 12, 2027 |
| Dispositive motion hearing deadline | April 1, 2027 | June 1, 2027 |
| Motions in limine due | June 4, 2027 | August 4, 2027 |
| Motion in limine oppositions due | June 11, 2027 | August 11, 2027 |
| Pretrial conference statement due | June 18, 2027 | August 18, 2027 |
| Pretrial conference | June 25, 2027 | August 25, 2027 |
| Trial | July 19, 2027 | September 20, 2027 |

In addition, below are questions concerning Uber's discovery productions. If you would like to meet to discuss any of them, please let us know. Otherwise, we would appreciate it if you responded by Wednesday (7/29) at 12pm ET.

1. **Non-Responsive Documents from Uber's Initial Seed Set**. We reviewed the sample of documents marked non-responsive in Uber's initial seed set. It appears that the following documents were incorrectly marked non-responsive: CTRL-0000274445, CTRL-0000480411, ECA-CTRL-0000363144, ECA-CTRL-0000779678.0001, ECA-CTRL-0001458936, ECAD-CTRL-0000239952. Can you please explain why these documents were marked non-responsive?

2. **Hyperlinked Documents**. We have identified a significant number of hyperlinks that link to relevant materials. Pursuant to Section 9(e) of our ESI agreement, can you please identify the Bates numbers of the hyperlinked materials in the attached document? If Uber has not produced any of these hyperlinked materials, we request that it do so as soon as possible and that it produce the version of the document as it existed at the time that hyperlink was created or distributed. As the FTC's review of Uber's productions is ongoing, we reserve the right to identify additional hyperlinked materials and request their production.

3. **Dissemination Schedules**. Pursuant to RFP 28, we are requesting that Uber provide dissemination schedules (including the dates and times of dissemination, the number of disseminations, and the media used) for the advertisements the FTC has identified as relevant to the case (see Exhibit D to 7/17/2026 Status Report, which is reattached to this email). The FTC reserves the right to request dissemination schedules for additional advertisements.

4. **Technical Issues**. We have identified a significant number of materials that appear to be cutoff or missing important images. Examples include: UBER-FTCU1-00028260, UBER-FTCU1-00028620, UBER-FTCU1-00029035, UBER-FTCU1-00029173, UBER-FTCU1-00029550, UBER-FTCU1-00031719, UBER-FTCU1-00031828. Can you please produce complete versions of these materials? Can you also explain why these technical issues occurred so we can attempt to address the issues more broadly?

5. **Clickthrough Data**. With respect to the supplemental clickthrough data provided in Production 13, can you please confirm that Uber does not possess similar data for the time period between November 2021 and April 2024? The data provided only covers May 2024 to May 2026.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************************

# Exhibit L

**From:** Mezan, Paul
**To:** Warren, Brittany R.; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Wojcicki, Allison; Riley, Luke; Dean, Michael; Barton, Lindsay; Ziperman, Philip
**Cc:** Mundel, Benjamin; Freeman, Lauren; Bragg, Tayler G.; Scheper, Abby; Langan, Drew; Gringer, David; Mehta, Sonal; WH Uber One Service List; Glassman, Mark; Hanks, Daniel; Girard, Margaret
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions
**Date:** Friday, August 14, 2026 3:02:21 PM

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

Pursuant to our agreement relating to the extension of litigation deadlines and the Court's discovery order dated 8/7, please see the information below.

1. Plaintiffs currently *do* intend to seek an increase in the number of depositions they are permitted to take. Plaintiffs presently intend to seek five additional depositions of fact witnesses beyond the current 10-deposition limit from Rule 30. To be clear, this is aside from expert depositions, which are separate from and not capped by Rule 30.

2. Plaintiffs currently intend to depose at least the following five Uber employees: Danielle Sheridan, Saloni Kishinchandani, Jesse Prehodick, Swathi Bhumireddy, and Alex Wagner.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

# Exhibit M

**From:** Mezan, Paul
**To:** Gringer, David; Langan, Drew; Warren, Brittany R.; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Wojcicki, Allison; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Glassman, Mark; Girard, Margaret; Glassman, Mark; Van Hoey, Gregory
**Cc:** Mundel, Benjamin; Scheper, Abby; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren; Gooch, Taylor
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions
**Date:** Tuesday, September 29, 2026 12:22:39 PM
**Attachments:** image001.jpg
2026.10.02 Joint Discovery Status Report - FTC Portion.docx

**EXTERNAL EMAIL - Use caution with links and attachments.**

Counsel,

Attached please find the FTC's portion of this week's JSR. In addition, please let us know your availability for a meet-and-confer this week to discuss Uber's R&O's to the FTC's 30(b)(6) deposition notice and any other issues raised in the JSR that you believe the parties may be able to resolve without involving the Court. Finally, below are a few related updates:

1. With respect to RFPs 62 and 63, Uber's proposal outlined in Drew's email last night is acceptable to the FTC. Uber may produce responsive data or information by November 1, 2026.

2. The FTC is withdrawing the deposition notice for Saloni Kishinchandani at this time. Please let us know dates after October 19 on which Ms. Kishinchandani and Ms. Breta Brarucha are available for their 30(b)(6) testimony.

3. The FTC will provide a laptop equipped with a camera for in-person depositions that it has noticed.

4. The FTC is narrowing its list of additional witnesses it wishes to depose and will let you know the identities of those witnesses once that list is confirmed.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Monday, September 28, 2026 3:16 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Langan, Drew <dlangan@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Paul,

Now that you have our 30b6 objections, are there any issues that you would like to raise and or discuss with us?

In addition, it would be helpful to know who else you would like to depose so that Uber can formulate a position on your request for additional depositions.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Gringer, David
**Sent:** Thursday, September 24, 2026 8:23 PM
**To:** 'Mezan, Paul' <pmezan@ftc.gov>; Langan, Drew <dlangan@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Paul,

We are not able to move Ms. Sausville's deposition to the week of the 19th as it would not be more efficient for the witnesses or for the parties.

Next, we do not accept your proposal regarding in-person depositions. A court reporter should be present. If you prefer not to use paper exhibits, you are free to provide your own computer. More broadly, instead of continually trying to impose new rules for depositions unilaterally, it would be better if you tried to work collaboratively on a reasonable protocol that reflected more than what was convenient for the FTC at a particular moment.

Beyond the depositions you have already noticed, who else do you intend to depose? You appear to have a specific number in mind, so please identify those individuals. Once we know who they are, we can better assess your request to exceed the presumptive limit under the Federal Rules. This appears to be a relatively straightforward case, and it is not apparent why ten depositions would be insufficient to develop your claims.

We will consider your proposal regarding authenticity as we approach trial, assuming the case proceeds that far. The issue is premature at this stage, but we are committed to working with you in good faith on a reasonable stipulation, which would benefit both sides.

We will address the remaining issues raised in your email in subsequent correspondence, but do note that you have plenty of time to address any issues and any delay could have been

avoided if the FTC served its notice in a timely fashion and had come to ground on how and where it wanted to take the depositions sooner. There are not issues that appear to me to warrant a formal meet and confer at this time, but if there's something you would like to discuss, please just give me a call when convenient and we can talk it through and hopefully make progress.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Thursday, September 24, 2026 6:10 PM
**To:** Langan, Drew <dlangan@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>

**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

EXTERNAL SENDER

Counsel,

Thank you for the additional information. Without Uber's objections and the identities of all of Uber's designees (including for topics that Uber is disputing), we cannot agree to the total number of hours allotted for 30(b)(6) testimony or to take such testimony on the same day that a designee is being deposed in his or her individual capacity. Please let us know your availability for a meet-and-confer to discuss these issues on the afternoon of Monday (9/28) or on Tuesday (9/29).

Notwithstanding the above, given the short time Uber has afforded to resolve these issues, we will make an effort to cover Topic 15 (for the time period from July 1, 2023 to present) with Mr. Wagner on the same day he is scheduled to be deposed in his individual capacity, while reserving our rights to seek different arrangements or additional time for Mr. Wagner and future designees. With respect to Topic 1, Uber may provide a written response in lieu of designating a witness so long as the response is provided on or before October 9 and addresses: i) the extent to which Uber Technologies, Inc. controls Uber USA, LLC, or vice versa; ii) the extent to which the entities share common office space, officers, or employees; iii) the extent to which the entities transact business together and/or share funds; iv) the extent to which the entities engage in unified advertising; and v) each entity's involvement with Uber Pass and Uber One. With respect to Topic 21, we have attached a proposed stipulation concerning the authenticity of produced documents. Please let us know Uber's position on these topics by Monday (9/28).

We also write to coordinate on logistics in advance of the FTC's upcoming depositions to help ensure they go smoothly and efficiently. The FTC intends to conduct all of the depositions (remote and in-person) using an electronic deposition platform that includes an exhibit-sharing feature. The deponent and each attendee will be required to furnish a computer with a screen, camera, and microphone to review exhibits electronically and participate.

The depositions will be transcribed by a court reporter who will be in the same state as the witness but who will attend remotely. The platform (Veritext) will be set up so that once an exhibit is presented to the witness, all of the deposition participants will be able to access and scroll through the full document.

We intend to use the same platform for remote and in-person depositions, though we reserve the right to also use paper documents at in-person depositions. We will send you a link in advance of each deposition that will be used to join. We can provide you with a contact at Veritext should you wish to schedule a demonstration of the platform in advance.

Finally, we want to raise some scheduling matters. We anticipate needing to take a total of fourteen fact depositions and request that Uber stipulate to this total. Please let us know Uber's position by Monday (9/28) at 2pm EST. We are also suspending the deposition notice for Swathi Bhumireddy and taking it off-calendar for the time being. Lastly, we ask that you confirm whether you are able to move the deposition of Ms. Sausville to the week of October 19.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Tuesday, September 22, 2026 8:26 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,
For planning purposes, we wanted to provide Uber's current witness designations for the noticed topics.

For the topics on which Uber presently intends to designate a witness, we have identified the witnesses below for the subject matter indicated. These designations are subject to and without waiver of Uber's general and specific objections to the FTC's Rule 30(b)(6) notice.

| **Witness** | **Topics** |
|---|---|
| Danielle Sheridan | Topic 11 (use of partnerships with third-party businesses as a means of promoting enrollment in Uber One)<br>Topic 14 (Uber One) |
| Abbey Stauffer | Topic 5<br>Topic 7<br>Topic 8<br>Topic 10 (Uber One)<br>Topic 11 (Uber One enrollment processes relating to partnerships with third-party businesses)<br>Topic 19 |
| Saloni Kishinchandani | Topic 4 (Uber One) |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |

As to any topic for which we have not identified a witness, Uber presently intends to object to that topic in full and does not currently intend to designate a witness, with two caveats. For Topic 1, we propose providing a written answer rather than designating a witness. For Topic 21, we are willing to meet and confer on the appropriate means for authenticating documents as we get closer to trial.

We are still finalizing our responses and objections to the notice. Those responses and objections will follow later this week. In the meantime, we wanted to provide this information now to assist with scheduling and deposition planning. We offer to confer after we serve these responses and objections so that the parties can work together productively to resolve the final scope.

Uber also reserves the right to make changes to these designations and its objections, with sufficient notice to Plaintiffs, should doing so be warranted.

Please let us know if you have any questions.

-Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Monday, September 21, 2026 10:10 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Langan, Drew <dlangan@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Hi Paul,

We will respond with our objections and designees this week.

On Alex Wagner, he will only be designated for Topic 15 for the time period from July 1, 2023 to present and no other topic.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Monday, September 21, 2026 5:25 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

EXTERNAL SENDER

Counsel,

We are open to stipulations, pursuant to Rule 30(d)(1), concerning the time allotted for Rule 30(b)(6) depositions, but we cannot do so without knowing a) the number and identity of all of Uber's designees and b) Uber's objections to the FTC's topics. Likewise, we cannot agree to cover Topic 15 on the same date as Mr. Wagner's individual deposition without knowing the information referenced above and whether Mr. Wagner will be designated for any other 30(b)(6) topics.

Please provide the identity of all of Uber's designees and its objections to the FTC's topics as soon as possible so the parties have sufficient time to resolve issues like this one without the intervention of the court. As a reminder, the FTC's 30(b)(6) topics were provided to Uber on September 2.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Friday, September 18, 2026 4:45 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Langan, Drew <dlangan@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

Thank you for providing the deposition notices for Alex Wagner, Jesse Prehodick, Saloni Kishinchandani, and Swathi Bhumireddy. Kelsie Sausville's deposition will occur at Sidley's Chicago office, Abbey Stauffer's will occur at WilmerHale's San Francisco office, and Danielle Sheridan's will take place at WilmerHale's NYC office.

We are in receipt of the FTC's Rule 30(b)(6) deposition notice. We expect to serve any objections in the coming days. In the meantime, we wanted to raise one issue that may help with scheduling and planning. We believe eight hours of Rule 30(b)(6) testimony is appropriate for the noticed topics that are not fully objectionable. However, given the sprawl of those topics, Uber expects to designate multiple witnesses. In light of that, we are

willing to agree, as a courtesy, to a total of 10 hours of Rule 30(b)(6) testimony across all designees. That exceeds what we believe is otherwise warranted here.

Please let us know whether the FTC agrees.

We also intend to designate Alex Wagner as a 30(b)(6) deponent for Topic 15, for the time period from July 1, 2023 to present.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Thursday, September 17, 2026 8:35 PM
**To:** Langan, Drew <dlangan@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

EXTERNAL SENDER

Counsel,

Attached please find notices for the remote depositions of Alex Wagner, Jesse Prehodick, Saloni Kishinchandani, and Swathi Bhumireddy.

We intend to depose Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan in-person. Accordingly, by Monday (9/21), please let us know 1) the locations for these depositions and 2) whether Uber is able, for efficiency, to reschedule the deposition of Ms. Sausville to the week of October 19. Once we have this resolved, we will send deposition notices.

With respect to Plaintiffs' 30(b)(6) notice, please let us know which witness or witnesses you will designate for each topic and provide any objections by Monday (9/21), so the parties have sufficient time to address scheduling and other issues, if any.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Wednesday, September 16, 2026 10:11 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta,

Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Paul,

We have received Plaintiffs' 30(b)(6) notice and are reviewing it. We will get back to you with our objections and to outline the scope of testimony we will be providing in response to each topic.

We are also in the process of identifying designees and will let you know which witness or witnesses will be designated for each topic. Given the breadth of the topics noticed, Uber expects to designate multiple witnesses to testify on its behalf over several days. To the extent witnesses are already testifying in their individual capacities, any 30(b)(6) testimony can take place the same day.

Here is the remote access information for the deposition of Jonathan Bugbee:

Meeting Link: https://planet-depos.zoom.us/j/91330566777

Meeting ID: 913 3056 6777
Passcode: 114041

Call in #: 301 715 8592
Meeting ID: 913 3056 6777
Passcode: 114041

Best,
Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Tuesday, September 15, 2026 7:53 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew

<dlangan@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

Attached please find a deposition notice for Uber Technologies, Inc., pursuant to Rule 30(b)(6) and our agreement concerning the extension of litigation deadlines. While we've noticed this deposition for October 19, we remain open to other dates and ask that you provide us with alternatives before the end of this week. With respect to Jonathan Bugbee's deposition on Friday, please let us know what means you will be providing for counsel who are not physically present to observe remotely.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>

**Sent:** Tuesday, September 15, 2026 6:01 PM
**To:** Langan, Drew <dlangan@sidley.com>; Mezan, Paul <pmezan@ftc.gov>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

With apologies, Ms. Sheridan remains available on 11/5 and we do not need to move her deposition.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Warren, Brittany R.
**Sent:** Tuesday, September 15, 2026 12:37 PM
**To:** 'Langan, Drew' <dlangan@sidley.com>; Mezan, Paul <pmezan@ftc.gov>;

Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

We need to move Ms. Danielle Sheridan's deposition to the following week in November. Would Plaintiffs be able to depose her on either 11/11 or 11/12?

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Friday, September 11, 2026 2:45 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah

<sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

EXTERNAL SENDER

Paul – here is our revised version. The last three sentences are new, in response to your additions from earlier today. We also made some minor formatting changes. You may file this version.

Thanks,
Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, September 11, 2026 1:36 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret

<mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Brittany,

We agree to your proposal regarding remote depositions. Attached please find the FTC’s revisions to the JSR. We have removed the sections on remote depositions and RFA 1. Please note that we will be citing to Uber’s responses and objections to Rog 13 and RFP 58 (Exhibits A and B, respectively). Please let us know if you have any further revisions.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Friday, September 11, 2026 1:05 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact

<pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Paul,

We disagree with Plaintiffs' position that the noticing party is categorically entitled to conduct depositions remotely. However, to avoid burdening the Court with this issue, Uber is willing to agree that the noticing party may elect to conduct depositions remotely in this case, provided that Plaintiffs likewise agree that exhibits will be provided either in hard copy in advance or through a document repository that allows the witness to view the complete document while being questioned, rather than only the portion displayed through screen sharing.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Thursday, September 10, 2026 8:11 PM
**To:** Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R.

<Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

EXTERNAL SENDER

Counsel,

Attached is the FTC's portion of the JSR relating to remote depositions. We disagree that this week's JSR is an improper vehicle for addressing this issue. We discussed remote depositions at our meet-and-confer on August 31, and we again informed you that we intended to take depositions remotely on September 2. Nevertheless, you waited until the afternoon of September 8 to tell us for the first time that Uber opposed remote depositions. That same day, we informed you that we would raise this issue with the Court if we were not able to reach an agreement. The Court's order is intended to facilitate the timely and good faith resolution of issues, the FTC's conduct here is consistent with that standard, and we will accordingly be including this issue in the JSR.

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW

Washington, DC 20580
(202) 758-4177

---

**From:** Freeman, Lauren <lfreeman@sidley.com>
**Sent:** Thursday, September 10, 2026 7:30 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

The FTC's proposal to add remote depositions to this week's joint status report is inconsistent with the Court's order requiring the moving party to provide its portion three days before the filing deadline. (ECF No. 248.) Raising a new issue tonight does not give Uber sufficient time to respond before tomorrow's noon deadline and defeats the purpose of the Court-ordered exchange schedule.

If the FTC wishes to raise this issue with the Court, this joint status report is not the proper vehicle.

Best,
Lauren

**LAUREN C. FREEMAN**

**SIDLEY AUSTIN LLP**
+1 415 772 1253
lfreeman@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Thursday, September 10, 2026 9:58 AM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

We confirm that the dates you proposed for Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan are acceptable. We disagree with your position on remote depositions and plan to present this issue to the Court in this week's JSR. We will send you our portion of the JSR as it relates to remote depositions by 8pm this evening—when Uber is set to respond on the privilege issue—and request that Uber provide its response to the remote deposition portion of the JSR by 12pm ET tomorrow.

Johnathan Bugbee's deposition will take place at the FTC offices located at 441 G Street NW in Washington, DC. We will respond separately with the locations for the depositions of Crystal

Vaughn, Jessica Nelson, and Mia Pione. As we stated in our meet-and-confer last Monday, for in-person depositions, we request that the deposing party provide a means for counsel who are not physically present to observe the deposition by remote means. Please confirm that this acceptable to Uber.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, September 9, 2026 5:07 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Langan, Drew <dlangan@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477

(N.D. Cal.): Depositions

Paul,

The burden is first on Plaintiffs to justify why the depositions should be remote, not on Uber to justify why they should be in person. *See, e.g.*, *Boxabl, Inc. v. Brave Control Solutions, Inc.*, No. 2:25-cv-00580-JAD-BNW, 2026 WL 1786357, at *2 (D. Nev. Jun. 22, 2026) (applying a two-step standard: first, the party seeking a remote deposition must establish a legitimate reason; second, the burden then shifts to the opposing party to show prejudice). In any event, Uber disagrees that cost and efficiency considerations alone entitle a party to take depositions remotely upon request. *See Lewis v. CoreCivic of Tennessee, LLC*, No. 21-cv-01385-JAH-BGS, 2023 WL 5944279, at *1 (S.D. Cal. Sep. 12, 2023) (noting that "remote depositions, particularly of a party or key witness, will [not] always be appropriate.") (citations omitted). Courts evaluate the circumstances of a particular deposition and a particular witness. *See id.* ("Such matters must be determined on a case-by-case basis.") (citations omitted). Further, the FTC cannot argue that it is inconvenienced with respect to taking depositions of witnesses located in the Northern District of California, as the FTC chose to bring a lawsuit in that very District.

As you know, remote depositions can materially impair counsel's ability to effectively manage the deposition and exhibits, both of which are concerns here. *See, e.g.*, *Lewis*, No. 21-cv-01385-JAH-BGS at *1-2 (ordering an in-person deposition for the only expert in a case when his credibility was crucial and his deposition would be document-heavy); *Rubio v. City of Visalia*, No. 1:21-cv-00286-DAD-SAB, 2022 WL 193072, at *2 (E.D. Cal. Jan. 21, 2022) (acknowledging that in-person testimony may be important to evaluating a witness's presentation and credibility). In fact, those concerns are heightened in this case where Plaintiffs seek to depose multiple Uber employees regarding events that span several years.

To be sure, Uber's position is not that no deposition can proceed remotely, but that the need to conduct a particular deposition remotely depends on the circumstances of each specific witness. Plaintiffs have provided no witness-specific justification to support their blanket request that all these depositions proceed remotely. As such, Uber does not agree at this time that the depositions of Alex Wagner, Jesse Prehodick, Saloni Kishinchandani, Swathi Bhumireddy, Danielle Sheridan, Kelsie Sausville, and Abbey Stauffer should all be conducted remotely. However, in order to avoid wasting the court's

time with this dispute, we are willing to allow the depositions of witnesses out of the district (Alex Wagner, Jesse Prehodick, Danielle Sheridan, Kelsie Sauville) to be taken remotely, so long as the witnesses located in the Northern District of California (Abbey Stauffer, Saloni Kishichandani, and Swathi Bhumireddy) are deposed in person.

Finally, Kelsie Sausville is available on October 15, 2026, Abbey Stauffer is available on October 21, 2026, and Danielle Sheridan is available on November 5, 2026. Please confirm these dates. We will follow up regarding the 30(b)(6) deposition of Uber Technologies, Inc., which will take place over several days with multiple designees, shortly.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Tuesday, September 8, 2026 5:05 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact

<pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

EXTERNAL SENDER

Counsel,

As we stated in our meet-and-confer last Monday, Plaintiffs are seeking to take these depositions remotely through video conference to promote efficiency and reduce costs. This alone is good cause to depose witnesses by video conference, as courts in the Northern District have repeatedly held. *See e.g, Carrico v. Samsung Elecs. Co.*, No. 15-2087, 2016 WL 1265854, at *1 (N.D. Cal. Apr. 1, 2016) (Ryu, MJ); *Lopez v. CIT Bank, N.A.*, No. 15-759, 2015 WL 10374104, at *2 (N.D. Cal. Dec. 18, 2015) (Lloyd, MJ); *Guillen v. Bank of Am. Corp.*, No. 10-5825, 2011 WL 3939690, at *1 (N.D. Cal. Aug. 31, 2011) (Grewal, MJ). There is no requirement in the local rules or the relevant case law to identify a "particularized reason" per witness.

Please elaborate on Uber's position before the end of the day tomorrow (9/9). Specifically, identify 1) why Uber is opposed to conducting depositions remotely, and 2) whether Uber is opposed to conducting any depositions remotely or whether it is only opposed to conducting specific depositions remotely. If the latter, provide the reasons why Uber believes those depositions should be conducted in person. If the parties cannot reach an agreement on this issue, we will need to address it in the JSR due to the Court this Friday.

Finally, we ask that, before the end of the day tomorrow, Uber respond to our proposed dates for the depositions of Danielle

Sheridan, Abbey Stauffer, Kelsie Sausville, and Uber Technologies, Inc.

We will confirm the locations of the witnesses that Uber intends to depose and will respond separately with that information when we have it.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Tuesday, September 8, 2026 12:56 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Langan, Drew <dlangan@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>

**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Paul,

We understand that Plaintiffs seek to take the depositions of Alex Wagner, Jesse Prehodick, Saloni Kishinchandani, and Swathi Bhumireddy remotely, and that Plaintiffs anticipate the depositions for Danielle Sheridan, Kelsie Sausville, and Abbey Stauffer will be remote as well. Uber does not agree that all seven of these depositions should proceed remotely and does not currently see a basis for doing so.

Please let us know the particularized reason you contend supports proceeding remotely for each witness.

Separately, can you please confirm the locations of Johnathan Bugbee, Crystal Vaughn, Jennifer Nelson, and Mia Pione? We intend to serve deposition notices this week for these four witnesses.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Wednesday, September 2, 2026 6:27 PM
**To:** Langan, Drew <dlangan@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor

<Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Merna T. <mhoffman@attorneygeneral.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

EXTERNAL SENDER

Counsel,

We're writing to confirm that Mia Pione is available on October 8 and that the dates you've proposed for Alex Wagner, Jesse Prehodick, Saloni Kishinchandani, and Swathi Bhumireddy are acceptable to the Plaintiffs. Please note that we intend to take these depositions remotely by videoconference.

With respect to Danielle Sheridan, please advise us as to her availability on or after October 14 (the week of September 14 does not work for us). We also request that you advise us as to the availability of Kelsie Sausville and Abbey Stauffer during the week of September 21. We anticipate that all these depositions will be remote as well.

Finally, we propose that a 30(b)(6) deposition of Uber Technologies, Inc. be scheduled for the week of October 19. To assist in your identification of appropriate designees, we've attached a list of topics we intend to cover at the deposition. Plaintiffs will serve a formal notice once the parties have settled on a date.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Monday, August 31, 2026 9:11 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel – Uber confirms that it will make each of these witnesses available for a deposition. The witnesses' availability is as follows:

- Danielle Sheridan – September 17 in New York, NY
- Alex Wagner – September 30 in Chicago, IL
- Jesse Prehodick – October 2 in New York, NY
- Saloni Kishinchandani – October 6 in San Francisco, CA
- Swathi Bhumireddy – October 8 in Palo Alto, CA

We will get back to you as soon as we can regarding the availability of Kelsie Sausville and Abbey Stauffer.

Could Plaintiffs please confirm whether Mia Pione is available on October 8?

Thank you,
Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, August 28, 2026 3:57 PM
**To:** Freeman, Lauren <lfreeman@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal

<Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Depositions

Counsel,

Pursuant to LR 30-1, the FTC requests that Uber make the following individuals available for deposition during the time periods listed below:

1. Saloni Kishinchandani – week of September 21
2. Swathi Bhumireddy – week of September 21
3. Jesse Prehodick – week of September 28
4. Alex Wagner – week of September 28
5. Kelsie Sausville – week of October 5
6. Abbey Stauffer – week of October 5
7. Danielle Sheridan – week of October 12

Please confirm by September 2 that each witness will be produced for deposition and whether you can accommodate the proposed deposition time periods for each witness. Plaintiffs will serve a 30(b)(6) notice on Uber at least 14 days before the deposition of the first Uber employee to be deposed in the case, in accordance with the Court's order dated August 7 (Dkt. 257). We can discuss the location, format, and possibility of remote depositions at our meet-and-confer on Monday, August 31.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

**From:** Freeman, Lauren <lfreeman@sidley.com>
**Sent:** Friday, August 28, 2026 2:23 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Hi Paul,

No revisions on the JSR, you can go ahead and file.

Many thanks,
Lauren

**LAUREN C. FREEMAN**

**SIDLEY AUSTIN LLP**
+1 415 772 1253
lfreeman@sidley.com

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, August 28, 2026 11:19 AM
**To:** Warren, Brittany R.

<Brittany.Warren@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Counsel,

We're following up on the JSR. Can you please let us know if you have any revisions?

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Thursday, August 27, 2026 6:00 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Hi Paul,

Thank you, we will review the JSR. On the M&C, unfortunately we've had a conflict arise with 12:30pm ET tomorrow. Could we do Monday 8/31 at 2:30-3 or 4:30-5 ET?

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Thursday, August 27, 2026 5:42 PM
**To:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** bmundel <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List

<WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

EXTERNAL SENDER

Counsel,

Attached is a draft of the JSR; you'll see that we've included a request that the parties next joint status report be submitted on Friday (9/11). We'd appreciate it if you could let us know if you have any revisions by 12pm ET tomorrow.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Mezan, Paul
**Sent:** Thursday, August 27, 2026 11:07 AM
**To:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay

<lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Thanks, Taylor.

We'll prepare a draft of the JSR and send it to you later today. We'll also check on Mia Pione's availability and get back to you. Regarding the meet-and-confer, let's plan on tomorrow (8/28) at 12:30pm ET. We can start by discussing the FTC's discovery requests and then cover Uber's proposed deposition of Andy Lugo.

Can you please let us know if Uber is amenable to postponing the in-person settlement conference with Judge Krishnan? If so, we'd propose the schedule below but are also open to discussing alternative dates.

- Party meetings with Judge Krishnan: week of 12/14/26
- Settlement briefs due: 1/11/27
- Confidential settlement briefs due: 1/15/27
- In-person settlement conference: week of 1/25/27

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Sent:** Wednesday, August 26, 2026 6:07 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et

al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Paul,

Thank you for your email. We agree with your proposal on the JSR. Would you like to prepare the filing or should we?

To respond to your note about Plaintiffs' witnesses, here are the dates we propose for in-person depositions:

1. Johnathan Bugbee: We can do 9/18.
2. Crystal Vaughn: We can do 9/21.
3. Jessica Nelson: We can do 10/6.
4. Mia Pione: Could the witness do 10/8?

For a meet and confer with New York, we could be available between 12pm-1pm ET tomorrow (8/27) or after 5pm ET, or 1pm-2pm ET Friday (8/28). Let us know if either of those windows work.

For a meet and confer regarding the FTC's discovery requests, we are available between 10:30-11 ET tomorrow (8/27), 12:30-1 ET Friday (8/28), and 12:30-1, 1:30-2, or 2:30-3 ET Monday (8/31). Let us know if any of those windows works.

Regarding your other two questions, Uber's responses are below.

<u>1) that Uber supplement its responses to RFPs 34, 35, 36, 37, and 40 to include data and information from December 2025 through present</u>

The timeframes for these RFPs have already been extensively negotiated by the parties and presented to, or decided by, the Court. For RFPs 34, 35, 36, and 37, the parties agreed to a December 15, 2025 end date, which we also represented to the Court in our joint status report on March 26, 2026 (ECF No. 158, 158-1). In that same status report, we brought our

dispute over RFP 40 to the Court's attention, and the Court ordered an end date of December 15, 2025. Id. at 2. The Court also noted that "there needs to be an end date for document production so that the task can be completed." ECF No. 165.

2) that Uber respond to our question concerning RFP 28 and requested dissemination information

Uber does not maintain dissemination schedules (i.e., documents showing the dates of dissemination) for its advertisements in the ordinary course of business with the exception of its broadcast airings. Moreover, many advertisements do not follow a set dissemination schedule and are instead sent based on certain triggers. Uber refers to the document produced at UBER-FTCU1-00410222 for information on those triggers. For its broadcast advertisements, Uber has identified responsive information and will produce responsive documents by September 4.

Thank you,
Taylor

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Wednesday, August 26, 2026 12:37 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Reigstad, Christian <christian.reigstad@ag.ny.gov>
**Cc:** bmundel <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew

<dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

EXTERNAL SENDER

Counsel,

We've reviewed Uber's portion of the Joint Status Report due this Friday. Plaintiffs are willing to supplement their responses to identify examples of specific consumer complaints within the cited complaint databases that support our contentions by Friday, September 11. Accordingly, we propose that the Parties prepare a brief Joint Status Report requesting that the Court order Plaintiffs to supplement their responses by that date and that the Court vacate the discovery hearing currently scheduled for Monday, August 31. Please let us know if this approach is acceptable to Uber.

Separately, we're again requesting a meet-and-confer to discuss 1) Uber's proposed deposition of Andy Lugo from the New York AG's Office and other matters related to depositions (e.g., the specific dates on which Uber will depose Plaintiffs' witnesses and whether those depositions will be conducted remotely or in-person); and 2) deficiencies in Uber's responses to the FTC's discovery requests that were issued on July 24.

We also ask that Uber promptly respond to the following questions: 1) whether Uber will be providing the dates on which the advertisements identified by the FTC were disseminated pursuant

to RFP 28; 2) whether Uber will agree to supplement its responses to RFPs 34, 35, 36, 37, and 40 to include data and information from December 2025 through present; and 3) whether Uber is amenable to postponing the settlement conference currently scheduled for October 13 to a later date in light of the recent extension of the litigation deadlines.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Tuesday, August 25, 2026 12:01 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Langan, Drew <dlangan@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; Gooch, Taylor

<Taylor.Gooch@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 8/28 status conference statement

Counsel,

Pursuant to the Court's order regarding the exchange of status conference statements, attached is Uber's portion of this week's Joint Status Report.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**********************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us
immediately.
**********************************************************************************************