UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation, and

UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-03477-JST

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF FTC'S MOTION FOR AN EXTENSION OF CASE MANAGEMENT SCHEDULE**

**~~[PROPOSED]~~ ORDER**

Having read and considered Plaintiffs' motion for an extension of case management schedule and Defendants' opposition thereto, the Court will grant Plaintiffs' motion for good cause shown.

The Court hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Current Date | Amended Date |
|---|---|---|
| Fact discovery cut-off | November 16, 2026 | December 16, 2026 |
| Expert disclosures | December 11, 2026 | January 15, 2027 |
| Rebuttal disclosures | February 2, 2027 | March 2, 2027 |
| Expert discovery cut-off | March 15, 2027 | April 15, 2027 |
| Dispositive motions | April 5, 2027 | May 5, 2027 |
| Responses to dispositive motions | April 26, 2027 | May 26, 2027 |
| Replies in support of dispositive motions | May 12, 2027 | June 10, 2027 |
| Dispositive motion hearing deadline | June 1, 2027 | July 1, 2027 |
| Motions in limine due | August 4, 2027 | September 3, 2027 |
| Motion in limine oppositions due | August 11, 2027 | September 10, 2027 |
| Pretrial conference statement due | August 18, 2027 | September 24, 2027 |
| Pretrial conference | August 25, 2027 | October 1, 2027 |
| Trial | September 20, 2027 | October 25, 2027 |

**IT IS SO ORDERED.**

DATE: October 22, 2026

BY: ______________________________
The Honorable Jon S. Tigar
United States District Judge