# EXHIBIT D

FILED UNDER SEAL