# EXHIBIT G

FILED UNDER SEAL