UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation; and

UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-03477-JST

**[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

With respect to information that Defendants designated as confidential, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiff's Administrative Motion") in connection with Exhibits C, D, E, and G attached to the Parties' October 22, 2026 Joint Discovery Status Report (Dkt. No. 295). Plaintiff, in accordance with Local Rule 79-5(c)(3) identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Description | Designating Party |
|---|---|---|
| Exhibit C | Internal Uber email dated August 24, 2022 (UBER-FTCU1-00068531) | Uber Technologies, Inc. |

| | | |
|---|---|---|
| Exhibit D | Member Savings Calculations Document (UBER-FTCU1-000227117) | Uber Technologies, Inc. |
| Exhibit E | Internal Uber email dated March 24, 2022 | Uber Technologies, Inc. |
| Exhibit G | Membership: Member Savings Document (UBER-FTCU1-00002120) | Uber Technologiesn, Inc. |

Having considered Plaintiff's Administrative Motion and any responsive statement or declaration filed by Defendants pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The sealed Exhibits C, D, E, and G shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Defendants shall file complete unredacted versions of Exhibits C, D, E, and G within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Defendants shall file revised redacted versions of Exhibits C, D, E, and G, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _______________, 2026

United States District Judge