# EXHIBIT 1

**From:** Vieira, Jacqueline W.
**Sent:** Monday, October 12, 2026 5:19 PM
**To:** 'pmezan@ftc.gov'; 'sliebner@ftc.gov'; 'sabutaleb@ftc.gov'; 'jdoty@ftc.gov'; 'proy@ftc.gov'; 'awojcicki@ftc.gov'; 'asaltzman1@ftc.gov'; 'lriley@oag.maryland.gov'; 'michael.dean@alabamaag.gov'; 'lindsay.barton@alabamaag.gov'; 'pziperman@oag.maryland.gov'; 'dhanks@ftc.gov'
**Cc:** WH Uber One Service List; Freeman, Lauren; Scheper, Abby; bmundel; 'tbragg@sidley.com'; Warren, Brittany R.; Gooch, Taylor; Gringer, David; Mehta, Sonal
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Counsel,

Given the number of consumers identified in initial disclosures and discovery produced to Uber, we intend to file a motion with the Court this week to extend discovery for the limited purpose of taking trial depositions of specific consumers identified by the Plaintiffs as trial witnesses during the pre-trial disclosure process. Please let us know if your position has changed from our email exchange on July 21-22, or if you intend to oppose.

Regards,
Jacqueline

**Jacqueline W. Vieira | WilmerHale**
+1 617 526 6361

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Wednesday, July 22, 2026 5:13 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Liebner, Stephanie <sliebner@ftc.gov>; Bragg, Tayler G. <tbragg@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

**EXTERNAL SENDER**

Counsel,

We're not willing to agree to your proposed stipulation at this time.

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
(202) 758-4177

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Tuesday, July 21, 2026 6:47 PM
**To:** Liebner, Stephanie <sliebner@ftc.gov>; Bragg, Tayler G. <tbragg@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

You don't often get email from brittany.warren@wilmerhale.com. Learn why this is important

Counsel,

Without prejudice to Uber's position as set forth in the Joint Status Report, and in the interest of compromise, Uber will withdraw its request if Plaintiffs stipulate that they will make available for deposition reasonably in advance of trial any individuals whom Plaintiffs identify as potential trial witnesses and is not an Uber witness.

Please let us know your position.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you

are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Liebner, Stephanie <sliebner@ftc.gov>
**Sent:** Friday, July 17, 2026 3:00 PM
**To:** Bragg, Tayler G. <tbragg@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

**EXTERNAL SENDER**

Thanks, Tayler. Yes, we did intend to update the intro paragraph re that deadline and will do so now.

We will get it signed and filed.

Best,

Stephanie Liebner

---

**From:** Bragg, Tayler G. <tbragg@sidley.com>
**Sent:** Friday, July 17, 2026 2:56 PM
**To:** Liebner, Stephanie <sliebner@ftc.gov>; Freeman, Lauren <lfreeman@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Hi Stephanie,

Thank you. Attached is a revised JSR, clean and redline against the version we sent you at 11:05 PT.

We wanted to flag that it looks like the FTC may have intended to update the July 29 deadline re: RFPs 52-53 in your intro paragraph, based on your other edits re: RFPs 52-53.

Please let us know if you intend to make any other edits. If not, you have approval to sign/file.

Best,
Tayler

**TAYLER G. BRAGG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3423
tbragg@sidley.com

---

**From:** Liebner, Stephanie <sliebner@ftc.gov>
**Sent:** Friday, July 17, 2026 1:48 PM
**To:** Freeman, Lauren <lfreeman@sidley.com>; Bragg, Tayler G. <tbragg@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Thanks, Lauren. That's fine. We can file if you send us back a doc with the edits from both sides consolidated within it.

Best,

Stephanie Liebner

---

**From:** Freeman, Lauren <lfreeman@sidley.com>
**Sent:** Friday, July 17, 2026 2:40 PM
**To:** Liebner, Stephanie <sliebner@ftc.gov>; Bragg, Tayler G. <tbragg@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Hi Stephanie,

We will delete footnote 5 and send you back a few edits. We were expecting that you would file, given that it is on the FTC's letterhead. We'll share the updated version shortly.

Best,
Lauren

**LAUREN C. FREEMAN**

**SIDLEY AUSTIN LLP**
+1 415 772 1253
lfreeman@sidley.com

---

**From:** Liebner, Stephanie <sliebner@ftc.gov>
**Sent:** Friday, July 17, 2026 11:34 AM
**To:** Bragg, Tayler G. <tbragg@sidley.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Hi Tayler,

We sent some edits at 2:04pm that will need to be incorporated. Beyond those, we only have one additional thing: based on your edits you can delete footnote 5 that read, "Uber represents that it has only served 17 interrogatories on the FTC. This is inaccurate. Uber served 17 interrogatories on July 15, 2025 and an additional 3 contention interrogatories on June 23, 2026. See Exs. E and F."

Assuming you have no further changes, you have our permission to sign and file. If you make additional changes, we will need to review again first.

We will follow up shortly with our exhibits.

Best,

Stephanie Liebner

---

**From:** Bragg, Tayler G. <tbragg@sidley.com>
**Sent:** Friday, July 17, 2026 2:05 PM
**To:** Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>

**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Counsel,

Further to Brittany's email below, attached are Uber's edits to the joint status report. This incorporates the reorganization flagged below and responds to your positions that we received yesterday. Please let us know if you intend to make any edits to your sections in response to what we sent you yesterday or what we are sending now. We need time to review and address them before the noon PT filing deadline.

As always, if you make any further edits to the attached, you do not have Wilmer or Sidley's permission to sign/file.

Best,
Tayler

**TAYLER G. BRAGG**
Senior Managing Associate

**SIDLEY AUSTIN LLP**
+1 214 981 3423
tbragg@sidley.com

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Friday, July 17, 2026 11:37 AM
**To:** Abutaleb, Sarah <sabutaleb@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Bragg, Tayler G. <tbragg@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Hi Sarah,

We are making some edits to Uber's section of the JSR based on your responses to our affirmative requests. We assume you are doing the same to your sections in response to our responses to your affirmative requests. We wanted to raise two things which we think will help with organization and with getting this on file.

- You will see we've reorganized since both sides are moving on issues in this JSR, so the motion and the response are next to each other and the affirmative points from each side are presented first.
    - o Plaintiffs' Affirmative Statement
    - o Uber's Response to Plaintiffs' Affirmative Statement
    - o Uber's Affirmative Statement
    - o Plaintiffs' Response to Uber's Affirmative Statement
- We propose the parties exchange drafts at 11am PT to review the responses and finalize before filing at 12pm PT.

Please let us know if Plaintiffs are amenable to the timing we've proposed.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Abutaleb, Sarah <sabutaleb@ftc.gov>
**Sent:** Thursday, July 16, 2026 7:55 PM
**To:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Bragg, Tayler G. <tbragg@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

**EXTERNAL SENDER**

Counsel,

See attached for Plaintiffs' portion of the joint status report.

Best,
Sarah

Sarah Abutaleb
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
office: 202.326.2583 | cell: 202.531.9650
sabutaleb@ftc.gov

---

**From:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Sent:** Tuesday, July 14, 2026 11:59 AM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Doty, James <jdoty@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Saltzman, Adam <asaltzman1@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; Ziperman, Philip <pziperman@oag.maryland.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Bragg, Tayler G. <tbragg@sidley.com>; Gringer, David <David.Gringer@wilmerhale.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Uber's portion of the 7/17 status conference statement

Counsel,

Pursuant to the Court's order regarding the exchange of status conference statements, attached is Uber's portion.

Sincerely,
Taylor

**Taylor Gooch | WilmerHale**
He/Him/His
One Front Street, Suite 3500
San Francisco, CA 94111 USA
+1 628 235 1026 (t)
+1 628 235 1001 (f)
taylor.gooch@wilmerhale.com

20 **One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************************