# EXHIBIT 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a corporation; and<br><br>UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>**PLAINTIFF STATES SECOND SUPPLEMENTAL RESPONSES TO DEFENDANT UBER TECHNOLOGIES, INC.'S INTERROGATORIES 18 AND 19** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs The Attorneys General of the states of Alabama, Arizona, Connecticut, Maryland, Minnesota, Missouri, Montana, Nebraska, New Hampshire, New Jersey, New York, North Carolina, Ohio, Oklahoma, Pennsylvania, Virginia, West Virginia, Wisconsin, and the District of Columbia; the People of the

State of California, the People of the State of Illinois, and the People of the State of Michigan ("Plaintiff States") submit the following additional supplemental response to Defendant Uber Technologies, Inc.'s (together with Uber USA, LLC, "Uber") Interrogatories 18 and 19 ("Interrogatories"):

**GENERAL OBJECTIONS**

Each Plaintiff State reasserts the general objections set out in its initial objections and responses to the Interrogatories as if they were set forth herein.

**DEFINITIONS**

Each Plaintiff State reasserts its objections to the definitions as if they were set forth herein. The Plaintiff States neither agree nor stipulate to the definitions.

**INSTRUCTIONS**

Each Plaintiff State reasserts its objections to the Defendants' prefatory instructions and definitions as if they were set forth herein. The Plaintiff States neither agree nor stipulate to the instructions.

**OBJECTIONS AND RESPONSES**

**INTERROGATORY NO. 18**

Identify and describe the basis for Your contention that Uber charged consumers' financial accounts for products or services without their "express informed consent," Complaint ¶ 129, Including the identity of any consumers who complained about lack of consent to charges.

**SUPPLEMENTAL RESPONSE:** Each Plaintiff State reasserts its objections and responses as if they were set forth herein. Subject to and without waiving their objections, each Plaintiff State further answers this Interrogatory as follows:

First, the Second Amended Complaint (SAC) alleges that Uber has charged consumers who never signed up for an Uber subscription at all. SAC ¶¶ 4, 38, 80, 82. These consumers have been enrolled in an Uber subscription and charged a subscription fee without their authorization, and oftentimes without their knowledge. *Id.; see also* UBER-FTCU1-01403800; UBER-FTCU1-01400462; UBER-FTCU1-01400209; UBER-FTCU1-01398503; UBER-FTCU1-01398583; UBER-FTCU1-01398639; UBER-FTCU1-01399118; UBER-FTCU1-01399429; UBER-FTCU1-01399444; UBER-FTCU1-01400343; UBER-FTCU1-01400576; UBER-FTCU1-01400914; UBER-FTCU1-01401594; UBER-FTCU1-01401704; UBER-FTCU1-01401981; UBER-FTCU1-01403634; UBER-FTCU1-01404283; FTC-000000179; FTC-000000325; UBER-FTCU1-01399566; FTC-000000149 (e.g. rows 4, 7, 8, 10, 15, 23, 28, 31, 36, and 54) ; FTC-000000150 (e.g. rows 6, 9, 10, 12, 15, 16, 19, 26, 28, 33, 34, 41, 42, 44, 55, 65, 67, 103, and 108); UBER-FTCU1-00099116 to UBER-FTCU1-00099166 (e.g. hashed_ticket_uuid nos. 8570042813D057D0F93F1AA85ECFBC50, 0DE5F929E90E-9270978E1C25E832816D, AF98FBA91DD38C39F71C5FD247A06C5F, 863DCB12CCC-1096C56F3901F1B6E489D, 26F2A4F6B1CED58AD949AC2EDD58C91D, C59D2F21FC-AE9D076CFE28CE77AACF46, and 34CC2EBF373421778BD6B19C21C5D7E9).

Second, consumers could not provide express informed consent because, as alleged in the SAC, Defendants failed to sufficiently disclose material information. *See*, *e.g.*, Dkt. 147 p. 12-17; Dkt. 178 at p. 18; *see also* FTC-000000149 (e.g. rows 16, 59, 85, and 112), UBER-SEPT24-00000178. The States contend that material transaction terms have been absent entirely from Defendants' enrollment flows, false or misleading when they have appeared, disclosed in a manner that is neither clear nor conspicuous, or disclosed only after Defendants have obtained

consumers' billing information. *See, e.g.*, UBER-SEPT24-00000344; *see also* FTC-000000149 (e.g. rows 60, 85, 112, and 186), FTC-000000150 (e.g. rows 36, 57, 68, 82, 86, 87, and 88), UBER-FTCU1-00099116 to UBER-FTCU1-00099166 (e.g. hashed_ticket_uuid nos. EA37EB53F0D4722A1FDF76B2C2B5E915, B43668343AA0EED7490FA606E188EC73, B842CD062BC5CF273583E26130E30C0E, B69563C4E26A4AF463E5647E8F96AE4B, 13E0F3663E4A34598DA6F3989199B2CA, 9F5134C9237D7690D362BB67FE8345E7, FA7119BED3ABEBDF0E02AA3D3619C195, 8F67C1C21C8BF59B9BDF4873877A2BAC, 3C56DC8B9DD8655F21F3059B668A0A14, 9CD44CEB6F285C2EC5AB8F7948F338F7, and 9BF3CF35393A8F9C1976F431C5C50336). Because Uber has not clearly and conspicuously disclosed material terms of the transaction before charging consumers, it has not obtained their express informed consent.

Third, the SAC alleges that many consumers signed up for free trials under the impression that they would be able to cancel before being charged only to find out they have already been enrolled in and prematurely charged for an unwanted paid subscription, without any additional affirmative steps on their part, and before their free trial has even ended. SAC ¶¶ 39-41; *see, e.g.*, UBER-FTCU1-00087403; UBER-FTCU1-01399176; UBER-FTCU1-01402880; UBER-FTCU1-00087280; and UBER-FTCU1-01404672.

Fourth, the SAC alleges that many consumers took action to *revoke* consent and were charged again anyway. For example, consumers are charged without consent while canceling due to unreasonably long wait times in the Uber customer support chat queue, even when they initiated their cancellation request well before the end of their free trial or current subscription cycle. SAC ¶¶ 83-84 *see, e.g.*, FTC-000000149 (e.g. rows 283 and 446). In other instances, Uber

continued to charge many consumers who already cancelled their subscriptions. SAC ¶¶ 85-87; *see, e.g.*, UBER-FTCU1-01399028; UBER-FTCU1-01400478; UBER-FTCU1-01400488; UBER-FTCU1-01403563; UBER-FTCU1-01404358; UBER-FTCU1-01405158; and UBER-FTCU1-01404755. For example, consumers cancelling within the last 48 hours of their current billing cycle have been charged for an additional subscription fee even after they had successfully cancelled their subscription. *Id.*

Many consumers have complained that these practices have caused them to incur unauthorized charges. *See, e.g.* SAC ¶¶ 80-89; FTC-000000149 (e.g. rows 56, 59, 92, 124, and 210); FTC-000000150 (e.g. rows 11, 20, 31, 47, 53, 60, 62, 63, 73, 80, 81, 87, 88, and 90); UBER-FTCU1-00099116 to UBER-FTCU1-00099166 (e.g. hashed_ticket_uuid nos. 67BD773E2E3E40EE646ADC017898493F, 60A81BE2E82297820A4FDF6E4DF4A7EE, 8FEA7A296F3D4ADA008EF6234DF8F58C, 111DD4B12B2C6E736A4FB12BA7D9CCF6, 5C91821E553E1F8B86B3D736822DE866, 98D13E7A4048B0A3E35FCE0551CD8BE9, and 6DD5EBB5099F13825C6C306A5B96A52E); the State Attorneys General consumer complaints cited in the States' individual responses to this Interrogatory; and the consumer affidavits that are being gathered by the Plaintiff States and are in the process of being produced to Uber.

Facts supporting these contentions are also found in at least the following documents: UBER-FTCU1-00022263; UBER-FTCU1-00400747; UBER-FTCU1-01400415; UBER-FTCU1-00052546; UBER-FTCU1-00022319; UBER-FTCU1-00035199; and UBER-FTCU1-00063663.

**INTERROGATORY NO. 19**

Identify and describe the basis for Your contention that Uber's practices were "deceptive" or "misleading," Including the identity of any consumers who complained about deceit and related topics.

**SUPPLEMENTAL RESPONSE:** Each Plaintiff State reasserts its objections and responses as if they were set forth herein. Subject to and without waiving their objections, each Plaintiff State further answers this Interrogatory as follows:

First, Uber has represented to consumers that they may cancel Uber's subscriptions at any time with no additional fees. However, as alleged in the SAC, consumers have been unable to cancel at certain times before their next billing period without incurring additional charges of $9.99 a month or $96 a year in subscription fees. SAC ¶¶ 81, 86-87; *see*, *e.g.*, UBER-SEPT24-00000748; UBER-FTCU1-00121115; UBER-FTCU1-01401584; UBER-FTCU1-00052545; UBER-FTCU1-00053287; UBER-FTCU1-01403563; UBER-FTCU1-00051373; and UBER-FTCU1-01399639. Additionally, Defendants charge additional fees in the form of next month's or year's subscription fees (i) despite consumers attempting to cancel their subscription before their next billing date, and (ii) for trial period subscriptions, even before their current month or year ends and before the date Uber has represented to consumers that they will be billed. SAC ¶ 81-82. Further, even after Uber has specifically told consumers their subscriptions have been cancelled and that they would not be charged again, those consumers were nevertheless charged additional subscription fees for additional months. *Id.* at ¶¶ 86-87; *see also* UBER-FTCU1-01399639; FTC-000000149 (e.g. rows 2, 13, 42, 56, 58, and 68); FTC-000000150 (e.g. row 105).

Second, Defendants have represented to consumers that they will be billed or charged on a specific date. *See, e.g.,* UBER-FTCU1-00000159, UBER-FTCU1-00000160,

UBER-FTCU1-00000161, UBER-FTCU1-00002723, UBER-FTCU1-00002724. However, Defendants have billed consumers before the stated billing date, and before the end of consumers' free trial or billing period. SAC ¶¶ 81-82; *see also* FTC-000000149 (e.g. rows 48, 56, 60, 85, 92, 112, 124, 186, and 210), UBER-SEPT24-00000892, UBER-FTCU1-00041999.

Third, Defendants have represented to consumers that they will save a specific amount of money, such as "$25 every month," if they enroll in an Uber subscription. Defendants' savings claims, however, are deceptive or misleading because many consumers have not achieved the promised savings. SAC ¶¶ 19, 22; *see, e.g.,* UBER-FTCU1-00025806, UBER-FTCU1-00194290, UBER-FTCU1-00098552, UBER-FTCU1-00007597, UBER-FTCU1-00002421, UBER-FTCU1-00022592, UBER-FTCU1-00099318, UBER-FTCU1-00211767. For example, Defendants' savings claims have not accounted for the cost of Uber subscriptions (*see, e.g.*, UBER-FTCU1-00099168, Dkt. No. 116 at 2).

Fourth, Defendants have represented to consumers that its charges for its subscriptions were authorized. However, Uber has charged consumers who never agreed to be charged for (or even enrolled in) its subscriptions, charged consumers before the stated billing date, charged consumers after they have cancelled their subscription or have been thwarted from cancelling due to Uber's lengthy, complicated, and sometimes hidden cancellation processes, and charged consumers without sufficiently disclosing material terms. *See supra* States' Supplemental Response to Defendants' Interrogatory 18.

Many consumers have complained about Uber's deceptive and misleading practices. *See, e.g.*, SAC ¶¶ 80-89; FTC-000000149; FTC-000000150; UBER-FTCU1-00099116 to UBER-FTCU1-00099166; the State Attorneys General consumer complaints cited in the States'

individual responses to this Interrogatory; and the consumer affidavits that are being gathered by the Plaintiff States and are in the process of being produced to Uber.

Dated: September 11, 2026

OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, CONSUMER
PROTECTION DIVISION

*/s/ Philip Ziperman*
Philip Ziperman (MD Bar No.: 9012190379)*
Deputy Chief
Luke Riley (MD Bar No.: 2502271005)*
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Maryland
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
(410) 576-6417 (Ziperman)
pziperman@oag.maryland.gov
(410) 576-6568 (Riley)
lriley@oag.maryland.gov

*Attorneys for Plaintiff*
*Office of the Maryland Attorney General,*
*Consumer Protection Division*

STEVE MARSHALL
*ATTORNEY GENERAL*

By:

*/s/ Michael G. Dean*
Michael G. Dean*
*Assistant Attorney General*

*/s/ Lindsay D. Barton*
Lindsay D. Barton*
*Assistant Attorney General*

Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
Michael.Dean@AlabamaAG.gov
Lindsay.Barton@AlabamaAG.gov

*Attorneys for Plaintiff*
*Attorney General of Alabama*

KRISTIN K. MAYES
Attorney General of Arizona

*/s/ Alyse Meislik*
Alyse Meislik, AZ Bar No. 024052*
Assistant Attorney General
Office of the Arizona Attorney General
2005 North Central Avenue
Phoenix, AZ 85004
Phone: (602) 542-3702
Fax: (602) 542-4377
consumer@azag.gov
Alyse.Meislik@azag.gov

*Attorney for Plaintiff*
*Arizona Attorney General*

URSULA JONES DICKSON
District Attorney of Alameda County

*/s/ Andres H. Perez*

ANDRES H. PEREZ (SBN 186219)
Assistant District Attorney
HUY T. LUONG (SBN 251507)
Deputy District Attorney
Consumer, Environmental & Worker Protection Division
7677 Oakport Street, Suite 650
Oakland, CA 94621
(510) 383-8600
andres.perez@acgov.org
huy.luong@acgov.org

*Attorneys for Plaintiff*
*People of the State of California*

STATE OF CONNECTICUT

WILLIAM TONG

ATTORNEY GENERAL OF THE STATE OF CONNECTICUT

*/s/ Brendan T. Flynn*

Brendan T. Flynn*
Fed. Bar No. ct04545
Assistant Attorney General
Office of the Attorney General of the State of Connecticut
165 Capitol Ave.
Hartford, CT 06106
Phone: 860-808-5400
Fax: 860-808-5593
Brendan.Flynn@ct.gov

*Attorney for Plaintiff*
*Attorney General of the State of Connecticut*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

*/s/ Coty Montag*

COTY MONTAG [CA BAR #255703]
Deputy Attorney General, Public Advocacy Division
Coty.Montag@dc.gov

BETH MELLEN
WILLIAM STEPHENS
Assistant Deputy Attorneys General, Public Advocacy Division

KEVIN VERMILLION
Director, Office of Consumer Protection

EMILY HOLNESS
Deputy Director, Office of Consumer Protection

BRITTANY NYOVANIE*
Assistant Attorney General, Office of Consumer Protection

Office of the Attorney General
for the District of Columbia
400 6th Street NW, 10th Floor
Washington, DC 20001
(202) 702-5686
Brittany.Nyovanie@dc.gov

*Attorneys for Plaintiff*
*District of Columbia*

PEOPLE OF THE STATE OF ILLINOIS

*/s/ Hal B. Dworkin*

HAL B. DWORKIN, IL Bar No. 6318213*
Senior Assistant Attorney General
Office of the Illinois Attorney General
Consumer Protection Division
Consumer Fraud Bureau
115 South LaSalle Street
Chicago, IL 60603
(312) 814-5159
Hal.Dworkin@ilag.gov

*Attorney for Plaintiff*
*The People of the State of Illinois*

FOR PLAINTIFF THE PEOPLE OF THE STATE OF MICHIGAN:

*/s/ Aaron W. Levin*

AARON W. LEVIN*
Assistant Attorney General
Corporate Oversight Division
Michigan Department of Attorney General
525 W. Ottawa Street
P.O. Box 30736
Lansing, MI 48909
Tel: (517) 335-7632
Fax: (517) 335-6755
levina@michigan.gov

*Attorney for Plaintiff*
*The People of the State of Michigan*

KEITH ELLISON
Attorney General of Minnesota

*/s/ Alex Kenneth Baldwin*

DANIEL RIFE*
ALEX KENNETH BALDWIN*
Assistant Attorneys General
445 Minnesota Street, Suite 600
St. Paul, Minnesota 55101-2130
Daniel.rife@ag.state.mn.us
Telephone: (651) 757-1104
Alex.Baldwin@ag.state.mn.us
Telephone: (651) 728-4049

*Attorneys for Plaintiff*
*State of Minnesota by its Attorney General*
*Keith Ellison*

CATHERINE HANAWAY
Missouri Attorney General

*/s/ Alison Esbeck*

Alison Esbeck (MO Bar # 58501)*
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Ste 200
St. Louis, MO 63101
(314) 340-4977
Alison.Esbeck@ago.mo.gov

Connor McNeall (MO Bar # 76836)*
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Ste 200
St. Louis, MO 63101
(314) 340-7888
connor.mcneall@ago.mo.gov

*Attorneys for Plaintiff*
*Missouri Attorney General's Office*

STATE OF MONTANA

*/s/ Anna Schneider*

Anna Schneider (MT #13963)*
Special Assistant Attorney General, Senior Counsel
Office of Consumer Protection
Montana Department of Justice
P.O. Box 200151
Helena, MT 59620-0151
(406) 444-4500
Anna.schneider@mt.gov

*Attorney for Plaintiff*
*State of Montana*

STATE OF NEBRASKA

*/s/ Benjamin J. Swanson*

Benjamin J. Swanson (NE #27675)*
Assistant Attorney General
Consumer Protection Bureau
Office of the Nebraska Attorney General
2115 State Capitol
Lincoln, NE 68508
(402) 471-7759
benjamin.swanson@nebraska.gov

*Attorney for Plaintiff*
*State of Nebraska*

FOR PLAINTIFF STATE OF NEW HAMPSHIRE:

JOHN M. FORMELLA
Attorney General

*/s/ Amanda N. Purcell*

Amanda N. Purcell, NH Bar #278532*
Assistant Attorney General
Consumer Protection and Antitrust Bureau
New Hampshire Department of Justice
One Granite Place South
Concord, NH 03301
(603) 271-1215
Amanda.N.Purcell@doj.nh.gov

*Attorney for Plaintiff*
*State of New Hampshire*

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY

*/s/ Zeyad A. Assaf*

Zeyad A. Assaf*
Deputy Attorney General
New Jersey Office of the Attorney General
Division of Law
124 Halsey St., 5th Fl.
Newark, NJ 07102
(609) 696-5363
Zeyad.Assaf@law.njoag.gov

*Attorney for Plaintiff*
*Attorney General of the State of New Jersey*

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General of the State of New York

By: */s/ Christian Reigstad*

Christian Reigstad (NY Bar No. 5158936)*
Patrick Gibson (NY Bar No. 5267489)*
Assistant Attorney General
Bureau of Consumer Frauds and Protection
28 Liberty Street
New York, NY 10005
(212) 416-8321 (Reigstad)
(212) 416-6067 (Gibson)
Christian.reigstad@ag.ny.gov
patrick.gibson@ag.ny.gov

*Attorney for Plaintiff*
*The State of New York*

FOR PLAINTIFF THE STATE OF NORTH CAROLINA:

JEFF JACKSON
North Carolina Attorney General

*/s/ Jesse Ramos*

JESSE RAMOS (NC Bar No. 51663)*
Special Deputy Attorney General

KUNAL CHOKSI (NC Bar No. 55666)
Senior Deputy Attorney General

BRIAN RABINOVITZ (NC Bar No. 41538)*
Special Deputy Attorney General

Consumer Protection Division
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: (919) 716-6000
Fax: (919) 716-6050
jramos@ncdoj.gov

*Attorneys for Plaintiff*
*The State of North Carolina*

D. ANDREW WILSON
OHIO ATTORNEY GENERAL

*/s/ Kevin R. Walsh*

Kevin R. Walsh (0073999)*
Senior Assistant Attorney General
Consumer Protection Section
615 W. Superior Avenue, 11th Floor
Cleveland, Ohio 44113
Telephone: (216) 787-3447
Facsimile: (866) 947-3223
Kevin.Walsh@ohioago.gov

*Attorney for Plaintiff*
*Ohio Attorney General*

GENTNER DRUMMOND,
ATTORNEY GENERAL OF OKLAHOMA

*/s/ Christopher J. Campbell*

Cameron R. Capps, OBA No. 32742*
Christopher. J. Campbell, OBA No. 33649*
313 N.E. 21st St.
Oklahoma City, OK 73105
Tel: (405) 522-1260
Fax: (405) 521-3921
Cameron.Capps@oag.ok.gov
Chris.Campbell@oag.ok.gov

*Attorneys for Plaintiff*
*Attorney General of Oklahoma*

DAVID W. SUNDAY, Jr.
PENNSYLVANIA ATTORNEY GENERAL

By:

*/s/ Merna T. Hoffman*

MERNA T. HOFFMAN*
Senior Deputy Attorney General
PA Attorney I.D. No. 312897
15th Floor, Strawberry Square
Harrisburg, PA 17120
mhoffman@attorneygeneral.gov

*Attorney for Plaintiff*
*Attorney General of Pennsylvania*

**JAY JONES,**
**ATTORNEY GENERAL OF THE**
**COMMONWEALTH OF VIRGINIA**

*/s/ Mark S. Kubiak*

Mark S. Kubiak (VSB No. 73119)*
Senior Assistant Attorney General
Timothy S. Allison (VSB No. 98083)*
Assistant Attorney General
Office of the Attorney General of Virginia
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-7364 (Kubiak)
(804) 786-0594 (Allison)
mkubiak@oag.state.va.us
tallison@oag.state.va.us

*Attorneys for Plaintiff*
*Jay Jones, Attorney General of the*
*Commonwealth of Virginia*

**JOHN B. MCCUSKEY,**
**ATTORNEY GENERAL OF WEST VIRGINIA**

*/s/ Tanya L. Godfrey*
Ann L. Haight (WVSB# 1527)*
Deputy Attorney General, Consumer Director
Tanya L. Godfrey (WVSB# 7448)*
Assistant Attorney General
Office of the West Virginia Attorney General
P.O. Box 1789
Charleston, WV 25326
(304) 558-8986
Ann.L.Haight@wvago.gov
Tanya.L.Godfrey@wvago.gov

*Attorneys for Plaintiff*
*Attorney General of West Virginia*

**JOSHUA L. KAUL**
Attorney General of Wisconsin

*/s/ Brittany A. Copper*
BRITTANY A. COPPER*
Assistant Attorney General
State Bar #1142446
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1795
(608) 294-2907 (Fax)
brittany.copper@wisdoj.gov

*Attorney for Plaintiff State of Wisconsin*

*Admitted *pro hac vice*