# EXHIBIT 9

Michael G. Dean (Alabama Bar No. 0409A63D)
Lindsay D. Barton (Alabama Bar No. 1165G00N)

Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152

*Attorneys for Plaintiff*
*State of Alabama*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,**<br><br>**Plaintiffs,**<br><br>**vs.**<br><br>**UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company**<br><br>**Defendants.** | **Case Number: 4:25-cv-03477-JST**<br><br>**PLAINTIFF STATE OF ALABAMA'S SUPPLEMENTAL RESPONSES TO DEFENDANTS' SECOND SET OF INTERROGATORIES** |

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiff State of Alabama ("Alabama") objects and responds to Defendant Uber Technologies, Inc.'s (together with Uber USA, LLC, "Uber") Second set of Interrogatories ("Interrogatories") as follows:

## GENERAL OBJECTIONS

Alabama reasserts the general objections set out in its initial objections and responses to the Interrogatories as if they were set forth herein.

## DEFINITIONS

Alabama reasserts its objections to the definitions as if they were set forth herein. Alabama neither agrees nor stipulates to the definitions.

## INSTRUCTIONS

Alabama reasserts its objections to the Defendants' prefatory instructions and definitions as if they were set forth herein. Alabama neither agrees nor stipulates to the instructions.

## OBJECTIONS AND RESPONSES

### INTERROGATORY NO. 18

Identify and describe the basis for Your contention that Uber charged consumers' financial accounts for products or services without their "express informed consent," Complaint ¶ 129, Including the identity of any consumers who complained about lack of consent to charges.

**SUPPLEMENTAL RESPONSE:** Alabama reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Alabama further answers this Interrogatory as follows:

In addition to its answers in its initial response and in the Plaintiff States' collective supplemental responses, Alabama has received a declaration from Kyle MacDonald in which he

claims to have been charged for an Uber One membership without his consent. UBER-AL-00000722-00000723, 00000730-00000731. Alabama is also providing a draft declaration sent to, but not signed by, Jonathan Hooks detailing his claims that he was charged for an Uber One membership without his consent. Bates No. UBER-AL-00000738-00000739.

**INTERROGATORY NO. 19**

Identify and describe the basis for Your contention that Uber's practices were "deceptive" or "misleading," Including the identity of any consumers who complained about deceit and related topics.

**SUPPLEMENTAL RESPONSE:** Alabama reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Alabama further answers this Interrogatory as follows:

In addition to its answers in its initial response and the Plaintiff States' collective supplemental responses, Alabama has received a declaration from Kyle MacDonald in which he claims he was charged for an Uber One membership without his consent. Bates Nos. UBER-AL-00000722-00000723, 00000730-00000731. Alabama is also providing a draft declaration sent to, but not signed by, Jonathan Hooks detailing his claims that he was charged for an Uber One membership without his consent. Bates No. UBER-AL-00000738-00000739.

**INTERROGATORY NO. 20**

Identify all individuals you have interviewed in connection with this Action and the dates of those interviews.

**SUPPLEMENTAL RESPONSE:** Alabama reasserts its objections and responses as if they were set forth herein. Subject to and without waiving its objections, Alabama further answers this Interrogatory as follows:

With this response, Alabama is providing a declaration signed by Kyle MacDonald detailing his experiences with Uber One, as well as an unsigned draft declaration submitted to Jonathan Hooks, which further details the claims made in his complaint to the Alabama Attorney General's Office, which has already been provided in discovery. *See* Bates Nos. UBER-AL-00000722-00000723, 00000730-00000733, 00000738-000000739.

Based on its previously-stated objections, Alabama will not provide any further response to this Interrogatory.

Dated: September 17, 2026

Steve Marshall
*Attorney General*

*/s/ Michael G. Dean*
Michael G. Dean
*Assistant Attorney General*
Ala. Bar No. 0409A63D

Lindsay D. Barton
*Assistant Attorney General*
Ala. Bar No. 1165G00N

Office of Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
michael.dean@alabamaag.gov
lindsay.barton@alabamaag.gov