# EXHIBIT 10

**From:** Wingert, Meghan G.
**Sent:** Thursday, September 17, 2026 8:11 PM
**To:** Tanya.L.Godfrey@wvago.gov; Ann.L.Haight@wvago.gov
**Cc:** Mehta, Sonal; Gringer, David; Gooch, Taylor; Warren, Brittany R.; WH Uber One Service List; Freeman, Lauren; bmundel; Langan, Drew; Scheper, Abby; lillian.goldman@sidley.com
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): Initial Disclosures

Counsel,

We write concerning your Disclosures. Thus far, you have identified no individuals likely to have discoverable information, other than counsel, persons identified by the FTC, persons identified by Uber, or Uber One customers. FRCP 26(a)(1)(i) requires that you disclose "each individual likely to have discoverable information [that you] may use to support [your] claims or defenses." We request that you supplement your Disclosures or confirm that you can identify no other individual likely to have discoverable information, by **September 24, 2026**.

Thank you,
Meghan

**Meghan G. Wingert | WilmerHale**
She/Her
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6634 (t)
+1 202 663 6363 (f)
meghan.wingert@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.