# EXHIBIT 13

**From:** Warren, Brittany R.
**Sent:** Friday, October 16, 2026 12:00 PM
**To:** Gringer, David; Wojcicki, Allison; Gooch, Taylor; Langan, Drew; Glassman, Mark; Mezan, Paul; Abutaleb, Sarah; Liebner, Stephanie; Roy, Patrick; Riley, Luke; Dean, Michael; Barton, Lindsay; PhilZiperman-contact; Hanks, Daniel; Girard, Margaret; Van Hoey, Gregory
**Cc:** bmundel; Scheper, Abby; Mehta, Sonal; WH Uber One Service List; Shaverdian, Phillip; Goldman, Lily; Freeman, Lauren
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to check on two outstanding issues:

- Do Plaintiffs accept Uber's proposal of a 21-hour aggregate cap for Rule 30(b)(6) depositions?
- Do Plaintiffs intend to oppose Uber's anticipated request for leave to take a limited number of consumer trial witness depositions after the fact-discovery deadline?

Thanks,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

**From:** Warren, Brittany R.
**Sent:** Thursday, October 15, 2026 8:06 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Wojcicki, Allison <awojcicki@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren

<lfreeman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to provide you an update on 30(b)(6) witnesses and witness locations. We have the following updates to our 30(b)(6) designees. Saloni Kishinchandani is available both 10/29 and 10/30. Breta Bharucha is not available on 11/4, but she is available on 11/5 and 11/6 until lunchtime. We will follow up with Dana LaMendola's availability shortly.

Please note that Uber is now only designating Abbey Stauffer for two topics, Topics 7 and 8.

| Witness | Topics |
|---|---|
| Danielle Sheridan | Topic 9 (as narrowed)<br>Topic 11<br>Topic 14 (Uber One)<br>Topic 19 |
| Abbey Stauffer | Topic 7<br>Topic 8 |
| Saloni Kishinchandani | Topic 4 (Uber One)<br>Topic 5<br>Topic 12 |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |
| Dana LaMendola | Topic 20 (as narrowed) |
| Lavi Aggarwal | Topic 10 (Uber One)<br>Topic 17 (as narrowed) |

Separately, Manas Mittal is located in San Francisco.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Thursday, October 15, 2026 6:41 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Hi Allison,

Uber has carefully considered the proposal and respectfully declines. If, however, scheduling difficulties necessitate a small number of out of time depositions, we will consider it.

We assume that you have no principled objection to extending Uber's deposition limit to fifteen and ask that you promptly agree so that we can avoid burdening the Court.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Thursday, 15 October 2026 12:35:56
**To:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian,

Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

**EXTERNAL SENDER**

Thanks Taylor. We believe a one month extension is warranted for a few reasons. First, both sides have issued discovery requests following depositions in light of information learned during the depositions, indicating similar follow up may be required as parties continue to take depositions. Second, Judge Hixson and Judge Tigar both have yet to rule on certain issues which, depending on their decisions, may require a minimum of 30 days during fact discovery in which to follow up. Relatedly, experts may need additional time to consider documents produced in discovery follow up. Also, as demonstrated by the situation with Ms. Idaewor, we anticipate that scheduling the remaining depositions may be more difficult than anticipated.

Best,
Allison

---

**From:** Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 7:40 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>
**Subject:** Re: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Allison, we are considering your request. So that we can better evaluate it, can you please explain its basis? We will respond promptly thereafter.

Taylor

---

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:40 PM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>

**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

**EXTERNAL SENDER**

David, the adjusted expert disclosure deadline was intended to account for the holidays. If you would prefer, we are amenable to an expert disclosure deadline of January 15, and a rebuttal disclosure deadline of March 2.

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 6:08 PM
**To:** Wojcicki, Allison <awojcicki@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Allison,

You've extended the opening expert deadlines by significantly more than a month and dramatically decreased the time for expert rebuttal reports. Those are not "corresponding adjustment[s]" to the schedule. I assume that was intentional on your part and you'd like us to evaluate your proposal as written and not as described? If not, please let us know immediately.

Sincerely,

David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street

New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Wojcicki, Allison <awojcicki@ftc.gov>
**Sent:** Wednesday, October 14, 2026 5:46 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

**EXTERNAL SENDER**

Counsel,

We will get back to you shortly regarding your proposal to limit 30(b)(6) testimony.

Thank you for providing the availability of deposition witnesses. Please confirm the locations for the depositions of Dana LaMendola, Breta Bharucha, Manas Mittal, Saloni Kishinchandani, and Lavi Aggarwal. As previously stated, we anticipate that Breta Bharucha and Saloni Kishinchandani will both need to be available to testify for two days. Please let us know whether Saloni Kishinchandani is available October 29 and 30 and Breta Bharucha is available on November 4 and 5. We are not available to take the deposition of Dana LaMendola on October 20; please provide a date on or after October 26 on which Dana LaMendola is available.

In response to your email sent Monday, October 12 regarding extension of discovery, if you agree to a one-month extension of the fact discovery cut-off (with corresponding adjustments to other litigation deadlines), then we will not oppose your request to take trial depositions of consumers identified by Plaintiffs as trial witnesses during the pretrial disclosure process, and we will not oppose your request to take fifteen total fact-witness depositions (inclusive of consumer depositions). Below is a table showing the current litigation deadlines and our proposed updated deadlines. We reserve the right to oppose your requests if agreement on these matters cannot be reached.

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut-off | November 16, 2026 | December 16, 2026 |
| Expert disclosures | December 11, 2026 | February 2, 2027 |
| Rebuttal disclosures | February 2, 2027 | March 2, 2027 |
| Expert discovery cut-off | March 15, 2027 | April 15, 2027 |
| Dispositive motions | April 5, 2027 | May 5, 2027 |
| Responses to dispositive motions | April 26, 2027 | May 26, 2027 |
| Replies in support of dispositive motions | May 12, 2027 | June 10, 2027 |
| Dispositive motion hearing deadline | June 1, 2027 | July 1, 2027 |
| Motions in limine due | August 4, 2027 | September 3, 2027 |
| Motions in limine oppositions due | August 11, 2027 | September 10, 2027 |
| Pretrial conference statement due | August 20, 2027 | September 24, 2027 |
| Pretrial conference | August 27, 2027 | October 1, 2027 |
| Trial | September 20, 2027 | October 25, 2027 |

Please let us know Uber's position by tomorrow (10/15) at 2pm ET.

Best,
Allison

Allison Wojcicki
Staff Attorney, Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW | Washington, DC 20580
awojcicki@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 14, 2026 3:16 PM
**To:** Langan, Drew <dlangan@sidley.com>; Glassman, Mark <mglassman@ftc.gov>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We are following up on the remaining items in your email.

With respect to the aggregate Rule 30(b)(6) deposition time, Uber has carefully considered the FTC's proposal and remains of the view that a much lower aggregate limit is warranted given the significant overlap among the noticed topics, the FTC's ability to allocate its examination time across multiple designees as it sees fit, and the substantial fact discovery already being taken concerning many of the same underlying subjects. Nonetheless, in an effort to reach a compromise and avoid burdening the Court with this dispute, Uber is willing to increase its proposal to a total aggregate cap of **21 hours** of Rule 30(b)(6) testimony. As with the FTC's proposal, that total would be inclusive of any Rule 30(b)(6) examination of Alex Wagner and Kelsie Sausville. This is Uber's final proposal on an aggregate cap. Please note this is a compromise offer. If the parties do not reach agreement, Uber reserves the right to ask the court to enter a lower hours cap consistent with our earlier communications.

We also disagree with the FTC's characterization of Uber's obligations under Rule 30(b)(6). Uber's identification of particular designees reflects its good-faith effort to provide witnesses who are prepared to testify regarding the designated topics. Rule 30(b)(6), however, does not require a corporation to designate the witness that an opposing party deems "best qualified" on a given topic. Uber's obligation is to provide one or more witnesses who are adequately prepared to testify about information known or reasonably available to the company. Uber fully understands and intends to satisfy that obligation.

We remain available to discuss.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Langan, Drew <dlangan@sidley.com>
**Sent:** Tuesday, October 13, 2026 7:56 PM
**To:** Glassman, Mark <mglassman@ftc.gov>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

**EXTERNAL SENDER**

Mark – we confirm receipt of your email. We will get back to you shortly regarding your proposal to limit 30(b)(6) questioning to a total of 28 hours, including time spent questioning Alex Wagner and Kelsie Sausville.
Subject to reaching an agreement on an hours cap for 30(b)(6) testimony:

- Abbey Stauffer is available on October 22.
- Dana LaMendola is available on October 20 between 11:30am-3pm PT
- Saloni Kishinchandani is available on October 29
- Breta Bharucha is available on November 5
- Danielle Sheridan is available, in addition to November 5, on November 6 until 12:30pm ET

Otherwise, we will proceed with a single 30(b)(6) deposition of 7 hours. Note that in this case, Saloni Kishinchandani would still be available for her personal capacity deposition on October 29 and Breta Bharucha would still be available for her personal capacity deposition on November 5.

Further, as to the remaining deponents from your October 9 list:

- Manas Mittal is available on November 13
- Lavi Aggarwal is available on November 13

Thanks,
Drew

**DREW LANGAN**
Managing Associate

**SIDLEY AUSTIN LLP**
+1 202 736 8191
dlangan@sidley.com

---

**From:** Glassman, Mark <mglassman@ftc.gov>
**Sent:** Tuesday, October 13, 2026 4:15 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Mundel, Benjamin <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

Addressing your points below —

Uber has designated seven 30(b)(6) witnesses, following last week's addition of Dana LaMendola as a designee. While the FTC will work to be as efficient as possible (indeed, we expeditiously covered Alex Wagner's 30(b)(6) deposition at the end of his individual deposition), a total of 18 hours will not be sufficient to cover the topics identified. That said, in an effort to compromise, we are willing to limit our questioning to a total of 28 hours, and should the FTC subsequently determine that additional 30(b)(6) time were necessary, that would be subject to agreement of the parties on a case-by-case basis. We also agree that the 28 hour limit would be inclusive of 30(b)(6) time spent on Alex Wagner and Kelsie Sausville. Please let us know if this is agreeable to Uber.

As per our request last week, please confirm today Abbey Stauffer's availability on October 22 to address her 30(b)(6) topics so that we may finalize travel arrangements.

With regard to your request to increase Uber's total number of depositions to fifteen, we will get back to you shortly.

Finally, we have some concerns with Uber's stated position that if the FTC does not agree to its restrictive demands, Uber may refuse to make available the already-designated 30(b)(6) witnesses. The FTC interpreted Uber's identification of seven specific 30(b)(6) designees to mean that these individuals were best qualified to testify about each topic. Uber's suggestion that it may withdraw these designees at the eleventh hour and replace them with a single person to address all of the topics raises concern about whether Uber sufficiently appreciates its obligation to offer qualified and prepared 30(b)(6) designees. We encourage Uber to reconsider this aspect of its stated position and work toward an agreement.

Mark L. Glassman
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Avenue, NW
Mail Stop 5K21
Washington, DC 20580
Phone: (202) 326-2826
Fax: (202) 326-3768
mglassman@ftc.gov

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Monday, October 12, 2026 2:30 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Gringer, David <David.Gringer@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

First, we intend to take depositions of the two additional investigators that the States identified in their recent supplemental initial disclosures, Scott Riley (New Hampshire) and Nicole Raisbeck (Wisconsin). Please provide the witnesses' availability to be deposed in the latter half of October or early November. Relatedly, given that you have now raised your total number of depositions to fifteen, Uber would like to be afforded the same courtesy and requests that it also be afforded fifteen.

Second, your proposal of thirty-five total hours of 30(b)(6) testimony is a non-starter. We are prepared to offer 18 hours total for all 30(b)(6) testimony, given that we have designated multiple individuals to ensure that individuals with a high amount of expertise are available for each topic on which you have requested testimony. However, if you continue to insist on 35 hours, we can amend our approach to offer one single-day, seven-hour session, in which we have one witness prepared on all of the topics and available to answer your questions.

Please let us know which approach you prefer.

Lastly, regarding Ms. Sausville's deposition, Uber does not object to Ms. Sausville potentially testifying in her corporate capacity for an additional two hours after the conclusion of her individual deposition, but those hours will count against the total 30(b)(6) limit. However, we cannot proceed with further 30(b)(6) depositions without an agreement on the aggregate hours cap or confirmation Plaintiffs would propose to proceed with a single, 7-hour 30(b)(6) deposition.

Thank you,

Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

**One Firm. One Legacy.**

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

---

**From:** Mezan, Paul <pmezan@ftc.gov>
**Sent:** Friday, October 9, 2026 9:18 AM
**To:** Gringer, David <David.Gringer@wilmerhale.com>; Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>;

Girard, Margaret <mgirard@ftc.gov>; Van Hoey, Gregory <gvanhoey@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

**EXTERNAL SENDER**

Good morning,

Attached are deposition notices for Kelsie Sausville, Abbey Stauffer, and Danielle Sheridan. Please confirm who from your side will be attending these depositions so we can ensure they have access to the Veritext platform (while these depositions will be in-person at your offices, we anticipate sharing exhibits through the Veritext platform).

We also intend to depose the following witnesses in their individual capacities: Saloni Kishinchandani, Breta Bharucha, Hope Idaewor, Manas Mittal, and Lavi Aggarwal. Please let us know the locations of these witnesses and the dates on or after October 26 that they are available so we can proceed with scheduling.

Regarding 30(b)(6) time limits, we cannot agree to 10 hours total for all 30(b)(6) testimony, which is unreasonable given the complexity of the case and the fact there are at least seven designees. Pursuant to the Advisory Committee Notes on the 2000 Amendments for Rule 30, the deposition of each person designated under Rule 30(b)(6) should be considered a separate deposition with a presumptive durational limit of one day of seven hours.

While there are still a few topics before the Court, we are willing to compromise and stipulate to thirty-five total hours of 30(b)(6) testimony. For the purpose of scheduling witnesses who will be deposed in both individual and 30(b)(6) capacities, we anticipate the following witnesses will need to be available to testify on two days: Abbey Stauffer, Saloni Kishinchandani, Breta Brarucha, and Danielle Sheridan. As with Mr. Wagner, we will attempt to cover the 30(b)(6) topic assigned to Kelsie Sausville on 10/15, provided Uber does not object to Ms. Sausville potentially testifying for an additional 2-3 hours after the conclusion of her individual deposition.

Given that we will be deposing Abbey Stauffer in her individual capacity on October 21, we request that you also make her available on October 22 for a 30(b)(6) deposition. Please confirm if this is possible no later than October 13 so that we may make travel arrangements.

Thanks,

Paul

**Paul Mezan**
Division of Financial Practices
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580

(202) 758-4177

---

**From:** Gringer, David <David.Gringer@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:55 PM
**To:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>; Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke <lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** Benjamin Mundel -Contact <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** RE: FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Paul,

Would add on top of this that we really need to reach agreement on an hours limit for the 30b6 depositions. I think the Court would prefer that we do so, and we cannot proceed with the 30b6 deposition with no common understanding of what the rules are.

Sincerely,
David

**David Gringer | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 230 8864 (o)
+1 917 747 0731 (c)
david.gringer@wilmerhale.com
Follow me on LinkedIn: https://bit.ly/Gringer-LinkedIn

---

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

---

**From:** Warren, Brittany R. <Brittany.Warren@wilmerhale.com>
**Sent:** Wednesday, October 7, 2026 12:47 PM
**To:** Mezan, Paul <pmezan@ftc.gov>; Abutaleb, Sarah <sabutaleb@ftc.gov>; Liebner, Stephanie <sliebner@ftc.gov>; Roy, Patrick <proy@ftc.gov>; Wojcicki, Allison <awojcicki@ftc.gov>; Riley, Luke

<lriley@oag.maryland.gov>; Dean, Michael <michael.dean@alabamaag.gov>; Barton, Lindsay <lindsay.barton@alabamaag.gov>; PhilZiperman-contact <pziperman@oag.maryland.gov>; Hanks, Daniel <dhanks@ftc.gov>; Glassman, Mark <mglassman@ftc.gov>; Girard, Margaret <mgirard@ftc.gov>
**Cc:** bmundel <bmundel@sidley.com>; Scheper, Abby <abby.scheper@sidley.com>; Mehta, Sonal <Sonal.Mehta@wilmerhale.com>; WH Uber One Service List <WHUberOneServiceList@wilmerhale.com>; Shaverdian, Phillip <pshaverdian@sidley.com>; Goldman, Lily <lillian.goldman@sidley.com>; Freeman, Lauren <lfreeman@sidley.com>; Gooch, Taylor <Taylor.Gooch@wilmerhale.com>; Gringer, David <David.Gringer@wilmerhale.com>; Langan, Drew <dlangan@sidley.com>
**Subject:** FTC et al. v. Uber Technologies, Inc. et al., 4:25-cv-3477 (N.D. Cal.): 30(b)(6) and Additional Fact Depositions

Counsel,

We wanted to provide an update on Uber's 30(b)(6) deponents. Changes and additions are listed in red.

| **Witness** | **Topics** |
|---|---|
| Danielle Sheridan | Topic 9 (as narrowed)<br>Topic 11<br>Topic 14 (Uber One) |
| Abbey Stauffer | Topic 7<br>Topic 8<br>Topic 10 (Uber One)<br>Topic 17 (as narrowed)<br>Topic 19 |
| Saloni Kishinchandani | Topic 4 (Uber One)<br>Topic 5<br>Topic 12 |
| Alex Wagner | Topic 15 (post-July 1, 2023) |
| Kelsie Sausville | Topic 15 (through June 30, 2023) |
| Breta Bharucha | Topic 4 (Uber Pass)<br>Topic 6<br>Topic 10 (Uber Pass)<br>Topic 13 (the conversion of Uber Pass subscribers into Uber One subscribers)<br>Topic 14 (Uber Pass) |
| Dana LaMendola | Topic 20 (as narrowed) |

Further, given the Court's order regarding Plaintiffs' request for 15 depositions, please provide us with the list of individuals you intend to depose next so that we can begin scheduling those depositions expeditiously before the end of fact discovery.

Best,
Brittany

**Brittany R. Warren | WilmerHale**
2100 Pennsylvania Avenue NW
Washington, DC 20037 USA
+1 202 663 6772 (t)
+1 202 663 6363 (f)
brittany.warren@wilmerhale.com

WH One Firm. One Legacy.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at https://www.wilmerhale.com.

****************************************************************************************************
This e-mail is sent by a law firm and may contain information that is privileged or confidential.
If you are not the intended recipient, please delete the e-mail and any attachments and notify us immediately.
****************************************************************************************************