**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

Plaintiffs,

v.

UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-03477-JST

[PROPOSED] ORDER ON DEFENDANTS' LOCAL RULE 6-3 MOTION FOR A LIMITED MODIFICATION OF THE SCHEDULING ORDER TO DEPOSE PLAINTIFFS' CONSUMER TRIAL WITNESSES

**[PROPOSED] ORDER**

Before the court is Defendants' Local Rule 6-3 Motion for a Limited Modification of the Scheduling Order to Depose Plaintiffs' Consumer Trial Witnesses. Having considered Defendants' Motion, all papers submitted in support of the Motion, the record in this case, the applicable law, and the arguments of counsel, if any, the Court hereby GRANTS the motion.

IT IS SO ORDERED that the scheduling order shall be modified so that depositions of consumer witnesses identified in Plaintiffs' trial witness disclosures may proceed between the date of their disclosure and trial.

Dated: ___________, 2026

_______________________________

The Honorable Jon S. Tigar
United States District Judge