**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-3477-JST

**DECLARATION OF PHILIP LINFOOT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF MOTION TO COMPEL A RESPONSE TO RFP 61**

I, Philip Linfoot, hereby declare and state as follows:

1. I am currently a Manager II, Applied Science, Legal Data and Economics at Uber Technologies, Inc. ("Uber"). I have worked at Uber since September 2019. I have personal knowledge of all of the facts contained herein and, if called as a witness, I could and would testify competently thereto.

2. In my role at Uber, I frequently assist in-house and outside counsel in responding to requests for production of data. I estimate that I have assisted in responding to dozens of such requests during my time at Uber. I have assisted in responding to the FTC's requests for data in the above-captioned matter.

3. I am familiar with the FTC's Sixty First Request for Production of Documents in the above-captioned matter ("RFP 61").

4. I understand that the FTC represented to the Court on October 22, 2026 that it is willing to modify RFP 61 to only call for a 1% sample, as opposed to a 10% sample.

5. I have prepared this declaration to help the Court better understand the burdens of responding to RFP 61, both as written and as modified.

6. The volume of data required to respond to RFP 61 is substantial. Based on my preliminary analysis of RFP 61, a production of a 10% sample would include billions of transactions. A production of a 1% sample would include hundreds of millions of transactions. On top of the transaction volume, the request would include 35 or more data points per transaction and different data points across Uber's lines of business (Rides, Eats, and Grocery). The total production would therefore likely approach five billion or more individual values.

7. The sample size (sheer number of rows and volume of data) of RFP 61 is not the biggest challenge in responding to this request. The biggest challenge in responding to RFP 61 is pulling together data from multiple data sources across a significant timeframe for different lines of business.

8. RFP 61 requests data from January 1, 2021 through August 31, 2026. Uber's data infrastructure has evolved and improved over time. Responding to requests for older data typically takes more time because this data is not accessed as frequently and sometimes moved into cold storage

—which incurs additional compute cost and time to access. Accessing and producing older data also requires additional checks to ensure reliability.

9. I understand that the FTC stated in its Motion that "[b]ased on Uber's prior productions, the FTC expects that the vast majority of data requested is stored in a single repository." This is not the case. Transaction information from each line of business is stored separately and the pricing algorithms for the lines of business are unique and change over time. Ensuring all factors that influence the price at a given point in time will require working with data experts across many different areas of Uber's business. I do not believe that we would be able to complete this work accurately in the remaining discovery time, especially in light of our other demands from this matter and additional job responsibilities.

10. Based on my experience in responding to similar requests, I estimate that I, along with others on my team at Uber, would need to spend over 100 hours responding to RFP 61 even assuming a 1% sample. Moreover, separate from those hours, I estimate that it would take at least several days for computers to process the data necessary to respond to this request. I believe that a full response to RFP 61 is not possible by December 16.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 28, 2026.

Signed by:

By: Philip Linfoot

682CDA6F01FB4FC...

Philip Linfoot