Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

*Attorneys for Plaintiff*
*Federal Trade Commission*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation; and

UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-03477-JST

**PLAINTIFFS' LOCAL RULE 79-5(f)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL**

Plaintiff Federal Trade Commission ("FTC"), pursuant to Local Rules 7-11 and 79-5(f), respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed with respect to certain redacted portions of its Reply in Support of Motion for Reconsideration (Dkt. 304).[1] The redactions are excerpts from documents obtained from Defendants and designated as confidential. The FTC does not seek to redact the portions identified, but is filing these exhibits under seal because they were designated confidential by Defendants. Thus, Plaintiff FTC requests the Court consider whether the following should be filed under seal:

| Redaction Portion | Description | Designating Party |
|---|---|---|
| Dkt. 304 at 2 | Quote from Exhibit C to Motion for Reconsideration (Dkt. 295-3), Internal Uber email dated August 24, 2022 (UBER-FTCU1-00068531) | Uber Technologies, Inc. |
| Dkt. 304 at 2 | Quote from Exhibit D to Motion for Reconsideration (Dkt. 295-4), Member Savings Calculations Document (UBER-FTCU1-000227117) | Uber Technologies, Inc. |
| Dkt. 304 at 4 | Quote from Exhibit G to Motion for Reconsideration (Dkt. 295-7), Membership: Member Savings Document (UBER-FTCU1-00002120) | Uber Technologies, Inc. |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Under Local Rule 79-5(f)(3), the Designating Party bears responsibility to establish that the designated material is sealable, and must "file a

[1] The document in question, Dkt. 304, contains redacted excerpts from exhibits that have been filed under seal—namely Dkt. 295-3, 295-4, and 295-7. An Administrative Motion to Consider Whether Another Party's Material Should Be Sealed is pending. *See* Dkt. 296, 302.

statement and/or declaration as described in subsection (c)" of the Local Rules. L.R. 79-5(f)(3).

The FTC does not oppose the sealing of the above-referenced excerpts. In compliance with Civil Local Rule 79-5(e)(2), an unredacted version of the Reply accompanies this Administrative Motion. Ex. C. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith. Plaintiff will serve this Administrative Motion, along with the unredacted Reply on all Defendants.

Dated: October 30, 2026

Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Allison Wojcicki*

Allison Wojcicki (DC Bar No. 1736349)
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177
Email: awojcicki@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*

## CERTIFICATE OF SERVICE

I certify that on October 30, 2026, I served on Defendants a copy of the foregoing Administrative Motion to Consider Whether Another Party's Material Should be Sealed, including attachments (Proposed Order and Unredacted Reply) by emailing the same to Defendants' counsel Benjamin Mundel at bmundel@sidley.com.

Dated: October 30, 2026

Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Allison Wojcicki*

Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177
Email: awojcicki@ftc.gov

*Attorneys for Plaintiff*
*Federal Trade Commission*