UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, et al.,
Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,
Defendants.

Case No. 25-cv-03477-JST (TSH)

**ORDER RE MOTION TO SEAL**

Re: Dkt. No. 296

With respect to the sealing motion at ECF No. 296 and Uber's response at ECF No. 302, Uber has substantiated its position. Accordingly, Exhibits C, D, E and G shall remain under seal. Uber shall file a redacted Exhibit C in the public record within five days with the redactions that Uber proposed.

**IT IS SO ORDERED.**

Dated: October 30, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California