UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, et al.,<br>Plaintiffs,<br>v.<br>UBER TECHNOLOGIES, INC., et al.,<br>Defendants. | Case No. 25-cv-03477-JST (TSH)<br><br>**DISCOVERY ORDER** |

The Court **ORDERS** the parties to file a status report concerning discovery no later than November 20, 2026.

**IT IS SO ORDERED.**

Dated: November 2, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California