Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
101 California Street
San Francisco, CA 94111
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Telephone: +1 202 736 8000
Facsimile: +1 202 736 8711

*Attorneys for Defendants*
*Uber Technologies, Inc., and Uber USA, LLC*

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: 650-600-5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: 212-230-8800

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
50 California Street
San Francisco, CA 94111
Telephone: +1 628 235 1026

Brittany R. Warren (*pro hac vice*)
brittany.warren@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
2100 Pennsylvania Ave., NW
Washington, DC 20037

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-3477-JST

**DEFENDANTS' NOTICE OF FILING PURSUANT TO ORDER RE MOTION TO SEAL, ECF NO. 306**

Pursuant to the Court's Order re Motion to Seal, ECF No. 306 (the "Sealing Order"), Defendants Uber Technologies, Inc. and Uber USA, LLC (collectively, "Uber") file the following document:

- **Attachment 1:** Exhibit C (which the FTC previously filed under seal, ECF No. 295-3) with the redactions that the Court found acceptable in the Sealing Order.

Date: November 3, 2026

Respectfully submitted,

SIDLEY AUSTIN LLP
By: */s/ Lauren C. Freeman*
Lauren C. Freeman
*Attorney for Defendants*