# EXHIBIT C

Message

**From:** Liv Coe [liv.coe@uber.com]
**Sent:** 8/24/2022 7:51:53 PM
**To:** Laurence Savin [laurences@uber.com]
**CC:** Chris Bayo [chris.bayo@uber.com]
**Subject:** Re: Get $25 off when you order $50+ in groceries

[redacted]

On Wed, Aug 24, 2022 at 12:53 PM Laurence Savin <laurences@uber.com> wrote:

[redacted]

On Wed, 24 Aug 2022 at 12:08 pm, Liv Coe <liv.coe@uber.com> wrote:

[redacted]

On Wed, Aug 24, 2022 at 12:06 PM Chris Bayo <chris.bayo@uber.com> wrote:

[redacted]

From: **Uber Eats** <noreply@uber.com>
Date: Wed, Aug 24, 2022 at 11:47 AM
Subject: Get $25 off when you order $50+ in groceries
To: <chris.bayo@uber.com>

Uber Eats

Soak up the sun, order your groceries, and save

**Get $25 off you next grocery order of $50 or more**

**Order groceries →**

## The end of summer is no time for the supermarket

Enjoy swimming, grilling, and chilling while your dedicated shopper delivers your groceries—on your schedule.




## And now, you'll get $25 off*

if you place a $50+ order by August 30

**Order groceries →**



*Get $25 off your grocery order of $50 or more with select merchants. You must purchase through the Grocery section of the Uber or Uber Eats app, using the link in this email. This offer expires on August 30, 2022. Taxes and fees still apply. Order minimum before taxes and fees. Only valid in certain locations with select merchants. Uber reserves the right to cancel or modify this offer at any time. Exclusions may apply.

Help Center

Unsubscribe

Terms

Privacy

Email Preferences

This is a promotional email from Uber Technologies

1515 3rd St., San Francisco, CA 94158

Uber.com

--

**Laurence Savin**

Membership Marketing, APAC

+61 425 792 149 | laurences@uber.com | ubereats.com

