Anna Schneider
MONTANA DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER PROTECTION
215 N. Sanders
P.O. Box 200151
Helena, MT 59620-0151
Tel: (406) 444-2026
Anna.schneider@mt.gov

*Attorneys for Plaintiff State of Montana*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a Corporation; and UBER USA, LLC, a Limited Liability Company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br>Hon. Jon S. Tigar<br>Complaint Filed: April 21, 2025<br><br>**STATE OF MONTANA'S STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil Local Rule 7-12, Plaintiff State of Montana ("Montana"), by and through its Attorney General and Defendants Uber

Technologies, Inc. and Uber USA, LLC (together, "Uber"), hereby stipulate and agree to the dismissal of claims asserted by Montana against Uber in the above-captioned multi-state litigation. The dismissal of Montana's claims shall be with prejudice, each party to bear their own fees and costs, and Montana shall be removed from the caption of all future filings in this action.

The parties explicitly acknowledge and agree that this stipulation applies only to Montana. The remaining above-captioned Plaintiffs are not parties to this Stipulation and explicitly maintain their respective continuing claims and causes of action against Defendants. This litigation shall proceed uninterrupted as to the remaining Plaintiffs.

DATED this 4th day of November, 2026.

Attorney for Plaintiff:

ATTORNEY GENERAL OF MONTANA

By: ______________________

Anna Schneider (*pro hac vice*)
*Special Assistant Attorney General*
MONTANA DEPARTMENT OF JUSTICE
OFFICE OF CONSUMER PROTECTION
215 N. Sanders
P.O. Box 200151
Helena, MT 59620-0151
Tel: (406) 444-2026
anna.schneider@mt.gov

DATED this 4th day of November, 2026.

Attorney for Defendants:

UBER TECHNOLOGIES, INC. AND UBER USA, LLC

By: ______________________

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
1501 K Street, N.W., Washington, DC 20005
Telephone: +1 202 736 8000