UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Trade Commission et a, Plaintiff(s), v. Uber Technologies, Inc. et al., Defendant(s). | Case No. 4:25-cv-03477-JST **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |

I, Michael A. Greenlee, an active member in good standing of the bar of Nebraska and California, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The State of Nebraska in the above-entitled action. My local co-counsel in this case is Kerry O'Brian, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 24333 & 283907.

| | |
|---|---|
| 2115 State Capitol, Lincoln, NE 68508 | 90 Seventh Street, San Francisco, CA 94103 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 402.471.3840 | 415.848.5100 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| michael.greenlee@nebraska.gov | kobrien@ftc.gov |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24333/283907.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11.4.2026

Michael A. Greenlee
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael A. Greenlee is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: ______________________

UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

# ATTACHMENT

# A

# SUPREME COURT
# STATE OF NEBRASKA

# CERTIFICATE OF GOOD STANDING

I, Joshua R. Shasserre, Clerk of the Supreme Court of Nebraska, certify that on April 13, 2010, Michael Greenlee was admitted to practice as an Attorney and Counselor at Law by the Supreme Court of Nebraska. I further certify that said attorney is an active member in good standing with the Nebraska State Bar. "Good standing" means that said attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law. No prior disciplinary sanctions have been entered against the attorney's Nebraska law license. This certification expires in 30 days, unless sooner revoked or rendered invalid by operation of law or Nebraska Supreme Court Rule.




IN TESTIMONY WHEREOF, I have hereunto set my hand and caused to be affixed the Seal of this Court, in the City of Lincoln, on October 7, 2026.

Joshua R. Shasserre
Clerk and Director of Attorney Admissions
Supreme Court of Nebraska

# ATTACHMENT

# B

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

(With Complaint Check Attached)

**ISSUE DATE:** 10/7/2026

**LICENSEE NAME:** Michael Akira Greenlee

**LICENSEE BAR NUMBER:** 283907

**LICENSEE STATUS:** Inactive

**ADMIT DATE:** 6/22/2012

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 3/23/2015 | Inactive | | |

Carolina Almarante-Terrero

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# State Bar of California
## Office of Chief Trial Counsel
## Complaint History Report (Confidential)

Run Date: 10/7/2026 9:13 AM

State Bar No: 283907 Name: Greenlee, Michael

---

## No Complaints To Report

---

Please note that a complaint is defined as "a communication alleging misconduct by a State Bar member sufficient to warrant an investigation that may result in discipline of the member if allegations are proved." (Rules Proc. of State Bar, rule 5.4(13).) Therefore, allegations closed with the determination that the matter does not warrant investigation or allegations pending review to determine if they warrant investigation, are not included in Complaint History Reports.

We are unable to provide copies of the actual complaint(s) as such communications to the State Bar of California are privileged pursuant to California Business and Professions Code, section 6094(a).

This report identifies complaints and allegations received by the State Bar and not findings by the State Bar Court. Therefore, even where this report indicates the disposition of "Discipline," the report does not identify the findings supporting that discipline, which may differ substantially from the allegations received by the State Bar. Please consult the specific discipline documents to learn what findings of misconduct were made by the court. In most cases, such documents may be found on the public profile page for the attorney under Attorney Search at www.calbar.ca.gov.