**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation, and UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-3477-JST

**[PROPOSED] ORDER GRANTING DEFENDANTS' LOCAL RULE 79-5(f)(3) STATEMENT AND REQUEST TO PERMANENTLY SEAL**

# [PROPOSED] ORDER

Before this Court is Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed. ECF No. 305. Having considered the Administrative Motions and Defendants' LR 79-5(f)(3) Statement and Request to Permanently Seal, the Court **ORDERS** as follows:

| ECF No. | Description | Ruling |
|---|---|---|
| 304 at 2 | Quote from Exhibit C to Motion for Reconsideration (Dkt. 295-3), Internal Uber email dated August 24, 2022 (UBER-FTCU1-00068531) | GRANTED |
| 304 at 2 | Quote from Exhibit D to Motion for Reconsideration (Dkt. 295-4), Member Savings Calculations Document (UBER-FTCU1-000227117) | GRANTED |
| 304 at 4 | Quote from Exhibit G to Motion for Reconsideration (Dkt. 295-7), Membership: Member Savings Document (UBER-FTCU1-00002120) | GRANTED |

The redacted portions of Dkt. 304 shall remain under seal. **IT IS SO ORDERED.**

Dated: ________________

By:_______________________________
Honorable Jon S. Tigar
United States District Judge