Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

*Attorneys for Plaintiff*
*Federal Trade Commission*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, MONTANA, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., a corporation; and

UBER USA, LLC, a limited liability company,

Defendants.

Case No. 4:25-cv-03477-JST

**JOINT CASE MANAGEMENT STATEMENT**

Assigned to: Hon. Jon S. Tigar

<u>Case Management Conference</u>
Date: November 16, 2026
Time: 10:00 AM
Place: Zoom

# JOINT CASE MANAGEMENT STATEMENT

Pursuant to Federal Rule of Civil Procedure 16, Local Rule 16-10(d), Plaintiffs Federal Trade Commission ("FTC" or "Commission") and the Above-Captioned Attorneys General and States ("Plaintiff States") (collectively, "Plaintiffs") and Defendants Uber Technologies, Inc. and Uber USA, LLC ("Defendants" or "Uber") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Case Management Statement with updates since the prior Case Management Conference conducted on April 9, 2026.

## I. PRIOR AND PENDING MOTIONS

Since the prior Case Management Conference, the Court has resolved several motions affecting the pleadings and case schedule, including Defendants' partial motion to dismiss and Plaintiffs' motion concerning extension of the case management schedule. The Parties have also raised, and expect to continue raising, discovery disputes before Judge Hixson.

On June 5, 2026, Plaintiffs filed a motion to strike Defendants' affirmative defenses. Dkt. 225. Defendants filed an opposition on June 22, 2026 (Dkt. 242), and Plaintiffs filed a reply on June 29, 2026 (Dkt. 244). This motion remains pending with the Court.

On October 23, 2026, Defendants filed a motion for a limited modification of the scheduling order to depose Plaintiffs' consumer trial witnesses. Dkt. 298. Plaintiffs did not oppose Defendants' motion. The motion remains pending with the Court.

On November 4, the State of Montana filed a Stipulation of Dismissal with Prejudice.

## II. DISCOVERY

### A. Plaintiffs' Position

Fact discovery is scheduled to close on December 16, 2026. Plaintiffs are currently conducting depositions of fact witnesses, reviewing evidence, issuing follow-up discovery requests as appropriate, and responding to Defendants' discovery requests. Plaintiffs are not aware of any discovery disputes that are ripe for the Court's consideration at this time but will promptly inform Judge Hixson should any disputes arise.

### B. Defendants' Position

Like Plaintiffs, Defendants are currently conducting depositions of fact witnesses,

reviewing evidence, issuing follow-up discovery requests as appropriate, and responding to Plaintiffs' discovery requests. Defendants are not aware of any discovery disputes that are ripe for this Court's consideration at this time but will promptly inform Judge Hixson should any dispute arise.

## III. DISCLOSURES

The FTC served its Supplemental Initial Disclosures on July 31, 2026. Uber served its First Amended Initial Disclosures on September 25, 2026 and its Second Amended Initial Disclosures on October 6, 2026. Plaintiff States served their further Supplemental Initial Disclosures on October 8, 2026.

## IV. SETTLEMENT AND ADR

### A. Plaintiffs' Position

Plaintiffs are scheduled to conduct a pre-settlement conference call with Judge Krishnan on December 16, 2026, at 10:30 AM. An in-person settlement conference is scheduled for January 26, 2027, at 9:30 AM before Judge Krishnan.

### B. Defendants' Position

Defendants are scheduled to conduct a pre-settlement conference call with Judge Krishnan on December 16, 2026, at 11:30 AM and will participate in the in-person settlement conference scheduled for January 26, 2027, at 9:30 AM.

Dated: November 9, 2026

Respectfully submitted,


*/s/ Benjamin Mundel*

Benjamin M. Mundel (*pro hac vice*)
bmundel@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736 8729
Facsimile: +1 202 736 8711

Lauren C. Freeman (SBN 324572)
lfreeman@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: +1 415 772 1200
Facsimile: +1 415 772 7400

Sonal N. Mehta (SBN 222086)
sonal.mehta@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone: +1 650 600 5051

David Gringer (*pro hac vice*)
david.gringer@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: +1 212 230 8800

Joseph Taylor Gooch (SBN 294282)
taylor.gooch@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
50 California St.
San Francisco, CA 94111
Telephone: +1 628 235 1026

Brittany Warren (*pro hac vice*)
brittany.warren@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr LLP
2100 Pennsylvania Ave., NW
Washington, DC 20047
Telephone: +1 202 663 6772

*/s/ Paul Mezan*

Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

**Attorneys for Plaintiff**
**Federal Trade Commission**

OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, CONSUMER PROTECTION DIVISION

*/s/ Luke Riley*

Luke Riley (MD Bar No.: 2502271005)
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Maryland
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
lriley@oag.maryland.gov
(410) 576-6568

**Attorney for Plaintiff**
**Office of the Maryland Attorney General, Consumer Protection Division**

STEVE MARSHALL
*ATTORNEY GENERAL*

By:

*/s/ Michael G. Dean*

Michael G. Dean
*Assistant Attorney General*

*/s/ Lindsay D. Barton*

Lindsay D. Barton
*Assistant Attorney General*

**Attorneys for Defendants**
**Uber Technologies, Inc. and**
**Uber USA, LLC**

Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
Michael.Dean@AlabamaAG.gov
Lindsay.Barton@AlabamaAG.gov

**Attorneys for Plaintiff**
**Attorney General of Alabama**

**ECF ATTESTATION**

I, Paul Mezan, hereby attest that concurrence in the filing of this document has been obtained from the other signatories, and that this document was served by electronic filing or email on November 9, 2026, on all counsel of record.

*/s/ Paul Mezan*
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)