United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION, et al.,
Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,
Defendants.

Case No. 25-cv-03477-JST

**ORDER RE: MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Re: ECF No. 299

Uber has filed a motion to consider whether material designated as confidential by Plaintiffs—namely, Exhibits 4 and 11 to Uber's motion to modify the scheduling order, ECF No. 298—should be sealed. ECF No. 299. Plaintiffs submitted a statement asking the Court to seal both documents in their entirety on the grounds that they contain the names, addresses, and telephone numbers of consumers who submitted confidential complaints to Plaintiffs. ECF No. 303.

The Court agrees that these consumers' personally identifying information may be sealed, but it finds that Plaintiffs' request to seal the documents in full is overbroad. Significant portions of both documents do not contain consumers' confidential information. Under this District's Civil Local Rules, sealing requests must be narrowly tailored to only sealable material. Civ. L.R. 79-5(c)(3). Accordingly, within seven days of this order, Plaintiffs shall file under seal unredacted versions of both documents with highlights indicating the specific portions they seek to be sealed.

**IT IS SO ORDERED.**

Dated: November 16, 2026

JON S. TIGAR
United States District Judge