Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

*Attorneys for Plaintiff*
*Federal Trade Commission*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a corporation; and<br><br>UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>**STATEMENT OF NONOPPOSITION TO DEFENDANTS' MOTION FOR A LIMITED MODIFICATION OF THE SCHEDULING ORDER**<br><br>Assigned to: Hon. Jon S. Tigar |

**STATEMENT OF NONOPPOSITION TO DEFENDANTS' MOTION FOR A LIMITED MODIFICATION OF THE SCHEDULING ORDER**

On October 23, 2026, Defendants filed a Local Rule 6-3 Motion for a Limited Modification of the Scheduling Order to Depose Plaintiffs' Consumer Trial Witnesses. Dkt. 298. Plaintiffs do not oppose this motion.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Paul Mezan*

Paul Mezan (NY Bar No. 5357124)*
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

**Attorneys for Plaintiff**
**Federal Trade Commission**

OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, CONSUMER PROTECTION DIVISION

*/s/ Luke Riley*

Luke Riley (MD Bar No.: 2502271005)*
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Maryland
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
lriley@oag.maryland.gov
(410) 576-6568

**Attorney for Plaintiff**
**Office of the Maryland Attorney General, Consumer Protection Division**

STEVE MARSHALL
*ATTORNEY GENERAL*

By:

*/s/ Michael G. Dean*
Michael G. Dean*
*Assistant Attorney General*

*/s/ Lindsay D. Barton*
Lindsay D. Barton*
*Assistant Attorney General*

Office of the Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
Michael.Dean@AlabamaAG.gov
Lindsay.Barton@AlabamaAG.gov

**Attorneys for Plaintiff**
**Attorney General of Alabama**

*Appearing *Pro Hac Vice*

# **ECF ATTESTATION**

I, Paul Mezan, hereby attest that concurrence in the filing of this document has been obtained from the other signatories, and that this document was served by electronic filing or email on November 16, 2026, on all counsel of record.

*/s/ Paul Mezan*
Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)