UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

FEDERAL TRADE COMMISSION, et al.,

Plaintiffs,

v.

UBER TECHNOLOGIES, INC., et al.,

Defendants.

Case No. 25-cv-03477-JST

**ORDER RE: MOTION FOR LIMITED MODIFICATION OF THE SCHEDULING ORDER**

Re: ECF No. 298

Uber has submitted a motion to modify the amended scheduling order, ECF No. 294, to allow Uber to depose the consumers that Plaintiffs identify as trial witnesses during the pretrial disclosure process. ECF No. 298. Plaintiffs have agreed to this relief. ECF No. 318. Accordingly, the parties are ordered to meet and confer and file, within seven days of this order, a proposed order that identifies the beginning and end dates of this additional fact discovery and any limitations on the exercise or conduct of such discovery.

**IT IS SO ORDERED.**

Dated: November 18, 2026

JON S. TIGAR
United States District Judge