Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

*Attorneys for Plaintiff*
*Federal Trade Commission*

*Additional Counsel Listed on Signature Page*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br>v.<br><br>UBER TECHNOLOGIES, INC., a corporation; and<br><br>UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>**PLAINTIFFS' STATEMENT IN RESPONSE TO ORDER (ECF 316)** |

Pursuant to Civil Local Rule 79-5(f) and the Court's Order Regarding Defendants' Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF 316), Plaintiffs hereby file under seal unredacted versions of both documents at issue with highlights indicating the specific portions they seek to be sealed. With respect to both documents, Plaintiffs seek only to seal consumers' personally identifying information.

Dated: November 23, 2026

Respectfully submitted,

FEDERAL TRADE COMMISSION

*/s/ Paul Mezan*

Paul Mezan (NY Bar No. 5357124)
Stephanie Liebner (VA Bar No. 90647)
James Doty (NY Bar No. 4552550)
Sarah Abutaleb (DC Bar No. 1779979)
Patrick Roy (DC Bar No. 1023521)
Daniel O. Hanks (DC Bar No. 495823)
Allison Wojcicki (DC Bar No. 1736349)
Federal Trade Commission
600 Pennsylvania Ave., NW
Washington, DC 20580
Phone: (202) 758-4177 (Mezan)
Email: pmezan@ftc.gov (Mezan)

*Attorneys for Plaintiff*
*Federal Trade Commission*

Steve Marshall
*Attorney General*

*/s/ Michael G. Dean*

Michael G. Dean
*Assistant Attorney General*

Lindsay D. Barton
*Assistant Attorney General*

Office of Attorney General
Consumer Interest Division
501 Washington Avenue
P.O. Box 300152
Montgomery, Alabama 36130-0152
(334) 242-7300
michael.dean@alabamaag.gov
lindsay.barton@alabamaag.gov

OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, CONSUMER
PROTECTION DIVISION

*/s/ Luke Riley*

Luke Riley (MD Bar No.: 2502271005)
Assistant Attorney General
Consumer Protection Division
Office of the Attorney General of Maryland
200 St. Paul Place, 16th Floor
Baltimore, MD 21202
lriley@oag.maryland.gov
(410) 576-6568

*Attorney for Plaintiff*
*Office of the Maryland Attorney General,*
*Consumer Protection Division*