**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION; THE ATTORNEYS GENERAL OF THE STATES OF ALABAMA, ARIZONA, CONNECTICUT, MARYLAND, MINNESOTA, MISSOURI, NEBRASKA, NEW HAMPSHIRE, NEW JERSEY, NEW YORK, NORTH CAROLINA, OHIO, OKLAHOMA, PENNSYLVANIA, VIRGINIA, WEST VIRGINIA, WISCONSIN, AND THE DISTRICT OF COLUMBIA; THE PEOPLE OF THE STATE OF CALIFORNIA, THE PEOPLE OF THE STATE OF ILLINOIS, AND THE PEOPLE OF THE STATE OF MICHIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, Inc., a corporation, and UBER USA, LLC, a limited liability company,<br><br>Defendants. | Case No. 4:25-cv-03477-JST<br><br>[PROPOSED] ORDER SETTING DATES RE: LIMITED MODIFICATION OF THE SCHEDULING ORDER<br><br>Re: ECF No. 320 |

# [PROPOSED] ORDER

Uber submitted a motion to modify the amended scheduling order, ECF No. 294, to allow Uber to depose the consumers that Plaintiffs identify as trial witnesses during the pretrial disclosure process. ECF No. 298. Plaintiffs did not oppose this relief. ECF No. 318. The court ordered the parties to meet and confer and file a proposed order that identifies the beginning and end dates of this additional fact discovery and any limitations on the exercise or conduct of this discovery. ECF No. 320.

IT IS SO ORDERED that:

- Plaintiffs shall disclose to Defendants their consumer witnesses no later than 60 days prior to the first day of trial; and
- Plaintiffs shall include in that disclosure the dates that each consumer witness is available for deposition for the 45 days following such disclosure.
- Uber shall complete such depositions within 45 days after disclosure.

Dated: ___________, 2026

_______________________________
The Honorable Jon S. Tigar
United States District Judge